# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA
## (MIDDLE DIVISION)

| | |
|---|---|
| **CAROL GUY, as representative of the ESTATE of STEVEN MULLINS,** ) ) ) | |
| **Plaintiff,** ) ) | |
| **v.** ) ) | **Case No.: 4:21-cv-00264-SGC** |
| **JEFFERSON DUNN, et al.** ) ) | |
| **Defendants.** ) | |

## NOTICE OF APPEARANCE

**COMES NOW** Robert F. Northcutt, of the law firm CAPELL & HOWARD, P.C., and files his notice of appearance as counsel of record for Defendants Gwendolyn Givens, Gary Malone, Kevin White, Carla Graham, Neketris Estelle, Tanya Ary and LaTonya Scott. Undersigned counsel requests that he be served with copies of all notices, orders, reports, notices of hearings, motions and any and all papers and pleadings filed in this matter.

Respectfully submitted this 23rd day of March 2021.

*/s/ Robert F. Northcutt*
ROBERT F. NORTHCUTT (ASB-9358-T79R)
C. RICHARD HILL, JR. (ASB-0773-L72C)
JAMES N. WALTER, JR. (ASB-2722-R68J)
W. JACKSON BRITTON (ASB-8252-K46-Y)

*Attorneys for Defendants Gwendolyn Givens, Gary Malone, Kevin White, Carla Graham, Neketris Estelle, Tanya Ary and LaTonya Scott*

OF COUNSEL:
**CAPELL & HOWARD, P.C.**
150 South Perry Street (36104)
P.O. Box 2069
Montgomery, AL 36102-2069
Telephone: (334) 241-8083
Facsimile:(334) 241-8283
Email:  bob.northcutt@chlaw.com
　　　　jimmy.walter@chlaw.com
　　　　rick.hill@chlaw.com
　　　　jackson.britton@chlaw.com

## **CERTIFICATE OF SERVICE**

　　　　I hereby certify that on this 23rd day of March, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record (and by U.S. Mail to non-CM/ECF participants) as indicated below:

Ruth M. Brown
Megan Pierce
LOEVY & LOEVY
311 N. Aberdeen, 3d Floor
Chicago, IL  60607
ruth@loevy.com
megan@loevy.com

Anil A. Mujumdar
Dagney Johnson Law Group
2170 Highland Avenue, Suite 250
Birmingham, AL  35205
anil@dagneylaw.com

　　　　　　　　　　　　　　/s/ Robert F. Northcutt
　　　　　　　　　　　　　　OF COUNSEL