# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA
## (MIDDLE DIVISION)

| | |
|---|---|
| **CAROL GUY, as representative of the ESTATE of STEVEN MULLINS,** | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No.: 4:21-cv-00264-SGC<br>) |
| **JEFFERSON DUNN, et al.** | )<br>) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

**COMES NOW** W. Jackson Britton, of the law firm CAPELL & HOWARD, P.C., and files his notice of appearance as counsel of record for Defendants Gwendolyn Givens, Gary Malone, Kevin White, Carla Graham, Neketris Estelle, Tanya Ary and LaTonya Scott. Undersigned counsel requests that he be served with copies of all notices, orders, reports, notices of hearings, motions and any and all papers and pleadings filed in this matter.

Respectfully submitted this 23rd day of March 2021.

*/s/ W. Jackson Britton*
W. JACKSON BRITTON (ASB-8252-K46-Y)
ROBERT F. NORTHCUTT (ASB-9358-T79R)
C. RICHARD HILL, JR. (ASB-0773-L72C)
JAMES N. WALTER, JR. (ASB-2722-R68J)

1

*Attorneys for Defendants Gwendolyn Givens, Gary Malone, Kevin White, Carla Graham, Neketris Estelle, Tanya Ary and LaTonya Scott*

**OF COUNSEL:**
**CAPELL & HOWARD, P.C.**
150 South Perry Street (36104)
P.O. Box 2069
Montgomery, AL 36102-2069
Telephone: (334) 241-8017
Facsimile:(334) 241-8217
Email:  bob.northcutt@chlaw.com
        jimmy.walter@chlaw.com
        rick.hill@chlaw.com
        jackson.britton@chlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of March, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record (and by U.S. Mail to non-CM/ECF participants) as indicated below:

| | |
|---|---|
| Ruth M. Brown | Anil A. Mujumdar |
| Megan Pierce | Dagney Johnson Law Group |
| LOEVY & LOEVY | 2170 Highland Avenue, Suite 250 |
| 311 N. Aberdeen, 3d Floor | Birmingham, AL  35205 |
| Chicago, IL  60607 | anil@dagneylaw.com |
| ruth@loevy.com | |
| megan@loevy.com | |

/s/ W. Jackson Britton
OF COUNSEL