# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| CAROL GUY, as representative of the ESTATE OF STEVEN MULLINS, <br><br> Plaintiff, <br><br> v. <br><br> JEFFERSON DUNN, *et al.*, <br><br> Defendants. | Case No. 4:21-CV-00264-SGC |

## UNOPPOSED MOTION FOR EXTENSION OF TIME

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Defendants Jefferson S. Dunn ("Commissioner Dunn"), Jeffery Williams ("Williams"), and Edward Ellington ("Ellington" and collectively with Commissioner Dunn and Williams, the "ADOC Officials"), hereby respectfully request the Court enter an order granting the ADOC Officials until Monday, April 26, 2021, to respond to Plaintiff's Complaint.[1] As grounds for and in support of this Motion, the ADOC Officials state as follows:

1. On February 19, 2021, Plaintiff filed her Complaint, naming twenty (20) individuals (including former Alabama Department of Corrections ["ADOC"]

---

[1] By filing this Motion, the ADOC Officials do not waive, and expressly preserve, all Rule 12(b) defenses.

employees) as defendants. (Doc. 1).

2. Plaintiff executed service on Commissioner Dunn, Williams, and Ellington on March 4, 2021. (Doc. 12). Thus, the ADOC Officials' deadline to respond to the Complaint is currently March 25, 2021.

3. Undersigned counsel was only recently retained to represent the ADOC Officials in this action. Plaintiff's Complaint includes 316 paragraphs and 7 counts. Undersigned counsel will need additional time to investigate Plaintiff's claims and prepare a response to the Complaint.

4. The granting of this extension will not prejudice the Plaintiff.

5. Undersigned counsel contacted counsel for Plaintiff, and Plaintiff does not oppose this Motion.

WHEREFORE, PREMISES CONSIDERED, the ADOC Officials respectfully request that this Court issue an order setting a deadline of April 26, 2021, for the ADOC Officials to respond to Plaintiff's Amended Complaint.

Dated: March 24, 2021.

                                                                          /s/ Stephen C. Rogers
                                                                          Stephen C. Rogers
                                                                          *Attorney for the ADOC Officials*

William R. Lunsford
Stephen C. Rogers
Kenneth S. Steely
**MAYNARD, COOPER & GALE, P.C.**

655 Gallatin Street, S.W.
Huntsville, AL 35801
Telephone: (256) 512-5710
Facsimile: (256) 512-0119
blunsford@maynardcooper.com
srogers@maynardcooper.com
ksteely@maynardcooper.com

# CERTIFICATE OF SERVICE

  I hereby certify that a copy of the foregoing has been served upon all parties in this matter, including without limitation the following, by the Court's CM/ECF system or by U.S. Mail on this the 24th day of March, 2021:

Ruth Z. Brown
Megan Pierce
**LOEVY & LOEVY**
311 N. Aberdeen, 3rd Floor
Chicago, IL 60607
T: (312) 243-5900
F: (312) 243-5902
E: ruth@loevy.com
E: megan@loevy.com

Anil A. Mujumdar
**DAGNEY JOHNSON LAW GROUP**
2170 Highland Avenue, Suite 250
Birmingham, AL 35205
T: (205) 590-6986
F: (205) 809-7899
E: anil@dagneylaw.com

*Attorneys for Plaintiff*

Robert F. Northcutt
James N. Walter, Jr.
C. Richard Hill, Jr.
**CAPELL & HOWARD P.C.**
150 South Perry Street (36104)
P.O. Box 2069
Montgomery, AL 36102-2069
T: (334)241-8043
F: (334)-241-8243
E: bob.northcutt@chlaw.com
E: jimmy.walter@chlaw.com
E: rick.hill@chlaw.com

*Attorneys for Carl Sanders, Gary Malone, Kevin White, Carla Graham, Neketris Estelle, Larry Baker, and Tanya Ary*

             */s/ Stephen C. Rogers*
             Of Counsel