LOEVY & LOEVY
ATTORNEYS AT LAW
311 N. Aberdeen Street • 3rd floor • Chicago, Illinois 60607
Telephone 312.243.5900 • Facsimile 312.243.5902

CERTIFIED MAIL
7019 2280 0001 7664 3969

Kevi[n] St. Clai[r]

Addressee Not Here
Return To Sender
Addressee Not Here
Return To Sender

03/18/21

*R F S*

-R-T-S- 35146-RFS-1N

RETURN TO SENDER
UNABLE TO FORWARD
UNABLE TO FORWARD
RETURN TO SENDER

FWD

CLERK, U.S. DISTRICT COURT
140, U.S. COURTHOUSE
1729 5TH AVENUE NORTH
BIRMINGHAM, AL 35203

AO 440 (Rev. 06/12) Summons in a Civil Action

## UNITED STATES DISTRICT COURT
for the

Northern District of Alabama

| | |
|---|---|
| Carol Guy, as representative of the Estate of Steven Mullins <br><br> *Plaintiff(s)* <br> v. <br> Jefferson Dunn, et al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 4:21-cv-00264-SGC |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Kevin White
St. Clair Correctional Center
1000 St. Clair Rd.
Springville, AL 35146

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Anil Mujumdar
Dagney Johnson Law Group
2170 Highland Avenue, Suite 250
Birmingham, AL 35205

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SHARON N. HARRIS, CLERK OF COURT**
*CLERK OF COURT*

Date: 2/26/21

*Signature of Clerk or Deputy Clerk*

CLERK, U.S. DISTRICT COURT
ROOM 140, U.S. COURTHOUSE
1729 5TH AVENUE NORTH
BIRMINGHAM, AL 35203

# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA MIDDLE DIVISION

| | |
|---|---|
| CAROL GUY, as representative of the ESTATE OF STEVEN MULLINS,<br><br>Plaintiff,<br><br>v.<br><br>JEFFERSON DUNN; GRANTT CULLIVER; CHARLES DANIELS; JEFFERY WILLIAMS; EDWARD ELLINGTON; CHRISTY VINCENT; KARLA JONES; GWENDOLYN GIVENS; ANTHONY BROOKS; GARY MALONE; KEVIN WHITE; CARLA GRAHAM; ANGELIA GORDY; WILLIAM RAGSDALE; ANTOINE PRICE; NEKETRIS ESTELLE; TANYA ARY; CYNTHIA CAVER; LATONYA SCOTT; and OFFICER WILSON,<br><br>Defendants. | Case No.: _____<br><br><br><br>JURY TRIAL DEMANDED |

## COMPLAINT

Plaintiff Carol Guy, as representative of the Estate of Steven Mullins, by her attorneys with the law firms of Loevy & Loevy and the Dagney Johnson Law Group, files this Complaint against Defendants Jefferson Dunn, Grantt Culliver, Charles Daniels, Jeffery Williams, Edward Ellington, Karla Jones, Gwendolyn Givens, Anthony Brooks, Gary Malone, Kevin White, Carla Graham, Christy Vincent, Angelia Gordy, William Ragsdale, Antoine Price, Neketris Estelle, Tanya Ary, Cynthia Caver, Lieutenant Scott, and Officer Wilson, and states as follows:

### INTRODUCTION

1. Plaintiff Carol Guy brings this action to redress the tragic and preventable death of her son, Steven Mullins, who was but one victim of an epidemic of violence and complete