# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA MIDDLE DIVISION

| | |
|---|---|
| CAROL GUY, as representative of the ESTATE OF STEVEN MULLINS,<br><br>Plaintiff,<br><br>v.<br><br>JEFFERSON DUNN, GRANTT CULLIVER, CHARLES DANIELS, JEFFREY WILLIAMS, EDWARD ELLINGTON, CHRISTY VINCENT, KARLA JONES, GWENDOLYN GIVENS, ANTHONY BROOKS, GARY MALONE, KEVIN WHITE, CARLA GRAHAM, ANGELIA GORDY, WILLIAM RAGSDALE, ANOINE PRICE, NEKETRIS ESTELLE, TANYA ARY, CYNTHIA CAVER, LATONYA SCOTT, and OFFICER WILSON,<br><br>Defendants. | Case No.: 4:21-CV-00264-SGC<br><br>JURY TRIAL DEMANDED |

## REQUEST FOR SERVICE VIA CERTIFIED MAIL

Plaintiff Lakeisha Ezell, by her attorneys with the law firms of Loevy & Loevy and the Dagney Johnson Law Group, respectfully requests that Defendant Charles Daniels be served via certified mail pursuant to Alabama Rules of Civil Procedure 4(i)(2) and Federal Rules of Civil Procedure 4(e)(1).

Respectfully submitted,

**LAKEISHA EZELL**

BY: /s/ Ruth Brown
 *Counsel of Record*


Ruth Z. Brown (pro hac vice)
Megan Pierce (pro hac vice)
LOEVY & LOEVY
311 N. Aberdeen, 3rd Floor
Chicago, IL 60607
T: 312-243-5900
F: 312-243-5902
E: ruth@loevy.com, megan@loevy.com
*Counsel of Record

Anil A. Mujumdar (ASB-2004-L65M)
Dagney Johnson Law Group
2170 Highland Avenue, Suite 250
Birmingham, AL 35205
T: 205.590.6986
F: 205.809.7899
E: anil@dagneylaw.com