## IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA (MIDDLE DIVISION)

| | | |
|---|---|---|
| CAROL GUY, as representative of the ESTATE of STEVEN MULLINS, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) | Case No.: 4:21-cv-00264-SGC |
| | ) | |
| JEFFERSON DUNN, et al. | ) | OPPOSED |
| | ) | |
| Defendants. | ) | |

## MOTION TO DISMISS PLAINTIFF'S COMPLAINT OR, IN THE ALTERNATIVE, MOTION FOR MORE DEFINITE STATEMENT

COME NOW Defendants Gwendolyn Givens, Anthony Brooks, Gary Malone, Kevin White, Carla Graham, Angelina Gordy, William Ragsdale, Antoine Price, Neketris Estelle, Tanya Ary, Cynthia Caver, and LaTonya Scott (collectively "Defendants"), and respectfully submit this Motion to Dismiss Plaintiff's Complaint (Doc. 1) or, in the Alternative, Motion for More Definite Statement. As grounds for this motion, Defendants state as follows:

1. All of Plaintiff's Fourteenth Amendment claims are due to be dismissed.

2. Qualified immunity bars Plaintiff's claims against the Defendants.

3. The Defendants cannot be held vicariously liable or liable as supervisors.

4. Plaintiff's failure to protect claim and state-created danger claim are

due to be dismissed.

 5. Plaintiff's medical care claim is due to be dismissed.

 6. Plaintiff's retaliation claim is due to be dismissed.

 7. Plaintiff's conspiracy claim is due to be dismissed.

 8. Plaintiff's failure to intervene claim is due to be dismissed.

 9. Plaintiff's wrongful death claim is due to be dismissed.

 10. Alternatively, Plaintiff should be required to replead her claims in compliance with Federal Rules of Civil Procedure 8(a)(2) and 10(b).

Defendants are filing contemporaneously in support of this motion a Memorandum of Law in Support of Motion to Dismiss Plaintiff's Complaint or, in the Alternative, Motion for More Definite Statement.

Respectfully submitted this the 12th day of April, 2021.

/s/ James N. Walter, Jr.
ROBERT F. NORTHCUTT (ASB-9358-T79R)
C. RICHARD HILL, JR. (ASB-0773-L72C)
JAMES N. WALTER, JR. (ASB-2722-R68J)
W. JACKSON BRITTON (ASB-8252-K46Y)

*Attorneys for Defendants Gwendolyn*
*Givens, Anthony Brooks, Gary Malone,*
*Kevin White, Carla Graham, Angelia Gordy,*
*William Ragsdale, Antoine Price, Neketris*
*Estelle, Tanya Ary, Cynthia Caver and*
*LaTonya Scott*

**CAPELL & HOWARD, P.C.**
150 S. Perry Street (36104)
PO Box 2069
Montgomery, AL  36102-2069
Phone (334) 241-8000
Email: bob.northcutt@chlaw.com
        rick.hill@chlaw.com
        jimmy.walter@chlaw.com
        jackson.britton@chlaw.com


## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 12th day of April, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record (and by U.S. Mail to non-CM/ECF participants) as indicated below:

Ruth M. Brown
Megan Pierce
LOEVY & LOEVY
311 N. Aberdeen, 3rd Floor
Chicago, IL  60607
ruth@loevy.com
megan@loevy.com

Anil A. Mujumdar
DAGNEY JOHNSON LAW GROUP
2170 Highland Avenue, Suite 250
Birmingham, AL  35205
anil@dagneylaw.com

William R. Lunsford
Stephen C. Rogers
La Keisha W. Butler
**MAYNARD COOPER & GALE, PC**
655 Gallatin Street
Huntsville, AL  35801
blunsford@maynardcooper.com
srogers@maynardcooper.com
lbutler@maynardcooper.com

/s/ James N. Walter, Jr.
Of Counsel