**UNITED STATES DISTRICT COURT**
Northern District of Alabama
Office of the Clerk
Room 140, 1729 5th Avenue North
Birmingham, Alabama 35203
(205) 278-1700

Sharon N. Harris                                                                                          Joe Musso
Clerk                                                                                                    Chief Deputy

| | |
|---|---|
| Carol Guy *as representative of the Estate of Steven Mullins*, | }<br>}<br>} |
| Plaintiff | } |
| v. | } Case Number: 2:21-cv-264-ACA |
| Jefferson Dunn et al, | }<br>} |
| Defendants | }<br>}<br>}<br>} |

**NOTICE OF REASSIGNMENT**

The parties having not unanimously consented to the dispositive jurisdiction by a Magistrate Judge, the above styled civil action has been randomly reassigned to the Honorable Annemarie Carney Axon. Please use case number 2:21-cv-264-ACA on all subsequent pleadings.

DATED: April 13, 2021

SHARON N. HARRIS, CLERK

By:____Maire Read_____
       Deputy Clerk