**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X _[signature]_
☐ Agent
☐ Addressee

B. Received by *(Printed Name)* | C. Date of Delivery

1. Article Addressed to:

   Charles Daniels
   Nevada Department of Corrections
   Casa Grande Transitional Housing
   3955 W. Russell Road
   Las Vegas, NV 89118-2316

   9590 9402 4653 8323 2894 87

2. Article Number *(Transfer from service label)*

   7019 2280 0001 7664 4751

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

2021 APR 20 A 10:55

U.S. DISTRICT COURT
N.D. OF ALABAMA

3. Service Type
☒ Certified Mail®
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form **3811**, July 2015 PSN 7530-02-000-9053     Domestic Return Receipt

FILED
2021 Apr-20 PM 03:36
U.S. DISTRICT COURT
N.D. OF ALABAMA