# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA MIDDLE DIVISION

| | |
|---|---|
| CAROL GUY, as representative of the ESTATE OF STEVEN MULLINS, | ) ) ) |
| Plaintiff, | ) Case No.: 4:21-cv-00264-SGC ) |
| v. | ) ) ) ) |
| JEFFERSON DUNN, et al., | ) JURY TRIAL DEMANDED ) |
| Defendants. | ) ) |

## MOTION FOR LEAVE TO FILE OVERSIZED RESPONSE TO MOTION TO DISMISS FIRST AMENDED COMPLAINT (Docs. 45 & 46)

Plaintiff Carol Guy respectfully moves for leave to file an oversized response to Defendants' Motion to Dismiss Plaintiff's First Amended Complaint (Docs. 45 and 46), attached as Exhibit A, stating in support as follows:

1. On May 14, 2021, seven defendants—Defendants Dunn, Culliver, Williams, Daniels, Ellington, Vincent, and Jones (collectively "Moving Defendants")—filed a single, consolidated motion to dismiss Plaintiff's First Amended Complaint. Doc. 45 (motion); Doc. 46 (memorandum).

2. The Moving Defendants' motion seeks dismissal of each one of Plaintiff's claims against seven defendants, plus raises various immunity defenses

and a shotgun pleading charge. Doc. 46. To fully respond to each of the Defendants' arguments and apprise this Court of the applicable law, and because some of Defendants' arguments address complex areas of law, Plaintiff requires an extra two pages in which to fully set forth Plaintiff's positions.

3. Plaintiff thus respectfully requests this Court grant her leave to file a response that is two pages over the Court's 35-page limit. Plaintiff respectfully believes that an additional two pages is appropriate given that the seven Moving Defendants filed a single, consolidated motion to dismiss and challenge each of the claims asserted against them, along with raising additional qualified immunity, state agent immunity, and shotgun pleading arguments.

4. This motion is brought in good faith and will not prejudice any party.

5. Plaintiff does not oppose the Moving Defendants getting an equivalent 2-page increase in the length of their reply brief.

WHEREFORE, Plaintiff respectfully requests that this Court grant Plaintiff leave to file the attached oversized response pages to the Moving Defendants' motion to dismiss, allowing Plaintiff two additional pages to set forth her positions (Docs. 45, 46).

Respectfully submitted,

**CAROL GUY**

BY: /s/ Ruth Brown
*Counsel of Record*

BY: /s/ Anil Mujumdar
Local Counsel

*Ruth Z. Brown (pro hac vice) (IL No. 6299187)
Megan Pierce (pro hac vice) (CA No. 314044)
Attorneys for Plaintiff
LOEVY & LOEVY
311 N. Aberdeen, 3rd Floor
Chicago, IL 60607
Telephone: 312s-243-5900
Fax: 312-243-5902
Email: ruth@loevy.com, megan@loevy.com
*Counsel of Record

Anil A. Mujumdar (ASB-2004-L65M)
Dagney Johnson Law Group
2170 Highland Avenue, Suite 250
Birmingham, Alabama 35205
T: 205.590.6986
F: 205.809.7899
E: anil@dagneylaw.com
* Local Counsel

# CERTIFICATE OF SERVICE

I, Ruth Brown, hereby certify that on June 1, 2021, I caused the foregoing Motion to be filed using the Court's CM/DOC. system, causing it to be filed on counsel for all Defendants.

/s/ Ruth Brown
*One of Plaintiff's Attorneys*