# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA MIDDLE DIVISION

| | |
|---|---|
| CAROL GUY, as representative of the ESTATE of STEVEN MULLINS, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No.: 4:21-cv-00264-SGC ) |
| JEFFERSON DUNN, et al. | ) ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

**COMES NOW** Robert F. Northcutt, of the law firm CAPELL & HOWARD, P.C., and files his notice of appearance as counsel of record for Defendants Anthony Brooks, Angelina Gordy, William Ragsdale, Antoine Price, Cynthia Caver and Perry Wilson. Undersigned counsel requests that he be served with copies of all notices, orders, reports, notices of hearings, motions and any and all papers and pleadings filed in this matter.

Respectfully submitted this 24th day of June 2021.

/s/ Robert F. Northcutt
ROBERT F. NORTHCUTT (ASB-9358-T79R)
C. RICHARD HILL, JR. (ASB-0773-L72C)
JAMES N. WALTER, JR. (ASB-2722-R68J)
W. JACKSON BRITTON (ASB-8252-K46-Y)

*Attorneys for Defendants Gwendolyn Givens, Anthony Brooks, Gary Malone, Kevin White, Carla Graham, Angelina Gordy, William Ragsdale, Antoine Price, Neketris Estelle, Tanya Ary, Cynthia Caver, Perry Wilson, and LaTonya Scott*

**OF COUNSEL:**
**CAPELL & HOWARD, P.C.**
150 South Perry Street (36104)
P.O. Box 2069
Montgomery, AL 36102-2069
Telephone: (334) 241-8083
Facsimile:(334) 241-8283
Email: bob.northcutt@chlaw.com
  jimmy.walter@chlaw.com
  rick.hill@chlaw.com
  jackson.britton@chlaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 24th day of June 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record (and by U.S. Mail to non-CM/ECF participants) as indicated below:

| | |
|---|---|
| Ruth M. Brown<br>Megan Pierce<br>**LOEVY & LOEVY**<br>311 N. Aberdeen, 3rd Floor<br>Chicago, IL  60607<br>ruth@loevy.com<br>megan@loevy.com | William R. Lunsford<br>Stephen C. Rogers<br>**MAYNARD COOPER & GALE, PC**<br>655 Gallatin Street<br>Huntsville, AL  35801<br>blunsford@maynardcooper.com<br>srogers@maynardcooper.com |

Anil A. Mujumdar
**DAGNEY JOHNSON LAW GROUP**
2170 Highland Avenue, Suite 250
Birmingham, AL  35205
anil@dagneylaw.com


                                           /s/ Robert F. Northcutt
                                           OF COUNSEL