# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA MIDDLE DIVISION

| | |
|---|---|
| CAROL GUY, as representative of the ESTATE of STEVEN MULLINS, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No.: 4:21-cv-00264-SGC ) |
| JEFFERSON DUNN, et al. | ) ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

W. Allen Sheehan, of the law firm CAPELL & HOWARD, P.C., files his notice of appearance as additional counsel of record for Defendants Gwendolyn Givens, Anthony Brooks, Gary Malone, Kevin White, Carla Graham, Angelia Gordy, William Ragsdale, Antoine Price, Neketris Estelle, Tanya Ary, Cynthia Caver, LaTonya Scott and Perry Wilson. Undersigned requests that he be served with copies of all notices, orders, reports, notices of hearings, motions and any and all papers and pleadings filed in this matter.

Respectfully submitted this 4th day of May 2022.

>  */s/* W. Allen Sheehan
> W. Allen Sheehan (ASB-7274-L69S)
> ROBERT F. NORTHCUTT (ASB-9358-T79R)
> C. RICHARD HILL, JR. (ASB-0773-L72C)
> JAMES N. WALTER, JR. (ASB-2722-R68J)
> W. JACKSON BRITTON (ASB-8252-K46-Y)

1

*Attorneys for Defendants Gwendolyn Givens, Anthony Brooks, Gary Malone, Kevin White, Carla Graham, Angelia Gordy, William Ragsdale, Antoine Price, Neketris Estelle, Tanya Ary, Cynthia Caver, LaTonya Scott and Perry Wilson*

**CAPELL & HOWARD, P.C.**
150 South Perry Street (36104)
P.O. Box 2069
Montgomery, AL 36102-2069
Telephone: (334) 241-8000
Facsimile:(334) 323-8888
Email:allen.sheehan@chlaw.com
 bob.northcutt@chlaw.com
 jimmy.walter@chlaw.com
 rick.hill@chlaw.com
 jackson.britton@chlaw.com

# CERTIFICATE OF SERVICE

  I hereby certify that on this 4th day of May 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record (and by U.S. Mail to non-CM/ECF participants) as indicated below:

Anil A. Mujumdar
**DAGNEY JOHNSON LAW GROUP**
2170 Highland Avenue, Suite 250
Birmingham, AL  35205
anil@dagneylaw.com

Megan Pierce
Ruth Z. Brown
Quinn Rallins
**LOEVY & LOEVY**
311 N. Aberdeen, 3rd Floor
Chicago, IL  60607
megan@loevy.com
ruth@loevy.com
rallins@loevy.com

Mary Landon Whatley
Stephen C. Rogers
William R. Lunsford
**MAYNARD COOPER & GALE, PC**
655 Gallatin Street
Huntsville, AL  35801
lwhatley@maynardcooper.com
srogers@maynardcooper.com
blunsford@maynardcooper.com

      /s/ W. Allen Sheehan
      OF COUNSEL