# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| **CAROL GUY, as representative of the ESTATE OF STEVEN MULLINS,** ) ) ) | |
| **Plaintiff,** ) ) | Case No. 4:21-CV-00264-SGC |
| **v.** ) ) | |
| **JEFFERSON DUNN,** *et al.***,** ) ) | |
| **Defendants.** ) | |

## MOTION TO WITHDRAW

COMES NOW, M. Landon Whatley with the law firm Maynard, Cooper & Gale, P.C., and hereby files this motion to withdraw as counsel of record for Defendants Jefferson Dunn ("Dunn"), Jeffery Williams ("Williams"), Grantt Culliver ("Culliver"), Charles Daniels ("Daniels"), Christy Vincent ("Vincent"), Karla Jones ("Jones"), and Edward Ellington ("Ellington" and collectively with Dunn, Williams, Culliver, Daniels, Vincent, and Jones, the "ADOC Officials") in the above-styled action. The ADOC Officials will continue to be represented in this action by counsel with the law firm Maynard, Cooper & Gale, P.C.

Dated: March 30, 2023.

*/s/ M. Landon Whatley*
M. Landon Whatley
*Attorney for the ADOC Officials*

William R. Lunsford
M. Landon Whatley
**MAYNARD, COOPER & GALE, P.C.**
655 Gallatin Street, S.W.
Huntsville, AL 35801
Telephone: (256) 512-5710
Facsimile: (256) 512-0119
blunsford@maynardcooper.com
lwhatley@maynardcooper.com

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing has been served upon all parties in this matter, including without limitation the following, by the Court's CM/ECF system or by U.S. Mail on this 30th day of March, 2023:

Ruth Z. Brown
Megan Pierce
Quinn Rallins
**LOEVY & LOEVY**
311 N. Aberdeen, 3rd Floor
Chicago, IL 60607
Telephone: (312) 243-5900
Facsimile: (312) 243-5902
ruth@loevy.com
megan@loevy.com
rallins@loevy.com

Anil A. Mujumdar
**DAGNEY JOHNSON LAW GROUP**
2170 Highland Avenue, Suite 250
Birmingham, AL 35205
Telephone: (205) 590-6986
Facsimile: (205) 809-7899
anil@dagneylaw.com

*Attorneys for Plaintiff*

Robert F. Northcutt
James N. Walter, Jr.
C. Richard Hill, Jr.
Caitlin E. Cobb
**CAPELL & HOWARD P.C.**
150 South Perry Street (36104)
P.O. Box 2069
Montgomery, AL 36102-2069
Telephone: (334)241-8043
Facsimile: (334)-241-8243
bob.northcutt@chlaw.com
jimmy.walter@chlaw.com
rick.hill@chlaw.com
caitlin.cobb@chlaw.com

*Attorneys for Gwendolyn Givens, Anthony Brooks, Gary Malone, Kevin White, Carla Graham, Angelia Gordy, William Ragsdale, Antoine Price, Neketris Estelle, Tanya Ary, Cynthia Carver, LaTonya Scott, and Officer Wilson*

                                        */s/ M. Landon Whatley*
                                        Of Counsel