IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| CAROL GUY, as representative of the ESTATE OF STEVEN MULLINS,<br><br>Plaintiff,<br><br>v.<br><br>JEFFERSON DUNN, *et al.*,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Case No. 4:21-CV-00264-ACA |

## NOTICE OF APPEARANCE

Please take notice that Daniel J. Chism, hereby enters an appearance as counsel for Defendants Jefferson Dunn ("Dunn"), Jeffery Williams ("Williams"), Grantt Culliver ("Culliver"), Charles Daniels ("Daniels"), Christy Vincent ("Vincent"), Karla Jones ("Jones"), and Edward Ellington ("Ellington" and collectively with Dunn, Williams, Culliver, Daniels, Vincent, and Jones, the "ADOC Officials") in the above-styled action.

Dated: October 5, 2023.

 

/s/ *Daniel J. Chism*
--------------------------------
Daniel J. Chism

William R. Lunsford
William J. Cranford, III
Daniel J. Chism
**BUTLER SNOW LLP**
200 West Side Square
Suite 100
Huntsville, Alabama 35801

Telephone: (256) 936-5650
Facsimile: (256) 936-5651
bill.lunsford@butlersnow.com
will.cranford@butlersnow.com
daniel.chism@butlersnow.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon all attorneys of record in this matter, including without limitation the following, by the Court's CM/ECF system on this 5th day of October 2023:

Ruth Z. Brown
Megan Pierce
Quinn Rallins
**LOEVY & LOEVY**
311 N. Aberdeen, 3rd Floor
Chicago, IL 60607
Telephone: (312) 243-5900
Facsimile: (312) 243-5902
ruth@loevy.com
megan@loevy.com
rallins@loevy.com

Anil A. Mujumdar
**DAGNEY JOHNSON LAW GROUP**
2170 Highland Avenue, Suite 250
Birmingham, AL 35205
Telephone: (205) 590-6986
Facsimile: (205) 809-7899
anil@dagneylaw.com

*Attorneys for Plaintiff*

Robert F. Northcutt
James N. Walter, Jr.
C. Richard Hill, Jr.
Caitlin E. Cobb
William Jackson Britton
William A. Sheehan
**CAPELL & HOWARD P.C.**
150 South Perry Street (36104)
P.O. Box 2069
Montgomery, AL 36102-2069
Telephone: (334)241-8043
Facsimile: (334)-241-8243
bob.northcutt@chlaw.com
jimmy.walter@chlaw.com
rick.hill@chlaw.com
caitlin.cobb@chlaw.com
jackson.britton@chlaw.com
allen.sheehan@chlaw.com

*Attorneys for Gwendolyn Givens, Anthony Brooks, Gary Malone, Kevin White, Carla Graham, Angelia Gordy, William Ragsdale, Antoine Price, Neketris Estelle, Tanya Ary, Cynthia Carver, LaTonya Scott, and Officer Wilson*

/s/ Daniel J. Chism
Of Counsel