# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA MIDDLE DIVISION

| | |
|---|---|
| CAROL GUY, as representative of the ESTATE OF STEVEN MULLINS, | )<br>)<br>) |
| Plaintiff, | ) Case No.: 4:21-cv-00264-SGC<br>) |
| v. | )<br>)<br>)<br>) |
| JEFFERSON DUNN, et al., | ) JURY TRIAL DEMANDED<br>) |
| Defendants. | )<br>) |

## PLAINTIFF'S UNOPPOSED MOTION TO PARTICIPATE REMOTELY IN THE NOVEMBER 2, 2023 SCHEDULING CONFERENCE OR RESCHEDULE THE CONFERENCE.

Plaintiff Carol Guy, as representative of the Estate of Steven Mullins, through her attorneys, respectfully requests that the Court either permit her out-of-state counsel to attend the upcoming scheduling conference remotely, or reschedule the conference, to accommodate Plaintiff's counsel's medical circumstances. In support, Plaintiff states as follows:

1. Counsel for Plaintiffs have conferred with defense counsel, who have indicated that they do not oppose this motion or the relief requested.

2. On Friday, October 27, 2023, the Court set an in-person scheduling conference in this matter for November 2, 2023 at 10:30am.

1

3. Plaintiff's lead Chicago-based counsel are unable to attend the conference in-person on the court ordered-date for the following reasons: Ms. Brown has a court hearing scheduled for the same time in another matter, Ms. Pierce is unable to travel for medical reasons, and Mr. Rallins is currently out of the office on parental leave.

4. As such, Plaintiff respectfully requests that Ms. Pierce be able to attend the scheduling conference by telephone or videoconference on October 27, with local counsel Anil Mujumdar attending in person. Defendants have indicated that they do not oppose Ms. Pierce participating by telephone or videoconference at the hearing.

5. Alternatively, Plaintiff respectfully requests that the Court move the hearing to allow Plaintiff's counsel Ms. Brown to appear in person. The soonest dates on which all Defendants are available for a rescheduled hearing are November 17 and 20, and those dates work for Plaintiff's counsel as well.

WHEREFORE, Plaintiff respectfully requests that either Ms. Pierce be permitted to attend the scheduling conference remotely, or the conference be rescheduled to November 17 or 20.

Respectfully submitted,
**Plaintiff Carol Guy**

BY: /s/ Megan Pierce  
*Counsel of Record*

BY: /s/ Anil Mujumdar  
*Local Counsel*

*Ruth Z. Brown (pro hac vice) (IL No. 6299187)  
Megan Pierce (pro hac vice) (CA No. 314044)  
Quinn Rallins (pro hac vice) (IL No. 6339556)  
Attorneys for Plaintiff  
LOEVY & LOEVY  
311 N. Aberdeen, 3rd Floor  
Chicago, IL 60607  
Telephone: 312s-243-5900  
Fax: 312-243-5902  
Email: ruth@loevy.com, megan@loevy.com  
*Counsel of Record

Anil A. Mujumdar (ASB-2004-L65M)  
Dagney Johnson Law Group  
2170 Highland Avenue, Suite 250  
Birmingham, Alabama 35205  
T: 205.590.6986  
F: 205.809.7899  
E: anil@dagneylaw.com  
* Local Counsel

## CERTIFICATE OF SERVICE

I, Megan Pierce, hereby certify that on October 30, 2023, I caused the foregoing document to be filed using the Court's CM/ECF system, causing it to be filed on counsel for all Defendants.

/s/ Megan Pierce  
*One of Plaintiff's Attorneys*
