# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| CAROL GUY, as representative of the ESTATE OF STEVEN MULLINS, | )<br>)<br>) |
| Plaintiff, | ) Case No.: 4:21-cv-00264-ACA |
| v. | )<br>)<br>) |
| JEFFERSON DUNN, et al., | ) JURY TRIAL DEMANDED |
| Defendants. | )<br>) |

## JOINT MOTION FOR STIPULATED PROTECTIVE ORDER

Plaintiff Carol Guy as representative of the Estate of Steven Mullins ("Plaintiff"), Defendants Jefferson Dunn, Grantt Culliver, Charles Daniels, Jeffrey Williams, Edward Ellington, Christy Vincent, Karla Jones, Gwendolyn Givens, Anthony Brooks, Gary Malone, Kevine White, Carla Graham, Neketris Estelle, Angela Gordy, William Ragsdale, Antoine Price, Latonya Scott, Tanya Ary, Cynthia Caver, and Perry Wilson (collectively, "Defendants") respectfully move this Court to enter the attached Confidentiality Stipulation and Protective Order. In support of this motion the Parties state as follows:

1. All Parties stipulate that it is appropriate for the Court to enter the proposed Confidentiality Stipulation and Protective Order attached to this Motion as Exhibit A.

Dated: November 6, 2023.

*/s/ Megan Pierce*
Megan Pierce
Ruth Brown
Quinn Rallins
Loevy & Loevy
311 N. Aberdeen, 3rd Floor
Chicago, IL 60607
Telephone: (312) 243-5900
Facsimile: (312) 243-5902
ruth@loevy.com
megan@loevy.com
rallins@loevy.com

Anil A. Mujumdar
**Dagney Johnson Law Group**
2170 Highland Avenue, Suite 250
Birmingham, AL 35205
Telephone: (205) 590-6986
Facsimile: (205) 809-7899
anil@dagneylaw.com

*Attorneys for Plaintiff*

*/s/ Daniel J. Chism*
William R. Lunsford
Matthew B. Reeves
Daniel J. Chism
**BUTLER SNOW LLP**
200 West Side Square
Suite 100
Huntsville, Alabama 35801
Telephone: (256) 936-5650
Facsimile: (256) 936-5651
Bill.lunsford@butlersnow.com
Matt.reeves@butlersnow.com
Daniel.chism@butlersnow.com

*Attorneys for Defendants Jefferson Dunn, Edward Ellington, and Karla Jones*

*/s/ Caitlin E. Cobb*
Caitlin Elizabeth Cobb
William A. Sheehan
C Richard Hill, Jr.
James N. Walter, Jr.
Robert F. Northcutt
William Jackson Britton
**CAPELL & HOWARD, P.C.**
150 South Perry Street
Montgomery, AL 36104
Telephone: (334) 241-8000
Caitlin.cobb@chlaw.com
Allen.sheehan@chlaw.com
Rick.hill@chlaw.com
Jimmy.walter@chlaw.com
Bob.northcutt@chlaw.com
Jackson.britton@chlaw.com

*Attorneys for Larry Baker*