FILED
2023 Dec-29  PM 02:35
U.S. DISTRICT COURT
N.D. OF ALABAMA



## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ALABAMA
## MIDDLE DIVISION

| | |
|---|---|
| CAROL GUY, as representative of the ESTATE OF STEVEN MULLINS, | ) ) ) |
| | Honorable Judge Annemarie Carney Axon |
| Plaintiff, | ) ) |
| | Case No.: 4:21-cv-00264 |
| v. | ) ) |
| JEFFERSON DUNN, et al., | ) ) |
| Defendants. | ) ) |
| | ) JURY TRIAL DEMANDED |
| | ) ) |

## <u>STATEMENT OF DEATH UPON THE RECORD</u>

Plaintiff, by and through her attorneys, Loevy & Loevy, pursuant to Fed. R. Civ. P. 25(a)(1), submits the following Statement of Death Upon the Record and states as follows:

Plaintiff's counsel states upon the record, pursuant to Rule 25(a)(1), the death of Plaintiff Carol Guy during the pendency of this action. On December 15, 2023, the undersigned counsel was informed that Plaintiff Carol Guy died on December 11, 2023.

RESPECTFULLY SUBMITTED,

BY:   /s/ Quinn K. Rallins
One of Plaintiff's Attorneys

*Ruth Z. Brown (pro hac vice)
Megan Pierce (pro hac vice)
Quinn Rallins (pro hac vice)
Attorneys for Plaintiff
LOEVY & LOEVY
311 N. Aberdeen, 3rd Floor

Chicago, IL 60607
Telephone: 312-243-5900
Fax: 312-243-5902
Email: ruth@loevy.com, megan@loevy.com, rallins@loevy.com
*Counsel of Record

Anil A. Mujumdar (ASB-2004-L65M)
Dagney Johnson Law Group
2170 Highland Avenue, Suite 250
Birmingham, AL 35205
T: 205.590.6986
F: 205.809.7899
E: anil@dagneylaw.com

## CERTIFICATE OF SERVICE

I, Quinn K. Rallins, an attorney, certify that on December 29, 2023, I served the foregoing Plaintiffs' First Set of Requests for Production upon on all counsel of record via electronic mail.

/s/ Quinn Rallins