# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ALABAMA
### MIDDLE DIVISION

| | | |
|---|---|---|
| CAROL GUY, as representative of the ESTATE OF STEVEN MULLINS, | ) ) ) | |
| Plaintiff, | ) ) | Honorable Judge Annemarie Carney Axon |
| v. | ) ) | Case No.: 4:21-cv-00264 |
| JEFFERSON DUNN, et al., | ) ) ) | |
| Defendants. | ) ) ) | |
| | ) | JURY TRIAL DEMANDED |
| | ) ) | |

## PLAINTIFF'S UNOPPOSED MOTION TO SUBSTITUTE ADMINISTRATRATOR OF THE ESTATE OF STEVEN MULLINS

Lori Guy Wills, by and through her attorneys, moves this court, pursuant to Fed. R. Civ. P. 25, for leave to substitute Lori Guy, the heir and sister of Steven Mullins, as the Administrator for the Estate of Steven Mullins.

In support, movant states as follows:

1.      On December 29, 2023, Plaintiff, by and through her attorneys, Loevy & Loevy, pursuant to Fed. R. Civ. P. 25(a)(1), filed a Rule 25 Statement of Death for Carol Guy, memorializing that Carol Guy had passed away on December 7, 2023.[1] Dkt. 101.

2.      On January 31, 2024, Lori Guy Wills was appointed by the probate court as the Administrator of the Estate of Steven Mullins (copies of the order are attached hereto as Exhibit A).

3.      Plaintiff, by and through her attorneys, requests that Lori Guy Wills, Administrator of the Estate of Steven Mullins, be substituted as the party representative in place of Carol Guy, deceased. All counsel will hereafter identify Lori Guy Willis, as Administrator of the Estate of Steven Mullins, as the proper plaintiff in all future pleadings.

4.      Plaintiff's counsel has discussed this motion with defense counsel and Defendants have

---

[1] Plaintiff's counsel was informed that Carol Guy died on December 11, 2023, but later learned that she actually passed on December 7, 2023.

no objection to this motion.

WHEREFORE, Plaintiff respectfully request this Court grant Plaintiff the relief requested herein.

RESPECTFULLY SUBMITTED:

By: /s/ Quinn K. Rallins
*One of Plaintiff's Attorneys*

*Ruth Z. Brown (pro hac vice)
Megan Pierce (pro hac vice)
Quinn Rallins (pro hac vice)
Attorneys for Plaintiff
LOEVY & LOEVY
311 N. Aberdeen, 3rd Floor
Chicago, IL 60607
Telephone: 312-243-5900
Fax: 312-243-5902
Email: ruth@loevy.com, megan@loevy.com, rallins@loevy.com
*Counsel of Record

Anil A. Mujumdar (ASB-2004-L65M)
Dagney Johnson Law Group
2170 Highland Avenue, Suite 250
Birmingham, AL 35205
T: 205.590.6986
F: 205.809.7899
E: anil@dagneylaw.com

## **CERTIFICATE OF SERVICE**

I, Quinn K. Rallins, an attorney, certify under penalty of perjury that on March 1, 2024 I filed the foregoing document via the Court's CM/ECF Filing System which effected service on all counsel of record.

/s/Quinn K. Rallins
*One of Plaintiff's Attorneys*