# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA MIDDLE DIVISION

| | | |
|---|---|---|
| **LORI GUY, as representative of the ESTATE OF STEVEN MULLINS,** | ) ) ) | |
| **Plaintiff,** | ) ) | **Case No.: 4:21-cv-00264** |
| **v.** | ) ) ) ) | |
| **JEFFERSON DUNN, et al.,** | ) ) | |
| **Defendants.** | ) ) | |

## STIPULATION TO DISMISS CHARLES DANIELS, JEFFERY WILLIAMS, CYNTHIA CAVER, PERRY WILSON, LATONYA SCOTT, KEVIN WHITE, TANYA ARY, NEKETRIS ESTELLE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Lori Guy, as a representative of the Estate of Steven Mullins, and Defendants Jefferson Dunn, Grantt Culliver, Charles Daniels, Jeffery Williams, Edward Ellington, Christy Vincent, and Karla Jones (collectively the "ADOC Officials"), Gwendolyn Givens, Anthony Brooks, Gary Malone, Kevin White, Carla Graham, Angelia Gordy, William Ragsdale, Antoine Price, Neketris Estelle, Tanya Ary, Cynthia Caver, Latonya Scott, and Perry Wilson (collectively the "Facility Defendants," and together with the ADOC Officials, and Plaintiff, the "Parties") through counsel,

jointly stipulate to the dismissal with prejudice of all claims asserted against Defendants Charles Daniels, Jeffery Williams, Cynthia Caver, Perry Wilson, Latonya Scott, Kevin White, Tanya Ary, and Neketris Estelle, with Defendants Daniels, Williams, Caver, Wilson, Scott, White, Ary and Estelle to bear their own attorneys' fees and costs associated with their participation in this litigation.

Dated: January 24, 2025                    Respectfully submitted,


*LORI GUY, as representative of the*
*ESTATE OF STEVEN MULLINS*

By: *s/ Megan Pierce*
*One of Plaintiff's attorneys*

Ruth Z. Brown
Megan Pierce
Quinn Rallins
LOEVY & LOEVY
311 N. Aberdeen, 3rd Floor
Chicago, IL 60607
T: (312) 243-5900
F: (312) 243-5902
E: ruth@loevy.com
E: megan@loevy.com
E: rallins@loevy.com

Anil A. Mujumdar
DAGNEY JOHNSON LAW GROUP
2170 Highland Avenue, Suite 250
Birmingham, AL 35205
T: (205) 590-6986
F: (205) 809-7899
E: anil@dagneylaw.com


By: *s/ William J. Cranford*
*One of the Attorneys for the ADOC*
*Officials*

By: *s/ Caitlin Cobb*
*One of the Attorneys for the Facility*
*Defendants*

Caitlin Cobb
William Jackson Britton
James N. Walter, Jr.
C. Richard Hill, Jr.
William A Sheehan
CAPELL & HOWARD P.C.
150 South Perry Street (36104)
P.O. Box 2069
Montgomery, AL 36102-2069
T: (334)241-8043
F: (334)-241-8243
E: caitlin.cobb@chlaw.com
E: jackson.britton@chlaw.com
E: jimmy.walter@chlaw.com
E: rick.hill@chlaw.com
E: allen.sheehan@chlaw.com

*Attorneys for Anthony Brooks, Cynthia*
*Caver, Gwendolyn Givens, Angelia*
*Gordy, Antoine Price, William*
*Ragsdale, Latonya Scott, Officer*
*Wilson, Gary Malone, Kevin White,*
*Carla Graham, Neketris Estelle, and*
*Tanya Ary*

William R. Lunsford
Matthew B. Reeves
William J. Cranford
Daniel J. Chism
BUTLER SNOW, LLP
200 West Side Square Suite 100
Huntsville, AL 35801
Telephone: (256) 936-5650
Facsimile: (256) 936-5651
bill.lunsford@butlersnow.com
matt.reeves@butlersnow.com
will.cranford@butlersnow.com
daniel.chism@butlersnow.com

*Attorneys for Jefferson Dunn, Grantt
Culliver, Charles Daniels, Jeffery
Williams, Edward Ellington, Christy
Vincent, and Karla Jones*