# Alabama Department of Corrections

## DUTY OFFICER REPORT

| 1. Institution/Division: ST.CLAIR CORRECTIONAL FAC. | 2. Date 2/25/2019 | 3. Time 3:30:00 PM | 4. Inc. No: SCCF-19-00262 Class Code: B |
|---|---|---|---|
| 5. Type of Incident - PRIMARY: Sexual Harassment - Inmate-on-Inmate | | 6. ASCA Incident Type - PRIMARY: III 3.3 Allegations of Inmate-on-Inmate Non-Consensual Sexual Acts. | |
| 7. Type of Incident - Secondary: N/A | | 8. ASCA Incident Type - Secondary: | |
| 9. Location of Incident: Cell Q2-27 | | | |

**10. Victim(s):**

| Name | AIS | R/S | DOB | Sentenced From | Date | Length | Min Rel |
|---|---|---|---|---|---|---|---|
| MULLINS, STEVEN | 00175255 | W / M |  | COOSA | 08/06/1999 | 999Y 99M 99D | 12/31/9999 |
| Offense(s) | MURDER | | | | | | |
| JACKSON, CLARENCE | 00249273 | B / M |  | MONTGOMERY | 09/25/2006 | 28Y 0M 0D | 05/12/2034 |
| Offense(s) | ATTEMPTED MURDER,MURDER,RAPE II | | | | | | |

**11. Suspect(s):**

| Name | AIS | R/S | DOB | Sentenced From | Date | Length | Min Rel |
|---|---|---|---|---|---|---|---|
| JACKSON, CLARENCE | 00249273 | B / M |  | MONTGOMERY | 09/25/2006 | 28Y 0M 0D | 05/12/2034 |
| Offense(s) | ATTEMPTED MURDER,MURDER,RAPE II | | | | | | |

**BRIEF Narrative:**

On February 25, 2019, at approximately 3:30 pm, Correctional Lieutenant Angelia Gordy, PREA Compliance Manager, received an email from Correctional Lieutenant Tavorez Surles concerning a PREA Hotline call made by inmate Steven Mullins, W/175255 on 2/25/2019 at 10:52 am. Inmate Mullins alleged that he was moved from Segregation two weeks ago, and was assigned to Cell Q32. Inmate Mullins stated that two inmates were already in Cell Q32 so he moved to an empty bed in Cell Q27. Inmate Mullins stated that his cell partner would rub on his feet and his hip while he was asleep. Inmate Mullins stated that he told his cell partner to stop. Inmate Mullins further stated that this morning, 2/25/19, he was awakening by his cell partner punching him on the side of the head and twice in the eye. Inmate Mullins stated that his cell partner pulled a knife on him and tried to force him to perform oral sex. Inmate Mullins stated that he pushed his cell partner out of the way and exited the cell. Inmate Mullins stated that he went to the shift office and reported the incident (Incident Report SCCF-19-00259). Inmate Mullins was moved to Cell P36 on day shift. Inmate Mullins claims that he is in fear for his life in population at St. Clair. Inmate Mullins identified his cell partner as inmate Clarence Jackson, B/249273. Inmate Mullins was moved from Cell P36 to Cell L28. 2/25/2019 5:43 PM by angelia.gordy

Alabama Department of Corrections

# INCIDENT REPORT

| 1. Institution/Division:<br>ST.CLAIR CORRECTIONAL FAC. | 2. Date:<br>2/25/2019 | 3. Time:<br>4:00:00 PM | 4. Inc. No:     SCCF-19-00262<br>Class Code:     B |
|---|---|---|---|
| 5. Type of Incident - PRIMARY:<br>Sexual Harassment - Inmate-on-Inmate | | 6. ASCA Incident Type - PRIMARY:<br>III 3.3 Allegations of Inmate-on-Inmate Non-Consensual Sexual Acts. | |
| 7. Type of Incident - Secondary:<br>N/A | | 8: ASCA Incident Type - Secondary: | |
| 9. Who Received Report:<br>JONES, KARLA        D | | 10. Time Incident Reported:<br>2/25/2019 4:30:00 PM | |
| 11. Location of Incident:<br>Cell Q2-27 | | | |
| 12. Victim(s):   Name<br>              MULLINS, STEVEN | | | AIS<br>00175255 |
| 13. Suspect(s):  Name<br>              JACKSON, CLARENCE | | | AIS<br>00249273 |
| 14. Witness(es): Name<br>              N/A | | | AIS |
| PHYSICAL EVIDENCE: | | | |
| 15. Type of Evidence / Description:<br>N/A | | 16. Chain of Evidence / Location & Date:<br>N/A | |

**17. Narrative Summary:**

On February 25, 2019, at approximately 4:00 pm, Correctional Lieutenant Angelia Gordy, PREA Compliance Manager, received an email from Correctional Lieutenant Tavorez Surles concerning a PREA Hotline call made by inmate Steven Mullins, W/175255 (Q32). Inmate Mullins stated that he was released from segregation a couple of weeks ago and moved to Cell Q32. Inmate Mullins stated that there were already two inmates assigned to Cell Q32 so he moved to an empty bed in Cell Q27. Inmate Mullins further alleged that his cell partner, inmate Clarence Jackson, B/249273 (Q27) would rubbed him on his feet and hip and he had told him to stop. Inmate Mullins stated that he was awakening this morning with inmate Jackson punching him on the side of the head and his eye. Inmate Mullins further stated that inmate Jackson pulled a knife on him and tried to make him perform oral sex but he ran out of the cell (See attached statement). At approximately 4:30 pm, the incident was reported to Warden Karla Jones. At approximately 6:45 pm, Lieutenant Gordy escorted inmate Mullins to the infirmary for a body chart. The body chart was completed by Licensed Practical Nurse (LPN) Angie Tidwell (See attached copy). Inmate Mullins was released from the infirmary. Inmate Mullins was moved to Cell L28. A Mental Health Referral Form was completed on inmates Mullins and Jackson (See attached copy). Captain Kevin White will complete the Sexual Harassment Investigation.  2/25/2019 6:07 PM by angelia.gordy 2/25/2019 6:16 PM by angelia.gordy 2/26/2019 11:47 AM by angelia.gordy 3/1/2019 11:55 AM by angelia.gordy

Signature: _____