**\*\*HIGHLY CONFIDENTIAL\*\***



*State of Alabama*

*Alabama Department of Corrections*

St. Clair Correctional Facility
1000 St. Clair Road
Springville Alabama, 35146

**KAY IVEY**
GOVERNOR

**JEFFERSON S. DUNN**
COMMISSIONER

May 23, 2018

**STANDARD OPERATIONAL PROCEDURE
NUMBER: 229**

**OPR: WARDEN**

## INMATE SEXUAL ABUSE AND HARASSMENT
### (Prison Rape Elimination Act [PREA])

**I.      GENERAL**

This ADOC institutional SOP establishes responsibilities, policies and procedures to prohibit inmate sexual offenses and custodial sexual misconduct

**II.     POLICY**

To define and assign the duties of a zero tolerance policy and the responsibilities of all St. Clair Correctional Facility Employees in reference to the Prison Rape Elimination Act.

**III.    DEFINITION(S) AND ACRONYM(S)**

A.   <u>Agency-Wide PREA Coordinator</u> – An agency shall employ or designate an upper level agency-wide PREA Coordinator with sufficient time and authority to develop, implement and oversee agency efforts to comply with the PREA standards in all of it facilities (§ 115.11).

B.   <u>Allegation</u>

   1.   Substantiated Allegation – An allegation that was investigated and determined to have occurred.

   2.   Unfounded Allegation – An allegation that was investigated and determined not to have occurred.

   3.   Unsubstantiated Allegation – An allegation that was investigated and the investigation produced insufficient evidence to make a final determination as to whether or not the event occurred.

C.   <u>Custodial Sexual Misconduct</u> – As defined in Alabama Code Section 14-11-31.

PLAINTIFF'S
EXHIBIT
**2**

ADOC030403

**\*\*HIGHLY CONFIDENTIAL\*\***

D.  <u>Institutional PREA Compliance Manager</u> – Where an agency operates more than one facility, each facility shall designate a PREA Compliance Manager with sufficient time and authority to coordinate the facility's efforts to comply with PREA standards.

E.  <u>PREA</u> – Prison Rape Elimination Act (2003) – A federal statue enacted in September 2003, to provide for the analysis of the incidents and effects of prison rape in federal, state and local institutional and provide information, resources, recommendations and funding to protect individuals from prison rape.

F.  <u>Rape</u> – The crime of forcing another to submit to sexual intercourse (§115.11).

G.  <u>Sexual Abuse</u> – Unlawful sexual relations with a person of the same or opposite sex done forcibly and/or against the person's will or done with a person incapable of consenting as a result of being drugged, drunk, unconscious, mentally abnormal, physically helpless or legally incapable of giving consent. See Alabama Code Sections 13A-6-66 and 13A-6-67.

1.  Sexual Abuse (as defined in PREA Standard §115.6) includes:

    a.  Sexual abuse of an inmate, detainee or resident by another inmate, detainee or resident, and

    b.  Sexual abuse of an inmate, detainee or resident by a staff member, contractor or volunteer.

2.  Sexual abuse of an inmate, detainee or resident by another inmate, detainee, or resident includes any of the following acts, if the victim does not consent, is coerced into such act by overt or implied threats of violence or is unable to consent or refuse:

    a.  Contact between the penis and the vulva or the penis and the anus, including penetration, however slight;

    b.  Contact between the mouth and the penis, vulva or anus;

    c.  Penetration of the anal or genital opening of another person, however slight, by a hand, finger, object or other instrument; and

    d.  Any other intentional touching, either directly or through the clothing, of the genitalia, anus, groin, breast, inner thigh, or the buttocks of another person, excluding contact incidental to a physical altercation.

3.  Sexual abuse of an inmate, detainee or resident by a staff member, contractor or volunteer includes any of the following acts, with or without consent of the inmate, detainee or resident:

    a.  Contact between the penis and the vulva or the penis and the anus, including penetration, however slight

ADOC030404

**\*\*HIGHLY CONFIDENTIAL\*\***

b. Contact between the mouth and the penis, vulva or anus

c. Contact between the mouth and any body part where the staff member, contractor or volunteer has the intent to abuse, arouse or gratify sexual desire

d. Penetration of the anal or genital opening, however slight, by a hand, finger, object or other instrument, that is unrelated to official duties or where the staff member, contractor or volunteer has the intent to abuse, arouse or gratify sexual desire

e. Any other intentional contact, either directly or through clothing, of or with the genitalia, anus, groin, breast, inner thigh or the buttocks that is unrelated to official duties or where the staff member, contractor or volunteer has the intent to abuse, arouse or gratify sexual desire

f. Any attempt, threat or request by a staff member, contractor or volunteer to engage in the activities described in paragraphs (1)-(5) of this section

g. Any display by a staff member, contractor or volunteer of his or her uncovered genitalia, buttocks or breast in the presence of an inmate, detainee or resident

h. Voyeurism by a staff member, contractor or volunteer

H. <u>Sexual Aggressor</u> – Any person who threatens, attempts or commits a sexual assault

I. <u>Sexual Assault</u> – Any willful attempt or threat with the intent to commit a sexual offense upon an inmate or employee.

