## Alabama Department of Corrections

# INCIDENT REPORT

| 1. Institution/Division: ST.CLAIR CORRECTIONAL FAC. | 2. Date: 7/17/2018 | 3. Time: 5:30:00 PM | 4. Inc. No: SCCF-18-00891 Class Code: C |
|---|---|---|---|
| 5. Type of Incident - PRIMARY: Inability to Adjust to Population/Programs | | 6. ASCA Incident Type - PRIMARY: | |
| 7. Type of Incident - Secondary: N/A | | 8: ASCA Incident Type - Secondary: | |
| 9. Who Received Report: BROOKS, ANTHONY   F | | 10. Time Incident Reported: 7/17/2018 5:45:00 PM | |
| 11. Location of Incident: breezeway | | | |
| 12. Victim(s):   Name  N/A | | | AIS |
| 13. Suspect(s):  Name  MULLINS, STEVEN | | | AIS  00175255 |
| 14. Witness(es): Name  N/A | | | AIS |
| PHYSICAL EVIDENCE: | | | |
| 15. Type of Evidence / Description: N/A | | 16. Chain of Evidence / Location & Date: N/A | |

**17. Narrative Summary:**

On July 17th 2018, at approximately 5:30pm, inmate Steven Mullins, W/ 175255, approached Sergeant Phillip Dixon at the breezeway and stated" that he could not live in population because he feared for his life by unknown inmates" Sergeant Phillip Dixon noticed Bruises to his face. Apparently inmate Mullins was involved in a physical altercation. At approximately 5:45pm, Sergeant Dixon notified Warden Anthony Brooks of this incident. Inmate Mullins will be placed in Restrictive Housing unit for the inability to adapt to population. No further action was taken at this time until further investigation is made into this incident.    7/17/2018 6:12 PM by phillip.dixon

Signature: _____

PLAINTIFF'S EXHIBIT 7

ADOC Form 302-A - August 2, 2010

ADOC000462

Alabama Department of Corrections

# INCIDENT REPORT AMENDMENT

| 1. Institution/Division: ST.CLAIR CORRECTIONAL FAC. | 2. Date 7/17/2018 | 3. Time: 5:30:00 PM | 4: Inc. No: SCCF-18-00891 Class Code: C |
|---|---|---|---|
| 5. Type of Incident - PRIMARY: Inability to Adjust to Population/Programs | | 6. ASCA Incident Type - PRIMARY: | |
| 7. Type of Incident - Secondary: N/A | | 8. ASCA Incident Type - Secondary: | |

**NARRATIVE SUMMARY:**
On July 17th 2018, at approximately 5:30pm, inmate Steven Mullins, W/ 175255,(P1-1A) approached Sergeant Phillip Dixon at the breezeway and stated he could not live in population because he feared for his life by unknown inmates". Sergeant Phillip Dixon noticed bruises to his face. Inmate Mullins stated, "the injury's was from a previous incident".  Apparently, inmate Mullins was involved in a physical altercation.  At approximately 5:45pm, Sergeant Dixon notified Warden Anthony Brooks of this incident. Inmate Mullins was placed in Restrictive Housing unit in cell B19 for the inability to adapt to population. No further action was taken at this time.  7/17/2018 6:12 PM by phillip.dixon 7/17/2018 7:24 PM by phillip.dixon 10/18/2018 1:38 PM by carla.graham 10/18/2018 1:39 PM by carla.graham

Signature: _____

Alabama Department of Corrections

# INCIDENT REPORT

| 1. Institution/Division: ST.CLAIR CORRECTIONAL FAC. | 2. Date: 7/17/2018 | 3. Time: 9:40:00 PM | 4. Inc. No: SCCF-18-01093 Class Code:  C |
|---|---|---|---|
| 5. Type of Incident - PRIMARY: Intoxicants - Use (Consumption, also Patronizing Est.) ||| 6. ASCA Incident Type - PRIMARY: |
| 7. Type of Incident - Secondary: N/A ||| 8: ASCA Incident Type - Secondary: |
| 9. Who Received Report: PRICE, ANTOINE     J ||| 10. Time Incident Reported: 7/30/2018 11:00:00 AM |
| 11. Location of Incident: RHU Drug Lab ||||
| 12. Victim(s): | Name N/A ||  AIS Other |
| 13. Suspect(s): | Name MULLINS, STEVEN || AIS 00175255 |
| 14. Witness(es): | Name N/A || AIS |
| PHYSICAL EVIDENCE: ||||
| 15. Type of Evidence / Description: N/A ||| 16. Chain of Evidence / Location & Date: N/A |

**17. Narrative Summary:**
On July 17, 2018, 2018, at approximately 9:40pm, a urine sample collection began. Inmate Steven Mullins W/M 175255 assigned to C-42, provided a urine sample to Correctional Sergeant T. Miller to be tested for the use of drugs. On July 18, 2018 at approximately 3:08am the sample was tested by Correctional Officer Perry Wilson, Drug testing Officer. The urine at that time screened positive for inmate Mullins for the use of amphetamines. On July 30, 2018 at approximately 11:00am Aperian Laboratory Solutions Department returned a positive confirmation report of Officer Wilson's test.  The sample tested positive for the use of amphetamines for inmate Mullins. Inmate Mullins was asked if inmate Mullins was taking any prescribed medications. Inmate Mullins was not taking any prescribed medications that would cause a positive drug screening. This is the 1st time inmate Mullins has tested positive for amphetamines at St. Clair Correctional Facility. Inmate Mullins is pending disciplinary action for rule violation #928, consumption or use of or under the influence of alcohol, narcotics, or other intoxicants. A copy of the positive test is attached. No further action taken at this time. At approximately 11:15am, this incident was reported to Correctional Lieutenant Antoine Price.   8/20/2018 1:26 AM by jason.norris

Signature: _____

ADOC000464