


HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY

HIGHLY CONFIDENTIAL—ATTORNEY'S EYES ONLY



HIGHLY CONFIDENTIAL—ATTORNEY'S EYES ONLY

HIGHLY CONFIDENTIAL—ATTORNEY'S EYES ONLY



HIGHLY CONFIDENTIAL—ATTORNEY'S EYES ONLY



HIGHLY CONFIDENTIAL—ATTORNEY'S EYES ONLY







HIGHLY CONFIDENTIAL—ATTORNEY'S EYES ONLY






ADOC009102





