FILED



ALL FEMALES MUST
ANNOUNCE THEIR
PRESENCE BEFORE
ENTERING THE
DORMITORY

HIGHLY CONFIDENTIAL—ATTORNEYS EYES ONLY







ADCGW490



HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY



HIGHLY CONFIDENTIAL--ATTORNEY'S EYES ONLY





HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY




CONFIDENTIAL - ATTORNEYS EYES ONLY





HIGHLY CONFIDENTIAL—ATTORNEY'S EYES ONLY


HIGHLY CONFIDENTIAL ATTORNEY EYES ONLY





HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY

