

HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY





FOR CONFIDENTIAL ATTORNEY EYES ONLY



HIGHLY CONFIDENTIAL—ATTORNEY'S EYES ONLY



HIGHLY CONFIDENTIAL--ATTORNEY'S EYES ONLY



HIGHLY CONFIDENTIAL—ATTORNEY'S EYES ONLY




HIGHLY CONFIDENTIAL--ATTORNEYS EYES ONLY

HIGHLY CONFIDENTIAL—ATTORNEY'S EYES ONLY





HIGHLY CONFIDENTIAL--ATTORNEY'S EYES ONLY





HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY




FINAL-CONFIDENTIAL-ATTORNEY'S EYES ONLY

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

