





HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY

## ST. CLAIR CANTEEN PRICE LIST
### $37.50 Food and $65.00 Total Limit and 15 Line Limit!

| Item | Description | Price | Item | Description | Price | Item | Description | Price |
|---|---|---|---|---|---|---|---|---|
| 139 | Peppermint Stick | $0.21 | 253 | Tortillas | $1.56 | 578 | Hydrocortzon | $2.16 |
| 132 | Starburst | $1.09 | 254 | Summer Sausage | $3.21 | 580 | Tolnaftate(anti fungus) | $1.44 |
| 133 | Skittles | $1.09 | 255 | Pork Sausage | $2.16 | 584 | Calamine Lotion | $1.93 |
| | Reeses cup | $1.09 | 896 | Peanut butter | $2.16 | 585 | Antibiotic Cream | $4.29 |
| | Snickers | | 301 | Cocoa Mix | $0.25 | 590 | Halls | $1.34 |
| | Buddy Bars | $0.42 | 322 | Kool aide grape | $3.02 | 650 | Reading Glasses 100 | $1.70 |
| | Grits Pack | $0.44 | 323 | Kool aide lemon | $3.02 | 651 | Reading Glasses 150 | $1.70 |
| | | $0.53 | 324 | Kool aide tropical | $3.02 | 652 | Reading Glasses 200 | $1.70 |
| | | | | Kool aide cherry | $3.02 | 802 | Legal pads | $1.23 |
| | | | | Coffee | $3.98 | 806 | Black Ink Pens | $0.88 |
| | | | | Tea Bags | $2.44 | 808 | Stamps | $0.50 |
| | | | | Sweet & Low | $3.03 | 809 | Yellow Pencils | $0.21 |
| | | | | Creamer | $2.22 | 811 | Envelopes | $1.35 |
| | | | | Sugar | $1.94 | 812 | Big Envelopes | $0.15 |
| | | | | | | 842 | Coffee Cup | $1.84 |
| | | | | Colgate Toothpaste | $1.75 | 843 | Tumbler Cup | $0.53 |
| | | | | Crest Toothpaste | $2.98 | | | |
| | | | | Toothbrush Holder | $0.40 | 826 | AA battery | $1.82 |
| | | | | Toothbrush | $1.05 | 827 | AAA battery | $1.82 |
| | | | | Polident | $5.20 | 828 | Headset | $11.08 |
| | | | | Fixodent | $5.41 | 829 | Radio | $25.52 |
| | | | | Orajel | $5.71 | 851 | Shower Shoe size 9 | $4.38 |
| | | | | Soap Container | $0.54 | 852 | Shower Shoe size 10 | $4.38 |
| | | | | Coast Soap | $1.08 | 853 | Shower Shoe size 11 | $4.38 |
| | | | | | | | Shower Shoe size 12 | $4.38 |
| | | | | | | | Shower Shoe size 13 | $4.38 |
| | | | | | | | Shower Shoe size 14 | $4.38 |

Stamps- 20
Soup- 12
Bag Candy- 4

---

*Handwritten note on yellow paper:*

I appreciate you too! All this bullshit has had my ~~[scratched out]~~

---

Other ranches are for work; Barefoot Ranch is for fun, as country music singers, politicians, and other celebrities have discovered. It's a place to hide away and enjoy privacy without being confined to a hotel.

Located in Athens, Texas, about an hour's drive from Dallas, the estate covers almost 2,500 acres. Tucked-away you will find a 35,000 square foot timber-beamed lodge, and multiple cabins and cottages.

43

HIGHLY CONFIDENTIAL—ATTORNEY'S EYES ONLY

| Item | Price | Code | Item | Price |
|---|---|---|---|---|
| Colgate Toothpaste | $1.75 | 843 | | |
| Crest Toothpaste | $2.98 | 826 | AA battery | $1 |
| Toothbrush Holder | $0.40 | 827 | AAA battery | $1 |
| Toothbrush | $1.05 | 828 | Headset | $1 |
| Polident | $5.20 | 829 | Radio | $2 |
| Fixodent | $5.41 | 851 | Shower Shoe size 9 | $4 |
| Orajel | $5.71 | 852 | Shower Shoe size 10 | $4 |
| Soap Container | $0.54 | 853 | Shower Shoe size 11 | $4 |
| Coast Soap | $1.08 | | Shower Shoe size 12 | $4 |
| | $0.73 | | Shower Shoe size 13 | $4 |
| | | | Shower Shoe size 14 | $4 |

> I appreciate you too!
> All this bullshit has
> had my ~~scattered~~

Stamps- 20

Soup- 12

Bag Candy- 4

AD0C09142



Hit her lil one And
see wuz up. Tell her
they runnin the store
man plus that im
About to do whatever
Al have to move from
over here Its hard to
move around the runen
Fucked up And hit see
wuz up man plus tell
her thot im About to
make the police jump
me Right But shit
popin over here I havnt
seen the runnen over
90 pass the door then
the nigger dont like
passin shit. Call Gil
one see where them

tell
she
on
mis