ITF017

Alabama Department of Corrections





Questions

Officer Deandre Hall    Doc#XI-19-00085-1

1.) Did you see me stab inmate Steven Mullins?
yes or No?

2.) Did inmate Steven Mullins identify to you that I Clifford Jackson #249213 was who stabbed him. Yes or No?

NAME: Willie Jenkins o (Transfer to
NAME: Deandre Hall CO
YES Cancelled
Inmate's Signature
Page 1 of 1

Approved
Request Directed to: (Check
( ) Warden
( ) Classification Supervisor
N176

**Statement**

DSC #ScF-R-0285-1

I inmate Clatious Jackson #249273 did not stab inmate Steven Mullins. On the day this incident happened we were having lockdown I feel I was in O2 in Willie Jenkins cell getting a haircut. They had already called P3G for chow and locked us back down. I was in inmate willie Jenkins cell getting a haircut's Steven Mullins. I didn't have any problems with inmate Steven Mullins. I was in my block O2 when the officer's came and got me. I don't know anything about this incident

Clatious Jackson #249273



HIGHLY CONFIDENTIAL--ATTORNEY'S EYES ONLY



HIGHLY CONFIDENTIAL—ATTORNEY'S EYES ONLY




HIGHLY CONFIDENTIAL—ATTORNEY'S EYES ONLY



HIGHLY CONFIDENTIAL--ATTORNEY'S EYES ONLY


