**CONFIDENTIAL**

Alabama Department of Corrections
## Inmate Body Chart Documentation Form

Institution: __SCCF__     Date: __2/25/19__  Time: __0630__

Individual Requesting Body Chart (print name): __Ragsdale__     Title: __Lt.__

**Inmate statement:**

" laying there asleep and cell partner woke me up by beating on me ____



Bruising

Knot

R    L

**Description of markings:**

4 cm knot on top of head L) side. Bruising to R) temple.                                              RN

**Check below:**

✓ *NET additionally completed and filed in the inmate health record.

___ *Special Health Needs Communication Form completed and distributed, as necessary.

Health Professional (signature): _____     Date: __2/25/19__ Time: __0630__

Inmate Name: __Mullins, Steven__     AIS #: __175255__ ████

**CONFIDENTIAL**

**Wexford Health** SOURCES INCORPORATED

45 y/o

HSR# ███████

Date/Time 2/25/19 0630

**Offender Information:**

Mullins _____ Steven _____ _____
Last Name      First Name      MI

ID#: 175255

## NON-SPECIFIC DISCOMFORT

| Subjective, Objective, Assessment | Plans |
|---|---|
| S) I woke up to my cell partner beating me up | P) |
| Allergies? "Penicillin" | **Refer to Provider:** Patient presents more than twice at NSC for c/o same discomfort. Patient presents with signs of acute, severe discomfort. |
| Location of pain/discomfort. "Both sides of my head" | |
| Describe pain i.e.; stabbing, throbbing, constant, intermittent etc. "throbbing" | **Nursing Intervention:** For discomfort: Acetaminophen 325 mg. 1 - 2 tablets p.o. t.i.d. p.r.n. x 7 days (max OTC dose is 1200 mg per day). |
| Have you had this pain before and how was it treated? "yes" | |
| Rate the pain level on a scale of 1-10 | |
| 1    2    3    4    5    6   (7)   8    9    10 | |
| | |
| | |
| | |
| **O)** | |
| T 98.2  P 62  R 16  BP 119/91  WT 182 lbs  O₂ 99% RA | |
| Document signs of obvious discomfort. 4 cm knot on left side of head | |
| Document observations related to body part affected Bruising to R) side of temple | |
| **A)** | **Follow Up:** Return to sick call if discomfort does not improve. |
| Alteration in Comfort | |

Signature/ Title _____ RN

**NON-SPECIFIC DISCOMFORT**
ADOC011481

**CONFIDENTIAL**

Alabama Department of Correction
## Inmate Body Chart Documentation Form



Institution: _SccF_      Date: _02-25-19_  Time: _1845_

Individual Requesting Body Chart (print name): _Lt Gordy_      Title: _LT_

Inmate statement: _No Statement  "I did that this morning_
" _____ "

**Description of markings:**
_No areas noted. Skin clear_

_____

_____

Check below:
___ *NET additionally completed and filed in the inmate health record.
___ *Special Health Needs Communication Form completed and distributed, as necessary.

Health Professional (signature): _Angie Vidwell LPN_      Date: _02-25-19_  Time: _1845_

Inmate Name: _Steven Mullins_      AIS #: _175255_  D[ ]



Alabama ~~Department of Corrections~~

**CONFIDENTIAL**

# Inmate Body Chart Documentation Form

Institution: _SCCF_          Date: _2-26-19_   Time: _1800_

Individual Requesting Body Chart (print name): _Price_          Title: _Lt_

**Inmate statement:**

" _Unresponsive_ "

**Description of markings:**

_1. stab wound entering ®(R) calvical 2 stab wound to_
_②(L) shoulder_

**Check below:**

☑ *NET additionally completed and filed in the inmate health record.

