# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| **LORI GUY,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:21-cv-00264-ACA |
| | ) |
| **JEFFERSON DUNN et. al.,** | ) |
| | ) **UNOPPOSED** |
| Defendants. | ) |

## MOTION FOR EXTENSION OF TIME

Jefferson Dunn, Grantt Culliver, Christy Vincent, Edward Ellington, and Karla Jones (collectively with Dunn, Culliver, Vincent, and Ellington, the "ADOC Officials"), Gwendolyn Givens, Anthony Brooks, Gary Malone, Carla Graham, Angelia Gordy, William Ragsdale, and Antoine Price (collectively the "Facility Defendants" and together with the ADOC Officials the "ADOC Parties") hereby respectfully request the Court enter an order granting the ADOC Parties until March 31, 2025, to file their reply to Plaintiff's Response in Opposition to the ADOC Parties' Motions for Summary Judgment (Doc. 363 "Plaintiff's Opposition"), which Plaintiff filed March 10, 2025. As grounds for and in support of this Motion, the ADOC Parties state as follows:

1. Pursuant to this Court's Scheduling Order (doc. 96 at 5), the ADOC Parties filed their Motion for Summary Judgment (docs. 158, 159), Evidentiary

Submission in Support thereof (docs. 160, 165), and Brief in Support of Summary Judgment (docs. 166, 167) on January 27, and 28, 2025.

2.    Plaintiff filed two unopposed motions for extension of time to file Plaintiff's Opposition (docs. 245, 251) on February 2, and 20, 2025. The Court granted Plaintiff's motions for extension of time to file Plaintiff's Opposition (docs. 247, 255) on February 4, and 22, 2025. The Court's second extension provided that "Plaintiff's responses to Defendants' motions for summary judgment are due on or by March 7, 2025." (Doc. 255).

3.    Plaintiff filed her Opposition on March 10, 2025. (Doc. 363). Plaintiff's Opposition consists of 198 pages of briefing. In addition to Plaintiff's voluminous Opposition, Plaintiff also filed over 100 exhibits with her evidentiary submission.

4.    According to Appendix II of this Court's Scheduling Order (doc. 96-1), the ADOC Paritess must respond to Plaintiff's "additional claimed undisputed facts…in separately numbered paragraphs," supported by "specific reference to those portions of the evidentiary record upon which the disputation is based." (Doc. 96-1 at 6). Additionally, the ADOC Officials must organize their reply by "defendant and include a separate analysis of each claim stated against that defendant." (Doc. 96 at 2).

5.    The ADOC Officials filed motions to strike Plaintiff's Oppositions in

this case and in Ezell v. Dunn *et. al.*, No. 4:20-cv-02058-ACA, in the United States District Court for the Northern District of Alabama, Middle Division based on the ADOC Officials' understanding and reading of the Court's scheduling orders. (Doc. 365, Ezell Doc. 377).

6. The Court denied the ADOC Officials' motions to strike and allowed Plaintiffs to file their Oppositions on March 10, and 17, 2025. (Doc. 363, Ezell Doc. 184). In the Ezell case, the Court granted the ADOC Parties an extension of their time to file their reply to Plaintiff Ezell's response in opposition until March 31, 2025.

7. In this case, the Court acknowledged that the ADOC Officials correctly read the Scheduling Order's deadline for Plaintiff's response in this action, the Court noted that the Scheduling Order arguably conflicted with the Initial Order as to the deadline, and determined that "[i]t would be unduly prejudicial to strike [Plaintiff's] brief based on the shorter of the two deadlines in those conflicting orders." (Doc. 367). However, the Court did not grant the ADOC Parites an extension of time to file their reply in this case. (Id.).

8. Given the apparent confusion over Plaintiff's filing deadline (including undersigned counsel's expectation of receiving Plaintiff's opposition on March 7, 2025, instead of 11:46 p.m. on March 10, 2025), as well as Plaintiff's extensive briefing and evidentiary submission in opposition to the ADOC Officials' motion

3

for summary judgment and brief in support thereof, the ADOC Parties respectfully request that the Court grant them the same extension to respond to Plaintiff's Opposition in this case as the Court granted in the Ezell case and allow the ADOC Parties to reply on or before March 31, 2025, in both cases.

9. Undersigned counsel contacted Plaintiff's counsel to inquire whether Plaintiff would oppose this motion, and Plaintiff's counsel indicated that Plaintiff does not oppose this motion.

WHEREFORE, PREMISES CONSIDERED, the ADOC Parties respectfully request that this Court enter an order granting them until March 31, 2025, to reply to Plaintiff's Opposition.

Dated: March 17, 2025.

/s/ William J. Cranford
One of the Attorneys for the ADOC Officials

William R. Lunsford
Matthew B. Reeves
William J. Cranford
Daniel J. Chism
**BUTLER SNOW, LLP**
200 West Side Square STE 100
Huntsville, AL 35801
Telephone: (256) 936-5650
Facsimile: (256) 936-5651
bill.lunsford@butlersnow.com
matt.reeves@butlersnow.com
daniel.chism@butlersnow.com
will.cranford@butlersnow.com

*Attorneys for Jefferson Dunn,*

*Grantt Culliver, Christy Vincent,
Edward Ellington, and Karla Jones*

/s/ *Caitlin E. Cobb*

*One of the Attorneys for the Facility Defendants*

Robert F. Northcutt
C. Richard Hill, Jr.
William Allen Sheehan
W. Jackson Britton
Caitlin E. Cobb
**CAPELL & HOWARD P.C.**
150 South Perry Street (36104)
P.O. Box 2069
Montgomery, AL 36102-2069
T: (334)241-8043
F: (334)-241-8243
E: bob.northcutt@chlaw.com
E: jimmy.walter@chlaw.com
E: rick.hill@chlaw.com
E: allen.sheehan@chlaw.com
E: caitlin.cobb@chlaw.com

*Attorneys for Graham, Malone,
White, Brooks, Gordy, Ragsdale,
Price, Estelle, Ary, Caver, Scott, and Givens.*

## **CERTIFICATE OF SERVICE**

 I hereby certify that a copy of the foregoing has been served upon all parties in this matter, including without limitation the following, by the Court's CM/ECF system or by U.S. Mail on this the 17th day of March 2025:

 Ruth Z. Brown
 Megan Pierce
 Quinn Rallins
 **LOEVY & LOEVY**
 311 N. Aberdeen, 3rd Floor
 Chicago, IL 60607
 T: (312) 243-5900
 F: (312) 243-5902
 E: ruth@loevy.com
 E: megan@loevy.com

 Anil A. Mujumdar
 **DAGNEY JOHNSON LAW GROUP**
 2170 Highland Avenue, Suite 250
 Birmingham, AL 35205
 T: (205) 590-6986
 F: (205) 809-7899
 E: anil@dagneylaw.com

 *Attorneys for Plaintiff*


        */s/ William J. Cranford*
        Of Counsel