# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| **LAKEISHA EZELL,** | ) |
| Plaintiff, | ) ) ) |
| v. | ) **Case No. 4:20-CV-2058-ACA** |
| **JEFFERSON DUNN,** *et. al.*, | ) ) ) |
| Defendants. | ) ) ) |
| **LORI GUY,** | ) |
| Plaintiff, | ) ) ) |
| v. | ) **Case No. 4:21-CV-00264-ACA** |
| | ) ) |
| **JEFFERSON DUNN,** *et. al.*, | ) ) |
| Defendants. | ) ) |

## THE FACILITY DEFENDANTS' EVIDENTIARY SUBMISSION
## IN SUPPORT OF MOTIONS FOR SUMMARY JUDGMENT

Larry Baker ("Baker") and Gwendolyn Givens ("Givens"), Anthony Brooks ("Brooks"), Gary Malone ("Malone"), Carla Graham ("Graham"), Angelia Gordy ("Gordy"), William Ragsdale ("Ragsdale"), and Antoine Price ("Price" and with Givens, Brooks, Malone, Graham, Gordy, and Ragsdale, the "Facility Defendants") submit the attached consolidated evidentiary materials in support of their Motions for Summary Judgment, (Docs. 184 in *Ezell*, 159 in *Guy*):

| **Exhibit A** | Deposition of Angelia Gordy, dated August 7, 2024, with the following exhibits attached thereto: |
|---|---|
| **Exhibit 1** | Alabama Department of Corrections Duty Officer Report SCCF-19-00262, dated Feb. 25, 2019.<br><br>Alabama Department of Corrections Incident Report SCCF-19-00262, dated Feb. 25, 2019. |
| **Exhibit 2** | St. Clair Standard Operating Procedure 229 titled Inmate Sexual Abuse and Harassment (Prison Rape Elimination Act (PREA)), dated May 23, 2018. |
| **Exhibit 3** | Alabama Department of Corrections Investigative File 19-0325, sated Feb. 26, 2019. |
| **Exhibit 4** | Feb. 26, 2019, Email Steven Mullins Mental Health Referral Form. |
| **Exhibit 5** | March 1, 2019, Email Clarence Jackson Mental Health Referral Form. |
| **Exhibit 6** | Feb. 26, 2019, Email Chain with Attached Statements from Steven Mullins. |
| **Exhibit 7** | Prison Rape Elimination Act (PREA) Interim Audit Report Adult Prisons and Jails, dated April 26, 2018. |
| **Exhibit 8** | Prison Rape Elimination Act (PREA) Interim Audit Report Adult Prisons and Jails, dated June 11, 2018. |
| **Exhibit 9** | St. Clair Standard Operating Procedure 230 Inmate Sexual Abuse Coordinated Response, dated May 22, 2018. |
| **Exhibit 10** | St. Clair Secure Vulnerability Assessment, dated Sept. 6, 2017. |
| **Exhibit 11** | St. Clair Monthly Security Supervisor Meeting, dated Feb. 20, 2019. |

| | |
|---|---|
| **Exhibit 12** | St. Clair Monthly Security Supervisor Meeting, dated Jan. 16, 2019. |
| **Exhibit 13** | Alabama Department of Corrections Duty Officer Report SCCF-19-00270, dated Feb. 26, 2019. |
| **Exhibit B** | Deposition of Anthony Brooks, dated August 7, 2024, with the following attached exhibits: |
| **Exhibit 1** | Alabama Department of Corrections Duty Officer Report SCCF-18-01654, dated Dec. 29, 2018.<br><br>Alabama Department of Corrections Incident Report SCCF-18-01654, dated Dec. 29, 2018. |
| **Exhibit 2** | Duty Post Log, dated Dec. 29, 2018. |
| **Exhibit 3** | Alabama Department of Corrections Inmate Movement History of Terrance Andrews, Dated Oct. 13, 2021. |
| **Exhibit 4** | Alabama Department of Corrections Inmate Movement History of Cedric Davis, dated Dec. 25, 2023. |
| **Exhibit 5** | Alabama Department of Corrections Classification Summary of Cedric Davis, dated Oct. 4, 2018. |
| **Exhibit 6** | Alabama Department of Corrections Incident Report SCCF-18-01396, dated Oct. 22, 2018. |
| **Exhibit 7** | Alabama Department of Corrections Incident Report SCCF-18-00891, dated July, 17, 2018. |
| **Exhibit 8** | November 28, 2018, Email with attached listing of Inmates. |
| **Exhibit 9** | Jan. 18, 2019, Email regarding ninety (90) day classification reviews. |
| **Exhibit 10** | Feb. 26, 2019, Email with attached record of office contact. |

