FILED
2025 Mar-24 PM 01:16
U.S. DISTRICT COURT
N.D. OF ALABAMA

EMPLOYEE PERFORMANCE MIDAPPRAISAL

Employee Name Cynthia Caver                    Social Security Number xxx-xx▉▉▉

Period Covered From 10/01/2019 To 10/01/2020

EMPLOYEE STRENGTHS:

NEEDS IMPROVEMENT:

FULLY COMPETENT:

BCO Caver has made major improvements. BCO Caver was utilyzed primarily as a cubicle officer. BCO Caver is now one of the go to persons on the shift. BCO Caver can work the most difficult post at the institution.

A Midappraisal session has been held on this date and performance has been discussed.

DATE: _6/29/30_

Employee Signature: _Cynthia Caver_

Rater Signature: _____

Reviewer Signature: _____

ADOC002270

ADOC002271

Form 13F
Revised (01/2006)

**EMPLOYEE PERFORMANCE *PROBATIONARY***
STATE OF ALABAMA
Personnel Department

Employee Name: CYNTHIA D CAVER

Social Security Number: XXX-XX-■

Agency: 005/CORRECTIONS

Division: 2700/ST CLAIR

Classification: CORRECTIONAL SECURITY GUARD

Class Code: 60618

Period Covered From: 06/16/2019 To: 12/15/2019 Position Number: 0581987

**APPRAISAL SIGNATURES:** Signatures are to be provided after the form has been completed. Signatures denote supervisor and employee discussion and receipt of form, not agreement. All signatures are mandatory.

| Rating Supervisor | Employee | Reviewing Supervisor |
|---|---|---|
| SSN XXX-XX-■ | | SSN XXX-XX-■ |
| _Rater Signature_ | _Employee Signature_ | _Reviewer Signature_ |
| | 11/1/19 | |
| | Date | |
| Jacob Weaver | | Larry Baker |
| Rater Printed Name | | Reviewer Printed Name |
| 11.1.19 | | 11/1/19 |
| Date   Initial if comments attached | Initial if comments attached | Date   Initial if comments attached |

It is recommended that the employee be:

☐ Continued in the probation (reason stated in Disciplinary Actions Area)
☒ Given permanent status in the position. Probationary increase to $1448.40 Step 07 Effective 12/16/19
☐ Separated before or at the end of the probationary period (reason stated in Disciplinary Actions Area)

APPOINTING AUTHORITY Signature                12/03/19
                                                Date

**PROBATIONARY PERFORMANCE APPRAISAL SCORE:** Locate the Responsibility Score on the back of this form and write it in the appropriate space. Locate the Disciplinary Score, also on the back of this form, and write it in the appropriate space. The Disciplinary Score is subtracted from the Responsibility Score to derive the Probationary Performance Appraisal Score. Documentation is to be maintained in the agency's personnel files if a "Does Not Meet" or "Consistently Exceeds" rating is given.

| 28.00 | - | 0 | = | 28.000 |
|---|---|---|---|---|
| Responsibility Score | | Disciplinary Score | | Probationary Performance Appraisal Score |

This employee's work:

| ☐ | ☐ | ☒ | ☒ | ☐ |
|---|---|---|---|---|
| Does Not Meet Standards (6.6 or below) | Partially Meets Standards (6.7 - 16.6) | Meets Standards (16.7 - 26.6) | Exceeds Standards (26.7 - 36.6) | Consistently Exceeds Standards (36.7 - 40) |

**WORK HABITS:** Check the appropriate space for each Work Habit area. Work Habits pertain to conduct occurring in this Appraisal period. Provide an explanation below for marking any work habit as "Unsatisfactory." Attach additional sheets if necessary. No disciplinary action has to be taken to mark a Work Habit "Unsatisfactory."

| | Unsatisfactory | Satisfactory | |
|---|---|---|---|
| Attendance | ☐ | ☒ | |
| Punctuality | ☐ | ☒ | |
| Cooperation with Coworkers | ☐ | ☒ | |
| Compliance with Rules | ☐ | ☒ | |

**CONFIDENTIAL**

**RESPONSIBILITIES:** List an abbreviated version of the employee's responsibilities below as documented on and discussed during the Probationary period. Record the appropriate rating in the box for each responsibility. Rating(s) of appropriate responsibilities should reflect any disciplinary action(s) that has been taken during this probationary period.

| 0 | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| Does Not Meet Standards | Partially Meets Standards | Meets Standards | Exceeds Standards | Consistently Exceeds Standards |

**Responsibility** — **Rating**

| Responsibility | Rating |
|---|---|
| 1. ATTENDS AND PARTICIPATES... | 4 |
| 2. COMMUNICATES WITH RADIOS... | 3 |
| 3. COUNTS INMATES... | 3 |
| 4. ENTERS INFORMATION... | 3 |
| 5. INSPECTS POST EQUIPMENT... | 2 |
| 6. MONITORS INMATES' APPEARANCE... | 2 |
| 7. MONITORS INMATES' BEHAVIOR AND ACTIVITIES... | 3 |
| 8. PATROLS AREAS OF RESPONSIBILITY... | 3 |
| 9. ESCORTS INMATES WITHIN THE FACILITY... | 3 |
| 10. SEARCHES INMATES, VISITORS, PERSONNEL... | 2 |

**RESPONSIBILITY SCORE:**

| 28 | ÷ | 10 | 28.0000 | × | 10 | = | 28.000 |
|---|---|---|---|---|---|---|---|
| Total of Responsibilities/Results Ratings | | Number of Responsibilities | Average Responsibility Rating | | | | Responsibility Score |

**DISCIPLINARY ACTIONS:** Any disciplinary action taken with the employee during this appraisal period is to be documented below. Provide the number of disciplinary actions and steps taken with the employee during the appraisal year. If no disciplinary action has been taken, a "0" should be marked in each blank provided. Attach a copy of the warning(s), reprimand(s), or suspension(s) to the Appraisal.

