Case 4:20-cv-02058-ACA  Document 190-10  Filed 01/28/25  Page 58 of 76

**CONFIDENTIAL**

FILED
2025 Mar-24 PM 01:16
U.S. DISTRICT COURT
N.D. OF ALABAMA

View Unofficial Transcript  
Pgm ID: ISHTI  Run By: STU

Page 1
06/11/19 18:27:40

Unofficial Transcript from: **LAWSON STATE COLLEGE**
3060 WILSON ROAD SW

BIRMINGHAM AL 35221 1717

For Student: ▓▓▓▓▓  CAVER CYNTHIA DENISE

Current Program: COS COSMETOLOGY  Intent: DEGREE SEEKING
Option: CER CERTIFICATE  Catalog: 2006
Date Declared: 01/11/2006
Classification: SOPHOMORE  Institution GPA: 2.406
High School: HOOVER HIGH SCHOOL  Year: 2002
First Term: FA02-2003  Last: SP06-2007
Advisor: WILLIAMS ALISA

Clear Standing

| FA02-2003 Course | Grade | Attm | Ernd | QP | Crs | Status | Title | SchHr |
|---|---|---|---|---|---|---|---|---|
| ENG080A | U | | | | DH | DEV HRS | DEVELOPMENTAL ENGLISH LAB | 1.000 |
| ENG091 01 | U | | | | DH | DEV HRS | DEVELOPMENTAL ENGLISH | 3.000 |
| MTH080B | U | | | | DH | DEV HRS | DEVELOPMENTAL MATH LAB | 1.000 |
| MTH091 01 | U | | | | DH | DEV HRS | DEVELOP ALGEBRA I | 3.000 |
| PSY100 01 | B | 1.000 | 1.000 | 3.000 | | | ORIENTATION | 1.000 |
| RDG080A | S | | | | DH | DEV HRS | DEVELOPMENTAL READING LAB | 1.000 |
| RDG084 01 | S | | | | DH | DEV HRS | DEVELOPMENTAL READING | 3.000 |
| Term | | 1.000 | 1.000 | 3.000 | | QPA:3.000 | Pro:ENG/AA Y Intent:DS CC:00 | |
| (Dev) | | 12.000 | 4.000 | | | | | |
| Cum | | 1.000 | 1.000 | 3.000 | | QPA:3.000 | CT:Y FT:Y DV:D | |

| SP03-2004 Course | Grade | Attm | Ernd | QP | Crs | Status | Title | SchHr |
|---|---|---|---|---|---|---|---|---|
| ART100 01 | C | 3.000 | 3.000 | 6.000 | | | ART APPRECIATION | 3.000 |
| BIO103 01 | D | 4.000 | 4.000 | 4.000 | | | PRINCIPLES OF BIO I WITH LAB | 4.000 |
| BIO120 | D | 3.000 | 3.000 | 3.000 | | | MEDICAL TERMINOLOGY | 3.000 |
| PSY200 01 | F | 3.000 | | | | | GENERAL PSYCHOLOGY | 3.000 |
| Term | | 13.000 | 10.000 | 13.000 | | QPA:1.000 | Pro:NSG/AS Y Intent:DS CC:00 | |
| Cum | | 14.000 | 11.000 | 16.000 | | QPA:1.143 | CT: FT:Y DV:D | |

05/17/2004 AP ACADEMIC PROBATION

| SP05-2006 Course | Grade | Attm | Ernd | QP | Crs | Status | Title | SchHr |
|---|---|---|---|---|---|---|---|---|
| COS111 01 | B | 3.000 | 3.000 | 9.000 | | | INTRO. TO COSMETOLOGY | 3.000 |
| COS112 | C | 3.000 | 3.000 | 6.000 | | | COSMETOLOGY PROCEDURES | 3.000 |
| COS113 | B | 3.000 | 3.000 | 9.000 | | | HAIR DISORDERS AND TREATMENT | 3.000 |
| COS114 | C | 3.000 | 3.000 | 6.000 | | | HAIR TREATMENT APPLICATION | 3.000 |
| COS167A01 | WF | 1.000 | | | CR/A | SU05-2006 | STATE BOARD REVIEW PART A | 1.000 |
| COS167A01 | SU05-2006 Retaken | | | | | | | |
| Term | | 13.000 | 12.000 | 30.000 | | QPA:2.308 | Pro:COS/CER Intent:DS CC:01 | |

