**CONFIDENTIAL**

LAST FOUR DIGITS OF SOCIAL SECURITY NUMBER: ▮

2. Employer: JBS Mental health
Address:
Your Official Job Title: Relief Aide
Type of Business: Mental health

FROM Month/Year: 01-09
TO Month/Year: 02-10
Total Months Worked: 13
Number of Hours Per Week: 30
Beginning Salary: $7.75 Per hr
Ending Salary: $7.75 Per hr

Number/Title of Employees You Supervised On a Continuing Basis:
Name, Title and Telephone Number of Supervisor: Pat Vance  205-4344857
Equipment You Operated: Standard Van
Reason for Leaving: Relief Aide

Describe Your Duties in Detail: Work in Transportation. Help clients with daily Living and personal needs.

---

3. Employer: Gymboree
Address: Summit Blvd.
Your Official Job Title: Sales Ass.
Type of Business: Children clothing

FROM Month/Year: 09 06
TO Month/Year: 02 08
Total Months Worked: 24
Number of Hours Per Week: 30
Beginning Salary: $8 Per hr
Ending Salary: $8.09 Per hr

Number/Title of Employees You Supervised On a Continuing Basis:
Name, Title and Telephone Number of Supervisor:
Equipment You Operated: Kronos Register
Reason for Leaving:

Describe Your Duties in Detail: Stock and organize clothes. Set up Display. Arrange the store by Display of the store Poatgram or Layout.

---

4. Employer:
Address:
Your Official Job Title:
Type of Business:

FROM Month/Year:
TO Month/Year:
Total Months Worked:
Number of Hours Per Week:
Beginning Salary: $ Per
Ending Salary: $ Per

Number/Title of Employees You Supervised On a Continuing Basis:
Name, Title and Telephone Number of Supervisor:
Equipment You Operated:
Reason for Leaving:

Describe Your Duties in Detail:

---

5. USING THE ABOVE FORMAT, SHOW OTHER EXPERIENCE BY USING ADDITIONAL SHEETS.

ADOC002310

ENTER ALL NINE DIGITS OF SOCIAL SECURITY NUMBER

### COMPLETE THIS SECTION IF YOU ARE CLAIMING VETERAN'S PREFERENCE

If you claim Veteran's Preference, check the type below. Attach copies (**which will not be returned**) of the required documents to your application to support your claim.

1 ( ) Veteran (5 points) - Requires DD214 or document showing dates of service and type of discharge. If this has been submitted previously and is on file with this office, you may disregard this requirement. Note: **Must be active duty for other than training purposes.**

2 ( ) Disabled Veteran (10 points) - Requires DD214 or other document as above and letter of disability from V.A. dated within last 6 months. **V.A. letter must be kept updated until register is established or you lose the extra 5 points.**

3 ( ) Deceased Veteran's spouse (10 points) - Requires DD214 or other document as above and marriage and death certificates. Cannot be claimed if spouse remarries.

4 ( ) Disabled Veteran's spouse (10 points) - Requires DD214 or other document as above and V.A. letter of disability dated within last 6 months. Cannot be claimed unless still married to disabled veteran who because of this disability is not them self qualified.

5 ( ) Permanently Disabled Veteran (10 points) - Requires DD214 or other document as above indicating veteran is permanently disabled or DD214 or other document and V.A. letter indicating permanent disability.

### COMPLETE THIS SECTION IN ORDER TO BE SCHEDULED FOR WRITTEN EXAMS

Written exams will be given in the places below for which a sufficient number of applicants express preference. Indicate by number your 1st, 2nd and 3rd choices.

3 (✓) Birmingham 1    6 ( ) Jacksonville    9 (✓) Montgomery 2    11 ( ) Florence    13 (✓) Huntsville
5 ( ) Dothan    8 ( ) Mobile    10 ( ) Selma    12 (✓) Tuscaloosa 3    14 ( ) Troy

If you qualify, you will receive a notice showing the place and time you are to report for the exam.

