FILED
2025 Jan-28 PM 04:26
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT aa

## Alabama Department of Corrections
### Inmate Movement History / All Suffixes

IMAS023



| | | | | | |
|---|---|---|---|---|---|
| **Inmate Name:** | JACKSON, CLARENCE JR | | **AIS / Suf:** | 00249273S | |
| **SL / Custody:** | 0 / NONE | | **Race / Sex:** | B / M | |
| **DOB:** | | | **SSN:** | ***-**- | |
| **Institution:** | UNASSIGNED | | **Current Bed:** | | |

| Begin Dt | Type | Institution / Status / Bed | Until | Comments | User Name |
|---|---|---|---|---|---|
| 10/16/2022 | Released | UNASSIGNED | | | Michelle Grant |
| **10/17/2022** | **CRO** | **CENTRAL RECORDS MONITOR** | **10/16/2022** | | **Kristen Obenchain** |
| 08/04/2022 | Status changed to | PREVENTATIVE | 10/16/2022 | | Daniel Obenchain |
| 08/04/2022 | Moved to Bed | Bed: D60-1A @ 14:51 | 10/17/2022 | SL: 5 Cust: CLS Comments: per sgt obie | Daniel Obenchain |
| 07/27/2022 | Status changed to | PREVENTATIVE | 08/04/2022 | | Daniel Obenchain |
| 07/27/2022 | Moved to Bed | Bed: E11-1A @ 02:01 | 08/04/2022 | SL: 5 Cust: CLS Comments: Cpt. Caldwell | Vernus Miles |
| 06/14/2022 | Status changed to | PREVENTATIVE | 07/27/2022 | | Vernus Miles |
| 06/14/2022 | Moved to Bed | Bed: D56-1A @ 11:02 | 07/27/2022 | SL: 5 Cust: CLS Comments: RETURN FROM MEDICAL | Darrel Hooks |
| 06/14/2022 | Moved to Bin | Bin: Holding @ 10:59 | 06/14/2022 | SL: 5 Cust: CLS Comments: ^ | Darrel Hooks |
| 06/09/2022 | Status changed to | OUT-GATE | 06/14/2022 | Outgated To ST.CLAIR COUNTY JAIL (^) | Darrel Hooks |
| 03/25/2022 | Moved to Bed | Bed: D56-1A @ 17:37 | 06/14/2022 | SL: 5 Cust: CLS Comments: PER CAPTAIN CALDWELL | Darrel Hooks |
| 03/25/2022 | Moved to Bin | Bin: Holding @ 17:22 | 03/25/2022 | SL: 5 Cust: CLS Comments: ICS | Darrel Hooks |
| 02/10/2022 | Status changed to | DISCIPLINARY | 03/25/2022 | | Darrel Hooks |
| 02/10/2022 | Moved to Bed | Bed: C27-1A @ 13:09 | 03/25/2022 | SL: 5 Cust: MED Comments: Lt. Lovett | Jerry Jenkins |
| 02/10/2022 | Moved to Bed | Bed: L77-12B @ 13:07 | 02/10/2022 | SL: 5 Cust: MED Comments: Lt. Lovett | Jerry Jenkins |
| 02/08/2022 | Status changed to | AWAITING RECLASS | 03/24/2022 | | Michael Duffey |
| 01/27/2022 | Moved to Bed | Bed: C27-1A @ 04:52 | 02/10/2022 | SL: 5 Cust: MED Comments: RHU Placement | Michael Jones |
| 11/23/2021 | Moved to Bed | Bed: K56-1A @ 19:19 | 01/27/2022 | SL: 5 Cust: MED Comments: Medical Return | Michael Jones |
| 11/23/2021 | Moved to Bin | Bin: Holding @ 19:18 | 11/23/2021 | SL: 5 Cust: MED Comments: Medical Return | Michael Jones |
| 11/23/2021 | Status changed to | OUT-GATE | 11/23/2021 | Outgated To FREE WORLD HOSPITAL (Crestwood Hospital) | Jerry Jenkins |

