# EXHIBIT qq

Alabama Department of Corrections  
**Inmate Movement History / All Suffixes**

IMAS023



| | | | | | |
|---|---|---|---|---|---|
| **Inmate Name:** | DAVIS, CEDRIC LESHAWN | | **AIS / Suf:** | 00228379A | |
| **SL / Custody:** | 5 / CLOSE | | **Race / Sex:** | B / M | |
| **DOB:** | | | **SSN:** | ***-**- | |
| **Institution:** | LIMESTONE CORRECTIONAL CENTER | | **Current Bed:** | D33-1A | |

| Begin Dt | Type | Institution / Status / Bed | Until | Comments | User Name |
|---|---|---|---|---|---|
| 05/24/2022 | Status changed to | DISCIPLINARY | | | Jerry Jenkins |
| 05/24/2022 | Moved to Bed | Bed: D33-1A @ 10:52 | | SL: 5 Cust: CLS Comments: COURT RETURN | Jerry Jenkins |
| 05/24/2022 | Moved to Bin | Bin: Holding @ 10:51 | 05/24/2022 | SL: 5 Cust: CLS Comments: YES | Jerry Jenkins |
| 05/19/2022 | Status changed to | OUT-GATE | 05/24/2022 | Outgated To ST.CLAIR COUNTY JAIL (Transferred to St Clair Co Court ) | Shannon Caldwell |
| 08/17/2021 | Status changed to | PREVENTATIVE | 05/19/2022 | | Shannon Caldwell |
| 08/17/2021 | Moved to Bed | Bed: D33-1A @ 01:16 | 05/24/2022 | SL: 5 Cust: CLS Comments: Bed Change | Christopher Cottles |
| 07/13/2021 | Status changed to | DISCIPLINARY | 08/17/2021 | | Christopher Cottles |
| 07/13/2021 | Moved to Bed | Bed: D36-1A @ 17:00 | 08/17/2021 | SL: 5 Cust: CLS Comments: Authorized by LT. Caldwell | Joshua Watkins |
| 07/13/2021 | Moved to Bin | Bin: Holding @ 16:47 | 07/13/2021 | SL: 5 Cust: CLS Comments: Authorized by LT. Caldwell | Joshua Watkins |
| 07/13/2021 | Status changed to | DISCIPLINARY | 07/13/2021 | | Joshua Watkins |
| 07/13/2021 | Moved to Bed | Bed: C41-1A @ 10:25 | 07/13/2021 | SL: 5 Cust: CLS Comments: Authorized by LT. Caldwell | Joshua Watkins |
| 04/19/2021 | Status changed to | PREVENTATIVE | 07/13/2021 | | Joshua Watkins |
| 04/19/2021 | Moved to Bed | Bed: D6-1A @ 18:35 | 07/13/2021 | SL: 5 Cust: CLS Comments: Per Lt. Caldwell | Charles Thompson |
| 03/16/2020 | Status changed to | PREVENTATIVE | 04/19/2021 | | Charles Thompson |
| 03/16/2020 | Moved to Bed | Bed: D48-1A @ 11:40 | 04/19/2021 | SL: 5 Cust: CLS Comments: Court return | Darrel Hooks |
| 03/16/2020 | Moved to Bin | Bin: Holding @ 11:39 | 03/16/2020 | SL: 5 Cust: CLS Comments: Yes | Darrel Hooks |
| 03/03/2020 | Status changed to | OUT-GATE | 03/16/2020 | Outgated To ST.CLAIR COUNTY JAIL (Court) | Darrel Hooks |
| 12/16/2019 | Status changed to | PREVENTATIVE | 03/03/2020 | | Darrel Hooks |
| 12/16/2019 | Moved to Bed | Bed: D48-1A @ 09:42 | 03/16/2020 | SL: 5 Cust: CLS Comments: return from OG | Darrel Hooks |
| 12/16/2019 | Moved to Bin | Bin: Holding @ 09:42 | 12/16/2019 | SL: 5 Cust: CLS Comments: ^ | Darrel Hooks |