J. <u>Sexual Assault Kit</u> – A sexual assault evidence collection kit or sexual assault forensic evidence (SAFE) kit is a set of items used by medical personnel for gathering and preserving physical evidence following an allegation of sexual assault which can be used in a rape investigation.

K. <u>Sexual Contact</u> – The touching of another individual or of the individual's intimate parts for the purpose of sexual arousal or gratification.

L. <u>Sexual Harassment</u> – Repeated and unwelcomed or unsolicited sexual advances, requests for sexual favors and other verbal or physical conduct of a sexual nature.

M. <u>Sexual Intercourse</u> – Sexual contact between individuals involving penetration.

N. <u>Sexual Misconduct</u> – Any behavior or act of a sexual nature directed towards any individual by an employee, volunteer, visitor or agency representative, as defined in Alabama Code Section 13A-6-65.

ADOC030405

O.  <u>Sexual Offense</u> – The commission of any sexual act, which both participants act willingly to include but not limited to hugging, fondling, caressing and kissing.

P.  <u>Sexual Torture</u> – The act of penetrating the vagina or anus of another person with an inanimate object by forcible compulsion with the intent to sexually torture or sexually abuse, as defined in Alabama Code Section 13A-6-65.1,

Q.  <u>Sexual Victimization</u> – All type of unwanted sexual activity, e.g., oral, anal or vaginal penetration; manual stimulation of sexual organs; touching of the inmate's buttocks, inner thighs, penis, breast or vagina in a sexual way; abusive sexual contacts; and both willing and unwilling sexual activity with employee/staff.

R.  <u>Deviant Sexual Intercourse</u> – Any act of sexual gratification between persons not married to each other involving the sex organs of one person and the mouth or anus of another.

S.  <u>Sodomy</u> – The act of anal copulation of one male with another, anal or oral copulation with a member of the opposite sex.

T.  <u>Victim</u> – A person who has been subjected to any sexual offense.

## IV.   RESPONSIBILITIES

A.  The Warden is responsible for:

1.  Developing Standard Operating Procedures for the implementation of AR 454, *Inmate Sexual Abuse and Harassment.*

2.  Ensuring that intermediate or higher-level supervisors (defined as Correctional Lieutenants through Wardens) shall conduct and document unannounced rounds on each shift to identify and deter staff sexual abuse and sexual harassment. Staff shall document rounds on duty/post logs. Staff shall not be alerted when PREA rounds will occur (§ 115.13)(d). Staff shall not be alerted when security rounds will occur. Corrective action will be initiated for violation of this policy.

3.  Ensuring compliance with AR 302 *Incident Reporting*, as it applies to PREA.

4.  Designating a PREA Institutional Compliance Manager (§ 115.11) (c).

5.  Ensuring any LGBTI inmate's health and safety is considered, on a case-by-case basis, in making housing and program assignments in regards to management and security (§115.42) (d).

6.  Ensuring that inmates at high-risk for sexual victimization shall not be placed in involuntary Restrictive Housing (e.g. Administrative Restrictive Housing, Protective Custody) unless an assessment of all available alternative means has been made and there are no other available alternatives (§115.43) (a).

**\*\*HIGHLY CONFIDENTIAL\*\***

7.   Ensuring that PREA Educational Information is continuously and readily available or visible to inmates through posters, handbooks or other written formats (§115.33) (f).

8.   Ensuring that the inmate telephone system is checked daily to ensure PREA reporting "hot-line" is operational and the status is recorded in the shift log; and take appropriate action if maintenance is required (§115.51).

9.   Ensuring that upon receipt of an allegation that an inmate was sexually abused while at the confined to another facility, he/she notifies the head of that facility of the allegation (§115.63) (a).

10.  Ensuring that an allegation received from a current inmate of any sexual abuse or harassment at the facility is appropriately handled, that I&I is notified, and that the inmate received all necessary follow-up care according to the requirement in this policy.

B.   The Institutional PREA Compliance Manager (IPCM) is responsible for:

1.   Monitoring inmates identified as being sexual aggressors, potential sexual aggressors, victims of sexual abuse and potential victims of sexual abuse.

2.   Reviewing and monitoring and maintaining records of all PREA related incidents, forms and documents in order to ensure compliance with this regulation and the National PREA standards. Records to include, but not limited to: PREA incident reports, PREA hotline reports, I&I reporting envelope allegations, grievances, staffing information, screening forms, retaliation forms and staff logs (e.g. ADOC Form 454-G *Log of Unannounced Rounds*).

3.   Recommending placement and/or transfer of inmates involved in all PREA related incidents with the approval of the Warden/designee and taking it immediate action when an inmate is subject to a substantial risk of imminent abuse.