___ *Special Health Needs Communication Form completed and distributed, as necessary.

Health Professional (signature): _J M Mosley_          Date: _2-26-19_  Time: _1800_

Inmate Name: _Mullins, Steven_          AIS #: _176255_ ████████

**CONFIDENTIAL**

## Alabama Department of Corrections
## Inmate Body Chart Documentation Form



Institution: _SCCF_        Date: _7/15/18_   Time: _1645_

Individual Requesting Body Chart (print name): _Baker_        Title: _Lt_

Inmate statement:

" _I got jumped by 2 guys_ "

Swelling
Knot
Swelling
Knot
1" abrasion
R   L

**Description of markings:**

® eye Ē knot @ outer corner, swelling around; ® side lip swollen - abrasion on inside, 1" abrasion on chin

Check below:

✓ *NET additionally completed and filed in the inmate health record.
___ *Special Health Needs Communication Form completed and distributed, as necessary.

Health Professional (signature): _Cwright, RN_        Date: _7/15/18_  Time: _1700_

Inmate Name: _Mullins, Steven_        AIS # _175255_

ADOC011606



## Wexford Health
### SOURCES INCORPORATED

**Emergency/Hospitalization Notification Form**

Fax to 412-539-0415 or 412-937-9151
or
Email: AL_UMFaxes@wexfordhealth.com

**Correctional Facility:** St Clair

**Date:** 2-26-19     **Reference Number:** _____

**Inmate Name:** Mallins, Steven     **SSN:** _____

**Inmate Number:** 175255

**Advance Directives:** _____

**Referring Physician:** ☒ YES ☐ NO     Wilson

**Type of Service:**

☒ ER     ☐ Admit through ER     ☐ ER to Observation
☐ Direct Admit     ☐ Hospital-to-hospital transfer     ☐ Scheduled Admission
☐ Other: _____     ☐ Urgent Office     ☐ Urgent Radiology/X-Ray

**Facility/Place of Service:** UAB ER

**Address:** _____

**Telephone:** _____

**Treating Physician:** _____

**Transportation:** ☐ Ambulance     ☐ State Vehicle     ☐
Other: Air Life Saver 4

### SPECIFIC REASON FOR EMERGENCY TREATMENT OR ADMISSION

**DIAGNOSIS:**
Stab wound Rt cal

**911 REFERRAL** ☐ YES ☐ NO     If no, was RMD contacted? ☐ YES ☐ NO

**Date Out:** 2-26-19     **Time:** 18:18
**Return Date:** _____     **Time:** _____
**Admission Date:** 2-26-19     **Time:** 2300?
**Transmittal Date:** 2-26-19     **Time:** 18:18
**By:** J Moseley RN

**After Hours Notified:** ☐ Yes     ☐ No     If yes, send copy with patient to hospital.

Rev. 10/03/2016     Emergency/Hospitalization Notification

CONFIDENTIAL

ADOC011615

SEGREGATION: MENTAL HEALTH ASSESSMENT/REPORT

☐ Initial assessment
☐ 30-day
☑ 90-day

| Inmate Name | Number | SMI flag  YES  NO | Date placed in seg: | Date of Assessment |
|---|---|---|---|---|
| Steven ▮▮▮ | 175265 | (NO) | 7/8/18 | 12·10·18 |

*In accordance with ACA standards. All inmates placed in segregation shall be interviewed by a QMHP to assess the offender's basic mental health condition within 7 days of placement. The mental health assessment is completed every 30 days for inmates with a diagnosed behavioral health disorder remaining in segregation and at 90 day intervals for offenders without a behavioral health disorder who remain in segregation – unless more frequent assessments are clinically indicated. Mental health assessments are conducted out-of-cell, face-to-face and in an area that provides sound confidentiality unless the clinician determines it is unsafe to do so. The reasons the assessment is not confidential shall be clearly documented on the back of this form.*