| **Exhibit 11** | Feb. 25, 2019, Email with attached bed movement report. |
|---|---|
| **Exhibit 12** | Alabama Department of Corrections Duty Officer Report SCCF-19-00270, dated Feb. 26, 2019.<br><br>Alabama Department of Corrections Incident Report SCCF-19-00270, dated Feb. 26, 2019. |
| **Exhibit 13** | Mar. 1, 2019, Email notification of inmate death. |
| **Exhibit 14** | April 7, 2018, Email regarding Savage Consulting Site Visit. |
| **Exhibit 15** | Oct. 16, 2018, Email regarding Security Renovation Project Inspection of St. Clair. |
| **Exhibit 16** | Alabama Department of Corrections Institutional Vulnerability Analysis of St. Clair, dated May 2, 2018. |
| **Exhibit 17** | Alabama Department of Corrections Incident Report SCCF-18-00361, dated Mar. 23, 2018. |
| **Exhibit 18** | Sept. 20, 2018, Email regarding offsite medical transport of inmate with injuries. |
| **Exhibit 19** | Sept. 25, 2018, Email regarding St. Clair inmate deaths. |
| **Exhibit 20** | Jan. 4, 2019, Email regarding inmate safety concern. |
| **Exhibit 21** | May 15, 2017, St. Clair Security Staff Meeting Minutes. |
| **Exhibit 22** | Jan. 31, 2019, Email regarding discipline of LWOP inmates for possession of a weapon. |
| **Exhibit 23** | Prison Rape Elimination Act (PREA) Interim Audit Report of St. Clair dated April 26, 2018.[1] |

---

[1] Plaintiff used the same evidentiary materials for multiple depositions but, instead of relying on

| **Exhibit C** | Deposition of Antoine Price, dated August 1, 2024, with the following exhibits attached thereto: |
|---|---|
| **Exhibit 1** | Alabama Department of Corrections Steven Mullins Inmate File. |
| **Exhibit 2** | Alabama Department of Corrections Clarence Jackson Disciplinary Reports, dated Feb. 26, 2019, and Mar. 1, 2019. |
| **Exhibit 3** | Investigations and Intelligence Division Statement of Captain Kevin White, dated Feb. 20, 2020. |
| **Exhibit 4** | Investigations and Intelligence Division Statement of Lieutenant Antoine Price, dated Mar. 15, 2019. |
| **Exhibit 5** | Alabama Department of Corrections Classification Summary of Clarence Jackson, dated Apr. 19, 2018. |
| **Exhibit 6** | Alabama Department of Corrections Inmate Movement History of Clarence Jackson, dated Jan. 5, 2024. |
| **Exhibit 7** | Alabama Department of Corrections Vandrick Thomas Disciplinary Reports, dated Mar. 1, 2019. |
| **Exhibit 8** | Alabama Department of Corrections Christopher Jones Inmate File |
| **Exhibit 9** | Alabama Department of Corrections Inmate Movement History for Steven Mullins, dated Jan. 5, 2024. |
| **Exhibit 10** | Alabama Department of Corrections Investigative File 19-0325, sated Feb. 26, 2019. |

---

running exhibit numbers, Plaintiff restarted exhibit numbers for each deposition. To avoid confusion, Defendant Baker and the Facility Defendants attempt to refer the Court to the earliest exhibit letter and number for a particular exhibit throughout this evidentiary submission as that is the exhibit Defendant Baker and the Facility Defendants cite in their respective Motions for Summary Judgment and supporting Briefs.