**Warning**      **Reprimand**      **Suspension**
  0                    0                    0

**DISCIPLINARY SCORE:** This section should include the use of the discipline steps of reprimand and suspension only. The Disciplinary Score does not include scores for counseling and warnings. To calculate the Disciplinary Score, identify the most severe step of discipline taken with the employee during this appraisal period. If the most severe step was one or more reprimands, the Disciplinary Score will be 7. If the most severe step was one or more suspensions, the Disciplinary Score will be 17. Otherwise, the Disciplinary Score will be 0.

**DISCIPLINARY SCORE:**      0

ADOC002273

**Form 13P**
**Revised (01/2006)**

**EMPLOYEE PERFORMANCE APPRAISAL**
**STATE OF ALABAMA**
**Personnel Department**

Employee Name: CYNTHIA D. CAVER

Agency: 005/CORRECTIONS

Classification: BASIC CORRECTIONAL OFFICER

Period Covered From: 06/17/2019   To: 12/15/2019

Social Security Number: XXX-XX-▮▮▮

DIVISION: St. Clair C. F.

Class Code: 60618

Position Number:

---

**RESPONSIBILITIES/RESULTS:** Responsibilities and results on which an employee will be rated should be listed below. These factors should be discussed with the employee during the Preappraisal session at the beginning of each appraisal year. Please refer to the Performance Appraisal Manual for instruction on specifics of preparing, conducting, and completing the Preappraisal. Refer to the same manual for information concerning how to develop responsibilities and results.

## RESPONSIBILITIES/RESULTS

1. Attends and participates in training programs so that qualification standards are met with no valid complaints or below standard ratings.

2. Communicates with radios using 10-codes and call signals in order to ensure pertinent information is transmitted and goals accomplished without valid complaint.

3. Counts inmates in a timely manner with no more than two (2) documented error per year.

4. Enters information so that reports and logs will be factual and complete with no more than one (1) error per year.

5. Inspects post equipment so that defects, unaccountable and damaged equipment are determined without error.

6. Monitors inmate's appearance so that all inmates are in compliance with ADOC rules and regulations without valid complaint.

7. Monitors inmate's behavior and activities so that any unusual incidents will be reported and handled in a timely manner with no more than one (1) valid complaint per year.

8. Patrols areas of responsibility so that inspection and security checks are thorough and complete with no more than (1) deficiency per year.

9. Searches inmates, visitors, personnel, vehicles and security areas so that the flow of contraband is controlled and minimized in and around the institution with no more than two (2) documented error per year.

10. Escorts inmates within the facility following stated procedures acknowledging an inmates behavior, custody level or security level with no more than two (2) documented error per year.

CONFIDENTIAL

**WORK HABITS:** Provide a check in the appropriate space to document that the policies and procedures concerning the following areas have been discussed with the employee. For instructions, refer to the Performance Appraisal Manual and policies of the agency.

CHECK WHEN DISCUSSED:

| | |
|---|---|
| ☐ | Attendance |
| ☑ | Punctuality |
| ☑ | Cooperation with Coworkers |
| ☑ | Compliance with Rules |

**PREAPPRAISAL SIGNATURES:** Signatures are mandatory.

Date the Preappraisal Session was held with the employee: _____8/15/19_____

Employee Signature: (denotes discussion and receipt of form, not agreement) _____

Rater Signature: (denotes discussion and employee receipt of form) _____ C.S

Reviewer Signature: _____

---

## EMPLOYEE PERFORMANCE *MIDAPPRAISAL*

Describe any employee's strength(s) in performing responsibilities and/or conducting work habits, as observed, during the first half of the appraisal period.


Describe any area(s) that the employee needs to improve in performance of responsibilities and/or work habits, as observed, during the first half of the appraisal period. Document any actions taken or the corrective action plan that was developed to improve the areas of weakness. If a plan has not been developed, it is appropriate for the rater to consider developing a plan at this time.


State the areas where the employee has performed in a fully competent manner during the first half of the appraisal period. Documentation in this area means that the employee performed to the expected level of performance as discussed in the Preappraisal session. If there is no documentation in the first two areas, this section should be completed.


A Midappraisal session has been held on this date and performance has been discussed: _____

Employee Signature: _____     Initial if comments attached: _____

Rater Signature: _____     Initial if comments attached: _____

Reviewer Signature: _____     Initial if comments attached: _____

(Signatures denote that a Midappraisal session has been held between the supervisor and employee. Signatures are mandatory. Employee signature does not denote agreement but discussion of the form and rater comments. Comments may be attached. The person attaching comments must initial in the appropriate space.)