ADOC002293

| SP05-2006 (Cont) | Course | Grade | Attm | Ernd | QP | Crs | Status | Title | SchHr |
|---|---|---|---|---|---|---|---|---|---|
| | | Cum | 27.000 | 23.000 | 46.000 | | QPA:1.704 | CT: FT:Y DV:D | |
| | 05/16/2006 | AP ACADEMIC PROBATION | | | | | | | |
| SU05-2006 | Course | Grade | Attm | Ernd | QP | Crs | Status | Title | SchHr |
| | COS121 | B | 3.000 | 3.000 | 9.000 | | | COLORIMETRY | 3.000 |
| | COS122 01 | A | 3.000 | 3.000 | 12.000 | | | COLOR APPLICATIONS | 3.000 |
| | COS131 01 | A | 3.000 | 3.000 | 12.000 | | | AESTHETICS | 3.000 |
| | COS167A01 | B | 1.000 | 1.000 | 3.000 | RA/A | SU05-2006 | STATE BOARD REVIEW PART A | 1.000 |
| | COS167A01 | SP05-2006 | Previously taken | | | | | | |
| | COS167B01 | A | 1.000 | 1.000 | 4.000 | | | STATE BOARD REVIEW PART B | 1.000 |
| | | Term | 11.000 | 11.000 | 40.000 | | QPA:3.636 | Pro:COS/CER Intent:DS CC:01 | |
| | Adjustment | CF[ | 1.000 | | | ] | SP05-2006 | COS167A01 | |
| | | Cum | 37.000 | 34.000 | 86.000 | | QPA:2.324 | CT: FT: DV:D | |
| FA06-2007 | Course | Grade | Attm | Ernd | QP | Crs | Status | Title | SchHr |
| | COS124 02 | B | 3.000 | 3.000 | 9.000 | | | INTRODUCTION TO SALON MANAGMEN | 3.000 |
| | COS132 01 | A | 3.000 | 3.000 | 12.000 | | | AESTHETICS APPLICATION | 3.000 |
| | COS143 | C | 3.000 | 3.000 | 6.000 | | | HAIR DESIGNS | 3.000 |
| | COS144 | C | 3.000 | 3.000 | 6.000 | | | HAIR SHAPING | 3.000 |
| | COS151 01 | B | 3.000 | 3.000 | 9.000 | | | NAIL CARE | 3.000 |
| | COS167C | B | 1.000 | 1.000 | 3.000 | | | STATE BOARD REVIEW PART C | 1.000 |
| | COS191A01 | A | 3.000 | 3.000 | 12.000 | | | CO-OP | 3.000 |
| | | Term | 19.000 | 19.000 | 57.000 | | QPA:3.000 | Pro:COS/CER Intent:DS CC:01 | |
| | | Cum | 56.000 | 53.000 | 143.000 | | QPA:2.554 | CT: FT:Y DV:D | |
| SP06-2007 | Course | Grade | Attm | Ernd | QP | Crs | Status | Title | SchHr |
| | BSS220 | W | | | | DR | 02/09/2007 | PROFESSIONAL TRANSITION | 1.000 |
| | COM100 | C | 3.000 | 3.000 | 6.000 | | | VOCATIONAL TECHNICAL ENG I | 3.000 |
| | DPT103 | C | 3.000 | 3.000 | 6.000 | | | INTRODUCTORY COMPUTER SKILL II | 3.000 |
| | MAH101 | D | 3.000 | 3.000 | 3.000 | | | VOCATIONAL TECHNICAL MATH I | 3.000 |
| | SPC103 | C | 3.000 | 3.000 | 6.000 | | | ORAL COMMUNICATON SKILL | 3.000 |
| | WKO107 | C | 1.000 | 1.000 | 2.000 | | | WORKPLACE SKILL DEVELOPMENT | 1.000 |
| | | Term | 13.000 | 13.000 | 23.000 | | QPA:1.769 | Pro:COS/CER Intent:DS CC:01 | |
| | | Cum | 69.000 | 66.000 | 166.000 | | QPA:2.406 | CT: FT:Y DV:D | |

**Test Scores**

| COMPASS | Wrt | Rdg | PreAlg | Alg | ColAlg | Geo | Trig | Date Taken |
|---|---|---|---|---|---|---|---|---|
| | 3 07/22/2002 | 60 07/22/2002 | 32 07/22/20 | 15 07/22/2002 | 0 00/00/0000 | 0 00/00/0000 | 0 00/00/0000 | 07/22/2002 |

| Work Keys | COS | Applied Math | Date | Applied Tech | Date | Locate Info | Date | Read Info | Date |
|---|---|---|---|---|---|---|---|---|---|
| Entrance | | | 00/00/0000 | | 00/00/0000 | | 00/00/0000 | | 00/00/0000 |
| Exit | | 3 | 00/00/0000 | 0 | 00/00/0000 | 3 | 04/26/2007 | 4 | 04/26/2007 |

**\*\*CONFIDENTIAL\*\***




# State of Alabama
# Department of Corrections
## Personnel Division

**KAY IVEY**
GOVERNOR

P. O. Box 301501
Montgomery, AL 36130-1501

**JEFFERSON S. DUNN**
COMMISSIONER

**To:** Applicants for Employment and Re-Employment Correctional Officer Jobs

**From:** The Alabama Department of Corrections (ADOC)
ADOC Personnel

**Subject:** Educational Incentive

The Alabama Department of Corrections offers a 5% or 10% Educational Incentive to those applicants who currently have a Bachelor Degree, an Associate Degree or who have earned 60 semester hours or 90 quarters hours.

As an applicant for employment, I understand it is my responsibility prior to employment to submit to ADOC Personnel a College Transcript in order to receive the Educational Incentive. I further understand that if I accept employment with Alabama Department of Corrections, I will be appointed at the base salary amount of a Correctional Officer Trainee and I will not receive any adjustments to my starting salary in the future.

_Cynthia Caver_
Printed Applicant's Name

_Cynthia Caver_     5/3/19
Applicant's Signature     Date

_[signature]_     5-3-19
CO Unit Personnel     Date

Telephone (334) 353-9510     Fax (334) 353-9528

ADOC002296

**CONFIDENTIAL**

Form 3 – Revised May 2017

# APPLICATION FOR EXAMINATION

**DO NOT WRITE IN THIS SPACE**

RETURN TO: STATE OF ALABAMA
PERSONNEL DEPARTMENT
64 NORTH UNION STREET
P. O. BOX 304100
MONTGOMERY, ALABAMA 36130-4100
WWW.PERSONNEL.ALABAMA.GOV
FAX: (334) 242-1110

**General Instructions**

A SEPARATE APPLICATION IS REQUIRED FOR EACH JOB. Do not write in shaded areas. Complete all parts of the application. Applications not properly completed will be returned. Photocopied and facsimile applications will be accepted.

ENTER LAST FOUR DIGITS OF SOCIAL SECURITY NUMBER BELOW

PRINT ALL INFORMATION LEGIBLY

Job Title of Examination (one per application): Select One

Option (if applicable):

Full Name: Cynthia Denise Caver

Mailing Address: [redacted]

Telephone Number: Home ( ) ___ Cell [redacted] Work [redacted]

The following information is required for governmental reporting or record keeping purposes:

Date of Birth: [redacted] (Month) (Day) (Year)

Sex (check one): 1. ☐ Male  2. ☑ Female

Race (check one): ☐ White  ☑ Black  ☐ Hispanic  ☐ Asian  ☐ Native Hawaiian or Pacific Islander  ☐ American Indian or Alaskan Native  ☐ Two or More Races  ☐ Do Not Wish to Respond