### Where did you learn of this job? (check all that apply)

1 ( ) State Career Center    5 ( ) Friend/Relative    9 ( ) Legislative Representative    13 ( ) TV/Radio Commercial
2 ( ) Job Announcement Notice    6 ( ) Dept. News Bulletin    10 ( ) State Recruiter / Counselor    14 ( ) State Personnel Dept. Website
3 ( ) Newspaper    7 ( ) Rehabilitation Services    11 ( ) State Personnel Dept. Information Board    15 ( ) Other Website
4 ( ) College Placement/Career Office    8 ( ) High School Counselor    12 ( ) Outreach Program (i.e. Church)    16 ( ) Other Walked In

### AVAILABILITY

**81 - Northwest Alabama**
17 Colbert
30 Franklin
39 Lauderdale
40 Lawrence

**84 - Jasper/Winfield Area**
29 Fayette
38 Lamar
47 Marion
64 Walker
67 Winston

**87 - East Central Alabama**
08 Calhoun
09 Chambers
14 Clay
15 Cleburne
19 Coosa
56 Randolph
61 Talladega
62 Tallapoosa

**90 - Montgomery Area**
01 Autauga
26 Elmore
43 Lowndes
51 Montgomery

**93 - South Central Alabama**
07 Butler
18 Conecuh
20 Covington
21 Crenshaw
27 Escambia
50 Monroe

**82 - Huntsville/Decatur Area**
36 Jackson
42 Limestone
45 Madison
48 Marshall
52 Morgan

**85 - Tuscaloosa Area**
04 Bibb
32 Greene
33 Hale
54 Pickens
60 Sumter
63 Tuscaloosa

**88 - Southwest Alabama**
12 Choctaw
13 Clarke
46 Marengo
65 Washington

**91 - Phenix City Troy Area**
03 Barbour
06 Bullock
41 Lee
44 Macon
55 Pike
57 Russell

**94 - Dothan Area**
16 Coffee
23 Dale
31 Geneva
34 Henry
35 Houston

**83 - Northeast Alabama**
10 Cherokee
25 Dekalb
28 Etowah

**86 - Birmingham Area**
05 Blount
22 Cullman
37 Jefferson
58 Shelby
59 St. Clair

**89 - Selma/Clanton Area**
11 Chilton
24 Dallas
53 Perry
66 Wilcox

**92 - Mobile Area**
02 Baldwin
49 Mobile

**95 - Statewide**
( You will be considered for vacancies throughout the state. Relocation may be necessary)

Please answer the following questions with care. List in the spaces provided those areas of the state in which you would accept employment. You will be considered for employment only in the locations you indicate. You may choose a combination of up to seven counties and/or regions from the list above. If you list a region, you will be considered available for all counties in that region. The counties in each region are listed alphabetically below the region. You will not be considered for jobs involving overnight travel or shift work unless you so indicate.

List the numbers of up to 7 counties and/or regions where you are willing to work  61  5  37  58  59  86  ___  ↙ 70

If you want to be considered for appointment by **only certain** state agencies, indicate here  None

Enter the earliest date you will be available to interview for employment. (Your name will not appear on a list of eligibles until this date.)  12 / 15 / 15
Month  Day  Year

Will you accept work involving overnight travel?  (✓) Yes  ( ) No    Will you accept part-time work?  (✓) Yes  ( ) No

Will you accept temporary work?  (✓) Yes  ( ) No    Will you accept conditional work?  (✓) Yes  ( ) No

Which shifts are you willing to work?  0. ( ) all shifts  1. ( ) 1st only  2. ( ) 2nd only  3. ( ) 3rd only  4. (✓) 1st and 2nd only  5. ( ) 1st and 3rd only  6. ( ) 2nd and 3rd only

ADOC002311

NOTE: Your name will be placed on inactive status for this class after declining three offers of employment consideration or failing to reply to