Alabama Department of Corrections
IMAS023
Inmate Movement History / All Suffixes

| Begin Dt | Type | Institution / Status / Bed | Until | Comments | User Name |
|---|---|---|---|---|---|
| 10/22/2021 | Moved to Bed | Bed: K56-1A @ 16:55 | 11/23/2021 | SL: 5 Cust: MED Comments: per Captain McKenzie | Darrel Hooks |
| 10/18/2021 | Moved to Bed | Bed: K77-4B @ 14:19 | 10/22/2021 | SL: 5 Cust: MED Comments: per Captain McKenzie/reduced custody from CLOSED | Darrel Hooks |
| 09/20/2021 | Status changed to | DISCIPLINARY | 10/18/2021 | | Darrel Hooks |
| 09/20/2021 | Moved to Bed | Bed: C68-1B @ 23:57 | 10/18/2021 | SL: 5 Cust: MED Comments: Per Sgt. Ray | Charles Thompson |
| 09/15/2021 | Status changed to | DISCIPLINARY | 09/20/2021 | | Charles Thompson |
| 09/15/2021 | Moved to Bed | Bed: D48-1A @ 15:06 | 09/20/2021 | SL: 5 Cust: CLS Comments: Authorized by Captain Caldwell | Joshua Watkins |
| 05/18/2021 | Status changed to | VIRTUAL HEARING | 06/15/2021 | | Reshanda Brown |
| 04/30/2021 | Status changed to | VIRTUAL HEARING | 05/18/2021 | | Reshanda Brown |
| 04/16/2021 | Status changed to | VIRTUAL HEARING | 04/30/2021 | | Reshanda Brown |
| 06/21/2019 | Status changed to | PREVENTATIVE | 09/15/2021 | | Joshua Watkins |
| 05/28/2019 | Status changed to | DISCIPLINARY | 06/21/2019 | | Darrel Hooks |
| 05/28/2019 | Moved to Bed | Bed: D50-1A @ 13:22 | 09/15/2021 | SL: 5 Cust: CLS Comments: Captain langford | Darrel Hooks |
| 05/28/2019 | Moved to Bin | Bin: Holding @ 11:38 | 05/28/2019 | SL: 5 Cust: CLS | Darrel Hooks |
| **05/28/2019** | **Transfered to** | **LIMESTONE CORRECTIONAL CENTER** | **10/17/2022** | | **Sharon Myles** |
| 02/27/2019 | Status changed to | INVESTIGATIVE | 05/24/2019 | | Sharon Myles |
| 02/27/2019 | Moved to Bed | Bed: C48-1A @ 03:20 | 05/28/2019 | SL: 5 Cust: MED Comments: Placed in R.H.U. for investigative purposes. Sgt. Robertson | Kenneth Robertson |
| 10/23/2018 | Moved to Bed | Bed: Q27-2A @ 16:13 | 02/27/2019 | SL: 5 Cust: MED Comments: PER ICB | Gary Malone |
| 09/18/2018 | Status changed to | PREVENTATIVE | 10/23/2018 | | Gary Malone |
| 09/18/2018 | Moved to Bed | Bed: E41-1A @ 09:59 | 10/23/2018 | SL: 5 Cust: CLS Comments: in house move | Jefferys Smith |
| 08/08/2018 | Status changed to | PREVENTATIVE | 09/18/2018 | | Jefferys Smith |
| 08/02/2018 | Status changed to | DISCIPLINARY | 08/08/2018 | | Latonya Scott |
| 08/02/2018 | Moved to Bed | Bed: B14-1A @ 13:10 | 09/18/2018 | SL: 5 Cust: CLS Comments: in house move | Jefferys Smith |
| 07/30/2018 | Status changed to | PREVENTATIVE | 08/02/2018 | | Jefferys Smith |
| 06/11/2018 | Status changed to | DISCIPLINARY | 07/30/2018 | | Latonya Scott |
| 06/11/2018 | Moved to Bed | Bed: B9-1A @ 07:28 | 08/02/2018 | SL: 5 Cust: CLS Comments: in house move | Jeffery Smith |
| 05/11/2018 | Status changed to | INVESTIGATIVE | 06/11/2018 | | Jeffery Smith |