ADOC_Ezell_000978

Alabama Department of Corrections  IMAS023
## Inmate Movement History / All Suffixes

| Begin Dt | Type | Institution / Status / Bed | Until | Comments | User Name |
|---|---|---|---|---|---|
| 12/09/2019 | Status changed to | OUT-GATE | 12/16/2019 | Outgated To ST.CLAIR COUNTY JAIL  (ICS) | Darrel Hooks |
| 06/27/2019 | Status changed to | DISCIPLINARY | 12/09/2019 | | Darrel Hooks |
| 06/27/2019 | Moved to Bed | Bed: D48-1A @ 08:03 | 12/16/2019 | SL: 5 Cust: CLS Comments: Court return | Darrel Hooks |
| 06/27/2019 | Moved to Bin | Bin: Holding @ 08:02 | 06/27/2019 | SL: 5 Cust: CLS | Darrel Hooks |
| 06/24/2019 | Status changed to | OUT-GATE | 06/27/2019 | Outgated To ST.CLAIR COUNTY JAIL  () | Darrel Hooks |
| 06/21/2019 | Status changed to | PREVENTATIVE | 06/24/2019 | | Darrel Hooks |
| 04/23/2019 | Status changed to | INVESTIGATIVE | 06/21/2019 | | Darrel Hooks |
| 04/23/2019 | Moved to Bed | Bed: D48-1A @ 22:22 | 06/27/2019 | SL: 5 Cust: CLS Comments: Captain Langford | Larry Johnson |
| 04/23/2019 | Moved to Bin | Bin: Holding @ 22:06 | 04/23/2019 | SL: 5 Cust: CLS Comments: Transfer for St. Clair | Larry Johnson |
| **04/23/2019** | **Transfered to** | **LIMESTONE CORRECTIONAL CENTER** | | | **Carla Graham** |
| 03/15/2019 | Status changed to | PREVENTATIVE | 04/23/2019 | | Larry Johnson |
| 01/15/2019 | Status changed to | DISCIPLINARY | 03/15/2019 | | Latonya Scott |
| 12/29/2018 | Status changed to | INVESTIGATIVE | 01/15/2019 | | Latonya Scott |
| 12/29/2018 | Moved to Bed | Bed: B36-1A @ 19:09 | 04/23/2019 | SL: 5 Cust: MED Comments: Pending investigation for Homicide per Lt. Baker | Rafael Santamaria |
| 11/26/2018 | Moved to Bed | Bed: P22-2A @ 13:23 | 12/29/2018 | SL: 5 Cust: MED Comments: per Warden Brooks | Jefferys Smith |
| 11/13/2018 | Moved to Bed | Bed: Q7-1A @ 09:59 | 11/26/2018 | SL: 5 Cust: MED | Jefferys Smith |
| 11/02/2018 | Status changed to | INVESTIGATIVE | 11/13/2018 | | Jefferys Smith |
| 11/02/2018 | Moved to Bed | Bed: C28-1A @ 07:09 | 11/13/2018 | SL: 5 Cust: MED Comments: to correct roster | Jefferys Smith |
| 11/01/2018 | Status changed to | INVESTIGATIVE | 11/02/2018 | | Jefferys Smith |
| 11/01/2018 | Moved to Bed | Bed: B9-1A @ 14:45 | 11/02/2018 | SL: 5 Cust: MED Comments: placed in RHU | Jefferys Smith |
| 02/01/2018 | Moved to Bed | Bed: Q11-1A @ 15:20 | 11/01/2018 | SL: 5 Cust: MED Comments: released from SEG | Jeffery Smith |
| 11/28/2017 | Status changed to | DISCIPLINARY | 02/01/2018 | | Jeffery Smith |
| 11/28/2017 | Moved to Bed | Bed: B48-1A @ 08:52 | 02/01/2018 | SL: 5 Cust: CLS Comments: to correct roster | Jeffery Smith |
| 08/26/2017 | Status changed to | PREVENTATIVE | 11/28/2017 | | Jeffery Smith |
| 08/26/2017 | Moved to Bed | Bed: C23-1A @ 09:16 | 11/28/2017 | SL: 5 Cust: CLS Comments: Per Lt. Scott | Lester Murray |
| 08/25/2017 | Moved to Bin | Bin: Holding @ 20:30 | 08/26/2017 | SL: 5 Cust: CLS | Morris Rogers |