4.   Conducting inmate orientations at their assigned institutions.

5.   Assisting the Warden/Director in developing and updating the institutional SOP's and action plan related to PREA.

6.   Conducting unannounced, after-hours institutional visits.

7.   Ensuring inmates and employees in PREA related incidents receive all services required and submitting appropriate reports.

8.   Ensuring all volunteers and contractors at their facility has been trained.

---

SOP #229

ADOC030407

**\*\*HIGHLY CONFIDENTIAL\*\***

C.    The facility Classification Supervisor is responsible for ensuring that all classification processes and procedures are in compliance with ADOC AR 454, St. Clair SOP #229 and Federal PREA standards.

D.    Shift Commanders and Restrictive Housing Commanders are responsible for:

1.    Ensuring all documentation required for compliance is forwarded to the IPCM in an efficient and timely manner.  Documentation includes but is not limited to:

a.    Duty Post Logs (Shift Office) (All Shifts) (Signed)

b.    Log of Unannounced rounds (Form AR 454-G)

c.    Staffing Rosters (Shift Schedule)

d.    Movement Sheets (Signed)

e.    Post Deviation Logs

f.    Any other documentation necessary directed by the Warden/IPCM

2.    Ensuring a shift supervisor, (Lieutenant or above), conducts unannounced documented rounds through the dormitories during each tour of duty.  These unannounced rounds should be conducted in an effort to deter staff sexual abuse and sexual harassment.  Supervisors must prohibit staff from alerting other staff members that these rounds are occurring (§115.13) (d).

3.    Personally, conducting minimum of three unannounced rounds during each week in an effort to deter staff sexual abuse and sexual harassment.

4.    Ensuring operations and procedures occurring on their assigned shift are carried out in compliance with ADOC AR 454, this SOP and the Federal PREA Standards.

5.    Ensuring all employees under their supervision are trained and familiar with the policies and procedures regarding the detection, prevention, reporting and responding to sexual abuse and sexual harassment.  Particular attention should be given to AR 454, Section V- Procedures, Paragraph G – *Responding to Sexual Abuse and Harassment.*

E.    Employees, contractors and volunteers are responsible for adherence to ADOC policies and procedure relating to inmate sexual abuse, sexual harassment and custodial sexual misconduct.  This includes a continuing affirmative duty to disclose any such misconduct.

F.    Inmates are responsible for adherence to ADOC rules related to inmate sexual abuse, sexual harassment and sexual misconduct.

## V.    PROCEDURES

A.    Prevention of Sexual Abuse and Sexual Harassment

Employee Education and Training – Employees shall receive training to include, but not be limited to, the prevention, detection, response and reporting of allegations of inmate sexual abuse, sexual harassment and custodial sexual misconduct.    Such training shall encompass all required areas employees need to know to ensure compliance with PREA standards requirement.

1.    All newly hired ADOC employees, contract employees, volunteers and vendors at St. Clair will complete the online course: PREA: *Your Role Responding to Sexual Abuse* prior to having unsupervised contact with inmates. This course requires a passing score of 70 percent or better. New employees will also receive a briefing from the IPCM regarding the ADOC's Zero Tolerance Policy regarding sexual abuse and sexual harassment as well as the requirement for all employees to report any type of sexual misconduct on the part of inmates or staff. Upon completion of the briefing, all new hires will sign a New Employee PREA Acknowledgement Form.

2.    All religious volunteers will undergo PREA Training for Volunteer Personnel conducted under the direction of the Facility Chaplain. Participants in this training must sign an acknowledgement of understand following PREA training. Documentation of training will be forwarded to the IPCM.

B.    Inmate Education

1.    Upon initial intake at St. Clair, the Receiving Supervisor or Receiving Officer will conduct an initial PREA orientation during which all inmates will receive verbal and written, understandable information explaining the ADOC's Zero Tolerance PREA Policy including how to report sexual abuse/harassment. Inmates will sign the PREA General Information Form in acknowledgement. A copy of this form will be forwarded to classification and the IPCM.

Within 30 days of arrival at St. Clair Correctional Facility, inmates will receive a comprehensive educational orientation by the IPCM on the ADOC's zero tolerance policy and how to report sexual abuse/harassment. During this orientation, each inmate will receive a copy of the ADOC pamphlet. Upon completion of an inmate's PREA orientation, the inmate shall sign ADOC Form 454-A, *Inmate Awareness Acknowledgment*.

2.    Inmates will be provided by the IPCM accessible education formats if an inmate has special needs (language barriers, visually impaired, deaf, limited reading skills or otherwise disabled) not relying on inmates for this service.