Mental health screening questions (Answer all questions)

| | YES | NO | |
|---|---|---|---|
| 1 | ✓ | | Current thoughts of suicide or plan |
| 2 | | ✓ | History of suicide attempts/behaviors |
| 3 | | ✓ | Current prescription psychotropic medication |
| 4 | ✓ | | History of inpatient mental health treatment (psychiatric hospitalization) Baptist Montclair as teenager |
| 5 | | ✓ | History of treatment in RTU |
| 6 | | ✓ | History of outpatient mental health treatment |
| 7 | ✓ | ✓ | History of substance abuse treatment "I'm a born alcoholic - don't drink anymore" |
| 8 | ✓ | | Current mental health complaint |
| | | | If yes, describe: Gotta get out of that cell · go to A-Block or pop |

Behavioral Observations (Check all that apply)

| | | | |
|---|---|---|---|
| ☐ Aggressive | ☐ Hallucinating | ☐ Lethargic | ☐ Passive |
| ☑ Agitated | ☐ Hyperactive | ☐ Loose associations | ☐ Withdrawn |
| ☑ Anxious | ☐ Irrational | ☐ Manipulative | ☐ Tearful |
| ☐ Delusional | ☐ Labile | ☐ Paranoid/suspicious | |

Mental Status Examination (Write in brief description in each category)

Appearance:
gray scruffy facial hair / clean state whites / groomed appropriately

Mood:
Anxious / Irritable

Affect:
Congruent

Speech:
WNL

Thought form & content:
logical

Intellectual functioning:
WNL

Orientation:
Oriented x 3

Concentration:

CONFIDENTIAL

1

ADOC011646

|  | Good |
|---|---|
| Memory: | Intact |
| Other: | Not actively suicidal - "I have places I know where I could do it if I need to - but I'm too scared." |

Assessment:

Disposition:         □ No mental health referral

(check all that apply)   ☒ Routine mental health referral to be seen within 3 days by QMHP

□ Psychotropic medication referral

□ Emergency mental health referral to be seen within the hour

□ Medical referral

☒ Custody referral

□ Administration referral for removal from segregation

Signature, printed name and discipline of person completing this assessment:

A. Fox, NA, ALC, MHP          A. Fox          12-10-18

**CONFIDENTIAL**

S. Mason   175255

CONFIDENTIAL

SEGREGATION: MENTAL HEALTH ASSESSMENT/REPORT

☑ Initial assessment
☐ 30-day
☐ 90-day

| Inmate Name | Number | SMI flag   YES (NO) | Date placed in seg: | Date of Assessment |
|---|---|---|---|---|
| Mullins Steve | 175255 | | 7/17/18 | 8/21/18 |

*In accordance with ACA Standards:* All inmates placed in segregation shall be interviewed by a QMHP to assess the offender's basic mental health condition within 7 days of placement. The mental health assessment is completed every 30 days for inmates with a diagnosed behavioral health disorder remaining in segregation and at 90 day intervals for offenders without a behavioral health disorder who remain in segregation – unless more frequent assessments are clinically indicated. Mental health assessments are conducted out-of-cell, face-to-face and in an area that provides sound confidentiality unless the clinician determines it is unsafe to do so. The reasons the assessment is not confidential shall be clearly documented on the back of this form.

## Mental health screening questions (Answer all questions)

| | YES | NO | |
|---|---|---|---|
| 1 | | ✓ | Current thoughts of suicide or plan |
| 2 | ✓ | | History of suicide attempts/behaviors    Thoughts → no follow-through |
| 3 | | ✓ | Current prescription psychotropic medication |
| 4 | | ✓ | History of inpatient mental health treatment (psychiatric hospitalization) |
| 5 | | ✓ | History of treatment in RTU |
| 6 | ✓ | | History of outpatient mental health treatment |
| 7 | | ✓ | History of substance abuse treatment |
| 8 | ✓ | | Current mental health complaint |
| | | | If yes, describe: Stress & med association |

## Behavioral Observations (Check all that apply)

☐ Aggressive      ☐ Hallucinating      ☐ Lethargic      ☐ Passive
☐ Agitated        ☐ Hyperactive        ☐ Loose associations   ☐ Withdrawn
☐ Anxious         ☐ Irrational         ☐ Manipulative   ☐ Tearful
☐ Delusional      ☒ Labile             ☐ Paranoid/suspicious