| **Exhibit 11** | Feb. 26, 2019, Email with subject: St. Clair Assault Serious Injury. |
|---|---|
| **Exhibit D** | Deposition of Brandie Smith, dated August 5, 2024. |
| **Exhibit E** | Deposition of Carla Graham, dated July 24, 2024, with the following exhibits attached thereto: |
| **Exhibit 1** | Carla Graham's Objections and Responses to Plaintiff's First Set of Interrogatories. |
| **Exhibit 2** | Dec. 13, 2018, Email Regarding Security Staff Meeting. |
| **Exhibit 3** | St. Clair Audit and Incident Reporting. |
| **Exhibit 4** | May 8, 2018, Email regarding St. Clair Incident Tracking Spreadsheet. |
| **Exhibit 5** | (Plaintiffs' Counsel failed to identify an Exhibit 5 during this deposition). |
| **Exhibit 6** | May 8, 2018, Email Regarding inmate report of fear in housing unit. |
| **Exhibit 7** | Prison Rape Elimination Act (PREA) Interim Audit Report dated April 26, 2018. |
| **Exhibit 8** | Alabama Department of Corrections Steven Mullins Inmate File. |
| **Exhibit 9** | Alabama Department of Corrections Inmate Movement History for Steven Mullins dated Jan. 5, 2024. |
| **Exhibit 10** | Alabama Department of Corrections Investigative File 19-0325, sated Feb. 26, 2019. |
| **Exhibit 11** | Jan. 31, 2019, Email regarding inmate-on-inmate fight. |

| **Exhibit F** | Deposition of Charles Daniels, dated June 27, 2024, with the following exhibits attached thereto: |
|---|---|
| **Exhibit 1** | April 17, 2019, Email regarding draft news release related to contraband search at Holman Correctional Facility. |
| **Exhibit 2** | Feb. 12, 2019, Email St. Clair Meeting Feb. 14, 2019 – Update and Agenda. |
| **Exhibit 3** | Feb. 12, 2019, Email St. Clair Meeting Feb. 14, 2019 – Update and Agenda with attached PowerPoint presentation. |
| **Exhibit 4** | Alabama Department of Corrections Short Term/Mid-Term Plan for St. Clair, dated April 1, 2019. |
| **Exhibit G** | Deposition of Cynthia Caver, dated June 24, 2024, with the following exhibits attached thereto: |
| **Exhibit 1** | Duty Post Log dated Dec. 29, 2018. |
| **Exhibit 2** | December 29, 2018, Homicide Investigation; St. Clair Update. |
| **Exhibit 3** | State of Alabama Employee Personnel File of Cynthia Caver. |
| **Exhibit H** | Deposition of Eric Garrett, dated July 25, 2024, with the following exhibits attached thereto: |
| **Exhibit A** | Statement of Eric Garrett SCCF-18-01654. |
| **Exhibit B** | Duty Post Log dated Dec. 29, 2018. |
| **Exhibit I** | Deposition of Gary Malone, dated July 9, 2024, with the following exhibits attached thereto: |
| **Exhibit A** | Mar. 22, 2018, Johnson Controls Letter to Grantt Culliver regarding St. Clair's surveillance system. |

| **Exhibit J** | Deposition of Grantt Culliver, dated June 25, 2024, with the following exhibits attached thereto: |
|---|---|
| **Exhibit 1** | Jan. 2, 2018, Email re: Requests for Incident Reports. |
| **Exhibit 2** | Mar. 22, 2018, Johnson Controls Letter to Grantt Culliver regarding St. Clair's surveillance system. |
| **Exhibit 3** | Mar. 28, 2018, Letter from Bryan Stevenson to Jeff Dunn regarding EJI Report. |
| **Exhibit 4** | July 16, 2018, Email re: Inmate Assault/St. Clair. |
| **Exhibit 5** | Aug. 1, 2018, Email re: St. Clair Second Monitoring Report. |
| **Exhibit 6** | July 30, 2024, Email re: incident reporting. |
| **Exhibit 7** | Sept. 2, 2018, Email re: Stabbing on the yard in front of P&Q. |
| **Exhibit K** | Deposition of Gwendolyn Givens, dated August 8, 2024, with the following exhibits attached thereto: |
| **Exhibit 1** | Alabama Department of Corrections Incident Report SCCF-18-01396, dated Oct. 22, 2018. |
| **Exhibit 2** | Alabama Department of Corrections Incident Report SCCF-18-01654, dated Dec. 29, 2018. |
| **Exhibit 3** | Alabama Department of Corrections Duty Officer Report SCCF-19-00262, dated Feb. 25, 2019. |
| **Exhibit 4** | Alabama Department of Corrections Duty Officer Report SCCF-19-00270, dated Feb. 26, 2019.<br><br>Alabama Department of Corrections Incident Report SCCF-19-00270, dated Feb. 26, 2019. |
| **Exhibit 5** | Alabama Department of Corrections Investigative File 19-0325, sated Feb. 26, 2019. |