ADOC002275

**\*\*CONFIDENTIAL\*\***

EMPLOYEE PERFORMANCE MIDAPPRAISAL

Employee Name CYNTHIA CAVER                    Social Security Number xxx-xx-8290

Period Covered From 6/17/19 To 12/15/19


EMPLOYEE STRENGTHS:

BCO Caver communicates with radios using 10-Codes in a professional manner.  She enters information so that reports and logs are factual and complete. She inspects post equipment so that defects, unaccountable and damaged equipment are determined. BCO Caver monitors the inmate's appearance, behavior and activities so that disturbances and incidents are controlled.

NEEDS IMPROVEMENT:

BCO Caver can improve her knowledge of Corrections by working visitation on a more regular basis.

FULLY COMPETENT:


A Midappraisal session has been held on this date and performance has been discussed.


DATE: _10/28/19_____

Employee Signature: _____

Rater Signature: _____

Reviewer Signature: _____

Form 11 Word Revised 9/08

Submit in Duplicate

## STATE OF ALABAMA PERSONNEL DEPARTMENT
## RECOMMENDATION FOR PERSONNEL ACTION



| 1. Name of Employee | | | 2. Social Security Number | 3. Salary |
|---|---|---|---|---|
| Cynthia | D | Caver | ▮▮▮▮▮ | $1,378.40    S.M. |
| First | MI | Last | | |

| 4. Position Number | 5. Class Title/Code | | 6. Class Option Title/Code |
|---|---|---|---|
| 0581987 | Basic Correctional Officer    (66018) | | (000) |

| 7. Department/Code | 8. Division/Code | 9. Effective Date |
|---|---|---|
| Corrections    (005) | St Clair    (2700) | 11/7/2019 |

| INSTRUCTIONS | KIND OF ACTION |
|---|---|
| Item 11 requires signature of both department heads. | 10. Transfer within department ......... ☐ |
| | 11. Transfer to another department ..... ☐ |
| Items 11, 13, 14, 15, 21 require approval of Personnel Director before action is official. | 12. Suspension.............................. ☐ |
| Items 12, 13, 14, 15 must have copy of letter to employee attached. If voluntary demotion, letter from employee should be attached. | 13. Demotion    ☐ |
| | 14. Layoff............................... ☐ |
| Item 17 should have copy of letter of resignation or confirmatory letter from department attached. | 15. Dismissal ............................ ☐ |
| | 16. Separation by death ................. ☐ |
| | 17. Resignation    ................ ☐ |

Kind of Action (right column):
18. Retirement ................................ ☐
    Disability ............... ☐    Service .......... ☐
19. Expiration of temporary appointment.......... ☐
20. Expiration of provisional appointment......... ☐
21. Leave Without Pay    ........... ☐
22. Returned from LWOP ..................... ☐
23. Military Leave Without Pay ............... ☐
24. Returned from Military LWOP.............. ☐
25. Other    Change PCQ .............. ☒

| ITEMS AFFECTED BY ACTION | FROM: | TO: |
|---|---|---|
| 26. Department/Code (Items 10 and 11) | _____ (  ) | _____ (  ) |
| 27. Division/Code (Items 10 and 11) | _____ (  ) | _____ (  ) |
| 28. County of Employment/Code (Items 10 and 11) | _____ (  ) | _____ (  ) |
| 29. Class Title/Code (Items 10, 11, 13) | _____ (  ) | _____ (  ) |
| 30. Class Option/Code (Items 10, 11, 13) | _____ (  ) | _____ |
| 31. Dates (Items 12, 21, 22 , 23 and 24) | | |
| 32. Salary (Item 13) | | |
| 33. Position Number (Items 10, 11 and 13) | 0581987 | 0584075 |

| 34. If action is item 13, 15, 17 or 18, is reemployment recommended? (Y/N) | (If "No", explanation must be given.) |
|---|---|

35. Remarks

| 36. Signed (Appointing Authority) | | Date 11/8/19 |
|---|---|---|
| 37. Signed (Appointing Authority) | | Date |
| 38. Approved (Personnel Director) | | Date |

ADOC002277

**\*\*CONFIDENTIAL\*\***

**Form 13**
**Revised (01/2006)**

**EMPLOYEE PERFORMANCE *APPRAISAL***
**STATE OF ALABAMA**
**Personnel Department**

Employee Name: <u>CYNTHIA D. CAVER</u>

Social Security Number: XXX-XX-■

Agency: <u>005/CORRECTIONS</u>

Division: <u>2700/ST CLAIR</u>

Classification: <u>SECURITY GUARD I</u>

Class Code: <u>60611</u>  Position #: <u>0580504</u>

Period Covered From: <u>07/01/2018</u>To: <u>07/01/2019</u>

Annual Raise Effective: <u>SEPTEMBER 2019</u>

---

***APPRAISAL SIGNATURES:*** Signatures are to be provided after the form has been completed.  Signatures denote supervisor and employee discussion and receipt of form.  Employee signature does not denote agreement.  All signatures are mandatory.

| Rating Supervisor | Employee | Reviewing Supervisor |
|---|---|---|
| SSN XXX-XX-■ | | SSN XXX-XX-■ |
| *Rater Signature* | *Employee Signature* | *Reviewer Signature* |
| Jacob Weaver | | Larry Baker |
| Rater Printed Name | Employee Signature | Reviewer Printed Name |
| 6/15/19 | 6-15-19 | 6/15/19 |
| Date | Date | Date |
| Initial if comments attached | Initial if comments attached | Initial if comments attached |