**EDUCATION:**
High School Diploma or GED? ☑ Yes ☐ No

CIRCLE OR BRACKET THE HIGHEST GRADE OF SCHOOL COMPLETED.
1 2 3 4 5 6 7 8 9 10 11 12 College 1 ②  3 4

PROVIDE INFORMATION ON ALL SCHOOLS ATTENDED. SPECIFY UNDERGRADUATE OR GRADUATE WORK. IF ONLINE, INDICATE BY *ASTERISK.

| Name and Location of School | Dates of Attendance From | To | Credit Hours Earned Sem. | Qtr. | Did You Graduate? Yes | No | Type of Degree and Date | Major |
|---|---|---|---|---|---|---|---|---|
| Jefferson State | 8/11 | 4/12 | 60 | | | No | | Radiology |

**PROFESSIONAL LICENSE OR CERTIFICATE**

| License/Certificate Issued By | Field/Trade/Specialization | License/Certificate No. | Issue Date | Expiration Date |
|---|---|---|---|---|
| | | | | |

LIST COURSES SUCCESSFULLY COMPLETED (AND HOURS EARNED) WHICH ARE PARTICULARLY RELATED TO POSITION (attach additional sheets, if needed)

**CERTIFICATION STATEMENT**

I hereby certify, under penalty of perjury, that all statements on or attached to this application are true, correct, and complete. I further agree and understand that any false or deceptive information herein, regardless of time of discovery, may cause forfeiture on my part of any employment in the service of the State of Alabama and may prohibit me from being considered for future employment. I understand that all information on this application is subject to verification, and I consent to criminal history background, military service, and employment checks. I agree to allow my employer/prospective employer to receive a copy of my Alabama Background Check report through ALEA. If employed, I agree to electronic deposits of my payroll check and other state payments; and consistent with applicable laws, to receive compensatory time off in lieu of overtime compensation for any overtime hours worked. The State Personnel Department is not responsible for late receipt of applications due to mail service or faxing malfunctions.

Signature: Cynthia Caver    Date: 5/3/19

Your name may be removed from an employment register for any disqualifying reason.

**AN EQUAL OPPORTUNITY EMPLOYER**

ADOC002297

**CONFIDENTIAL**

LAST FOUR DIGITS OF SOCIAL SECURITY NUMBER: ▓▓▓▓

List three independent persons, not relatives or present employer, who know you well enough to give information about you.

| NAME | ADDRESS AND PHONE NUMBER | EMPLOYER |
|---|---|---|
| Lucille Ray | ▓▓▓▓ | ▓▓▓▓ |
| Voncell Vance | ▓▓▓▓ | ▓▓▓▓ |
|  |  |  |

Should you need testing accommodations due to a health problem or disability, you must contact the State Personnel Department.

Have you ever been involuntarily terminated, discharged, forced to resign, resigned with disciplinary action pending, or resigned in lieu of termination from any job? ☐ Yes ☒ No

If you answered Yes to the above question, provide an explanation noting any mitigating or extenuating circumstances in the space below. If necessary, you may use a separate sheet or sheets and attach to the application.

Have you ever been convicted of a misdemeanor or felony crime? (including pleading guilty or nolo contendere, or attending pretrial diversion.) ☐ Yes ☒ No

If you answered Yes to the above question, list in the space below all prior misdemeanor and felony convictions and any extenuating or mitigating circumstances regarding such convictions. If necessary, you may use a separate sheet or sheets and attach to application.

Have you ever been known by any other name(s)? ☐ Yes ☒ No  If Yes, what name(s)? _____

NOTE: THE DISCLOSURE OF A CRIMINAL CONVICTION WILL NOT NECESSARILY BE A BAR TO CONSIDERATION FOR EMPLOYMENT, EXCEPT AS REQUIRED BY LAW. ONCE QUALIFIED FOR A POSITION AND PLACED ON A REGISTER, THE EMPLOYING AGENCY MAY THEN DETERMINE IF THE APPLICANT'S DISCLOSED CRIMINAL CONVICTION IS DIRECTLY RELATED TO THE DUTIES FOR THE POSITION BEING CONSIDERED. CRIMINAL HISTORIES WILL BE SUBMITTED TO THE NATIONAL CRIME INFORMATION CENTER (NCIC) FOR VERIFICATION. FAILURE TO DISCLOSE A CONVICTION MAY BE CONSIDERED AS GROUNDS FOR DISQUALIFICATION. FOR THESE REASONS, APPLICANTS SHOULD BE CAREFUL TO DISCLOSE ALL CRIMINAL CONVICTIONS.

## WORK HISTORY
THIS SECTION MUST BE COMPLETED REGARDLESS OF WHETHER OR NOT A RÉSUMÉ IS ATTACHED.

Begin with your PRESENT or most recent employment. List in REVERSE ORDER periods of employment. Each time you changed jobs or your title changed should be listed as a separate period. Describe in detail your duties. (Attach additional sheets if needed.)

1. Current or Last Employer: St. Clair Correctional Fac.
Address: 1000 St. Clair Rd.
FROM: Month 02 Year 17  TO: Month ___ Year ___
Total Months Worked: ___
Number of Hours Per Week: 40
Your Official Job Title: Cubicle Operator (CCO)
Type of Business: State Prison
Beginning Salary: $9.66 Per ___
Ending Salary: $11.54 Per ___
Number/Title of Employees You Supervised On a Continuing Basis: 0
Name, Title and Telephone Number of Supervisor: Lt. Baker ▓▓▓▓
Equipment You Operated: Control Board for Cell/Dorm
Reason for Leaving: Currently Employed
Describe Your Duties in Detail: Duties consist of log/count/monitor inmates. Report any activity. Radio monitor for any calls for movement and announcement.

ADOC002298

LAST FOUR DIGITS OF SOCIAL SECURITY NUMBER: ███

| 2. Employer | Talbots | | | | | Your Official Job Title | Sales Associate | |
|---|---|---|---|---|---|---|---|---|
| Address | 6200 Grand River Blvd E # 610 Leeds Al | | | | | Type of Business | Clothing (Retail) | |
| FROM Month 02 | Year 16 | TO Month 03 | Year 17 | Total Months Worked 13 | Number of Hours Per Week 20-35 | Beginning Salary $ 9.00 Per hr | Ending Salary $ 9.00 Per hr | |

Number/Title of Employees You Supervised On a Continuing Basis: 0
Equipment You Operated: Krons Register
Name, Title and Telephone Number of Supervisor: Unknown Present Manager
Reason for Leaving: Better Employment
Describe Your Duties in Detail: Stock, clean, monitor store customers, rest wall fixtures, ship orders out, maintain count on some merchandise.