Run Date: 1/5/2024 11:48:40 AM

ADOC002773  Page 2 of 9

## Alabama Department of Corrections
### Inmate Movement History / All Suffixes

| Begin Dt | Type | Institution / Status / Bed | Until | Comments | User Name |
|---|---|---|---|---|---|
| 05/11/2018 | Moved to Bed | Bed: C16-1A @ 19:36 | 06/11/2018 | SL: 5 Cust: CLS Comments: Per IC Price | John Mason |
| 05/11/2018 | Moved to Bin | Bin: Holding @ 19:35 | 05/11/2018 | SL: 5 Cust: CLS Comments: transfer from ventress PER I.C. PRICE | John Mason |
| 05/11/2018 | Transfered to | **ST.CLAIR CORRECTIONAL FAC.** | 05/28/2019 | | **Jamie Mccarty** |
| 03/08/2018 | Status changed to | DISCIPLINARY | 05/11/2018 | | John Mason |
| 03/08/2018 | Moved to Bed | Bed: D2-1A @ 06:07 | 05/11/2018 | SL: 4 Cust: MED Comments: Pending Disc Action | Robert Lindsey |
| 01/05/2018 | Moved to Bed | Bed: F4-19A @ 16:39 | 03/08/2018 | SL: 4 Cust: MED | Willie Stallworth |
| 01/05/2018 | Moved to Bed | Bed: E1-14B @ 15:17 | 01/05/2018 | SL: 4 Cust: MED | Willie Stallworth |
| 01/05/2018 | Moved to Bin | Bin: Holding @ 14:08 | 01/05/2018 | SL: 4 Cust: MED | Willie Stallworth |
| 01/05/2018 | Transfered to | **VENTRESS CORRECTIONAL CENTER** | 05/11/2018 | | **Leon White** |
| 01/04/2018 | Status changed to | PREVENTATIVE | 01/05/2018 | | Willie Stallworth |
| 01/04/2018 | Moved to Bed | Bed: B1-17A @ 09:33 | 01/05/2018 | SL: 4 Cust: MED Comments: B-Night Shift moved on 1/3/18 | Marcia Scott |
| 05/22/2017 | Moved to Bed | Bed: E2-35B @ 13:41 | 01/04/2018 | SL: 4 Cust: MED | Leon White |
| 05/17/2017 | Status changed to | PREVENTATIVE | 05/22/2017 | | Leon White |
| 05/17/2017 | Moved to Bed | Bed: B1-13A @ 12:04 | 05/22/2017 | SL: 4 Cust: MED Comments: Capt.Jenkins | Leon White |
| 02/17/2017 | Moved to Bed | Bed: E2-35B @ 15:21 | 05/17/2017 | | Leon White |
| 02/17/2017 | Moved to Bin | Bin: Holding @ 14:22 | 02/17/2017 | SL: 4 Cust: MED | At Harris |
| 02/17/2017 | Transfered to | **BULLOCK CORRECTIONAL FACILITY** | 01/05/2018 | | **Nunciata King** |
| 02/17/2017 | Moved to Bin | Bin: Holding @ 11:07 | 02/17/2017 | SL: 4 Cust: MED Comments: Lt Davis | Robert Davis |
| 01/31/2017 | Moved to Bed | Bed: I1-12B @ 16:27 | 02/17/2017 | SL: 4 Cust: MED Comments: Release from Segregation | Kevin Bishop |
| 01/31/2017 | Moved to Bin | Bin: Holding @ 16:17 | 01/31/2017 | SL: 4 Cust: MED Comments: Release to POP | Kevin Bishop |
| 08/18/2016 | Status changed to | DISCIPLINARY | 01/31/2017 | | Kevin Bishop |
| 08/18/2016 | Moved to Bed | Bed: L8-1A @ 12:33 | 01/31/2017 | SL: 4 Cust: MED Comments: Lt Davis | Robert Davis |
| 08/15/2016 | Status changed to | DISCIPLINARY | 08/18/2016 | | Robert Davis |
| 08/15/2016 | Moved to Bed | Bed: C13-1A @ 01:03 | 08/18/2016 | SL: 4 Cust: MED Comments: seg from hot dorm | Cyril Savol |
| 08/05/2016 | Moved to Bed | Bed: D1-1B @ 23:59 | 08/15/2016 | SL: 4 Cust: MED | Cleo Tolliver |
| 07/27/2016 | Moved to Bed | Bed: E1-22A @ 07:11 | 08/05/2016 | SL: 4 Cust: MED | Alfie Pacheco |