## Alabama Department of Corrections
### Inmate Movement History / All Suffixes

IMAS023

| Begin Dt | Type | Institution / Status / Bed | Until | Comments | User Name |
|---|---|---|---|---|---|
| 08/14/2017 | Status changed to | HOSPITAL (WITHIN PRISON) (CONVERSION) | 08/25/2017 | | Morris Rogers |
| 08/14/2017 | Moved to Bed | Bed: F4-1A @ 15:12 | 08/25/2017 | SL: 5 Cust: CLS Comments: transferred from Ellmore | Jeffery Smith |
| 08/14/2017 | Moved to Bin | Bin: Holding @ 13:11 | 08/14/2017 | SL: 5 Cust: CLS Comments: transferred from Staton | Jeffery Smith |
| **08/14/2017** | **Transfered to** | **ST.CLAIR CORRECTIONAL FAC.** | **04/23/2019** | | **Brenda Gullatte** |
| 08/14/2017 | Status changed to | PREVENTATIVE | 08/14/2017 | | Jeffery Smith |
| 08/14/2017 | Moved to Bed | Bed: H1-2B @ 06:51 | 08/14/2017 | SL: 5 Cust: CLS Comments: PENDING INVESTIGATION | Roderick Underwood |
| 08/14/2017 | Moved to Bed | Bed: C1-22A @ 06:51 | 08/14/2017 | SL: 5 Cust: CLS | Roderick Underwood |
| 08/11/2017 | Status changed to | PREVENTATIVE | 08/14/2017 | | Roderick Underwood |
| 08/11/2017 | Moved to Bed | Bed: H1-1A @ 13:53 | 08/14/2017 | SL: 5 Cust: CLS Comments: PENDING INVESTIGATION | Roderick Underwood |
| 08/11/2017 | Moved to Bed | Bed: C1-22A @ 13:51 | 08/11/2017 | SL: 5 Cust: CLS | Roderick Underwood |
| 08/11/2017 | Moved to Bin | Bin: Holding @ 13:50 | 08/11/2017 | SL: 5 Cust: CLS | Roderick Underwood |
| 08/11/2017 | Status changed to | OUT-GATE | 08/11/2017 | Outgated To FREE WORLD MEDICAL APPT (Jackson Hospital, Montgomery, AL) | Roderick Underwood |
| 08/08/2017 | Status changed to | PREVENTATIVE | 08/11/2017 | | Roderick Underwood |
| 08/08/2017 | Moved to Bed | Bed: H1-1A @ 06:48 | 08/11/2017 | SL: 4 Cust: MED Comments: PENDING INVESTIGATION | Roderick Underwood |
| 08/08/2017 | Moved to Bed | Bed: C1-22A @ 06:48 | 08/08/2017 | SL: 4 Cust: MED | Roderick Underwood |
| 08/04/2017 | Status changed to | PREVENTATIVE | 08/08/2017 | | Roderick Underwood |
| 08/04/2017 | Moved to Bed | Bed: H1-1A @ 06:28 | 08/08/2017 | SL: 4 Cust: MED Comments: PENDING INVEASTIGATION | Roderick Underwood |
| 08/04/2017 | Moved to Bed | Bed: C1-22A @ 06:27 | 08/04/2017 | SL: 4 Cust: MED | Roderick Underwood |
| 07/31/2017 | Status changed to | PREVENTATIVE | 08/04/2017 | | Roderick Underwood |
| 07/31/2017 | Moved to Bed | Bed: H1-2A @ 07:41 | 08/04/2017 | SL: 4 Cust: MED Comments: PENDING INVESTGATION | Roderick Underwood |
| 04/14/2017 | Moved to Bed | Bed: C1-22A @ 13:34 | 07/31/2017 | SL: 4 Cust: MED | Roderick Underwood |
| 04/14/2017 | Moved to Bed | Bed: F2-22B @ 13:33 | 04/14/2017 | SL: 4 Cust: MED | Roderick Underwood |
| 04/10/2017 | Status changed to | HOSPITAL (WITHIN PRISON) (CONVERSION) | 04/14/2017 | | Roderick Underwood |
| 04/10/2017 | Moved to Bed | Bed: G1-17A @ 06:15 | 04/14/2017 | SL: 4 Cust: MED | Roderick Underwood |