3.    Inmate PREA educational information shall include:

**\*\*HIGHLY CONFIDENTIAL\*\***

a.  Prevention of sexual abuse and harassment

b.  Self-protection

c.  Methods of reporting

d.  Treatment and counseling availability

4.  Upon completion of an inmate's PREA orientation, the inmate shall sign ADOC Form 454-A, *Inmate Awareness Acknowledgment*.

a.  If the inmate refuses to sign, the witness shall indicate by writing "refused to sign" and affix his/her signature.

b.  The completed ADOC Form 454-A shall be scanned into the inmate's records.

c.  The original of the ADOC Form 454-A shall be forwarded to the IPCM for entry into the PREA module.

C.  Unannounced Rounds

1.  Intermediate and higher-lever staff (Lieutenants or above) shall conduct and document unannounced rounds to identify and deter sexual abuse and harassment.

2.  Rounds shall be conducted on day shifts as well as night shifts.

3.  Alerting staff of the rounds occurring is prohibited unless there is a legitimate operational need to do so.  Violation of this policy may result in corrective action.

4.  Additionally, the Warden, IPCM or Shift Commander must conduct at least one unannounced facility round on each shift, with a minimum of three (3) checks per week, to deter staff sexual abuse and harassment.

5.  Unannounced rounds will be documented on ADOC Form 454-G, *Log of Unannounced Rounds*.  A copy of completed form 454-G will be forwarded to the IPCM.

D.  Staffing Plan

With assistance from the Warden III, IPCM will develop and maintain St. Clair Staffing Plan in accordance with AR 454 and SOP #031.

E.  Cross Gender Searches

ADOC030410

**\*\*HIGHLY CONFIDENTIAL\*\***

    a.    Prevention of sexual abuse and harassment

    b.    Self-protection

    c.    Methods of reporting

    d.    Treatment and counseling availability

4.    Upon completion of an inmate's PREA orientation, the inmate shall sign ADOC Form 454-A, *Inmate Awareness Acknowledgment.*

    a.    If the inmate refuses to sign, the witness shall indicate by writing "refused to sign" and affix his/her signature.

    b.    The completed ADOC Form 454-A shall be scanned into the inmate's records.

    c.    The original of the ADOC Form 454-A shall be forwarded to the IPCM for entry into the PREA module.

C.    Unannounced Rounds

1.    Intermediate and higher-lever staff (Lieutenants or above) shall conduct and document unannounced rounds to identify and deter sexual abuse and harassment.

2.    Rounds shall be conducted on day shifts as well as night shifts.

3.    Alerting staff of the rounds occurring is prohibited unless there is a legitimate operational need to do so. Violation of this policy may result in corrective action.

4.    Additionally, the Warden, IPCM or Shift Commander must conduct at least one unannounced facility round on each shift, with a minimum of three (3) checks per week, to deter staff sexual abuse and harassment.

5.    Unannounced rounds will be documented on ADOC Form 454-G, *Log of Unannounced Rounds.* A copy of completed form 454-G will be forwarded to the IPCM.

D.    Staffing Plan

With assistance from the Warden III, IPCM will develop and maintain St. Clair Staffing Plan in accordance with AR 454 and SOP #031.

E.    Cross Gender Searches

ADOC030411

**\*\*HIGHLY CONFIDENTIAL\*\***

1. Employees shall not conduct cross-gender strip searches or cross-gender visual body cavity searches on inmates except in exigent circumstances or when performed by medical practitioners (PREA §115.15).

2. Shift Commanders shall document on the shift log and ADOC Form 302-A, *Incident Report,* all cross-gender strip searches and cross-gender visual body cavity searches. Justification as to what exigent circumstance prompted such searches will be documented on ADOC Form 302-A.

3. Inmates will be able to shower, perform body functions and change clothing without non-medical staff of the opposite gender viewing their breasts, buttocks or genitalia, except in exigent circumstances or when such viewing is incidental to routine cell checks. Such circumstances shall be preceded by an announcement of the opposite gender being present in the area (PREA §115.15).

4. Employees shall not search or physically examine a transgender or intersex inmate for the sole purpose of determining the inmate's genital status. If the inmate's genital status is unknown, it may be determined during conversation with the inmate, by reviewing medical records, or if necessary, by learning that information as part of the broader medical examination conducted in private by a medical practitioner (PREA §115.15).

F. Intake Procedures

1. All inmates, at initial intake, shall be screened within 72 hours utilizing ADOC Form 454-C, *PREA Risk Factors Checklist,* for potential risk of sexual vulnerability and potential risk of sexual aggression.

2. Upon transfer to another facility, all inmates shall be screened within 72 hours utilizing ADOC Form 454-C for potential risk of sexual aggression.

3. A Classification Specialist shall complete the ADOC Form 454-C.

   a. This will include an interview with the inmate and review of prior known information to determine the inmate's potential risk of sexual vulnerability and/or sexually aggressive behavior.

   b. If the checklist, interview or prior known information reflects that the inmate is at high risk to be victimized or screens as sexually aggressive, the Specialist will recommend further review by a Mental Health Professional prior to assigning permanent housing.