## Mental Status Examination (Write in brief description in each category)

| | |
|---|---|
| Appearance: | Appropriate, unkept |
| Mood: | Guarded |
| Affect: | Normal |
| Speech: | WNL |
| Thought form & content: | WNL |
| Intellectual functioning: | WNL |
| Orientation: | oriented x4 |
| Concentration: | |

ADOC011617    1

**CONFIDENTIAL**

Memory:

*Intact / detailed recall*

Other:

*Trust issues but interested in MH caseload*

Assessment:

Disposition:          □ No mental health referral

(check all that apply)  □ Routine mental health referral to be seen within 3 days by QMHP

□ Psychotropic medication referral

□ Emergency mental health referral to be seen within the hour

□ Medical referral

□ Custody referral

□ Administration referral for removal from segregation

Signature, printed name and discipline of person completing this assessment:

*LPC, LMHP*

ADOC011618    2

**CONFIDENTIAL**

*out gated*

Alabama Department of Corrections
## Mental Health Referral Form

MH-0



| Inmate/Patient Information: | | |
|---|---|---|
| Name: Steven Mullins | AIS#: 175255 | |
| Facility: St. Clair Cif.q | Housing Unit: L 28 | |
| Date of referral: 2-25-2019 | Time: 419 pm | |

**Reason for Referral:**

Alleged Sexual Harassment

**Person Making Referral:**

Name: Angelica Bordel

Title: Liautenant

☒ ADOC Employee
☐ Medical/Mental Health Staff
☐ Patient (Self-Referral)
☐ Other

Date: 2-25-    Time: 4 20 pm

Additional Info:

**Referral Received by Triage\* Registered Nurse:**

| Name: | Title: |
|---|---|
| Date Received: | Time Received: |

**Triage\* Registered Nurse Completing Information Below:**

Signature:

Date:                                          Time:

**Nurse Determination**

☐ Emergent referral required (Notify On-Call MHP or Psychologist) \*\*

☐ Urgent referral required (Notify On-Call MHP or Psychologist) \*\*

☐ Routine referral required (Notify MH next business day)

| MHP or Psychologist Notified? | Name: Date: Time: |
|---|---|
| Referral to Psychiatrist indicated? | |

Comments:

Deceased

\*Triage nurse must be an R.N. with mental health training
\*\*Emergent or Urgent Referrals- Notify MHP or Psychologist within 1 hour

ADOC – Office of Health Services
MH E-5.5 (a)
092018

CONFIDENTIAL

**INMATE REQUEST SLIP**

Name _Steve Mullins_    Quarters _C-42_ Date _12-27-18_

AIS # _175255_

( ) Telephone Call    ( ) Custody change    (X) Personal Problem

( ) Special Visit    ( ) Time Sheet    ( ) Other _____

Briefly Outline Your Request – <u>Then Drop In Mail Box</u>

_Need to come talk with someone!! Issues with depression, anxiety, nightmares & not being able to sleep._

<u>Do Not Write Below This Line</u> – **For Reply Only**

_I/M scheduled for 1/22/19. Deferred for leave call for appt._

_J. Thomas, CMSW, MHSM_

_1/22/19_

| Approved | Denied | Pay Phone | Collect Call |
|----------|--------|-----------|--------------|

Request Directed to: (<u>Check One</u>)

( ) Warden    ( ) Deputy Warden    ( ) Captain

( ) Classification Supervisor    ( ) Legal Officer – Notary Public    ( ) Record Office