| | |
|---|---|
| **Exhibit 6** | Feb. 26, 2019, Email with attached record of office contact. |
| **Exhibit 7** | July 24, 2018, St. Clair Monthly Security Supervisor Meeting Minutes. |
| **Exhibit 8** | Aug. 22, 2018, Monthly Security Supervisor Meeting Minutes. |
| **Exhibit 9** | Nov. 19, 2018, Monthly Security Supervisor Meeting Minutes. |
| **Exhibit 10** | May 21, 2018, Monthly Security Supervisor Meeting Minutes. |
| **Exhibit 11** | Oct. 31, 2018, Email re: Inmate Housing Request. |
| **Exhibit 12** | Aug. 29, 2018, Email re: Duty Officer Report Aug. 29, 2018. |
| **Exhibit 13** | Sept. 20, 2018, Email regarding offsite medical transport of inmate with injuries. |
| **Exhibit 14** | Sept. 25, 2018, Email regarding St. Clair inmate deaths. |
| **Exhibit 15** | Jan. 4, 2019, Email regarding inmate safety concern. |
| **Exhibit 16** | Jan. 22, 2019, Email regarding Incident and Inmate Request to Move. |
| **Exhibit 17** | Aug. 14, 2018, Email regarding Institutional Search of P2 Dorm. |
| **Exhibit 18** | Prison Rape Elimination Act (PREA) Interim Audit Report Adult Prisons and Jails dated June 11, 2018. |
| **Exhibit L** | Deposition of Jacob Weaver, dated July 25, 2024, with the following exhibits attached thereto: |
| **Exhibit A** | Statement of Jacob Weaver SCCF-18-01654. |

| **Exhibit M** | Deposition of Larry Baker, dated July 9, 2024, with the following exhibits attached thereto: |
|---|---|
| **Exhibit A** | Statement of CO Cynthia Caver, dated Dec. 30, 2018. |
| **Exhibit B** | Statement Jacob Weaver, dated Dec. 30, 2018. |
| **Exhibit C** | Alabama Department of Corrections Duty Officer Report SCCF-18-01654, dated Dec. 29, 2018. |
| **Exhibit D** | Duty Post Log dated Dec. 29, 2018. |
| **Exhibit E** | Signed Statement of Larry Baker, dated Dec. 29, 2018. |
| **Exhibit F** | Alabama Department of Corrections Incident Report SCCF-18-01654, dated Dec. 29, 2018. |
| **Exhibit G** | Alabama Department of Corrections Incident Report SCCF-18-00436, dated April 11, 2018. |
| **Exhibit H** | Alabama Department of Corrections Investigations and Intelligence Division Investigative Report 18-0222, dated July 30, 2016. |
| **Exhibit N** | Deposition of Tanya Ary, dated July 2, 2024, with the following exhibits attached thereto: |
| **Exhibit 1** | Jan. 4, 2019, Email regarding Incident Report SCCF-18-01606-3. |
| **Exhibit 2** | September 28, 2018, Email regarding past due progress reviews. |
| **Exhibit 3** | Feb. 25, 2019, Email regarding special project security threat group. |
| **Exhibit 4** | Sept. 5, 2018, Email regarding revisions to SOP XXX |
| **Exhibit 5** | Oct. 31, 2018, Email regarding classification reviews at St. Clair. |