---

***PERFORMANCE APPRAISAL SCORE:*** Locate the Responsibility Score on the back of this form and write it in the appropriate space.  Locate the Disciplinary Score, also on the back of this form, and write it in the appropriate space.  The Disciplinary Score is subtracted from the Responsibility Score to derive the Performance Appraisal Score.  Mandatory documentation is to be maintained in the agency's personnel files if a "Does Not Meet" or "Consistently Exceeds" rating is given.

| 29.00 | – | 0 | = | 29.00 |
|---|---|---|---|---|
| Responsibility Score | | Disciplinary Score | | Performance Appraisal Score |

This employee's work:

| Does Not Meet Standards (6.6 or below) | Partially Meets Standards (6.7 – 16.6) | Meets Standards (16.7 – 26.6) | Exceeds Standards (26.7 – 36.6) | Consistently Exceeds Standards (36.7 – 40) |
|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☒ | ☐ |

---

***WORK HABITS:*** Check the appropriate space for each Work Habit area.  Work Habits pertain to conduct occurring in this Appraisal period.  Provide an explanation below for marking any work habit as "Unsatisfactory."  Attach additional sheets if necessary.  No disciplinary action has to be taken to mark a Work Habit "Unsatisfactory."

|  | Unsatisfactory | Satisfactory | |
|---|---|---|---|
| Attendance | ☐ | ☒ | |
| Punctuality | ☐ | ☒ | |
| Cooperation with Coworkers | ☐ | ☒ | |
| Compliance with Rules | ☐ | ☒ | |

**RESPONSIBILITIES:** List an abbreviated version of the employee's responsibilities below as documented on and discussed during the Preappraisal. Record the appropriate rating in the box for each responsibility. Rating(s) of appropriate responsibilities should reflect any disciplinary action(s) that has been taken during this appraisal period.

| 0 | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| Does Not Meet Standards | Partially Meets Standards | Meets Standards | Exceeds Standards | Consistently Exceeds Standards |

| Responsibility | Rating |
|---|---|
| 1. COMMUNICATES... | 3 |
| 2. ENTERS INFORMATION... | 3 |
| 3. INSPECTS POST EQUIPMENT... | 3 |
| 4. MONITORS INMATES' APPEARANCE... | 2 |
| 5. MONITORS INMATES' BEHAVIOR AND ACTIVITIES... | 3 |
| 6. INSTRUCTS INMATES, STAFF AND VISITORS... | 2 |
| 7. EXCHANGES INFORMATION... | 3 |
| 8. ATTENDS AND PARTICIPATES IN TRAINING PROGRAMS... | 3 |
| 9. INSPECTS FOR CLEANLINESS... | 4 |
| 10. INTERACTS WITH PERSONS SUCH AS SUPERVISORS, INSTRUCTORS... | 3 |

**RESPONSIBILITY SCORE:**

| 29 | ÷ | 10 | = | 29,000 | × | 10 | = | 29.00 |
|---|---|---|---|---|---|---|---|---|
| Total of Responsibilities/Results Ratings | | Number of Responsibilities | | Average Responsibility Rating | | | | Responsibility Score |

**DISCIPLINARY ACTIONS:** Any disciplinary action taken with the employee during this appraisal period is to be documented below. Provide the number of disciplinary actions and steps taken with the employee during the appraisal year. If no disciplinary action has been taken, a "0" should be marked in each block provided. Attach a copy of the warning(s), reprimand(s), suspension(s) or demotion to the Appraisal.

| Warning | Reprimand | Suspension | Demotion |
|---|---|---|---|
| 0 | 0 | 0 | 0 |

**DISCIPLINARY SCORE:** This section should include the use of the discipline steps of reprimand, suspension, and demotion only. The Disciplinary Score does not include scores for counseling and warnings. To calculate the Disciplinary Score, identify the most severe step of discipline taken with the employee during this appraisal period. If the most severe step was one or more reprimands, the Disciplinary Score will be 7. If the most severe step was one or more suspensions, the Disciplinary Score will be 17. If the most severe step taken with the employee in the appraisal year was one or more demotions, the Disciplinary Score will be 24. Otherwise, the Disciplinary Score will be 0.

**DISCIPLINARY SCORE:** _____ 0 _____

ADOC002279

- B-DAY-
**Form 13P**
**Revised (01/2006)**

**EMPLOYEE PERFORMANCE *PREAPPRAISAL***
**STATE OF ALABAMA**
**Personnel Department**

Employee Name: CYNTHIA D CAVER

Social Security Number: XXX-XX-

Agency: 005/CORRECTIONS

Division: 2700/ST CLAIR

Classification: SECURITY GUARD I

Class Code: 60611

Period Covered From: 07/01/2018   To: 07/01/2019

Position Number: 0580504

---

**RESPONSIBILITIES/RESULTS:** Responsibilities and results on which an employee will be rated should be listed below. These factors should be discussed with the employee during the Preappraisal session at the beginning of each appraisal year. Please refer to the Performance Appraisal Manual for instruction on specifics of preparing, conducting, and completing the Preappraisal. Refer to the same manual for information concerning how to develop responsibilities and results.

### RESPONSIBILITIES/RESULTS

1. Communicates with telephones and radios using 10-code, call signals, and numbers in order to ensure pertinent information is transmitted and goals accomplished without valid complaint.