---

3. Employer: 
Address:
Your Official Job Title:
Type of Business:

FROM Month ___ Year ___ | TO Month ___ Year ___ | Total Months Worked ___ | Number of Hours Per Week ___ | Beginning Salary $ ___ Per ___ | Ending Salary $ ___ Per ___

Number/Title of Employees You Supervised On a Continuing Basis:
Name, Title and Telephone Number of Supervisor:
Equipment You Operated:
Reason for Leaving:
Describe Your Duties in Detail:

---

4. Employer:
Address:
Your Official Job Title:
Type of Business:

FROM Month ___ Year ___ | TO Month ___ Year ___ | Total Months Worked ___ | Number of Hours Per Week ___ | Beginning Salary $ ___ Per ___ | Ending Salary $ ___ Per ___

Number/Title of Employees You Supervised On a Continuing Basis:
Name, Title and Telephone Number of Supervisor:
Equipment You Operated:
Reason for Leaving:
Describe Your Duties in Detail:

---

5. USING THE ABOVE FORMAT, SHOW OTHER EXPERIENCE BY USING ADDITIONAL SHEETS.

ADOC002299

ENTER ALL NINE DIGITS OF SOCIAL SECURITY NUMBER

### COMPLETE THIS SECTION IF YOU ARE CLAIMING VETERAN'S PREFERENCE

If you claim Veteran's Preference, check the type below. Attach copies (which will not be returned) of the required documents to your application to support your claim.

1. ◯ Veteran (5 points) - Requires DD214 or document showing dates of service and type of discharge. If this has been submitted previously and is on file with this office, you may disregard this requirement. Note: Must be active duty for other than training purposes.
2. ◯ Disabled Veteran (10 points) - Requires DD214 or other document as above and letter of disability from V.A. dated within last 6 months. V.A. letter must be kept updated until register is established or you lose the extra 5 points.
3. ◯ Deceased Veteran's spouse (10 points) - Requires DD214 or other document as above and marriage and death certificates. Cannot be claimed if spouse remarries.
4. ◯ Disabled Veteran's spouse (10 points) - Requires DD214 or other document as above and V.A. letter of disability dated within last 6 months. Cannot be claimed unless still married to disabled veteran who because of this disability is not them self qualified.
5. ◯ Permanently Disabled Veteran (10 points) - Requires DD214 or other document as above indicating veteran is permanently disabled or DD214 or other document and V.A. letter indicating permanent disability.

### COMPLETE THIS SECTION IN ORDER TO BE SCHEDULED FOR WRITTEN EXAMS

Written exams will be given in the places below for which a sufficient number of applicants express preference. Indicate by number your 1st, 2nd and 3rd choices.

- 3 (✓) Birmingham
- 5 ( ) Dothan
- 6 ( ) Jacksonville
- 8 ( ) Mobile
- 9 (✓) Montgomery
- 11 ( ) Florence
- 12 (✓) Tuscaloosa
- 13 ( ) Huntsville
- 14 ( ) Troy

If you qualify, you will receive a notice showing the place and time you are to report for the exam.

### Where did you learn of this job? (check all that apply)

1. ☐ State Career Center
2. ☐ Job Announcement Notice
3. ☐ Newspaper
4. ☐ College Placement/Career Office
5. ☑ Friend/Relative
6. ☑ Dept. News Bulletin
7. ☐ Rehabilitation Services
8. ☐ High School Counselor
9. ☐ Legislative Representative
10. ☐ State Recruiter / Counselor
11. ☐ State Personnel Dept. Information Board
12. ☐ Outreach Program (i.e. Church)
13. ☐ TV/Radio Commercial
14. ☐ State Personnel Dept. Website
15. ☐ Other Website
16. ☐ Other _____

### AVAILABILITY

**81 - Northwest Alabama**
- 17 Colbert
- 30 Franklin
- 39 Lauderdale
- 40 Lawrence

**84 - Jasper/Winfield Area**
- 29 Fayette
- 38 Lamar
- 47 Marion
- 64 Walker
- 67 Winston

**87 - East Central Alabama**
- 08 Calhoun
- 09 Chambers
- 14 Clay
- 15 Cleburne
- 19 Coosa
- 56 Randolph
- 61 Talladega
- 62 Tallapoosa

**90 - Montgomery Area**
- 01 Autauga
- 26 Elmore
- 43 Lowndes
- 51 Montgomery

**93 - South Central Alabama**
- 07 Butler
- 18 Conecuh
- 20 Covington
- 21 Crenshaw
- 27 Escambia
- 50 Monroe

**82 - Huntsville/Decatur Area**
- 36 Jackson
- 42 Limestone
- 45 Madison
- 48 Marshall
- 52 Morgan

**85 - Tuscaloosa Area**
- 04 Bibb
- 32 Greene
- 33 Hale
- 54 Pickens
- 60 Sumter
- 63 Tuscaloosa

**88 - Southwest Alabama**
- 12 Choctaw
- 13 Clarke
- 46 Marengo
- 65 Washington

**91 - Phenix City/Troy Area**
- 03 Barbour
- 06 Bullock
- 41 Lee
- 44 Macon
- 55 Pike
- 57 Russell

**94 - Dothan Area**
- 16 Coffee
- 23 Dale
- 31 Geneva
- 34 Henry
- 35 Houston

**83 - Northeast Alabama**
- 10 Cherokee
- 25 Dekalb
- 28 Etowah

**86 - Birmingham Area**
- 05 Blount
- 22 Cullman
- 37 Jefferson
- 58 Shelby
- 59 St. Clair

**89 - Selma/Clanton Area**
- 11 Chilton
- 24 Dallas
- 53 Perry
- 66 Wilcox

**92 - Mobile Area**
- 02 Baldwin
- 49 Mobile

**95 - Statewide** (You will be considered for vacancies throughout the state. Relocation may be necessary)

Please answer the following questions with care. List in the spaces provided those areas of the state in which you would accept employment. You will be considered for employment only in the locations you indicate. You may choose a combination of up to seven counties and/or regions from the list above. If you list a region, you will be considered available for all counties in that region. The counties in each region are listed alphabetically below the region. You will not be considered for jobs involving overnight travel or shift work unless you so indicate.