Alabama Department of Corrections  
Inmate Movement History / All Suffixes

IMAS023

| Begin Dt | Type | Institution / Status / Bed | Until | Comments | User Name |
|---|---|---|---|---|---|
| 07/27/2016 | Moved to Bin | Bin: Holding @ 07:06 | 07/27/2016 | SL: 4 Cust: MED | Alfie Pacheco |
| 07/14/2016 | Moved to Bed | Bed: D1-8B @ 10:02 | 07/27/2016 | SL: 4 Cust: MED Comments: Lt Davis | Robert Davis |
| 03/25/2016 | Moved to Bed | Bed: H1-25A @ 12:03 | 07/14/2016 | SL: 4 Cust: MED | Cyril Savol |
| 12/15/2015 | Moved to Bed | Bed: H1-53B @ 08:31 | 03/25/2016 | SL: 4 Cust: MED | Cyril Savol |
| 11/23/2015 | Moved to Bed | Bed: E1-28A @ 15:56 | 12/15/2015 | SL: 4 Cust: MED | Cyril Savol |
| 11/23/2015 | Moved to Bin | Bin: Holding @ 15:52 | 11/23/2015 | SL: 4 Cust: MED | Cyril Savol |
| 11/20/2015 | Moved to Bed | Bed: E1-11A @ 15:36 | 11/23/2015 | SL: 4 Cust: MED | Cyril Savol |
| 11/20/2015 | Moved to Bin | Bin: Holding @ 15:31 | 11/20/2015 | SL: 4 Cust: MED | Cyril Savol |
| 11/20/2015 | **Transfered to** | **FOUNTAIN CORRECTIONAL CENTER** | **02/17/2017** | | **Reshanda Brown** |
| 11/02/2015 | Moved to Bed | Bed: B3-25B @ 16:58 | 11/20/2015 | SL: 4 Cust: MED | Tynua Edwards |
| 11/02/2015 | Moved to Bed | Bed: B1-46B @ 16:09 | 11/02/2015 | SL: 4 Cust: MED Comments: ICS | Tynua Edwards |
| 10/08/2015 | Moved to Bed | Bed: E3-18B @ 12:52 | 11/02/2015 | SL: 4 Cust: MED | Robert Rutledge |
| 10/06/2015 | Moved to Bed | Bed: B3-12A @ 12:21 | 10/08/2015 | SL: 4 Cust: MED | Robert Rutledge |
| 08/24/2015 | Moved to Bed | Bed: B1-12A @ 19:16 | 10/06/2015 | SL: 4 Cust: MED Comments: ICS | Cordaro Melton |
| 05/13/2015 | Moved to Bed | Bed: D3-30B @ 12:19 | 08/24/2015 | SL: 4 Cust: MED | Felicia Ford |
| 01/31/2015 | Moved to Bed | Bed: B1-46B @ 03:01 | 05/13/2015 | SL: 4 Cust: MED | Robert Rutledge |
| 12/18/2014 | Moved to Bed | Bed: B3-44A @ 16:21 | 01/31/2015 | SL: 4 Cust: MED Comments: Per Cpt. Hutton | Barbara Bell |
| 12/09/2014 | Status changed to | DISCIPLINARY | 12/18/2014 | | Barbara Bell |
| 12/09/2014 | Moved to Bed | Bed: E2-2A @ 11:33 | 12/18/2014 | SL: 4 Cust: MED Comments: ICS | Phyllis Mccall |
| 12/09/2014 | Moved to Bin | Bin: Holding @ 11:33 | 12/09/2014 | SL: 4 Cust: MED Comments: Bed-full movement catch. The inmate was moved to a bed that contained an inmate. This inmate will be added to the holding bin. | Phyllis Mccall |
| 12/01/2014 | Status changed to | DISCIPLINARY | 12/09/2014 | | Phyllis Mccall |
| 12/01/2014 | Moved to Bed | Bed: E2-2B @ 18:32 | 12/09/2014 | SL: 4 Cust: MED Comments: ICS | Phyllis Mccall |
| 10/01/2014 | Moved to Bed | Bed: B3-31B @ 22:12 | 12/01/2014 | SL: 4 Cust: MED Comments: Captain Hutton | Ann Fulgham |
| 10/01/2014 | Moved to Bin | Bin: Holding @ 22:11 | 10/01/2014 | SL: 4 Cust: MED | Ann Fulgham |
| 06/25/2014 | Moved to Bed | Bed: B1-21B @ 22:36 | 10/01/2014 | SL: 4 Cust: MED Comments: Sgt. Fulgham | Ann Fulgham |
| 06/25/2014 | Moved to Bin | Bin: Holding @ 22:18 | 06/25/2014 | SL: 4 Cust: MED | Ann Fulgham |