ADOC_Ezell_000980

Alabama Department of Corrections IMAS023
## Inmate Movement History / All Suffixes

| Begin Dt | Type | Institution / Status / Bed | Until | Comments | User Name |
|---|---|---|---|---|---|
| 12/28/2016 | Moved to Bed | Bed: F2-22B @ 12:27 | 04/10/2017 | SL: 4 Cust: MED | Larry Managan |
| 12/28/2016 | Moved to Bin | Bin: Holding @ 12:22 | 12/28/2016 | SL: 4 Cust: MED | Larry Managan |
| 12/23/2016 | Moved to Bed | Bed: E3-6A @ 23:43 | 12/28/2016 | SL: 4 Cust: MED Comments: in from fountain cf | Anthony Jones |
| 12/23/2016 | Moved to Bin | Bin: Holding @ 23:39 | 12/23/2016 | SL: 4 Cust: MED | Anthony Jones |
| **12/23/2016** | **Transfered to** | **STATON CORRECTIONAL CENTER** | **08/14/2017** | | **Cleo Tolliver** |
| 11/07/2016 | Status changed to | DISCIPLINARY | 12/23/2016 | | Anthony Jones |
| 11/07/2016 | Moved to Bed | Bed: L14-1A @ 14:59 | 12/23/2016 | SL: 4 Cust: MED Comments: Lt Davis | Robert Davis |
| 10/25/2016 | Moved to Bed | Bed: D1-16A @ 22:47 | 11/07/2016 | SL: 4 Cust: MED | Cleo Tolliver |
| 10/25/2016 | Moved to Bed | Bed: E1-10A @ 12:26 | 10/25/2016 | SL: 4 Cust: MED Comments: Restrictive Dorm Placement | Kevin Bishop |
| 10/25/2016 | Moved to Bin | Bin: Holding @ 12:15 | 10/25/2016 | SL: 4 Cust: MED Comments: Restrictive Dorm Placement | Kevin Bishop |
| 05/17/2016 | Moved to Bed | Bed: H1-40A @ 12:56 | 10/25/2016 | SL: 4 Cust: MED Comments: Lt Davis | Robert Davis |
| 03/25/2016 | Status changed to | AWAITING RECLASS | 07/13/2016 | | Michael Hoffman |
| 02/11/2016 | Status changed to | DISCIPLINARY | 05/17/2016 | | Robert Davis |
| 02/11/2016 | Moved to Bed | Bed: C15-1A @ 11:32 | 05/17/2016 | SL: 4 Cust: MED Comments: Seg Placement | Kevin Bishop |
| 01/04/2016 | Moved to Bed | Bed: G1-93A @ 17:59 | 02/11/2016 | SL: 4 Cust: MED | Brandon Mckenzie |
| 11/29/2015 | Moved to Bed | Bed: G1-93B @ 10:39 | 01/04/2016 | SL: 4 Cust: MED | Brandon Mckenzie |
| 11/29/2015 | Moved to Bin | Bin: Holding @ 10:27 | 11/29/2015 | SL: 4 Cust: MED | Brandon Mckenzie |
| 11/23/2015 | Moved to Bed | Bed: E1-30B @ 15:56 | 11/29/2015 | SL: 4 Cust: MED | Cyril Savol |
| 11/23/2015 | Moved to Bin | Bin: Holding @ 15:46 | 11/23/2015 | SL: 4 Cust: MED | Cyril Savol |
| 11/17/2015 | Moved to Bed | Bed: E1-2A @ 17:03 | 11/23/2015 | SL: 4 Cust: MED Comments: Moved from J-2a to E-2a | Teresa Mitchell |
| 09/28/2015 | Moved to Bed | Bed: J1-2A @ 17:57 | 11/17/2015 | SL: 4 Cust: MED | Brandon Mckenzie |
| 07/31/2015 | Moved to Bed | Bed: J1-69A @ 11:49 | 09/28/2015 | SL: 4 Cust: MED | Cynthia Mccovery |
| 06/03/2015 | Moved to Bed | Bed: J1-69B @ 13:14 | 07/31/2015 | SL: 4 Cust: MED | Cyril Savol |
| 06/03/2015 | Moved to Bin | Bin: Holding @ 13:13 | 06/03/2015 | SL: 4 Cust: MED | Cyril Savol |
| 01/13/2015 | Moved to Bed | Bed: F1-84B @ 11:53 | 06/03/2015 | SL: 4 Cust: MED | Nicholas Jackson |
| 12/29/2014 | Moved to Bed | Bed: F1-102A @ 08:19 | 01/13/2015 | SL: 4 Cust: MED | Nicholas Jackson |