4. The Mental Health Professional shall meet with the inmate and review their screening information. If the screening indicates that the inmate has prior sexual victimization or sexual aggression in their history, the Mental Health Professional shall offer a follow-up meeting within 14 days of the intake screening.

5.    A Classification Specialist shall conduct a reassessment of each inmate for risk of sexual victimization and abusiveness within 30 days of intake. This reassessment will also be conducted utilizing ADOC Form 454-C.

6.    In addition, upon receipt of additional information that bears on an inmate's risk of sexual victimization or abusiveness, an additional screening will be conducted.

7.    During the time of any of these assessments, the ADOC shall take no formal or informal disciplinary action should an inmate refuse to participate or answer any screening questions.

8.    There will be appropriate controls on the dissemination of screening information to ensure each inmate's sensitive information is not exploited.

9.    PREA Mental Health Assessment

   a.    Inmates that have been identified as being at risk for potential sexual vulnerability or sexually aggressive behavior shall be referred to mental health staff utilizing ADOC Form 454-C.

   b.    The Mental Health Professional shall perform the mental health assessment and document in it in the mental health section of the medical record. The assessment shall include but not be limited to a review of the inmate's PREA Risk Factors Checklist and history of sexual victimization or sexual aggression or victimization shall be noted by a Mental Health Professional and notification shall be made to the IPCM, Classification Specialist and Inmate Control Services (ICS). A copy of the FORM 454-C will be forwarded to the IPCM for documentation purposes.

   c.    Any employee may make a mental health referral, utilizing ADOC Form MH-008, based on his/her observation of the inmate's behavior or at the inmate's request. This referral may be based on the concerns that the inmate has been a victim or is at risk of being a victim or sexual aggressor.

   d.    Identification of sexual aggressors or victim's information should be done discreetly.

10.    Use of Screening Information

   a.    All information obtained during the screening process and PREA Mental Health Assessment shall be used to assist in the initial classification and institutional assignment of the inmate as well as determine work, education and programs in accordance with the ADOC Classification Manual, AR 433, Administrative Segregation and Housing for Close or Maximum Custody and AR 435, Protective Custody, with the goal of keeping separate those inmates at high-risk

of being sexually victimized from those at high-risk of being sexually abusive.

b.   St. Clair Correctional Facility shall not place LGBTI inmates in a dedicated facility, unit or dorm solely based on such identification or status.

c.   Placement and programming assignments for each transgender or intersex inmate shall be reassessed at least twice each year by the IPCM to review any threats to safety experience by the inmate.

d.   A transgender or intersex inmate's own views with respect to his or her own safety shall be given serious consideration.

e.   In deciding whether to assign a transgender or intersex inmate to a facility for male or female inmates, and in making other housing and programming assignments, ADOC shall consider on a case-by-case basis whether the placement would ensure the inmate's health and safety, and whether the placement would present management or security problems.

f.   Transgender and intersex inmates shall be given the opportunity to shower separate from other inmates.

G.   Responding to Sexual Abuse and Harassment

1.   First Responder Staff: Upon learning of an allegation of a PREA related incident, the first responder staff shall:

a.   Ensure that the victim(s), aggressor(s) and witnesses are physically separated.

b.   Protect and preserve the crime scene until appropriate steps can be taken to collect evidence.

c.   Request that the victim not bathe, wash, brush his teeth, eat, drink, smoke, urinate or defecate.

d.   Ensure that the alleged aggressor does not bathe, wash, brush his teeth, eat, drink, smoke, urinate or defecate.

e.   If the first responder staff is not security staff, the responder should request that the alleged victim not take any actions that would destroy evidence and notify a security staff.

f.   Do not show the alleged victim(s), aggressor(s) or witnesses any evidence, such as, but not limited to, pictures or video footage of the incident and do not interview any of these parties on the specifics of the incident.

g.    As soon as possible first responders shall notify the Shift Commander of the incident and draft an ADOC Form 302-A, *Incident Report.*

2.    Shift Commander shall:

a.    Ensure first responder staffs secure the crime scene.

b.    Ensure that the IPCM has been notified.

c.    Ensure that I&I is contacted.

d.    Ensure that the collection of evidence is only accomplished by trained and qualified staff in accordance with AR 306, *Contraband and Evidence Management.*

e.    Take alleged victim to the medical unit for a medical evaluation. The medical staff shall determine whether a Sexual Assault Kit is needed. The Sexual Assault kit will be conducted at an authorized SANE or SAFE center.

f.    Do not show the alleged victim(s), aggressor(s) or witnesses any evidence such as, but not limited to, pictures or video footage of the incident and do not interview any of these parties on the specifics of the incident.

g.    Ensure that the medical treatment sheet has been completed by medical staff and attached to the ADOC Form 302-A.

h.    Follow the instructions of the IPCM and I&I Investigator. **Once the incident has been turned over to the I&I Investigator, do not conduct any further questioning of the alleged victim(s), aggressor(s) or witnesses regarding the incident.** ADOC Form 454-B, *I&I PREA Investigation Checklist,* shall be completed by I&I.