N176    _Mental Health_

ADOC011621

CONFIDENTIAL



## Wexford Health
### SOURCES INCORPORATED

## Progress Note

| | | Last | First | MI |
|---|---|---|---|---|
| Name: | | Mullins, Steven | | |
| | | ID #: | 175255 | |

| Date | Time | Description | Signature/Title |
|---|---|---|---|
| 2 26 | 1800 | IM arrived by ambulance to the infirmary. He was unresponsive. He was stab on his Left clavical and also stab in his (L) shoulder. An IV started 18g, in R AC and (L) 18g in (L) forearm. Pressure was applied to (R) side of neck to control the bld. 500cc of Ringer lactate going to (R) arm + R&S 1000 NS going to the (L) arm. IM's x-ord. x to have Resp. complicated and had (?) a (?) to a ? NRB. Life saver was called out + RPS. IM start to turn blue and was intubated. IM was manually vent. @ 100% O2. IM was transf. to RPS stretcher and then transported to Life Saver. | | |
| Late entry +1800 1830 | | TKO Atropine 4mg 3 given to (?) (?) IV. | [signature] |

**COMPLETE BOTH SIDES BEFORE USING ANOTHER SHEET**

CS1104AL

ADOC011472

CONFIDENTIAL

## INMATE REQUEST SLIP

Name _Steve Mullins_          Quarters _C-42_ Date _11-27-18_

AIS # _175255X_

( ) Telephone Call          ( ) Custody change          (X) Personal Problem

( ) Special Visit          ( ) Time Sheet          ( ) Other _____

Briefly Outline Your Request – Then Drop In Mail Box

_Need to come talk to you!_
_Need help trying to move to A-block._
_Need something to read & puzzles._

_Thanks_
_Steve_
_Mullins_
_#175255_
_C-42_

Do Not Write Below This Line – **For Reply Only**

_I have no control over who is assigned to_
_A-block. Please request books/puzzles from_
_MH who conducts restrictive housing rands._
_Thomas,_
_11/29/18_

Approved          Denied          Pay Phone          Collect Call

Request Directed to: (Check One)

( ) Warden          ( ) Deputy Warden          ( ) Captain

( ) Classification Supervisor          ( ) Legal Officer – Notary Public          ( ) Record Office

_Mental Health_

N176

ADOC011622

**CONFIDENTIAL**

**STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES**

## REFERRAL TO MENTAL HEALTH

**REASON FOR REFERRAL:**
☐ **CRISIS INTERVENTION**
　　☐ Family problem: _____
　　☐ Problems with other inmates: _____
　　☐ Recent stress: _____
　　☒ Other: _____ Seg
☐ **EVALUATION OF MEN**
　　☐ Suicidal
　　☐ Homicidal
　　☐ Mutilating
　　☐ Hostile, Angry
　　☐ Other inappropriat
☐ **HISTORY OF PSYCHOTI**
☐ **REFERRAL TO 12 STE**
**COMMENTS:** _____

_____

_____

_____

_____

_____

**Referred by:** _____
☐ Referral for psychiatrist (refer
**MENTAL HEALTH FOLLOW**

_____

_____

_____

_____

_____

_____

_____

_____

_____

**Follow-Up by:** _____

| Inmate Name: | Mullins, St |

**Disposition: Inmate Medical Record**

---

**INMATE REQUEST SLIP**

Name Steve Mullins　　Quarters C-42　Date 11-5-18

AIS # 1752552

( ) Telephone Call　　( ) Custody change　　(X) Personal Problem

( ) Special Visit　　( ) Time Sheet　　(X) Other _____

Briefly Outline Your Request – <u>Then Drop In Mail Box</u>

Really need writing paper?? Also need hygiene badly (soap deodorant, toothpaste, and a tooth-brush) Are there any mental health classes I can take while in seg?? And would you check on my status?? I'm ready to go to population. I hav no enemies here.

Thanks,
Steve Mullins
#1752
C-4

<u>Do Not Write Below This Line</u> – **For Reply Only**

Approved　　Denied　　Pay Phone　　Collect Call

Request Directed to: (<u>Check One</u>)

( ) Warden　　( ) Deputy Warden　　( ) Captain

( ) Classification Supervisor　　( ) Legal Officer – Notary Public　( ) Record Office

Mental Health

N176

ADOC011623