| | |
|---|---|
| **Exhibit 6** | Nov. 6, 2018, Email regarding inmate custody reclassification. |
| **Exhibit 7** | Feb. 8, 2018, Email regarding inmate incident for classification reclass. |
| **Exhibit 8** | Alabama Department of Corrections Classification Summary of Cedric Davis, dated Oct. 4, 2018. |
| **Exhibit 9** | November 28, 2018, Email with attached listing of Inmates from Neketris Estelle. |
| **Exhibit 10** | Dec. 5, 2018, Email regarding Dec. 4, 2018, Article "Alabama's prison homicide rate is highest in America, report states" |
| **Exhibit 11** | Apr. 5, 2019, Email regarding Apr. 3, 2019, Article "Alabama's Gruesome Prisons" |
| **Exhibit 12** | Jan. 23, 2019, Email subject line "Morning…" |
| **Exhibit O** | Deposition of William Ragsdale, dated August 1, 2024, with the following exhibits attached thereto: |
| **Exhibit PX-1** | May 8, 2018, Email regrading St. Clair Internal Security Audit Teams. |
| **Exhibit PX-2** | St. Clair Secure Vulnerability Assessment dated Sept. 6, 2017. |
| **Exhibit PX-3** | Aug. 17, 2018, Email regarding Aug. 16, 2018, B-day Institutional Inspection Form with attached B-day Inspection Form. |
| **Exhibit PX-4** | Sept. 24, 2018, Email regarding Sept. 24, 2018, Institution Inspection A-day, with attached A-day Inspection form. |
| **Exhibit PX-5** | Nov. 30, 2018, Email regarding Maintenance Work Order with attached Maintenance Work Order spreadsheet. |

| | |
|---|---|
| **Exhibit PX-6** | Alabama Department of Corrections Duty Officer Report SCCF-19-00259, dated Feb. 25, 2019.<br><br>Alabama Department of Corrections Incident Report SCCF-19-00259, dated Feb. 25, 2019. |
| **Exhibit PX-7** | Alabama Department of Corrections Inmate Movement History for Steven Mullins dated Jan. 5, 2024. |
| **Exhibit PX-8** | Alabama Department of Corrections Investigative File 19-0325, sated Feb. 26, 2019. |
| **Exhibit PX-9** | Prison Rape Elimination Act (PREA) Interim Audit Report dated April 26, 2018. |
| **Exhibit PX-10** | Prison Rape Elimination Act (PREA) Interim Audit Report Adult Prisons and Jails dated June 11, 2018. |
| **Exhibit PX-11** | Alabama State Employee Personnel File of William Ragsdale. |
| **Exhibit DX-1** | Alabama Department of Corrections Incident Report SCCF-19-00270, dated Feb. 26, 2019. |
| **Exhibit DX-2** | Alabama Department of Corrections Incident Report SCCF-19-00262, dated Feb. 25, 2019. |
| **Exhibit DX-3** | May 22, 2018, Karla Jones memo to all staff regarding PREA Audit results. |
| **Exhibit DX-4** | September 13, 2018, memo to Jeffery Williams regarding St. Clair Wristband Audit. |
| **Exhibit DX-5** | Prison Rape Elimination Act (PREA) Corrective Action Plan for St. Clair. |
| **Exhibit P** | St. Clair SOP 126 (*Guy* ADOC 047756-47764) |
| **Exhibit Q** | St. Clair SOP 128 (*Guy* ADOC 047752-47755) |

| **Exhibit R** | July 17, 2018, St. Clair Quality Improvement Team Meeting Minutes (*Guy* ADOC 047894-47895; *Ezell* 042883-42884) |
|---|---|
| **Exhibit S** | February 13, 2019, St. Clair Quality Improvement Team Meeting Minutes (*Guy* ADOC 047882-47887; *Ezell* ADOC 042871-42876) |
| **Exhibit T** | April 3, 2019, St. Clair Quality Improvement Team Meeting Minutes (*Guy* ADOC 047888-47890) |
| **Exhibit U** | Dec. 29, 2018, Cell Assignment Roster (*Ezell* ADOC 008157-8160) |
| **Exhibit V** | Mullins Investigations & Intelligence Report (*Guy* ADOC 056326-56331) |
| **Exhibit W** | 03/04/2019 Morning Briefing Emails (*Guy* ADOC 019044-19050) |
| **Exhibit X** | Mullins Movement History (*Guy* ADOC 000615-620) |
| **Exhibit Z** | Mullins Classification Document (*Guy* ADOC 000015) |
| **Exhibit aa** | Jackson Movement History (*Guy* ADOC 002772-2780) |
| **Exhibit bb** | Email from Gary Malone (*Guy* ADOC 038468-38472) |
| **Exhibit cc** | 02/13/2019 Mullins Letter (Guy_000777-782) |
| **Exhibit dd** | 02/25/2019 Incident Report (*Guy* ADOC 000473) |
| **Exhibit ee** | 02/25/2019 Mullins Phone Call Transcription (*Guy* ADOC 056144-56145) |
| **Exhibit ff** | Givens Interview Transcription (*Guy* ADOC 009032-9041) |
| **Exhibit gg** | 02/26/2019 Email to Gordy (*Guy* ADOC 018953-18956) |
| **Exhibit hh** | Gordy Statement (*Guy* ADOC 056321) |
| **Exhibit ii** | 02/25/2019 Incident Report (*Guy* ADOC 000468) |