2. Enters information on to and/or completes documents such as incident reports, Cubicle Logs, Disciplinary Reports, and maintenance requests, so that reports and logs will be factual and complete with no more than two (2) documented errors per year.

3. Inspects post equipment so that defects, unaccountable and damaged equipment are determined and reported without error.

4. Monitors inmates' appearance so that all inmates are in compliance with ADOC rules and regulations without a valid complaint.

5. Monitors inmates' behavior and activities so that any unusual incidents will be reported and handled in a timely manner with no more than one (1) valid complaint per year.

6. INSTRUCTS INMATES, STAFF AND VISITORS:
Instructions can be expected to be clear and accurate, in accordance with SOP's Administrative Regulations and supervisory directives, such that no more than three (3) errors or instances of lack of clarity are noted by supervisor during the rating period.

7. EXCHANGES INFORMATION:
Exchanges information so that all information is clear and concise so that supervisory staff are kept informed of unusual situations and problems are resolved in a timely manner with no more than two valid complaints per rating period.

8. ATTENDS AND PARTICIPATES IN TRAINING PROGRAMS:
Employee can be expected to attend training programs when scheduled by supervisor and/or directives, so that qualification standards may be maintained, with no unexcused absences during the rating period.

9. INSPECTS FOR CLEANLINESS:
Inspections/checks can be expected to be completed in a timely manner in accordance with SOP's, post orders and supervisory directives, with no more than one (1) instance per year of inspections/checks being late in being completed, as noted by supervisor or determined by confirmed feedback.

10. INTERACTS with persons such as supervisors, instructors, co-workers, and other department staff using communication skills, own initiative, following instructions from supervisors, instructors, administrative regulations, in order to provide and receive information to enhance human relation skills and communicate on a multicultural level without valid complaint.

**WORK HABITS:** Provide a check in the appropriate space to document that the policies and procedures concerning the following areas have been discussed with the employee. For instructions, refer to the Performance Appraisal Manual and policies of the agency.

CHECK WHEN DISCUSSED:

☒ Attendance

☒ Punctuality

☒ Cooperation with Coworkers

☒ Compliance with Rules

---

**PREAPPRAISAL SIGNATURES:** Signatures are mandatory.

Date the Preappraisal Session was held with the employee: _____ 6/6/18 _____

Employee Signature: (denotes discussion and receipt of form, not agreement) _____

Rater Signature: (denotes discussion and employee receipt of form) _____

Reviewer Signature: _____

---

## EMPLOYEE PERFORMANCE *MIDAPPRAISAL*

Describe any employee's strength(s) in performing responsibilities and/or conducting work habits, as observed, during the first half of the appraisal period.

_____
_____
_____

Describe any area(s) that the employee needs to improve in performance of responsibilities and/or work habits, as observed, during the first half of the appraisal period. Document any actions taken or the corrective action plan that was developed to improve the areas of weakness. If a plan has not been developed, it is appropriate for the rater to consider developing a plan at this time.

_____
_____
_____

State the areas where the employee has performed in a fully competent manner during the first half of the appraisal period. Documentation in this area means that the employee performed to the expected level of performance as discussed in the Preappraisal session. If there is no documentation in the first two areas, this section should be completed.

_____
_____
_____

A Midappraisal session has been held on this date and performance has been discussed: _____

Employee Signature: _____     Initial if comments attached: _____

Rater Signature: _____     Initial if comments attached: _____

Reviewer Signature: _____     Initial if comments attached: _____

(Signatures denote that a Midappraisal session has been held between the supervisor and employee. Signatures are mandatory. Employee signature does not denote agreement but discussion of the form and rater comments. Comments may be attached. The person attaching comments must initial in the appropriate space.)

ADOC002281

EMPLOYEE PERFORMANCE MIDAPPRAISAL

Employee Name: Cynthia D. Caver   Social Security Number xxx-xx-███

Period Covered From 7/01/2018 To 7/01/2019

EMPLOYEE STRENGTHS:

CCO Caver communicates with radios using 10-Codes in a professional manner.  She enters information so that reports and logs are factual and complete. She inspects post equipment so that defects, unaccountable and damaged equipment are determined. CCO Caver monitors the inmate's appearance, behavior and activities so that disturbances and incidents are controlled.

NEEDS IMPROVEMENT:

CCO Caver could improve her knowledge of the job by completing the BCO Training program and being trained to work Central Control.

FULLY COMPETENT:


A Midappraisal session has been held on this date and performance has been discussed.


DATE: _____6-6-19_____

Employee Signature: _____

Rater Signature: _____

Reviewer Signature: _____

ADOC002283

**\*\*CONFIDENTIAL\*\***







**KAY IVEY**
GOVERNOR

*State of Alabama*
*Department of Corrections*
**Personnel Division**
P. O. Box 301501
Montgomery, AL 36130-1501

**JEFFERSON S. DUNN**
COMMISSIONER

June 14, 2019

Cynthia Denise Caver

Dear Ms. Caver:

Welcome to the Alabama Department of Corrections (ADOC). You have been appointed to the Correctional Security Guard position effective ***June 17, 2019*** at a salary of ***$1351.40*** semi-monthly. You are assigned to **St. Clair Correctional, 1000 St. Clair Road, Springville, AL 35146**. You are to report to the facility no later than 8:00 a.m. on the above date.