List the numbers of up to 7 counties and/or regions where you are willing to work: **59  58  61  37  ___  ___  ___**

Enter the earliest date you will be available to interview for employment. (Your name will not appear on a list of eligibles until this date.) **05 / 04 / 19**   Month Day Year

Will you accept work involving overnight travel? ☑ Yes ☐ No    Will you accept part-time work? ☑ Yes ☐ No

Will you accept temporary work? ☑ Yes ☐ No    Will you accept conditional work? ☑ Yes ☐ No

Which shifts are you willing to work?   0. ☐ all shifts   1. ☑ 1st only   2. ☐ 2nd only   3. ☐ 3rd only   4. ☑ 1st and 2nd only   5. ☐ 1st and 3rd only   6. ☐ 2nd and 3rd only

**NOTE:** Your name will be placed on inactive status for this class after declining three offers of employment consideration or failing to reply to an agency's inquiry concerning your availability. Your name may be restored to the active register by written request.

ADQC002300

**Form 13F**
**Revised (01/2006)**

**EMPLOYEE PERFORMANCE PROBATIONARY**
**STATE OF ALABAMA**
**Personnel Department**

**CONFIDENTIAL**

Employee Name: CYNTHIA D CAVER
Social Security Number: XXX-XX-▮▮▮▮
Agency: 005/CORRECTIONS
Division: 2700/ST CLAIR
Classification: SECURITY GUARD I
Class Code: 60611
Period Covered From: 02/24/2017 To: 08/23/2017
Position Number: 00580504

**APPRAISAL SIGNATURES:** Signatures are to be provided after the form has been completed. Signatures denote supervisor and employee discussion and receipt of form, not agreement. All signatures are mandatory.

**Rating Supervisor**
SSN XXX-XX-▮▮▮▮
Rater Signature: *[signed] Lester Murray CS*
LESTER MURRAY, CS — Rater Printed Name
Date: 7/6/17

**Employee**
Employee Signature: *[signed] Cynthia Caver*
Date: 7-6-17

**Reviewing Supervisor**
SSN XXX-XX-▮▮▮▮
Reviewer Signature: *[signed]*
LARRY BAKER, CL — Reviewer Printed Name
Date: 7/6/17

It is recommended that the employee be:
- [ ] Continued in the probation (reason stated in Disciplinary Actions Area)
- [x] Given permanent status in the position. Probationary increase to $ 999.70 Step 4 Effective 9/1/17
- [ ] Separated before or at the end of the probationary period (reason stated in Disciplinary Actions Area)

APPOINTING AUTHORITY Signature: *[signed] AKey*
Date: 7/21/17

**PROBATIONARY PERFORMANCE APPRAISAL SCORE:** Locate the Responsibility Score on the back of this form and write it in the appropriate space. Locate the Disciplinary Score, also on the back of this form, and write it in the appropriate space. The Disciplinary Score is subtracted from the Responsibility Score to derive the Probationary Performance Appraisal Score. Documentation is to be maintained in the agency's personnel files if a "Does Not Meet" or "Consistently Exceeds" rating is given.

24.00 (Responsibility Score) − 0 (Disciplinary Score) = 24.000 (Probationary Performance Appraisal Score)

This employee's work:

| Does Not Meet Standards (6.6 or below) | Partially Meets Standards (6.7 – 16.6) | Meets Standards (16.7 – 26.6) | Exceeds Standards (26.7 – 36.6) | Consistently Exceeds Standards (36.7 – 40) |
|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] |

**WORK HABITS:** Check the appropriate space for each Work Habit area. Work Habits pertain to conduct occurring in this Appraisal period. Provide an explanation below for marking any work habit as "Unsatisfactory." Attach additional sheets if necessary. No disciplinary action has to be taken to mark a Work Habit "Unsatisfactory."

| | Unsatisfactory | Satisfactory |
|---|---|---|
| Attendance | [ ] | [x] |
| Punctuality | [ ] | [x] |
| Cooperation with Coworkers | [ ] | [x] |
| Compliance with Rules | [ ] | [x] |

ADOC002301

**RESPONSIBILITIES:** List an abbreviated version of the employee's responsibilities below as documented on and discussed during the Probationary period. Record the appropriate rating in the box for each responsibility. Rating(s) of appropriate responsibilities should reflect any disciplinary action(s) that has been taken during this probationary period.

| 0 | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| Does Not Meet Standards | Partially Meets Standards | Meets Standards | Exceeds Standards | Consistently Exceeds Standards |

| Responsibility | Rating |
|---|---|
| 1. COMMUNICATES... | 3 |
| 2. ENTERS INFORMATION... | 2 |
| 3. INSPECTS POST EQUIPMENT... | 2 |
| 4. MONITORS INMATES' APPEARANCE... | 2 |
| 5. MONITORS INMATES' BEHAVIOR AND ACTIVITIES... | 3 |
| 6. INSTRUCTS INMATES, STAFF AND VISITORS... | 3 |
| 7. EXCHANGES INFORMATION... | 2 |
| 8. ATTENDS AND PARTICIPATES IN TRAINING PROGRAMS... | 2 |
| 9. INSPECTS FOR CLEANLINESS... | 3 |
| 10. INTERACTS WITH PERSONS SUCH AS SUPERVISORS, INSTRUCTORS, ... | 2 |

**RESPONSIBILITY SCORE:**

24 (Total of Responsibilities/Results Ratings) ÷ 10 (Number of Responsibilities) = 2.4000 (Average Responsibility Rating) × 10 = 24.000 (Responsibility Score)

**DISCIPLINARY ACTIONS:** Any disciplinary action taken with the employee during this appraisal period is to be documented below. Provide the number of disciplinary actions and steps taken with the employee during the appraisal year. If no disciplinary action has been taken, a "0" should be marked in each blank provided. Attach a copy of the warning(s), reprimand(s), or suspension(s) to the Appraisal.

| Warning | Reprimand | Suspension |
|---|---|---|
| 0 | 0 | 0 |

**DISCIPLINARY SCORE:** This section should include the use of the discipline steps of reprimand and suspension only. The Disciplinary Score does not include scores for counseling and warnings. To calculate the Disciplinary Score, identify the most severe step of discipline taken with the employee during this appraisal period. If the most severe step was one or more reprimands, the Disciplinary Score will be 7. If the most severe step was one or more suspensions, the Disciplinary Score will be 17. Otherwise, the Disciplinary Score will be 0.