Alabama Department of Corrections  
Inmate Movement History / All Suffixes

IMAS023

| Begin Dt | Type | Institution / Status / Bed | Until | Comments | User Name |
|---|---|---|---|---|---|
| 05/07/2014 | Moved to Bed | Bed: B4-18B @ 12:38 | 06/25/2014 | SL: 4 Cust: MED Comments: ICS | Tynua Edwards |
| 03/22/2014 | Moved to Bed | Bed: B3-38B @ 20:58 | 05/07/2014 | SL: 4 Cust: MED Comments: Sgt. Parker | Jerome Smith |
| 03/21/2014 | Moved to Bed | Bed: B1-42B @ 16:02 | 03/22/2014 | SL: 4 Cust: MED Comments: ICS | Felicia Ford |
| 03/21/2014 | Moved to Bin | Bin: Holding @ 15:38 | 03/21/2014 | SL: 4 Cust: MED | Felicia Ford |
| 03/05/2014 | Moved to Bed | Bed: C4-12B @ 13:04 | 03/21/2014 | SL: 4 Cust: MED Comments: ICS | Phyllis Mccall |
| 02/04/2014 | Moved to Bed | Bed: C4-12A @ 16:50 | 03/05/2014 | SL: 4 Cust: MED Comments: ICS | Ann Fulgham |
| 01/23/2014 | Moved to Bed | Bed: B1-46A @ 17:01 | 02/04/2014 | SL: 0 Cust: MED Comments: ICS | Phyllis Mccall |
| 01/09/2014 | Moved to Bed | Bed: C3-11B @ 17:37 | 01/23/2014 | SL: 4 Cust: MED Comments: ics | Phyllis Mccall |
| 12/19/2013 | Moved to Bed | Bed: B4-36B @ 14:14 | 01/09/2014 | SL: 4 Cust: MED Comments: ICS | Ann Fulgham |
| 12/19/2013 | Moved to Bin | Bin: Holding @ 10:59 | 12/19/2013 | SL: 4 Cust: MED | Ann Fulgham |
| 12/05/2013 | Moved to Bed | Bed: B1-7B @ 12:25 | 12/19/2013 | SL: 4 Cust: MED Comments: CPT. HUTTON | Ann Fulgham |
| 12/05/2013 | Moved to Bin | Bin: Holding @ 12:22 | 12/05/2013 | SL: 4 Cust: MED | Ann Fulgham |
| 11/02/2013 | Moved to Bed | Bed: B3-7A @ 14:18 | 12/05/2013 | SL: 4 Cust: MED Comments: ICS | Robert Rutledge |
| 09/29/2013 | Moved to Bed | Bed: C3-28B @ 09:18 | 11/02/2013 | SL: 4 Cust: MED Comments: ICS | Felicia Ford |
| 08/08/2013 | Moved to Bed | Bed: B4-45B @ 13:53 | 09/29/2013 | SL: 4 Cust: MED | Robert Rutledge |
| 07/09/2013 | Moved to Bed | Bed: B1-12A @ 18:47 | 08/08/2013 | SL: 4 Cust: MED Comments: ICS | Felicia Ford |
| 07/09/2013 | Moved to Bin | Bin: Holding @ 18:46 | 07/09/2013 | SL: 4 Cust: MED Comments: ICS | Felicia Ford |
| 06/07/2013 | Moved to Bed | Bed: D4-47A @ 09:09 | 07/09/2013 | SL: 4 Cust: MED | Robert Rutledge |
| 05/25/2013 | Moved to Bed | Bed: B1-47A @ 14:32 | 06/07/2013 | SL: 4 Cust: MED | Phyllis Mccall |
| 05/01/2013 | Moved to Bed | Bed: C3-33A @ 12:56 | 05/25/2013 | SL: 4 Cust: MED | Robert Rutledge |
| 05/01/2013 | Moved to Bin | Bin: Holding @ 10:15 | 05/01/2013 | SL: 4 Cust: MED | John Hutton |
| 02/06/2013 | Moved to Bed | Bed: E4-24A @ 17:07 | 05/01/2013 | SL: 4 Cust: MED Comments: ICS | Felicia Ford |
| 11/12/2012 | Moved to Bed | Bed: C1-25B @ 09:13 | 02/06/2013 | SL: 4 Cust: MED Comments: Ics | Robert Rutledge |
| 11/01/2012 | Moved to Bed | Bed: C4-8B @ 17:32 | 11/12/2012 | SL: 4 Cust: MED | Phyllis Mccall |
| 01/28/2012 | Moved to Bed | Bed: D3-12B @ 10:16 | 11/01/2012 | SL: 4 Cust: MED Comments: ICS | Robert Rutledge |
| 07/26/2011 | Moved to Bed | Bed: B1-12B @ 12:57 | 01/28/2012 | SL: 4 Cust: MED Comments: released from seg | Robert Rutledge |
| 07/15/2011 | Status changed to | DISCIPLINARY | 07/26/2011 | | Robert Rutledge |