Alabama Department of Corrections  IMAS023
## Inmate Movement History / All Suffixes

| Begin Dt | Type | Institution / Status / Bed | Until | Comments | User Name |
|---|---|---|---|---|---|
| 10/29/2014 | Moved to Bed | Bed: F1-87A @ 13:07 | 12/29/2014 | SL: 4 Cust: MED Comments: PLACED INTO AFTERCARE | Nicholas Jackson |
| 10/29/2014 | Moved to Bin | Bin: Holding @ 11:34 | 10/29/2014 | SL: 4 Cust: MED | Nicholas Jackson |
| 09/29/2014 | Moved to Bed | Bed: F1-117B @ 11:52 | 10/29/2014 | SL: 4 Cust: MED | Nicholas Jackson |
| 08/13/2014 | Moved to Bed | Bed: F1-117A @ 10:00 | 09/29/2014 | SL: 4 Cust: MED | Nicholas Jackson |
| 08/08/2014 | Moved to Bed | Bed: F1-27A @ 16:25 | 08/13/2014 | SL: 4 Cust: MED Comments: Received from W. E. Donaldson | Cynthia Mccovery |
| 08/08/2014 | Moved to Bin | Bin: Holding @ 16:13 | 08/08/2014 | SL: 4 Cust: MED Comments: Received from Donaldson Correctional Facility | Cynthia Mccovery |
| **08/08/2014** | **Transfered to** | **FOUNTAIN CORRECTIONAL CENTER** | **12/23/2016** | | **Richard Godsey** |
| 01/24/2014 | Moved to Bed | Bed: L1-79A @ 12:46 | 08/08/2014 | SL: 4 Cust: MED Comments: per 904 | Richard Godsey |
| 06/20/2013 | Moved to Bed | Bed: D37-1A @ 16:27 | 01/24/2014 | SL: 5 Cust: MED Comments: CMS/904 | Wallace Peterson |
| 05/21/2013 | Status changed to | HOSPITAL (WITHIN PRISON) (CONVERSION) | 06/20/2013 | | Wallace Peterson |
| 05/21/2013 | Moved to Bed | Bed: Z2-2A @ 17:13 | 06/20/2013 | SL: 5 Cust: MED Comments: Returned from medical appointment at Brookwood Hospital. | Curtis Thompkins |
| 05/21/2013 | Moved to Bin | Bin: Holding @ 17:06 | 05/21/2013 | SL: 5 Cust: MED Comments: Returned from medical transport Brookwood Hospital. | Curtis Thompkins |
| 05/21/2013 | Status changed to | OUT-GATE | 05/21/2013 | Outgated To FREE WORLD MEDICAL APPT (Outgated to a medical appointment at Brookwood Hospital.) | Dennis Johnson |
| 05/20/2013 | Status changed to | HOSPITAL (WITHIN PRISON) (CONVERSION) | 05/21/2013 | | Dennis Johnson |
| 05/20/2013 | Moved to Bed | Bed: Z2-4A @ 17:37 | 05/21/2013 | SL: 5 Cust: MED Comments: moved per corizon | Curtis Thompkins |
| 05/19/2013 | Status changed to | HOSPITAL (WITHIN PRISON) (CONVERSION) | 05/20/2013 | | Curtis Thompkins |
| 05/19/2013 | Moved to Bed | Bed: Z3-6A @ 17:43 | 05/20/2013 | SL: 5 Cust: MED | Artchie Giddy |
| 05/14/2013 | Status changed to | HOSPITAL (WITHIN PRISON) (CONVERSION) | 05/19/2013 | | Artchie Giddy |
| 05/14/2013 | Moved to Bed | Bed: Z4-1A @ 14:54 | 05/19/2013 | SL: 5 Cust: MED Comments: CMS | Dennis Johnson |
| 11/02/2012 | Moved to Bed | Bed: D37-1A @ 17:21 | 05/14/2013 | SL: 5 Cust: MED Comments: Transfer to Donaldson from St.Clair | Wallace Peterson |
| 11/02/2012 | Moved to Bin | Bin: Holding @ 17:17 | 11/02/2012 | SL: 5 Cust: MED Comments: Transfer to Donaldson from St Clair | Wallace Peterson |
| **11/02/2012** | **Transfered to** | **WILLIAM E. DONALDSON CORR. FAC** | **08/08/2014** | | **Thomas Poe** |
| 09/10/2012 | Moved to Bed | Bed: H1-75A @ 17:15 | 11/02/2012 | SL: 5 Cust: MED | Jeffery Smith |