i.    Ensure that all photographs of alleged victim(s), aggressor(s) and witnesses are only taken when advised by the IPCM and/or I&I Investigator or when required by AR 302, *Incident Reporting* and AR 327, *Use of Force.* **NOTE: Do not take pictures of the genital area or breast area.**

3.    Medical and Mental Health Care

a.    Victims of sexual abuse at the facility shall be referred immediately to Medical. Victims shall receive timely, unimpeded access to emergency medical treatment and crisis intervention services. The IPCM shall also refer an inmate victim immediately to an ADOC Mental Health Professional for further treatment and counseling. A

referral shall be made utilizing ADOC Form MH-008, *Referral to Mental Health*.

b.    If no qualified medical or mental health practitioners are on duty at the time a report of recent abuse is made, security staff first responders shall take preliminary steps to protect the victim and shall immediately notify the appropriate medical and mental health practitioners.

c.    Treatment services shall be provided to the victim without financial cost and regardless of whether the victim names the abuser or cooperates with an investigation arising out of the incident.

d.    Medical and mental health evaluations and treatment shall be offered to all inmates who have been victimized by sexual abuse.

e.    The evaluation and treatment of such victims shall include, as appropriate, follow-up services, treatment plans and when necessary, referrals for continued care following their transfer to, or placement in, other facilities, or upon their release from custody.

f.    Ongoing treatment services shall be provided to the victim without financial cost and regardless of whether the victim names the abuser or cooperates with any investigation arising out of the incident.

g.    An attempt shall be made to conduct a mental health evaluation of known inmate-on-inmate abusers within 60 days of learning of such abuse history and offer treatment.

H.    Reporting and Investigating Sexual Abuse and Sexual Harassment

1.    Employee/Staff Reporting

a.    ADOC employees/staff who receive any information, including verbal, written, third party reports and anonymous complaints concerning inmate sexual abuse, sexual harassment, custodial sexual misconduct, retaliation against inmates or staff who report such an incident or any staff neglect or violation of responsibilities that may have contributed to an incident or violation shall immediately report the incident through their chain of command.

b.    Any knowledge, suspicion or information regarding sexual abuse, sexual harassment and custodial sexual misconduct shall be reported to the IPCM, PREA Director and the I&I Investigator immediately, in accordance with AR 302, *Incident Reporting*.

c.    An employee/staff shall not reveal any information related to the incident to anyone other than to the extent necessary to make treatment, investigation and management decisions. Initial interviews

**\*\*HIGHLY CONFIDENTIAL\*\***

of potential sexual abuse victims should be limited to only that information necessary to protect the victim from immediate harm until an investigator arrives for a more detailed interview.

d.     The Warden, upon receiving an allegation that an inmate was sexually abused while confined in another facility, shall notify the head of the other facility of the alleged abuse as soon as possible, but no later than 72 hours from receiving the allegation. (See ADOC Form 454-F, *Reporting to Other Confinement Facilities*.)

e.     The Warden shall ensure that the designated ADOC medical and mental health staff are notified of the allegation in a timely manner.

f.     PREA related complaints may be deposited in the PREA drop box, a secured receptacle located at each facility and employees and staff may make reports privately.

g.     In order to remain informed of the progress of every sexual abuse investigation, the IPCM shall contact I&I twice monthly and ask about progress and completion. I&I shall contact the facility Warden when an investigation is completed.

h.     Once the I&I Investigator completes the investigation, the outcome will be submitted to the Assistant I&I Director. The Assistant I&I Director will submit the case to the appropriate District Attorney's office, if applicable, for criminal prosecution.

i.     Within 30 days of the conclusion of the I&I Investigation, the Warden/Director shall convene a sexual abuse incident review team to review all substantiated and unsubstantiated PREA allegations.

   1.     This team shall be composed of the Warden/designee, medical or mental health representative, investigator, supervisor present at the time of the allegations and IPCM.

   2.     The IPCM shall take detailed meeting minutes to include the agenda, participants, date, name and number of the investigation, type of investigation and findings, and all meeting content utilizing ADOC Form 454-E, *Sexual Abuse Incident Review*.

   3.     The team shall:

      a.     Consider whether the allegation or investigation indicates a need to change policy or practice to better prevent, detect, or respond to sexual abuse

      b.     Consider whether the incident or allegation was motivated by race, ethnicity, gender identity, LGBTI

of potential sexual abuse victims should be limited to only that information necessary to protect the victim from immediate harm until an investigator arrives for a more detailed interview.

d.   The Warden, upon receiving an allegation that an inmate was sexually abused while confined in another facility, shall notify the head of the other facility of the alleged abuse as soon as possible, but no later than 72 hours from receiving the allegation. (See ADOC Form 454-F, *Reporting to Other Confinement Facilities*.)

e.   The Warden shall ensure that the designated ADOC medical and mental health staff are notified of the allegation in a timely manner.

f.   PREA related complaints may be deposited in the PREA drop box, a secured receptacle located at each facility and employees and staff may make reports privately.

g.   In order to remain informed of the progress of every sexual abuse investigation, the IPCM shall contact I&I twice monthly and ask about progress and completion. I&I shall contact the facility Warden when an investigation is completed.

h.   Once the I&I Investigator completes the investigation, the outcome will be submitted to the Assistant I&I Director. The Assistant I&I Director will submit the case to the appropriate District Attorney's office, if applicable, for criminal prosecution.

i.   Within 30 days of the conclusion of the I&I Investigation, the Warden/Director shall convene a sexual abuse incident review team to review all substantiated and unsubstantiated PREA allegations.