| **Exhibit jj** | 02/26/2019 Email from Becky Steele (*Guy* ADOC 018959-18960) |
|---|---|
| **Exhibit kk** | 02/26/2019 Incident Report (*Guy* ADOC 049905) |
| **Exhibit ll** | 02/26/2019 Duty Officer Report (*Guy* ADOC 000469) |
| **Exhibit mm** | 02/26/2019 Incident Report (*Guy* ADOC 000470) |
| **Exhibit nn** | Document regarding Inmate Population (*Guy* ADOC 050011) |
| **Exhibit oo** | St. Clair Inmate Orientation (*Guy* ADOC 000479) |
| **Exhibit pp** | Andrews Movement History (ADOC_Ezell_000018-23) |
| **Exhibit qq** | Davis Movement History (ADOC_Ezell_000978-986) |
| **Exhibit rr** | 12/29/2018 B-Day Shift Duty Post Log (ADOC_Ezell_001901) |
| **Exhibit ss** | 12/29/2018 B-Day Shift P Cubicle Duty Post Log (ADOC_Ezell_001904-1906) |
| **Exhibit tt** | Statement by Larry Baker (*Ezell* ADOC 005673) |
| **Exhibit uu** | 12/29/2018 Incident Report (ADOC_Ezell_000002-3/ADOC 005806-5807) |
| **Exhibit vv** | Homicide Investigation Statement (*Ezell* ADOC 005819) |
| **Exhibit ww** | 03/06/2018 Email from Larry Baker (*Ezell* ADOC 019830) |

Respectfully submitted this 27th day of January, 2025.

*/s/ Caitlin E. Cobb*
W. ALLEN SHEEHAN (ASB-7274-L69S)
JAMES N. WALTER, JR. (ASB-2722-R68J)
C. RICHARD HILL, JR. (ASB-0773-L72C)
CAITLIN E. COBB (ASB-2959-B3E)

        W. JACKSON BRITTON (ASB-8252-K46-Y)

        *Attorneys for Larry Baker and the Facility Defendants*

**CAPELL & HOWARD, P.C.**
150 South Perry Street (36104)
P.O. Box 2069
Montgomery, Alabama 36102-2069
Telephone: (334) 241-8000
Facsimile: (334) 323-8888
Email: allen.sheehan@chlaw.com
   jimmy.walter@chlaw.com
    rick.hill@chlaw.com
   caitlin.cobb@chlaw.com
   jackson.britton@chlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of January 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record (and by U.S. Mail to non-CM/ECF participants) as indicated below:

Ruth Zemel Brown
Megan Colleen Pierce
Quinn Rallins
**LOEVY & LOEVY**
311 N. Aberdeen, 3rd Floor
Chicago, IL 60607
ruth@loevy.com
megan@loevy.com
rallins@loevy.com

Anil A. Mujumdar
**DAGNEY JOHNSON LAW GROUP**
2170 Highland Avenue, Suite 250
Birmingham, AL 35205
anil@dagneylaw.com

*Attorneys for Plaintiff*
William R. Lunsford
Matthew B. Reeves
William J. Cranford, III
Daniel J. Chism
**BUTLER SNOW LLP**
200 West Side Square, Suite 100
Huntsville, AL 35801
Bill.lunsford@butlersnow.com
Matt.reeves@butlersnow.com
Will.cranford@butlersnow.com
Daniel.chism@butlersnow.com

*Attorneys for Jefferson Dunn,*
*Jeffrey Williams, Grantt Culliver,*
*Charles Daniels, Christy Vincent,*
*Karla Jones, and Edward Ellington*

/s/ *Caitlin E. Cobb*
**OF COUNSEL**