As a condition of your employment, it is expected that you will achieve physical ability as required by ADOC standards (1.5 miles in 19.28 minutes or less). Your physical ability level will be assessed as part of your training at the ADOC Academy. Failure to demonstrate full ability or significant progress may result in your being separated from employment with the ADOC.

The Alabama Department of Corrections is an employer that participates in E-Verify and will provide the federal government with your Form I-9 information to confirm that you are authorized to work in the U.S. On your first day of employment, please be prepared to present adequate documentation. Enclosed is a document that addresses the I-9 requirements and a list of the acceptable forms of identification.

Congratulations on your appointment. We are confident that you will successfully complete your probationary period and provide a long and valuable contribution to the ADOC mission.

If you have any questions, please call the Correctional Officer (CO) Unit at (334) 353-9510.

Sincerely,

William R. Lawley III
ADOC Personnel Director

WRL/
Enclosure(s)

Telephone (334) 353-9510                    Fax (334) 353-9528
301 South Ripley Street
Montgomery, AL  36104

ADOC002284

 

LAST FOUR DIGITS OF SOCIAL SECURITY NUMBER _____

**MILITARY:**
List below all military service performed on Active Duty, Reserve, or National Guard Status.

| From | To | Branch of Service | Active Duty, Reserve, or National Guard | Rank | Type of Discharge |
|------|-----|-------------------|------------------------------------------|------|-------------------|
|      |     |                   |                                          |      |                   |
|      |     |                   |                                          |      |                   |

List all disciplinary actions received while a member of the military service (Active Duty, Reserve or National Guard) to include Article XV, Captain's Masts and Summary, Special or General Court Martial. Provide complete details as to dates, charges, and dispositions.

| Date | Type of Action Article XV, Summary, CM, Etc. | Specific Charge | Disposition of Charge |
|------|----------------------------------------------|-----------------|------------------------|
|      |                                              |                 |                        |
|      |                                              |                 |                        |

Were you discharged from any branch of the military for reason other than expiration of service?

Yes ____ [ ]    No ____ [ ]

If yes, detail reason for discharge:

---

Is any member of your family currently serving time in an Alabama prison?

Yes [ ]    No [ ✓ ]    If yes, list below: (You should also include State Prisoners being held in city and county jails)

| Name | Location | Relationship |
|------|----------|--------------|
|      |          |              |
|      |          |              |

**CRIMINAL HISTORY:**
List all arrests, charges, and convictions except minor traffic violations. Include those that were nol-prossed, dismissed, or found not guilty. Please include DUI offenses, youthful offender convictions, and/or juvenile convictions.

| Date | Original Charge | Location | Disposition |
|------|-----------------|----------|-------------|
|      |                 |          |             |
|      |                 |          |             |
|      |                 |          |             |
|      |                 |          |             |



LAST FOUR DIGITS OF SOCIAL SECURITY NUMBER ___

**DRIVER'S RECORD:**

| Driver's License No: ▮▮▮ | State: _A_ | Expiration Date: 9-12-20 | Type: _C_ |

**Traffic History:**
List all traffic violations within the last three (3) years, for which you have been fined, imprisoned, place on probation, or have posted bond or bail.

| Date | Nature of Violation | Location | Action Taken |
|------|--------------------|----------|--------------|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

**RECRUITMENT:**

| Were you recruited by an institution | Yes ✓ | No |

If you **were not** recruited by an institution, where would you like to be assigned. List 3 choices.

| 1. | 2. | 3. |
|----|----|----|

**Is any member of your family currently an employee of the Alabama Department of Corrections?**

Yes ✓  No ___   If yes, list below:

| Name | Location | Relationship |
|------|----------|--------------|
| Shirley Nunn | St. Clair | Aunt |
|  |  |  |

**PREVIOUS STATE EMPLOYMENT:**

Are you now or have you ever been employed with the State of Alabama?   Yes ✓  No ___

If yes, list agency and dates employed

| Agency | To | From |
|--------|----|------|
|  |  |  |
| St. Clair Correctional | Current | Feb. 24, 2017 |

ADOC002286





LAST FOUR DIGITS OF SOCIAL SECURITY NUMBER

## PLACES OF RESIDENCE

List all your addresses for **the past 5 years** starting with your most current address. Provide complete information.
**Add as many sheets as necessary.**

### Current Address

| Address: | | |
|---|---|---|
| City | State | Zip Code |
| Date From: | Date To: | |

### Previous Address

| Address: | | |
|---|---|---|
| City | State | Zip Code |
| Date From: | Date To: | |

### Previous Address

| Address: | | |
|---|---|---|
| City | State | Zip Code |
| Date From: | Date To: | |
| | | |

ADOC002287



**\*\*CONFIDENTIAL\*\***



LAST FOUR DIGITS OF SOCIAL SECURITY NUMBER ___

---

**CERTIFICATE OF TRUTH:**

I certify that the statements made by me in this questionnaire are true, complete, and correct. I understand that false statements herein are sufficient grounds for rejection of employment consideration or dismissal from employment.