**DISCIPLINARY SCORE:** 0

ADOC002302

Form 13P
Revised (01/2006)

**EMPLOYEE PERFORMANCE *PREAPPRAISAL***
**STATE OF ALABAMA**
Personnel Department

Employee Name: CYNTHIA D CAVER                    Social Security Number: XXX-XX-▓▓▓▓
Agency: 005/CORRECTIONS                           Division: 2700/ST CLAIR
Classification: SECURITY GUARD I                  Class Code: 60611
Period Covered From: 02/24/2017 To: 08/23/2017    Position Number: 0580504

**RESPONSIBILITIES/RESULTS:** Responsibilities and results on which an employee will be rated should be listed below. These factors should be discussed with the employee during the Preappraisal session at the beginning of each appraisal year. Please refer to the Performance Appraisal Manual for instruction on specifics of preparing, conducting, and completing the Preappraisal. Refer to the same manual for information concerning how to develop responsibilities and results.

**RESPONSIBILITIES/RESULTS**

1. Communicates with telephones and radios using 10-code, call signals, and numbers in order to ensure pertinent information is transmitted and goals accomplished without valid complaint.

2. Enters information on to and/or completes documents such as Incident reports, Cubicle Logs, Disciplinary Reports, and maintenance requests, so that reports and logs will be factual and complete with no more than two (2) documented errors per year.

3. Inspects post equipment so that defects, unaccountable and damaged equipment are determined and reported without error.

4. Monitors inmates' appearance so that all inmates are in compliance with ADOC rules and regulations without a valid complaint.

5. Monitors inmates' behavior and activities so that any unusual incidents will be reported and handled in a timely manner with no more than one (1) valid complaint per year.

6. INSTRUCTS INMATES, STAFF AND VISITORS:
Instructions can be expected to be clear and accurate, in accordance with SOP's Administrative Regulations and supervisory directives, such that no more than three (3) errors or instances of lack of clarity are noted by supervisor during the rating period.

7. EXCHANGES INFORMATION:
Exchanges information so that all information is clear and concise so that supervisory staff are kept informed of unusual situations and problems are resolved in a timely manner with no more than two valid complaints per rating period.

8. ATTENDS AND PARTICIPATES IN TRAINING PROGRAMS:
Employee can be expected to attend training programs when scheduled by supervisor and/or directives, so that qualification standards may be maintained, with no unexcused absences during the rating period.

9. INSPECTS FOR CLEANLINESS:
Inspections/checks can be expected to be completed in a timely manner in accordance with SOP's, post orders and supervisory directives, with no more than one (1) instance per year of inspections/checks being late in being completed, as noted by supervisor or determined by confirmed feedback.

10. INTERACTS with persons such as supervisors, instructors, co-workers, and other department staff using communication skills, own initiative, following instructions from supervisors, instructors, administrative regulations, in order to provide and receive information to enhance human relation skills and communicate on a multicultural level without valid complaint.

CONFIDENTIAL

**WORK HABITS:** Provide a check in the appropriate space to document that the policies and procedures concerning the following areas have been discussed with the employee. For instructions, refer to the Performance Appraisal Manual and policies of the agency.

CHECK WHEN DISCUSSED:

- [x] Attendance
- [x] Punctuality
- [x] Cooperation with Coworkers
- [x] Compliance with Rules

**PREAPPRAISAL SIGNATURES:** Signatures are mandatory.

Date the Preappraisal Session was held with the employee: 3-16-2017

Employee Signature: (denotes discussion and receipt of form, not agreement) *Cynthia Caver*

Rater Signature: (denotes discussion and employee receipt of form) *T. this Engine, CS*

Reviewer Signature: *Paula Graham, CC*

## EMPLOYEE PERFORMANCE MIDAPPRAISAL

Describe any employee's strength(s) in performing responsibilities and/or conducting work habits, as observed, during the first half of the appraisal period.

> Security Guard I Cynthia D Caver, she communicates with radios using 10-Codes. She monitors the counts of inmates. She enters information so that reports and logs are factual and complete. She inspects post equipment so that defects, unaccountable and damaged equipment are determined. She ~~monitor's inmate's appearance, behavior and activities so that disturbances and incidents are controlled.~~

Describe any area(s) that the employee needs to improve in performance of responsibilities and/or work habits, as observed, during the first half of the appraisal period. Document any actions taken or the corrective action plan that was developed to improve the areas of weakness. If a plan has not been developed, it is appropriate for the rater to consider developing a plan at this time.

> ~~Security Guard I Caver could improve her working knowledge capabilities to include learning Communication and Central Control. Security Guard I Caver could improve her report writing capabilities i.e. Incident Reports, Behavior Citations and Disciplinary. Security Guard I Caver could work on Exchanging information. In addition, Security Guard I Caver could learn how to enter information into the module.~~

State the areas where the employee has performed in a fully competent manner during the first half of the appraisal period. Documentation in this area means that the employee performed to the expected level of performance as discussed in the Preappraisal session. If there is no documentation in the first two areas, this section should be completed.

> Security Guard I Caver will be scheduled to train in Central Control under the instruction of Central Control Operators until she feels comfortable that she can operate the Post on her own.