# Alabama Department of Corrections
## Inmate Movement History / All Suffixes

| Begin Dt | Type | Institution / Status / Bed | Until | Comments | User Name |
|---|---|---|---|---|---|
| 07/15/2011 | Moved to Bed | Bed: E2-1A @ 17:14 | 07/26/2011 | SL: 4 Cust: MED Comments: Ics | Robert Rutledge |
| 07/15/2011 | Moved to Bed | Bed: F4-27A @ 17:13 | 07/15/2011 | SL: 4 Cust: MED | Robert Rutledge |
| 07/06/2011 | Status changed to | DISCIPLINARY | 07/15/2011 | | Robert Rutledge |
| 07/06/2011 | Moved to Bed | Bed: E2-1A @ 13:57 | 07/15/2011 | SL: 4 Cust: MED Comments: ICS | Robert Rutledge |
| 07/06/2011 | Moved to Bed | Bed: E3-14A @ 13:51 | 07/06/2011 | SL: 4 Cust: MED | Robert Rutledge |
| 06/30/2011 | Status changed to | DISCIPLINARY | 07/06/2011 | | Robert Rutledge |
| 06/30/2011 | Moved to Bed | Bed: E2-1A @ 10:26 | 07/06/2011 | SL: 4 Cust: MED Comments: ICS | Phyllis Mccall |
| 06/13/2011 | Status changed to | DISCIPLINARY | 06/30/2011 | | Phyllis Mccall |
| 06/13/2011 | Moved to Bed | Bed: F2-1A @ 12:36 | 06/30/2011 | SL: 4 Cust: MED Comments: Ics | Robert Rutledge |
| 06/13/2011 | Moved to Bin | Bin: Holding @ 12:36 | 06/13/2011 | SL: 4 Cust: MED Comments: Bed-full movement catch. The inmate was moved to a bed that contained an inmate. This inmate will be added to the holding bin. | Robert Rutledge |
| 06/10/2011 | Status changed to | DISCIPLINARY | 06/13/2011 | | Robert Rutledge |
| 06/10/2011 | Moved to Bed | Bed: C2-3A @ 09:57 | 06/13/2011 | SL: 4 Cust: MED Comments: ICS | Angela Miree |
| 06/10/2011 | Moved to Bed | Bed: A3-16B @ 09:56 | 06/10/2011 | SL: 4 Cust: MED | Angela Miree |
| 06/08/2011 | Status changed to | DISCIPLINARY | 06/10/2011 | | Angela Miree |
| 06/08/2011 | Moved to Bed | Bed: C2-3A @ 12:17 | 06/10/2011 | SL: 4 Cust: MED Comments: ics | Robert Rutledge |
| 06/08/2011 | Moved to Bed | Bed: A3-31B @ 12:15 | 06/08/2011 | SL: 4 Cust: MED | Robert Rutledge |
| 06/05/2011 | Status changed to | DISCIPLINARY | 06/08/2011 | | Robert Rutledge |
| 06/05/2011 | Moved to Bed | Bed: C2-3A @ 19:58 | 06/08/2011 | SL: 4 Cust: MED Comments: ics | Robert Rutledge |
| 06/05/2011 | Moved to Bed | Bed: C4-40B @ 19:57 | 06/05/2011 | SL: 4 Cust: MED | Robert Rutledge |
| 06/03/2011 | Status changed to | DISCIPLINARY | 06/05/2011 | | Robert Rutledge |
| 06/03/2011 | Moved to Bed | Bed: C2-3A @ 09:42 | 06/05/2011 | SL: 4 Cust: MED Comments: ics | Robert Rutledge |
| 06/03/2011 | Moved to Bed | Bed: D1-44A @ 09:40 | 06/03/2011 | SL: 4 Cust: MED | Robert Rutledge |
| 05/17/2011 | Status changed to | DISCIPLINARY | 06/03/2011 | | Robert Rutledge |
| 05/17/2011 | Moved to Bed | Bed: C2-3A @ 17:19 | 06/03/2011 | SL: 4 Cust: MED Comments: Ics | Robert Rutledge |