Alabama Department of Corrections  IMAS023
## Inmate Movement History / All Suffixes

| Begin Dt | Type | Institution / Status / Bed | Until | Comments | User Name |
|---|---|---|---|---|---|
| 09/10/2012 | Moved to Bin | Bin: Holding @ 17:10 | 09/10/2012 | SL: 5 Cust: MED | Jeffery Smith |
| 09/04/2012 | Moved to Bed | Bed: M28-2A @ 13:59 | 09/10/2012 | SL: 5 Cust: MED Comments: Capt Sanders | Thomas Poe |
| 09/04/2012 | Status changed to | HOSPITAL (WITHIN PRISON) (CONVERSION) | 09/04/2012 | | Thomas Poe |
| 09/04/2012 | Moved to Bed | Bed: G16-1A @ 00:38 | 09/04/2012 | SL: 5 Cust: MED | Marshall Scott |
| 06/15/2012 | Status changed to | PREVENTATIVE | 09/04/2012 | | Marshall Scott |
| 06/15/2012 | Moved to Bed | Bed: B18-1A @ 07:25 | 09/04/2012 | SL: 5 Cust: CLS Comments: A days | Thomas Poe |
| 05/22/2012 | Status changed to | PREVENTATIVE | 06/15/2012 | | Thomas Poe |
| 05/22/2012 | Moved to Bed | Bed: B21-1A @ 13:34 | 06/15/2012 | SL: 5 Cust: CLS Comments: B days | Thomas Poe |
| 05/22/2012 | Moved to Bin | Bin: Holding @ 13:34 | 05/22/2012 | SL: 5 Cust: CLS Comments: Bed-full movement catch.  The inmate was moved to a bed that contained an inmate.  This inmate will be added to the holding bin. | Thomas Poe |
| 09/24/2011 | Status changed to | PREVENTATIVE | 05/22/2012 | | Thomas Poe |
| 09/24/2011 | Moved to Bed | Bed: C26-1A @ 09:37 | 05/22/2012 | SL: 5 Cust: CLS Comments: A-Days | William Morris |
| 09/24/2011 | Moved to Bin | Bin: Holding @ 09:37 | 09/24/2011 | SL: 5 Cust: CLS Comments: Bed-full movement catch.  The inmate was moved to a bed that contained an inmate.  This inmate will be added to the holding bin. | William Morris |
| 08/12/2011 | Status changed to | DISCIPLINARY | 09/24/2011 | | William Morris |
| 08/12/2011 | Moved to Bed | Bed: A10-1A @ 16:28 | 09/24/2011 | SL: 5 Cust: MED Comments: Disciplinary Seg | Carol Hunter |
| 08/01/2011 | Status changed to | DISCIPLINARY | 08/12/2011 | | Carol Hunter |
| 08/01/2011 | Moved to Bed | Bed: C13-1A @ 21:21 | 08/12/2011 | SL: 5 Cust: MED Comments: Move to place bed on hold | Jackie Hitchcock |
| 08/01/2011 | Moved to Bed | Bed: L11-1A @ 21:18 | 08/01/2011 | SL: 5 Cust: MED | Jackie Hitchcock |
| 07/31/2011 | Status changed to | PREVENTATIVE | 08/01/2011 | | Jackie Hitchcock |
| 07/31/2011 | Moved to Bed | Bed: C13-1A @ 05:18 | 08/01/2011 | SL: 5 Cust: MED Comments: Investigation for RV #34 | Marshall Scott |
| 10/11/2010 | Moved to Bed | Bed: M28-1A @ 13:25 | 07/31/2011 | SL: 5 Cust: MED Comments: Per Lt. Malone | Carla Graham |
| 10/11/2010 | Moved to Bed | Bed: L36-1A @ 09:12 | 10/11/2010 | SL: 5 Cust: MED Comments: released from seg | Carla Graham |
| 09/14/2010 | Status changed to | DISCIPLINARY | 10/11/2010 | | Carla Graham |
| 09/14/2010 | Moved to Bed | Bed: C3-1A @ 16:21 | 10/11/2010 | SL: 5 Cust: CLS Comments: B DAY SEG | Stanley Battles |