1.   This team shall be composed of the Warden/designee, medical or mental health representative, investigator, supervisor present at the time of the allegations and IPCM.

2.   The IPCM shall take detailed meeting minutes to include the agenda, participants, date, name and number of the investigation, type of investigation and findings, and all meeting content utilizing ADOC Form 454-E, *Sexual Abuse Incident Review*.

3.   The team shall:

a.   Consider whether the allegation or investigation indicates a need to change policy or practice to better prevent, detect, or respond to sexual abuse

b.   Consider whether the incident or allegation was motivated by race, ethnicity, gender identity, LGBTI

identification, status or perceived status or gang affiliation or was motivated by otherwise caused by other group dynamics

c.   Examine the area in the facility where the incident allegedly occurred to assess whether physical barriers in the area may enable abuse

d.   Assess the adequacy of the staffing levels in that area during different shifts

e.   Assess whether monitoring technology would be deployed or augmented to supplement supervision by staff

f.   Prepare a report of its findings including, but not limited to, determination made pursuant to the preceding paragraphs and any recommendations for improvement. Such report shall be submitted to the Warden, IPCM and PREA Director in a timely manner.

4.   The Warden/designee shall implement the recommendations for improvement or shall document the reasons for not doing so.

5.   The Warden/Director, upon completion of the recommended improvement or upon providing the reason the improvement was not completed, shall submit ADOC Form 454-E, *Sexual Abuse Incident Review*, to the IPCM and PREA Director in a timely manner.

2.   Inmate Reporting

a.   Inmates may report sexual abuse or harassment verbally, in writing, through a third party or anonymously. They may file a grievance, call the PREA hotline, deposit a complaint in the PREA drop box (a secured receptacle located at each facility), tell the IPCM, contact I&I via use of a pre-addressed I&I envelope or they may tell any staff, contactor or volunteer and expect the information to be reported immediately and thoroughly investigated as indicated in this policy.

b.   Disciplinary action may be taken when an investigation by the IPCM and/or I&I Investigator determines that an inmate made a false report of sexual abuse or sexual harassment.

c.   However, an inmate reporting sexual abuse or sexual harassment shall not be issued a disciplinary report for lying based solely on the fact

that their allegations were unfounded or that the inmate later decides to withdraw his/her allegation.

d.   Allegations of sexual abuse or sexual harassment will be referred for investigation to an agency with the legal authority to conduct criminal investigations, unless the allegation does not involve potentially criminal behavior.   The I&I Division shall refer all substantiated criminal cases to the local District Attorney's office and will be available, as requested, to work with those authorities to support criminal prosecution of those cases.

e.   Each case shall be carefully evaluated on its merit, considering all evidence and circumstances and whether there is any possibility that the alleged incident could have occurred.

f.   Following the I&I investigation into an inmate's allegation that he or she suffered sexual abuse, the I&I Division shall inform the inmate as to whether the allegation has been determined to be substantiated, unsubstantiated or unfounded.

g.   Inmates and employees/staff may make complaints/reports privately by utilizing the PREA drop boxes located in the following areas:

1.   Attached to the wall in the inmate Law Library

2.   Attached to the wall outside the dining hall

3.   Attached to the wall in the Administrative Building near the elevator

I.   Sexual abuse and sexual harassment investigations:   The standard of proof in all investigations of sexual abuse and harassment is a preponderance of the evidence.

1.   Inmate-on-Inmate Sexual Abuse and Staff-on Inmate Sexual Abuse and Harassment

a.   The IPCM and the I&I Investigator shall be notified of all alleged incidents involving sexual abuse against an inmate or staff and of any sexual harassment by a staff toward an inmate.   The I&I Investigator shall be notified of such incidents in accordance with AR 302, *Incident Reporting*.

b.   I&I is responsible for conducting a prompt, thorough and objective investigation, whether administrative or criminal in all such cases.

c.   If applicable, the Associate Commissioner of Operation or the Deputy Commissioner of Women's Services shall

determine the re-assignment of employees/staff allegedly involved in any such incidents.