---

*Cynthia D Caver*
Printed Name

*Cynthia D. Caver*
Applicant Signature

5/3/19
Date

ADOC002288

**Form 13**
**Revised (01-/2006)**

## EMPLOYEE PERFORMANCE *APPRAISAL*
### STATE OF ALABAMA
**Personnel Department**

Employee Name: <u>CYNTHIA D CAVER</u>

Social Security Number: XXX-XX-▮▮▮▮

Agency: <u>005/CORRECTIONS</u>

Division: <u>2700/ST CLAIR</u>

Classification: <u>SECURITY GUARD I</u>

Class Code: <u>60611</u>  Position #: <u>0580504</u>

Period Covered From: <u>07/01/2017</u>To: <u>07/01/2018</u>

Annual Raise Effective: <u>SEPTEMBER 2018</u>

**APPRAISAL SIGNATURES:** Signatures are to be provided after the form has been completed. Signatures denote supervisor and employee discussion and receipt of form. Employee signature does not denote agreement. All signatures are mandatory.

| Rating Supervisor | Employee | Reviewing Supervisor |
|---|---|---|
| SSN XXX-XX-▮▮▮▮ | | SSN XXX-XX-▮▮▮▮ |
| Rater Signature | | Reviewer Signature |
| Jacob Weaver | | Larry Baker Jr. |
| Rater Printed Name | Employee Signature | Reviewer Printed Name |
| 6/6/18 | 6-6-18 | 6/6/18 |
| Date | Date | Date |
| Initial if comments attached | Initial if comments attached | Initial if comments attached |

**PERFORMANCE APPRAISAL SCORE:** Locate the Responsibility Score on the back of this form and write it in the appropriate space. Locate the Disciplinary Score, also on the back of this form, and write it in the appropriate space. The Disciplinary Score is subtracted from the Responsibility Score to derive the Performance Appraisal Score. Mandatory documentation is to be maintained in the agency's personnel files if a "Does Not Meet" or "Consistently Exceeds" rating is given.

| 27.00 | − | 0 | = | 27.00 |
|---|---|---|---|---|
| Responsibility Score | | Disciplinary Score | | Performance Appraisal Score |

This employee's work:

| Does Not Meet Standards (6.6 or below) | Partially Meets Standards (6.7 - 16.6) | Meets Standards (16.7 - 26.6) | Exceeds Standards (26.7 - 36.6) | Consistently Exceeds Standards (36.7 - 40) |
|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☒ | ☐ |

**WORK HABITS:** Check the appropriate space for each Work Habit area. Work Habits pertain to conduct occurring in this Appraisal period. Provide an explanation below for marking any work habit as "Unsatisfactory." Attach additional sheets if necessary. No disciplinary action has to be taken to mark a Work Habit "Unsatisfactory."

| | Unsatisfactory | Satisfactory | |
|---|---|---|---|
| Attendance | ☐ | ☒ | |
| Punctuality | ☐ | ☒ | |
| Cooperation with Coworkers | ☐ | ☒ | |
| Compliance with Rules | ☐ | ☒ | |

ADOC002289

**RESPONSIBILITIES:** List an abbreviated version of the employee's responsibilities below as documented on and discussed during the Preappraisal. Record the appropriate rating in the box for each responsibility. Rating(s) of appropriate responsibilities should reflect any disciplinary action(s) that has been taken during this appraisal period.

| 0 | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| Does Not Meet Standards | Partially Meets Standards | Meets Standards | Exceeds Standards | Consistently Exceeds Standards |

### Responsibility

|  | Rating |
|---|---|
| 1. COMMUNICATES... | 3 |
| 2. ENTERS INFORMATION... | 3 |
| 3. INSPECTS POST EQUIPMENT... | 3 |
| 4. MONITORS INMATES' APPEARANCE... | 2 |
| 5. MONITORS INMATES' BEHAVIOR AND ACTIVITIES... | 3 |
| 6. INSTRUCTS INMATES, STAFF AND VISITORS... | 2 |
| 7. EXCHANGES INFORMATION... | 3 |
| 8. ATTENDS AND PARTICIPATES IN TRAINING PROGRAMS... | 3 |
| 9. INSPECTS FOR CLEANLINESS... | 2 |
| 10. INTERACTS WITH PERSONS SUCH AS SUPERVISORS, INSTRUCTORS... | 3 |

### RESPONSIBILITY SCORE:

| 27 | ÷ | 10 | = | 27.000 | x | 10 | = | 27.00 |
|---|---|---|---|---|---|---|---|---|
| Total of Responsibilities/Results Ratings | | Number of Responsibilities | | Average Responsibility Rating | | | | Responsibility Score |

**DISCIPLINARY ACTIONS:** Any disciplinary action taken with the employee during this appraisal period is to be documented below. Provide the number of disciplinary actions and steps taken with the employee during the appraisal year. If no disciplinary action has been taken, a "0" should be marked in each block provided. Attach a copy of the warning(s), reprimand(s), suspension(s) or demotion to the Appraisal.

| **Warning** | **Reprimand** | **Suspension** | **Demotion** |
|---|---|---|---|
| 0 | 0 | 0 | 0 |

**DISCIPLINARY SCORE:** This section should include the use of the discipline steps of reprimand, suspension, and demotion only. The Disciplinary Score does not include scores for counseling and warnings. To calculate the Disciplinary Score, identify the most severe step of discipline taken with the employee during this appraisal period. If the most severe step was one or more reprimands, the Disciplinary Score will be 7. If the most severe step was one or more suspensions, the Disciplinary Score will be 17. If the most severe step taken with the employee in the appraisal year was one or more demotions, the Disciplinary Score will be 24. Otherwise, the Disciplinary Score will be 0.