A Midappraisal session has been held on this date and performance has been discussed: 5-29-17

Employee Signature: *C. Caver*  Initial if comments attached: _____

Rater Signature: *L. Murray CS*  Initial if comments attached: _____

Reviewer Signature: _____  Initial if comments attached: _____

(Signatures denote that a Midappraisal session has been held between the supervisor and employee. Signatures are mandatory. Employee signature does not denote agreement but discussion of the form and rater comments. Comments may be attached. The person attaching comments must initial in the appropriate space.)

ADOC002304

 

**ROBERT BENTLEY**
GOVERNOR

# State of Alabama
# Department of Corrections
**Personnel Division**
P. O. Box 301501
Montgomery, AL 36130-1501

**JEFFERSON S. DUNN**
COMMISSIONER

February 16, 2017

Cynthia Caver

Dear Ms. Caver:

Welcome to the Alabama Department of Corrections (ADOC). You have been appointed to the **Security Guard I** position effective **February 24, 2017**, at a salary of **$975.80** semi-monthly. You are assigned to **St. Clair Correctional Facility**. You are to report to the facility no later than 8:00 a.m. on the above date.

One of the enclosed documents addresses the requirements for completion of an I-9 form. This is a Federal government form which is fundamental to the process we must follow in order to verify your right to be employed in the United States. On your first day of employment, please be prepared to present adequate documentation. To simplify, you could bring one item from "List A" or you could bring one item each from "List B" and "List C."

Congratulations on your appointment. We are confident that you will successfully complete your probationary period and provide a long and valuable contribution to the ADOC mission.

Sincerely,

William R. Lawley, III
ADOC Personnel Director

WRL/as

Enclosure(s)

Telephone (334) 353-9510         Fax: (334) 353-9528
301 South Ripley Street
Montgomery, AL 36104

ADOC002305

Form 3 – Revised August 2015

# APPLICATION FOR EXAMINATION

**DO NOT WRITE IN THIS SPACE**

RETURN TO: STATE OF ALABAMA
PERSONNEL DEPARTMENT
64 NORTH UNION STREET
P. O. BOX 304100
MONTGOMERY, ALABAMA 36130-4100
WWW.PERSONNEL.ALABAMA.GOV
FAX: (334) 242-1110

**General Instructions**
A SEPARATE APPLICATION IS REQUIRED FOR EACH JOB. Do not write in shaded areas. Complete all parts of the application. Applications not properly completed will be returned. Photocopied and facsimile applications will be accepted.

ENTER LAST FOUR DIGITS OF SOCIAL SECURITY NUMBER BELOW

PRINT ALL INFORMATION LEGIBLY

Job Title of Examination (one per application): **Security Guard I**

Code: 60601

Option (if applicable):

Full Name: **Cynthia Denise Caver**

The following information is required for governmental reporting or record keeping purposes:

Date of Birth: **01 / 23 / 83** (Month/Day/Year)

Sex: 2. (✓) Female

Race: 2. (✓) Black

**EDUCATION:**
High School Diploma or GED? (✓) Yes ( ) No

CIRCLE OR BRACKET THE HIGHEST GRADE OF SCHOOL COMPLETED.
1 2 3 4 5 6 7 8 9 10 11 12 College 1 2 [3] 4

ED 23
LC

PROVIDE INFORMATION ON ALL SCHOOLS ATTENDED. SPECIFY UNDERGRADUATE OR GRADUATE WORK. IF ONLINE, INDICATE BY *ASTERISK.

| Name and Location of School | Dates of Attendance From | To | Credit Hours Earned Sem. / Qtr. | Did You Graduate? Yes / No | Type of Degree and Date | Major |
|---|---|---|---|---|---|---|
| Hoover High School | 08-01 | 5-02 | | ✓ | | |
| Lawson State | 08-05 | 5-07 | | ✓ | Basic | |

**PROFESSIONAL LICENSE OR CERTIFICATE**

| License/Certificate Issued By | Field/Trade/Specialization | License/Certificate No. | Issue Date | Expiration Date |
|---|---|---|---|---|
| | | | | |

LIST COURSES SUCCESSFULLY COMPLETED (AND HOURS EARNED) WHICH ARE PARTICULARLY RELATED TO POSITION (attach additional sheets, if needed)

Psychology 6  Medical Terminology 4
Humanities 6

**CERTIFICATION STATEMENT**

I hereby certify, under penalty of perjury, that all statements on or attached to this application are true, correct, and complete. I further agree and understand that any false or deceptive information herein, regardless of time of discovery, may cause forfeiture on my part of any employment in the service of the State of Alabama and may prohibit me from being considered for future employment. I understand that all information on this application is subject to verification, and I consent to criminal history background, military service, and employment checks. I agree to allow my employer/prospective employer to receive a copy of my Alabama Background Check report through ALEA. If employed, I agree to electronic deposits of my payroll check and other state payments; and consistent with applicable laws, to receive compensatory time off in lieu of overtime compensation for any overtime hours worked. The State Personnel Department is not responsible for late receipt of applications due to mail service or faxing malfunctions.

Signature: *Cynthia D Caver*    Date: **12/8/15**

ADOC002306

**\*\*CONFIDENTIAL\*\***

LAST FOUR DIGITS OF SOCIAL SECURITY NUMBER: ▮▮▮▮

List three independent persons, not relatives or present employer, who know you well enough to give information about you.

| NAME | ADDRESS AND PHONE NUMBER | EMPLOYER |
|---|---|---|
| Lucile Ray | ▮ | |
| Lee Collier | ▮ | |
| Shannon Lollies | ▮ | |

Should you need testing accommodations due to a health problem or disability, you must contact the State Personnel Department.

Have you ever been involuntarily terminated, discharged, forced to resign, resigned with disciplinary action pending, or resigned in lieu of termination from any job? ( ) Yes (✓) No

If you answered Yes to the above question, provide an explanation noting any mitigating or extenuating circumstances in the space below. If necessary, you may use a separate sheet or sheets and attach to the application.

Have you ever been convicted of a misdemeanor or felony crime? (including pleading guilty or nolo contendere.) ( ) Yes (✓) No

If you answered Yes to the above question, list in the space below all prior misdemeanor and felony convictions and any extenuating or mitigating circumstances regarding such convictions. If necessary, you may use a separate sheet or sheets and attach to application.