# Alabama Department of Corrections
## Inmate Movement History / All Suffixes

| Begin Dt | Type | Institution / Status / Bed | Until | Comments | User Name |
|---|---|---|---|---|---|
| 05/17/2011 | Moved to Bin | Bin: Holding @ 17:19 | 05/17/2011 | SL: 4 Cust: MED Comments: Bed-full movement catch. The inmate was moved to a bed that contained an inmate. This inmate will be added to the holding bin. | Robert Rutledge |
| 05/09/2011 | Status changed to | DISCIPLINARY | 05/17/2011 | | Robert Rutledge |
| 05/09/2011 | Moved to Bed | Bed: D2-1B @ 15:39 | 05/17/2011 | SL: 4 Cust: MED Comments: ICS | Phyllis Mccall |
| 05/07/2011 | Status changed to | DISCIPLINARY | 05/09/2011 | | Phyllis Mccall |
| 05/07/2011 | Moved to Bed | Bed: B2-1B @ 06:28 | 05/09/2011 | SL: 4 Cust: MED Comments: ics | Robert Rutledge |
| 05/07/2011 | Moved to Bed | Bed: E4-20A @ 06:27 | 05/07/2011 | SL: 4 Cust: MED | Robert Rutledge |
| 05/03/2011 | Status changed to | DISCIPLINARY | 05/07/2011 | | Robert Rutledge |
| 05/03/2011 | Moved to Bed | Bed: B2-1B @ 16:58 | 05/07/2011 | SL: 4 Cust: MED Comments: ics | Robert Rutledge |
| 05/03/2011 | Moved to Bin | Bin: Holding @ 16:58 | 05/03/2011 | SL: 4 Cust: MED Comments: Bed-full movement catch. The inmate was moved to a bed that contained an inmate. This inmate will be added to the holding bin. | Robert Rutledge |
| 05/03/2011 | Status changed to | DISCIPLINARY | 05/03/2011 | | Robert Rutledge |
| 05/03/2011 | Moved to Bed | Bed: A2-1B @ 11:53 | 05/03/2011 | SL: 4 Cust: MED Comments: ICS | Robert Rutledge |
| 03/25/2011 | Moved to Bed | Bed: B3-48A @ 01:52 | 05/03/2011 | SL: 4 Cust: MED | Thomas Butler |
| 03/25/2011 | Moved to Bin | Bin: Holding @ 01:46 | 03/25/2011 | SL: 4 Cust: MED | Thomas Butler |
| 03/20/2011 | Status changed to | DISCIPLINARY | 03/25/2011 | | Thomas Butler |
| 03/20/2011 | Moved to Bed | Bed: E2-1B @ 16:27 | 03/25/2011 | SL: 4 Cust: MED Comments: ICS | Phyllis Mccall |
| 03/20/2011 | Moved to Bed | Bed: A1-19B @ 16:22 | 03/20/2011 | SL: 4 Cust: MED | Phyllis Mccall |
| 03/15/2011 | Status changed to | DISCIPLINARY | 03/20/2011 | | Phyllis Mccall |
| 03/15/2011 | Moved to Bed | Bed: E2-1B @ 07:18 | 03/20/2011 | SL: 4 Cust: MED Comments: CAPTAIN HUTTON | Phyllis Mccall |
| 03/15/2011 | Moved to Bin | Bin: Holding @ 07:18 | 03/15/2011 | SL: 4 Cust: MED Comments: Bed-full movement catch. The inmate was moved to a bed that contained an inmate. This inmate will be added to the holding bin. | Phyllis Mccall |
| 03/11/2011 | Status changed to | DISCIPLINARY | 03/15/2011 | | Phyllis Mccall |
| 03/11/2011 | Moved to Bed | Bed: D2-2A @ 11:58 | 03/15/2011 | SL: 4 Cust: MED Comments: ICS | Robert Rutledge |
| 03/11/2011 | Moved to Bed | Bed: B4-25B @ 11:56 | 03/11/2011 | SL: 4 Cust: MED | Robert Rutledge |

# Alabama Department of Corrections
## Inmate Movement History / All Suffixes

IMAS023

| Begin Dt | Type | Institution / Status / Bed | Until | Comments | User Name |
|---|---|---|---|---|---|
| 02/22/2011 | Status changed to | DISCIPLINARY | 03/11/2011 | | Robert Rutledge |
| 02/22/2011 | Moved to Bed | Bed: D2-2A @ 10:51 | 03/11/2011 | SL: 4 Cust: MED Comments: ics | Robert Rutledge |
| 02/22/2011 | Moved to Bed | Bed: D3-23A @ 10:45 | 02/22/2011 | SL: 4 Cust: MED | Robert Rutledge |
| 02/09/2011 | Status changed to | DISCIPLINARY | 02/22/2011 | | Robert Rutledge |
| 02/09/2011 | Moved to Bed | Bed: D2-2A @ 16:28 | 02/22/2011 | SL: 4 Cust: MED Comments: ICS | Robert Rutledge |
| 02/09/2011 | Moved to Bed | Bed: D1-5A @ 16:27 | 02/09/2011 | SL: 4 Cust: MED | Robert Rutledge |
| 02/06/2011 | Status changed to | DISCIPLINARY | 02/09/2011 | | Robert Rutledge |
| 02/06/2011 | Moved to Bed | Bed: D2-2A @ 13:15 | 02/09/2011 | SL: 4 Cust: MED Comments: CAPTAIN HUTTON | Phyllis Mccall |
| 02/06/2011 | Moved to Bin | Bin: Holding @ 13:15 | 02/06/2011 | SL: 4 Cust: MED Comments: Bed-full movement catch. The inmate was moved to a bed that contained an inmate. This inmate will be added to the holding bin. | Phyllis Mccall |
| 01/29/2011 | Status changed to | DISCIPLINARY | 02/06/2011 | | Phyllis Mccall |
| 01/29/2011 | Moved to Bed | Bed: D2-2B @ 17:33 | 02/06/2011 | SL: 4 Cust: MED Comments: Per Cpt,Williams | Robert Rutledge |
| 05/11/2010 | Moved to Bed | Bed: E1-26B @ 10:57 | 01/29/2011 | SL: 4 Cust: MED Comments: ICS | Phyllis Mccall |
| 04/06/2010 | Moved to Bed | Bed: B4-28B @ 14:02 | 05/11/2010 | SL: 4 Cust: MED Comments: INST.TRN | Robert Rutledge |
| 04/06/2010 | Moved to Bin | Bin: Holding @ 14:00 | 04/06/2010 | SL: 4 Cust: MED Comments: INST.TRN | Robert Rutledge |
| **04/06/2010** | **Transfered to** | **BIBB COUNTY CORRECTIONAL FAC.** | **11/20/2015** | | **Zell Swinney** |
| 10/30/2009 | Moved to Bed | Bed: D1-12A @ 08:55 | 04/06/2010 | SL: 4 Cust: MED | Roderick Underwood |
| 10/29/2009 | Moved to Bed | Bed: B1-77B @ 13:23 | 10/30/2009 | SL: 4 Cust: MED | Charles Turner |
| 10/29/2009 | Moved to Bin | Bin: Holding @ 13:00 | 10/29/2009 | SL: 4 Cust: MED | Charles Turner |
| 10/28/2009 | Moved to Bed | Bed: E1-5A @ 04:42 | 10/29/2009 | SL: 4 Cust: MED Comments: Involved in Physcial fight with Inmate Marshall Smith B/256761. No cells available. | Karen Williams |
| 10/28/2009 | Moved to Bin | Bin: Holding @ 04:40 | 10/28/2009 | SL: 4 Cust: MED | Karen Williams |
| 06/04/2009 | Moved to Bed | Bed: D1-32B @ 12:45 | 10/28/2009 | SL: 4 Cust: MED | William Smith |
| 06/04/2009 | Moved to Bin | Bin: Holding @ 12:33 | 06/04/2009 | SL: 4 Cust: MED | William Smith |
| **06/04/2009** | **Transfered to** | **STATON CORRECTIONAL CENTER** | **04/06/2010** | | **George Brown** |
| 06/03/2009 | Moved to Bed | Bed: H1-98B @ 07:33 | 06/04/2009 | SL: 4 Cust: MED | George Brown |