Alabama Department of Corrections                                                                                           IMAS023
## Inmate Movement History / All Suffixes

| Begin Dt | Type | Institution / Status / Bed | Until | Comments | User Name |
|---|---|---|---|---|---|
| 08/31/2010 | Status changed to | DISCIPLINARY | 09/14/2010 | | Stanley Battles |
| 08/31/2010 | Moved to Bed | Bed: C4-1A @ 17:01 | 09/14/2010 | SL: 5 Cust: CLS Comments: returned from court | Carla Graham |
| 08/31/2010 | Moved to Bin | Bin: Holding @ 15:55 | 08/31/2010 | SL: 5 Cust: CLS | Billy Cornelison |
| 08/25/2010 | Status changed to | OUT-GATE | 08/31/2010 | Outgated To ESCAMBIA COUNTY JAIL (outgated to Escambia co ct) | Jeff Bishop |
| 06/10/2010 | Status changed to | PREVENTATIVE | 08/25/2010 | | Jeff Bishop |
| 06/10/2010 | Moved to Bed | Bed: B34-1A @ 12:51 | 08/31/2010 | SL: 4 Cust: MED Comments: received from bullock | Jeff Bishop |
| 06/10/2010 | Moved to Bin | Bin: Holding @ 11:53 | 06/10/2010 | SL: 4 Cust: MED | James Burton |
| **06/10/2010** | **Transfered to** | **ST.CLAIR CORRECTIONAL FAC.** | **11/02/2012** | | **John Mccall** |
| 06/08/2010 | Status changed to | PREVENTATIVE | 06/10/2010 | | John Mccall |
| 06/08/2010 | Moved to Bed | Bed: H9-8A @ 09:09 | 06/10/2010 | SL: 4 Cust: MED Comments: warden mason | Ruby Carter |
| **06/08/2010** | **Transfered to** | **BULLOCK MENTAL HEALTH UNIT** | **06/10/2010** | | **Ruby Carter** |
| 06/06/2010 | Moved to Bin | Bin: Holding @ 19:28 | 06/08/2010 | SL: 4 Cust: MED Comments: H1- SEG UNIT | Patricia Lockley |
| 04/22/2010 | Moved to Bed | Bed: E1-37B @ 07:33 | 06/06/2010 | SL: 4 Cust: MED | Ruby Carter |
| 03/23/2010 | Status changed to | PREVENTATIVE | 04/22/2010 | | Ruby Carter |
| 03/23/2010 | Moved to Bed | Bed: B1-17A @ 13:11 | 04/22/2010 | SL: 4 Cust: MED Comments: pop | Ruby Carter |
| 03/23/2010 | Status changed to | PREVENTATIVE | 03/23/2010 | | Ruby Carter |
| 03/23/2010 | Moved to Bed | Bed: B1-17A @ 13:11 | 03/23/2010 | SL: 4 Cust: MED Comments: pop | Ruby Carter |
| 03/23/2010 | Moved to Bed | Bed: F1-39B @ 12:54 | 03/23/2010 | SL: 4 Cust: MED | Ruby Carter |
| 03/22/2010 | Status changed to | DISCIPLINARY | 03/23/2010 | | Ruby Carter |
| 03/22/2010 | Moved to Bed | Bed: B1-17A @ 13:51 | 03/23/2010 | SL: 4 Cust: MED Comments: ics | Ruby Carter |
| 01/11/2010 | Moved to Bed | Bed: G1-38B @ 09:20 | 03/22/2010 | SL: 4 Cust: MED | Ruby Carter |
| 09/21/2009 | Moved to Bed | Bed: I1-33A @ 10:59 | 01/11/2010 | SL: 4 Cust: MED | Ruby Carter |
| 08/17/2009 | Status changed to | PREVENTATIVE | 09/21/2009 | | Ruby Carter |
| 08/17/2009 | Moved to Bed | Bed: B1-12B @ 14:26 | 09/21/2009 | SL: 4 Cust: MED Comments: ics | Ruby Carter |
| 06/15/2009 | Moved to Bed | Bed: G2-1B @ 07:37 | 08/17/2009 | SL: 4 Cust: MED | Ruby Carter |
| 05/27/2009 | Status changed to | DISCIPLINARY | 06/15/2009 | | Ruby Carter |