2.  Inmate-on-Inmate Sexual Harassment

    a.  The IPCM and the I&I Investigator shall be notified of all incidents involving sexual harassment of an inmate by another inmate, in accordance with AR 302 and on receipt of ADOC Form 454-I, *Investigative Report Inmate-on-Inmate Sexual Harassment.*

    b.  The Warden, in consultation with the IPCM, shall assign a supervisor (Captain) who has completed PREA investigations training to investigate the incident.

    c.  The supervisor assigned is responsible for conducting a prompt, thorough and objective administrative investigation in all such cases.

J.  Protective Custody

1.  Inmates at high risk for sexual victimization or those who report sexual victimization shall not be placed in involuntary administrative or punitive Restrictive Housing unless there has been an assessment of all other available alternatives and a determination made that there are no other alternatives available. (See ADOC Form 454-H, *PREA Post Allegation Protective Custody*).

2.  In cases where Restrictive Housing is the only means to protect such an inmate, the inmate shall have access to all programs, privileges, education and work opportunities, to the extent possible, and it shall only be until an alternative means of separation from likely abusers can be arranged; a time not ordinarily to exceed 30 days. In these cases, the facility shall clearly document:

    a.  The basis for the facility's concern for the inmate's safety

    b.  The reason why no alternative means of separation can be arranged.

3.  Every 30 days, the facility shall afford each such inmate a review to determine whether there is a continuing need for separation from the general population.

4.  Inmates placed in Restrictive Housing under PREA Standard §115.43- Protective Custody or PREA Standard §115.68- Post-allegation Protective Custody will be visited by the Institutional Restrictive Housing Review Board (ISRB) at least once weekly during the ISRB weekly visit to the Restrictive Housing unit. This visit will be documented in the Restrictive Housing logs.

K.  Retaliation

**\*\*HIGHLY CONFIDENTIAL\*\***

1. Retaliation in any form for the reporting of, or cooperation with, sexual abuse or harassment allegation is strictly prohibited.

2. The Warden and IPCM shall ensure inmates and staff who report sexual abuse, sexual harassment or cooperate with a sexual abuse investigation are protected from retaliation by other inmates or staff.

   a. The IPCM will be chiefly responsible for this by monitoring the conduct and treatment of the inmate(s) or staff for at least 90 days after an incident is reported. That time will be extended in 30 day increments if there is a continuing need.

   b. The monitoring of inmates shall consider any disciplinary reports, housing or program changes and shall include periodic status checks.

   c. The monitoring of staff shall include negative performance reviews or reassignments.

   d. All appropriate measures shall be taken to protect any individual who cooperates with an investigation and expresses a fear of retaliation.

   e. The facility's obligation to monitor may terminate if the facility determines the allegation is unfounded. ADOC Form 454-D, *Sexual Abuse/Harassment Retaliation Monitoring*, shall be utilized for monitoring of staff and inmates.

## VI.   DISPOSITION

Any forms will be disposed of and/or retained according to the Departmental Records Disposition Authority (RDA).

## VII.   FORMS

ADOC Pamphlet Inmate Awareness – English
ADOC Pamphlet Inmate Awareness – Spanish
Inmate Awareness Acknowledgement (Comprehensive)(English)
Inmate Awareness Acknowledgement (Comprehensive)(Spanish)
Acknowledgement form for PREA Education (Intake)(English)
Acknowledgement form for PREA Education (Intake)(Spanish)
New Employee PREA Acknowledgement Form

## VIII.   SUPERSEDES

This Standard Operating Procedure supersedes SOP #209 (Inmate Sexual Abuse and Harassment (Prison Rape Elimination Act {PREA}) dated August 10, 2016.

## IX.   PERFORMANCE

A.   Prison Rape Elimination Act of 2003

**\*\*HIGHLY CONFIDENTIAL\*\***

B.    Code of Alabama 1975, Sections:

    1.    13A-6-60, Definitions

    2.    13A-6-61, Rape in the First Degree and 13A-6-62, Rape in the Second Degree

    3.    13A-6-63, Sodomy in the First Degree and 13A-6-64, Sodomy in the Second Degree

    4.    13A-6-65, Sexual Misconduct

    5.    13A-6-65.1, Sexual Torture

    6.    13A-6-66, Sexual Abuse in the First Degree and 13A-6-67, Sexual Abuse in the Second Degree

    7.    14-11-30, Offense Concerning Prisoners and Prisons Definitions

C.    Administrative Regulation 454, Inmate Sexual Offenses and Custodial Sexual Misconduct dated January 4, 2016

D.    Administrative Regulation 306, Contraband and Evidence Management

E.    Administrative Regulation 208, Employee Standards of Conduct and Discipline

F.    Administrative Regulation 228, Employee Sexual Misconduct and Sexual Harassment

G.    Administrative Regulation 302, Incident Reporting

H.    Administrative Regulation 318, Staff/Inmate Relationships

I.    Administrative Regulation 403, Inmate Rule Violations

J.    Administrative Regulation 327, Use of Force

_____
Karla Jones, Warden III

_____
8-27-18
Date