**DISCIPLINARY SCORE:** _____0_____

**Form 13P**
**Revised (01/2006)**

**EMPLOYEE PERFORMANCE** *PREAPPRAISAL*
**STATE OF ALABAMA**
**Personnel Department**

Employee Name: <u>CYNTHIA D CAVER</u>

Agency: <u>005/CORRECTIONS</u>

Classification: <u>SECURITY GUARD I</u>

Period Covered From: _____ To: _____

Social Security Number: <u>XXX-XX-</u>████

Division: <u>2700/ST CLAIR</u>

Class Code: <u>60611</u>

Position Number: <u>0580504</u>

---

**RESPONSIBILITIES/RESULTS:** Responsibilities and results on which an employee will be rated should be listed below. These factors should be discussed with the employee during the Preappraisal session at the beginning of each appraisal year. Please refer to the Performance Appraisal Manual for instruction on specifics of preparing, conducting, and completing the Preappraisal. Refer to the same manual for information concerning how to develop responsibilities and results.

### RESPONSIBILITIES/RESULTS

1. <u>Communicates</u> with telephones and radios using 10-code, call signals, and numbers in order to ensure pertinent information is transmitted and goals accomplished without valid complaint.

2. <u>Enters information</u> on to and/or completes documents such as Incident reports, Cubicle Logs, Disciplinary Reports, and maintenance requests, so that reports and logs will be factual and complete with no more than two (2) documented errors per year.

3. <u>Inspects post equipment</u> so that defects, unaccountable and damaged equipment are determined and reported without error.

4. <u>Monitors inmates' appearance</u> so that all inmates are in compliance with ADOC rules and regulations without a valid complaint.

5. <u>Monitors inmates' behavior and activities</u> so that any unusual incidents will be reported and handled in a timely manner with no more than one (1) valid complaint per year.

6. <u>INSTRUCTS INMATES, STAFF AND VISITORS:</u>
Instructions can be expected to be clear and accurate, in accordance with SOP's Administrative Regulations and supervisory directives, such that no more than three (3) errors or instances of lack of clarity are noted by supervisor during the rating period.

7. <u>EXCHANGES INFORMATION:</u>
Exchanges information so that all information is clear and concise so that supervisory staff are kept informed of unusual situations and problems are resolved in a timely manner with no more than two valid complaints per rating period.

8. <u>ATTENDS AND PARTICIPATES IN TRAINING PROGRAMS:</u>
Employee can be expected to attend training programs when scheduled by supervisor and/or directives, so that qualification standards may be maintained, with no unexcused absences during the rating period.

9. <u>INSPECTS FOR CLEANLINESS:</u>
Inspections/checks can be expected to be completed in a timely manner in accordance with SOP's, post orders and supervisory directives, with no more than one (1) instance per year of inspections/checks being late in being completed, as noted by supervisor or determined by confirmed feedback.

10. <u>INTERACTS with persons</u> such as supervisors, instructors, co-workers, and other department staff using communication skills, own initiative, following instructions from supervisors, instructors, administrative regulations, in order to provide and receive information to enhance human relation skills and communicate on a multicultural level without valid complaint.

ADOC002291

**WORK HABITS:** Provide a check in the appropriate space to document that the policies and procedures concerning the following areas have been discussed with the employee. For instructions, refer to the Performance Appraisal Manual and policies of the agency.

CHECK WHEN DISCUSSED:

| | | |
|---|---|---|
| ☒ | Attendance |
| ☒ | Punctuality |
| ☒ | Cooperation with Coworkers |
| ☒ | Compliance with Rules |

---

**PREAPPRAISAL SIGNATURES:** Signatures are mandatory.

Date the Preappraisal Session was held with the employee: 7-6-17

Employee Signature: (denotes discussion and receipt of form, not agreement) *Cynthia Cain*

Rater Signature: (denotes discussion and employee receipt of form) *Leslie Murray CS*

Reviewer Signature: _____

---

## EMPLOYEE PERFORMANCE *MIDAPPRAISAL*

Describe any employee's strength(s) in performing responsibilities and/or conducting work habits, as observed, during the first half of the appraisal period.

*CO Cain has made major improvements in her cubicle duties. She can now recognize unauthorized inmates attempting to enter her dormitory and deny their entry. She is improving on keeping the block doors closed when all inmates are stopped.*

Describe any area(s) that the employee needs to improve in performance of responsibilities and/or work habits, as observed, during the first half of the appraisal period. Document any actions taken or the corrective action plan that was developed to improve the areas of weakness. If a plan has not been developed, it is appropriate for the rater to consider developing a plan at this time.

*CO Cain needs to continue improving on the 10 codes and being observant in the hallways as well as the blocks.*

State the areas where the employee has performed in a fully competent manner during the first half of the appraisal period. Documentation in this area means that the employee performed to the expected level of performance as discussed in the Preappraisal session. If there is no documentation in the first two areas, this section should be completed.

_____

_____

A Midappraisal session has been held on this date and performance has been discussed: 12/20/17

Employee Signature: *Cynthia Cain*        Initial if comments attached: _____

Rater Signature: *[signature] CS*          Initial if comments attached: _____

Reviewer Signature: *[signature]*          Initial if comments attached: _____

(Signatures denote that a Midappraisal session has been held between the supervisor and employee. Signatures are mandatory. Employee signature does not denote agreement but discussion of the form and rater comments. Comments may be attached. The person attaching comments must initial in the appropriate space.)

ADOC002292