Have you ever been known by any other name(s)? ( ) Yes (✓) No   If Yes, what name(s)? _____

NOTE: A CRIMINAL CONVICTION WILL NOT NECESSARILY BE A BAR TO CONSIDERATION FOR EMPLOYMENT, EXCEPT THAT A FELONY CONVICTION WILL BAR EMPLOYMENT IN A LAW ENFORCEMENT JOB. THE DISCLOSURE OF A MISDEMEANOR CONVICTION WILL NOT AUTOMATICALLY RESULT IN DISQUALIFICATION. CRIMINAL HISTORIES WILL BE SUBMITTED TO THE NATIONAL CRIME INFORMATION CENTER (NCIC) FOR VERIFICATION. FAILURE TO DISCLOSE A CONVICTION MAY BE CONSIDERED AS GROUNDS FOR DISQUALIFICATION. FOR THESE REASONS, APPLICANTS SHOULD BE CAREFUL TO DISCLOSE ALL CRIMINAL CONVICTIONS.

## WORK HISTORY

THIS SECTION MUST BE COMPLETED REGARDLESS OF WHETHER OR NOT A RÉSUMÉ IS ATTACHED.

Begin with your PRESENT or most recent employment. List in REVERSE ORDER periods of employment. Each time you changed jobs or your title changed should be listed as a separate period. Describe in detail your duties. (Attach additional sheets if needed.)

1. Current or Last Employer: Shells
Address: 7301 Brookhighland
Your Official Job Title: Cashier
Type of Business: Gas Station

FROM Month 01 Year 13   TO Month 08 Year 15   Total Months Worked: 3 (8 mts)   Number of Hours Per Week: 35
Beginning Salary: $8 Per hr   Ending Salary: $9 Per hr

Number/Title of Employees You Supervised On a Continuing Basis: 
Equipment You Operated: Kronos Register
Name, Title and Telephone Number of Supervisor: Lucile Ray  516-1874
Reason for Leaving: Personal Reason

Describe Your Duties in Detail: I work in a gas station. I open/close stock clean and help customer with anything they need

ADOC002307

## QUESTIONNAIRE

Listed below are several work experiences which have been identified as being related to the **Security Guard I** job. Please mark an "X" in the boxes which describe your past work experiences, and fill in the required information.

☒ Check this box if you have no work experience which is related to **Security Guard I**.

| WORK EXPERIENCE | DATES | JOB TITLE | NAME OF EMPLOYER |
|---|---|---|---|
| ☐ Security Guard | to | | |
| ☐ Police Officer | to | | |
| ☐ Loss Prevention (as in retail stores) | to | | |
| ☐ Military Police Officer | to | | |
| ☐ Armed Escort | to | | |
| ☐ Security System Monitor | to | | |
| ☐ Correctional Officer | to | | |

In the spaces below, please document any other work experience you have which you feel is related to the **Security Guard I** job, but is not listed above.

| WORK EXPERIENCE | DATES | JOB TITLE | NAME OF EMPLOYER |
|---|---|---|---|
| ☐ | to | | |
| ☐ | to | | |
| ☐ | to | | |

Signature: *Cynthia Crew*

Social Security Number: ████████

Except for pretest information provided by State Personnel to all applicants, you should not directly or indirectly obtain information about examinations. If you do, the State Personnel Director may do several things. One, you may not be given an examination. Two, you may be disqualified after an examination. Three, your name may be removed from a register. Or four, your name may not be certified from the register. (Rules of the State Personnel Board, Chapter 670-x-9). According to the Code of Alabama, 36-26-47, a willful violation of exam security is a misdemeanor. Any person who is convicted of this type of misdemeanor will not get a state job. If they are officers or employees of the state, they will be required to forfeit their office or position for five years.

If you know of anyone who has violated this policy, contact the Examination Manager at the State Personnel Department.

State of Alabama
Personnel Department
64 North Union Street
P. O. Box 304100
Montgomery, AL 36130-4100
Phone: (334) 242-3389
Fax: (334) 242-1110
www.personnel.alabama.gov

Continuous Announcement

## SECURITY GUARD I - 60611

Salary: $23,419.20 - $33,902.40
Announcement Date: November 30, 2005
Revised Date: September 1, 2008

**JOB INFORMATION**
The Security Guard I is a permanent full-time position used by various agencies throughout the state. This is responsible security work in protecting state property and merchandise and maintaining the security of state buildings, grounds, and institutions.

**MINIMUM REQUIREMENT**
- High school diploma or GED certificate.

**ADDITIONAL REQUIREMENTS**
- Applicants must possess a valid Alabama driver license.
- All applicants must fill out the questionnaire on the back of this announcement in order to be evaluated and placed on employment register. Please attach and return this questionnaire with your application.
- Some positions require the possession of a State of Alabama pistol license.

**NOTE**
- Employees in the classification may be required to work day and night shifts, weekends, holidays, and in all weather conditions.

**BENEFITS**
- Low-Cost Health/Dental Insurance (Single Coverage)
- Accrue Thirteen Annual Leave Days per Year
- Thirteen Paid Holidays per Year
- Flexible Employee Benefit Plans
- Optional Family Coverage (Health/Dental)
- Accrue Thirteen Sick Days per Year
- Retirement Plan
- Optional Deferred Compensation Plans

**EXAMINATION**
- Open-Competitive to all applicants
- Evaluation of **Training and Experience** as shown on application and responses to the **Questionnaire** on the reverse side of this announcement

**HOW TO APPLY**
- Complete an Application for Examination Form available at *www.personnel.alabama.gov*, the above address, or any Alabama Career Center Office.
- Apply by mail or by fax. *Applications will be accepted until further notice.*

*Individuals currently on the register MUST reapply to remain eligible for employment.*

**THE STATE OF ALABAMA IS AN EQUAL OPPORTUNITY EMPLOYER**

*Please refer to the State Personnel Department web site or call us at (334) 242-3389 for complete information on our policy for accepting post-secondary and advance degrees.

ADOC002309