Alabama Department of Corrections  
**Inmate Movement History / All Suffixes**

IMAS023

| Begin Dt | Type | Institution / Status / Bed | Until | Comments | User Name |
|---|---|---|---|---|---|
| 04/22/2009 | Moved to Bed | Bed: B4-30B @ 11:12 | 06/03/2009 | SL: 4 Cust: MED | Sherwin Carter |
| 04/14/2009 | Moved to Bed | Bed: C4-39B @ 12:56 | 04/22/2009 | SL: 4 Cust: MED | George Brown |
| 04/14/2009 | Moved to Bin | Bin: Holding @ 12:32 | 04/14/2009 | SL: 4 Cust: MED | George Brown |
| 12/29/2008 | Moved to Bed | Bed: F4-58B @ 07:49 | 04/14/2009 | SL: 4 Cust: MED | George Brown |
| 09/24/2008 | Moved to Bed | Bed: F4-46B @ 11:52 | 12/29/2008 | SL: 4 Cust: MED | Sherwin Carter |
| 09/23/2008 | Moved to Bed | Bed: D4-45B @ 13:50 | 09/24/2008 | SL: 4 Cust: MED | George Brown |
| 09/05/2008 | Status changed to | DISCIPLINARY | 09/23/2008 |  | George Brown |
| 09/05/2008 | Moved to Bed | Bed: C2-1A @ 10:24 | 09/23/2008 | SL: 4 Cust: MED Comments: DISCIPLINARY SEG RULE VIOLATION #64 | Robert Culpepper |
| 06/17/2008 | Moved to Bed | Bed: E4-53B @ 13:01 | 09/05/2008 | SL: 4 Cust: MED | George Brown |
| 05/24/2007 | Status changed to | SC/DS/SC | 07/08/2007 |  | Sc Migration |
| 05/18/2007 | Status changed to | SC/AS/SC | 05/24/2007 |  | Sc Migration |
| 04/05/2007 | Status changed to | THERAPEUTIC COMMUNITY | 05/18/2007 |  | Sc Migration |
| 03/02/2007 | Status changed to | POPULATION   (CONVERSION) | 04/05/2007 |  | Sc Migration |
| 01/25/2007 | Status changed to | THERAPEUTIC COMMUNITY | 03/02/2007 |  | Sc Migration |
| 11/30/2006 | Status changed to | POPULATION   (CONVERSION) | 01/25/2007 |  | Sc Migration |
| 11/30/2006 | Transfered to | **VENTRESS CORRECTIONAL CENTER** | 06/04/2009 |  | **Migration** |
| 11/07/2006 | Status changed to | POPULATION   (CONVERSION) | 11/30/2006 |  | Sc Migration |
| 11/07/2006 | Transfered to | **KILBY RCC** | 11/30/2006 |  | **Migration** |
| 10/04/2006 | Status changed to | POPULATION   (CONVERSION) | 11/07/2006 |  | Sc Migration |
| 10/04/2006 | Transfered to | **JEFFERSON COUNTY JAIL** | 11/07/2006 |  | **Migration** |

Run Date: 1/5/2024 11:48:40 AM

ADOC002780   Page 9 of 9