## Alabama Department of Corrections
### Inmate Movement History / All Suffixes

IMAS023

| Begin Dt | Type | Institution / Status / Bed | Until | Comments | User Name |
|---|---|---|---|---|---|
| 05/27/2009 | Moved to Bed | Bed: B1-11B @ 11:19 | 06/15/2009 | SL: 4 Cust: MED Comments: ics | Ruby Carter |
| 05/27/2009 | Moved to Bin | Bin: Holding @ 11:14 | 05/27/2009 | SL: 4 Cust: MED | Ruby Carter |
| 05/26/2009 | Status changed to | DISCIPLINARY | 05/27/2009 | | Ruby Carter |
| 05/26/2009 | Moved to Bed | Bed: B1-8A @ 08:15 | 05/27/2009 | SL: 4 Cust: MED Comments: ics | Ruby Carter |
| 01/21/2009 | Moved to Bed | Bed: F2-23B @ 12:09 | 05/26/2009 | SL: 4 Cust: MED | Ruby Carter |
| 12/11/2008 | Status changed to | DISCIPLINARY | 01/21/2009 | | Ruby Carter |
| 12/11/2008 | Moved to Bed | Bed: B1-17A @ 13:44 | 01/21/2009 | SL: 4 Cust: MED Comments: CAPT NETTLES | Ruby Carter |
| 02/29/2008 | Moved to Bed | Bed: E2-37B @ 10:00 | 12/11/2008 | SL: 4 Cust: MED | Bruce Hampton |
| 02/29/2008 | Moved to Bin | Bin: Holding @ 09:58 | 02/29/2008 | SL: 4 Cust: MED | Bruce Hampton |
| 07/30/2007 | Status changed to | DRUG PROGRAM | 06/10/2010 | | John Mccall |
| 05/09/2007 | Status changed to | POPULATION            (CONVERSION) | 07/30/2007 | | Sc Migration |
| 03/13/2007 | Status changed to | DRUG PROGRAM | 05/09/2007 | | Sc Migration |
| 03/07/2007 | Status changed to | POPULATION            (CONVERSION) | 03/13/2007 | | Sc Migration |
| 02/13/2007 | Status changed to | SC/AS/SC | 03/07/2007 | | Sc Migration |
| 01/17/2007 | Status changed to | POPULATION            (CONVERSION) | 02/13/2007 | | Sc Migration |
| **01/17/2007** | **Transfered to** | **BULLOCK CORRECTIONAL FACILITY** | **06/08/2010** | | **Migration** |
| 12/18/2006 | Status changed to | POPULATION            (CONVERSION) | 01/17/2007 | | Sc Migration |
| **12/18/2006** | **Transfered to** | **KILBY RCC** | **01/17/2007** | | **Migration** |
| 10/26/2006 | Status changed to | POPULATION            (CONVERSION) | 12/18/2006 | | Sc Migration |
| **10/26/2006** | **Transfered to** | **BALDWIN COUNTY JAIL** | **12/18/2006** | | **Migration** |
| 07/08/2004 | Released | UNASSIGNED | 10/26/2006 | | Migration |
| 06/01/2004 | Status changed to | POPULATION            (CONVERSION) | 07/08/2004 | | Sc Migration |
| **06/01/2004** | **Transfered to** | **CNTY JAIL WORKER** | **07/08/2004** | | **Migration** |
| 05/05/2004 | Status changed to | POPULATION            (CONVERSION) | 06/01/2004 | PER. MISS. WHITMAN | Sc Migration |
| **05/05/2004** | **Transfered to** | **BALDWIN COUNTY JAIL** | **06/01/2004** | | **Migration** |
| **04/05/2004** | **Transfered to** | **MOBILE COUNTY JAIL** | **05/05/2004** | | **Migration** |
| 09/11/2003 | Released | UNASSIGNED | 04/05/2004 | | Migration |

Alabama Department of Corrections                                                                IMAS023
## Inmate Movement History / All Suffixes

| Begin Dt | Type | Institution / Status / Bed | Until | Comments | User Name |
|---|---|---|---|---|---|
| 09/11/2003 | CRO | CENTRAL RECORDS MONITOR | 09/11/2003 | | Migration |
| 07/03/2003 | Status changed to | DRUG PROGRAM | 09/11/2003 | | Sc Migration |
| 06/13/2003 | Status changed to | POPULATION        (CONVERSION) | 07/03/2003 | | Sc Migration |
| 06/13/2003 | Transfered to | KILBY CORRECTIONAL FACILITY | 09/11/2003 | | Migration |
| 05/28/2003 | Status changed to | POPULATION        (CONVERSION) | 06/13/2003 | | Sc Migration |
| 05/28/2003 | Transfered to | KILBY RCC | 06/13/2003 | | Migration |
| 03/28/2003 | Status changed to | POPULATION        (CONVERSION) | 05/28/2003 | | Sc Migration |
| 03/28/2003 | Transfered to | MOBILE COUNTY JAIL | 05/28/2003 | | Migration |

Run Date: 6/15/2022 3:17:05 PM                          CONFIDENTIAL                                    Page 9 of 9

ADOC_Ezell_000986