FILED
2025 Jan-31 PM 03:26
U.S. DISTRICT COURT
N.D. OF ALABAMA

ALABAMA DEPARTMENT OF CORRECTIONS

## CLASSIFICATION SUMMARY

CLAS001

### ENEMIES - (CLAS009)

█████ - **KNOWN ENEMIES**

---

**AIS:** ████    **NAME:** ███████████    **STATUS:** Valid

**INSTITUTION:** STATON CORR.

**REASON:** Co-Defendant    **ENTRY:** lashanda.hails

**ENTRY TIME:** 3/19/2012 3:00:19 PM

---

**COMMENTS:** Co-Defendant  Inmate Jones, Christopher ████ was contracted by ██████████ AIS# █████ ██████████ AIS# █████ and ████████ (AIS Unknown) to kill 5 Hispanic males due to $438,000 in drug money being stolen. ████████ (AIS unknown) handed $15,000 over to Jones as payment for the murders. Jones recruited ████████ and ███████████ (AIS unknown) to assist with the murders.

---

**AIS:** ████    **NAME:** ███████████    **STATUS:** Valid

**INSTITUTION:** KILBY RCC

**REASON:** both inmates are on the same Capital Murder case together ████████ requested they be made enemies    **ENTRY:** alicia.white

**ENTRY TIME:** 2/14/2012 10:57:13 AM

---

**COMMENTS:** both inmates are on the same Capital Murder case together ████████ requested they be made enemies both inmates are on the same Capital Murder case together requested they be made enemi

---

### NAME AND ADDRESS OF CONTACTS - (CLAS010)

AIS : ████

| Mother : | ████████ (MOTHER), - Emergency Contact | Phone # : ████████ |
|---|---|---|

ALABAMA DEPARTMENT OF CORRECTIONS

**CLASSIFICATION SUMMARY**

CLAS001

---

## INMATE CLASSIFICATION RISK ASSESSMENT - (CLAS011)

**Name**   JONES, CHRISTOPHER SCOTT                     **Number :** ▮▮▮▮▮▮

**Classification Specialist :**   docal\tanya.ary          **Date :** 11/19/2014

---

**History of Institutional Violence (Jail or prison, code most serious last 5 years)**                            0

    None                                                                                   **Score**

**Severity of current offense**                                                                                6

    Highest                                                                                **Score**

**Prior Assaultive Offense History (score the most severe in the inmate's history)**                            0

    None, Low, or Low/Moderate                                                             **Score**

**Escape History (rate last 5 years of incarceration)**                                                        0

    No escapes or attempts (or no prior incarceration)                                     **Score**

**Current Age**                                                                                                -1

    40-49 years                                                                            **Score**

**Number of Disciplinary Reports**                                                                             -3

    None in the last 18 months                                                             **Score**

**Most Severe Disciplinary Report Received (Last 18 months)**                                                   0

    None                                                                                   **Score**

**Program / Work Assignment (current incarceration)**                                                          -2

    Completion of certified treatment or education program/degree                          **Score**

---

    **TOTAL**                                                                              0

                                  **Total Score**

ALABAMA DEPARTMENT OF CORRECTIONS
## CLASSIFICATION SUMMARY

CLAS001

---

### INMATE CLASSIFICATION SECURITY LEVEL - (CLAS012)

AIS : ███████

| | | |
|---|---|---|
| I. | Security Level indicated by score. | 1 |
| II. | Recommended Security Level. | 4 |

**Security Restrictions:**    R-Multiple homicides - Not DUI

**Reason:** Other security considerations* (specify)

**Comments:** APR- Recommend inmate Jones security level be reduced to 4 and transfer to 3 level 4.  Inmate Jones currently has a 1 year 10 month clear disciplinary record.  Excellent adjustment.   Subject completed the Therapeutic Community program on 09/05/2014 and is enrolled in aftercare  Stress management completed in 2012.  Restricted offender serving a 25 year term for Murder X 2 (5 hispanic victims bound and tortured by electrocution in retaliation for 1.2 million dollars stolen from a Mexican drug cartel headed by "El Primo".  All victims died of asphyxiation.  Multiple co-defendants).  Priors- RSP I, Possession/Recreational Controlled Substance and UBEMV X 3.  Numerous traffic violations.  No detainers found.   Alacourt checked 11/19/2014.   Parole review date 08/2023.  Mental health code-0/Health code-1
Last Action 11/2013 no change- treatment in progress- TC program.

### Comments:

| | |
|---|---|
| Institution Recommendation | APR- Recommend inmate Jones security level be reduced to 4 and transfer to a level 4.  Inmate Jones currently has a 1 year 10 month clear disciplinary record.  Excellent adjustment.   Subject completed the Therapeutic Community program on 09/05/2014 and is enrolled in aftercare.  Stress management completed in 2012.  Restricted offender serving a 25 year term for Murder X 2 (5 hispanic victims bound and tortured by electrocution in retaliation for 1.2 million dollars stolen from a Mexican drug cartel headed by "El Primo".  All victims died of asphyxiation.  Multiple co-defendants).  Priors- RSP I, Possession/Recreational Controlled Substance and UBEMV X 3.  Numerous traffic violations.  Inmate Jones request Staton to enroll in 8 week stimulant use disorder progra.  No detainers found.  Alacourt checked 11/19/2014.    Parole review date 08/2023.  Mental health code-0/Health code-1  Last Action 11/2013 no change- treatment in progress- TC program. |
| Psych Associate Review | Dissem.  Nature of crime (multiple murders + torture) and lengthy criminal history indicates inmate is correctly assigned at Level 5.  Recommend no change. |
| Warden Review | CONCUR. KC 11/21/14 |

| Title | Custody | Sec Lvl | Date |
|---|---|---|---|
| **Specialist Final Review And Submission** | MEDIUM | 4 | 11/21/2014 |
| doca/tanya ary | | | |
| **Central Review Board 1** | MEDIUM | 5 | 12/15/2014 |
| doca/vatrice.greene | | | |
| *Reason:*  Other security considerations* (specify) | | | |
| *Comments:*  Remain with no change, he is properly assigned. | | | |
| **Central Review Board 2** | MEDIUM | 5 | 12/16/2014 |
| doca/lashanda.nails | | | |
| *Comments:*  Denied Medium SL IV  S is properly assigned. Current offenses are of a heinous nature. Remain Medium/ SL V | | | |
| **Complete** | MEDIUM | 5 | 12/16/2014 |

ALABAMA DEPARTMENT OF CORRECTIONS

**CLAS001**

## CLASSIFICATION SUMMARY

### APPROVED INSTITUTIONS

KILBY RCC                                    HOLMAN PRISON

ST.CLAIR CORRECTIONAL FAC.                   KILBY INFIRMARY

WILLIAM E. DONALDSON CORR. FAC

ALABAMA DEPARTMENT OF CORRECTIONS

**CLASSIFICATION SUMMARY**

CLAS001

AIS # : ███████          NAME: JONES, CHRISTOPHER SCOTT          RACE: B    SEX: M

EARNING STATUS   PROHIBITED FROM EARNING GOODTIME

CLASSIFYING INSTITUTION IS -   ST.CLAIR CORRECTIONAL FAC

RECOMMMENDED CUSTODY IS - _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _    APPROVED CUSTODY IS - _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

RECOMMMENDED INST  IS - _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _    APRROVED PLACEMENT  IS - _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

---

PRESENT WORK     ASSIGNMENT                                    NEW WORK ASSIGNMENT

PRIMARY - _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _         _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

SECONDARY - _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _       _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

PROGRAM PARTICIPATION - _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

---

WAIVER OF CRITERIA REQUESTED FOR - _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

JUSTIFICATION AND COMMENTS

-

APR- Recommend inmate Jones security level be reduced to 4 and transfer to a level 4. Inmate Jones currently has a 1 year 10 month clear disciplinary record. Excellent adjustment.  Subject completed the Therapeutic Community program on 09/05/2014 and is enrolled in aftercare. Stress management completed in 2012. Restricted offender serving a 25 year term for Murder X 2 (5 hispanic victims bound and tortured by electrocution in retaliation for 1.2 million dollars stolen from a Mexican drug cartel headed by "El Primo". All victims died of asphyxiation.  Multiple co-defendants). Priors- RSP I, Possession/Recreational Controlled Substance and UBEMV X 3.  Numerous traffic violations.  Inmate Jones request Staton to enroll in 8 week stimulant use disorder progra.  No detainers found.  Alacourt checked 11/19/2014.   Parole review date 08/2023.  Mental health code-0/Health code-1

Last Action 11/2013 no change- treatment in progress- TC program.

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

CLASSIFICATION SPECIALIST        DATE              CLASSIFICATION CO-ORDINATOR        DATE

PSYCHOLOGIST                     DATE              CENTRAL REVIEW BOARD               DATE

WARDEN OR REPRESENTIVE           DATE              CENTRAL REVIEW BOARD               DATE

INMATE                           DATE              CENTRAL REVIEW BOARD               DATE

ALABAMA DEPARTMENT OF CORRECTIONS

**CLAS001**

## CLASSIFICATION SUMMARY

AIS # : ▮▮▮▮▮▮    NAME: JONES, CHRISTOPHER SCOTT    RACE: B    SEX: M

DATE OF BIRTH: ▮▮▮▮▮▮    BIRTH COUNTRY: UNITED STATES    STATE OF BIRTH: AL

INSTITUTION : ST.CLAIR CORRECTIONAL FAC.    CITIZENSHIP: true

PAROLE CONSIDERATION DATE: 08/01/2023    SSN: ▮▮▮▮▮▮

RELIGION : NONE    STG:N/A    HAIR: BLK    EYES: BRO

CURRENT CUSTODY : MED9    DNA TEST : 11/01/2011    HEIGHT: 5FT 9IN    WEIGHT: 172

PRIMARY OCCUPATION: NONE    SECONDARY OCCUPATION: NONE

HIGHEST GRADE LEVEL COMPLETED : 10TH GRADE    MIN RELEASE DATE : 08/23/2033

DRIVER'S LICENSE #: - none    LONG RELEASE DATE : 08/23/2033

STATUS: NEW COMIT FROM CRT W/O REV OF PROB

DUTY STATUS: EXCELLENT (GOOD HEALTH)    Youth Offender: A

EMERGENGENCY CONTACT : ▮▮▮▮▮▮ (MOTHER)  (Mother) PHONE:

▮▮▮▮▮▮

---

### SPECIAL NEEDS- (CLAS002)

**Health Code :**                1

**Mental Health Code :**        MH 0

**Psychologist :**

**Physician :**

**Physical Limitations :**

**Physical Comments :**

**Medication Types :**

**Medication Comments :**

**Communication Needs :**

**Communication Comments :**

**Treatment Needs :**

**Treatment Comments :**        Subject graduated TC

**Programs :**    Therapeutic Community (18 mo)

**Inmate Stated he/she received special education services :**        No

ALABAMA DEPARTMENT OF CORRECTIONS

## CLASSIFICATION SUMMARY

**CLAS001**

| AIS: ▮▮▮ | | | | CURRENT CONVICTIONS - (CLAS003) | | |
|---|---|---|---|---|---|---|
| **Suf** | **COUNTY** | **CASE #** | **DATE** | **CRIME** | **TERM** | **CS/CC** |
| R | SHLB | 001112 | 10/28/2011 | MURDER | 025Y00M00D | CS |

### CRIME DETAILS - (CLAS017)

| | |
|---|---|
| Verification : | Verified |
| Victim Injury : | Death |
| Plea Bargained? : | Yes |
| Original Charge : | |
| High Profile? : | Yes |
| YOA Indicator : | No |
| Notes : | 5 hispanics bound and tortured by electrocution in retaliation for 1.2 million dollars stolen from mexican drug cartel headed by "El Primo". All victims died of asphyxiation. multiple codefendants. |
| Is Capital Offense : | Yes |
| Provoked/Extenuating Circumstances : | No |
| Murder Victim : | Gang related |

| **Suf** | **COUNTY** | **CASE #** | **DATE** | **CRIME** | **TERM** | **CS/CC** |
|---|---|---|---|---|---|---|
| R | SHLB | 001113 | 10/28/2011 | MURDER | 025Y00M00D | CC |

### CRIME DETAILS - (CLAS017)

| | |
|---|---|
| Verification : | Verified |
| Victim Injury : | Death |
| Plea Bargained? : | Yes |
| Original Charge : | |
| High Profile? : | Yes |
| YOA Indicator : | No |
| Notes : | 5 hispanics bound and tortured by electrocution retaliation for 1.2 million dollars stolen from mexican drug cartel headed by "El Primo". All victims died of asphyxiation. multiple codefendants. |
| Is Capital Offense : | Yes |
| Provoked/Extenuating Circumstances : | No |
| Murder Victim : | Gang related |

## DETAINERS - (CLAS004)

**AIS:** ▮▮▮

NO ACTIVE DETAINERS FOUND ON FILE

ALABAMA DEPARTMENT OF CORRECTIONS

**CLASSIFICATION SUMMARY**

**CLAS001**

AIS: ▮▮▮▮▮▮     **PRIOR CONVICTIONS - (CLAS005)**

| SUF | DATE | CRIME | TERM | CS/CC | HABITUAL |
|-----|------|-------|------|-------|----------|
| | 12/02/1988 | RECV STOLEN PROPERTY I | 002Y00M00D | Consecutive | NO |
| | 05/12/1989 | UNLAW BREAKING AND ENTERING VEHICLE | 005Y00M00D | Concurrent | NO |
| | 05/12/1989 | UNLAW BREAKING AND ENTERING VEHICLE | 005Y00M00D | Concurrent | NO |
| | 05/12/1989 | UNLAW BREAKING AND ENTERING VEHICLE | 005Y00M00D | Concurrent | NO |

AIS: ▮▮▮▮▮▮     **ESCAPES - (CLAS006)**

NO ESCAPE RECORDS FOUND ON FILE

AIS: ▮▮▮▮     **PAROLE & PROBATION - (CLAS007)**

NO P&P RECORDS FOUND ON FILE

ALABAMA DEPARTMENT OF CORRECTIONS

**CLAS001**

## CLASSIFICATION SUMMARY

### DISCIPLINARIES - (CLAS008)

AIS: ▮▮▮▮    SUFFIX : R

| | | INSTITUTION : | ST.CLAIR CORRECTIONAL FAC. |
|---|---|---|---|
| DATE : | 01/24/2013 | REASON : | MAJOR - UNAUTHORIZED POSSESSION OF A PHONE(S) / ACCESSORY(S) |
| RESULT : | NONE | COMMENTS: | SCCF-13-00111-5 |
| | | INSTITUTION : | ST.CLAIR CORRECTIONAL FAC. |
| DATE : | 08/24/2012 | REASON : | MAJOR - POSSESSION OF CONTRABAND |
| RESULT : | NONE | COMMENTS: | 45 DAYS DISC. SEG. |
| | | INSTITUTION : | ST.CLAIR CORRECTIONAL FAC. |
| DATE : | 08/24/2012 | REASON : | MAJOR - POSSESSION OF CONTRABAND |
| RESULT : | NONE | COMMENTS: | 45 DAYSDISC. SEG. |

AIS: ▮▮▮▮    SUFFIX :

| | | INSTITUTION : | ST.CLAIR CORRECTIONAL FAC. |
|---|---|---|---|
| DATE : | 03/11/1991 | REASON : | MINOR - AID & ABETTING ANOTHER TO VIO. DOC RULES |
| RESULT : | LOSS OF GOOD TIME | COMMENTS: | |
| | | INSTITUTION : | ST.CLAIR CORRECTIONAL FAC. |
| DATE : | 09/28/1990 | REASON : | MAJOR - INSUBORDINATION |
| RESULT : | NONE | COMMENTS: | 45 DAYS DIS SEG |
| | | INSTITUTION : | LIMESTONE CORRECTIONAL CENTER |
| DATE : | 02/16/1990 | REASON : | MAJOR - ASSAULT ON PERSONS ASSC. WITH DOC |
| RESULT : | LOSS G.T. & CUST. CHG | COMMENTS: | 45 DAYS DISC SEG. |
| | | INSTITUTION : | LIMESTONE CORRECTIONAL CENTER |
| DATE : | 08/31/1989 | REASON : | MAJOR - FIGHTING WITHOUT A WEAPON |
| RESULT : | NONE | COMMENTS: | 14 DAYS DISC SEG. |
| | | INSTITUTION : | LIMESTONE CORRECTIONAL CENTER |
| DATE : | 04/12/1989 | REASON : | MAJOR - FAIL TO OBEY A DIRECT ORDER OF DOC OFF |
| RESULT : | LOSS OF GOOD TIME | COMMENTS: | |

ALABAMA DEPARTMENT OF CORRECTIONS

**CLASSIFICATION SUMMARY**

**CLAS001**

---

## ENEMIES - (CLAS009)

███████ - KNOWN ENEMIES

| AIS: ██████ | NAME: ████████████ | STATUS: Valid |

**INSTITUTION:** STATON CORR.

**REASON:** Co-Defendant

**ENTRY:** lashanda.hails

**ENTRY TIME:** 3/19/2012 3:00:19 PM

**COMMENTS:** Co-Defendant   Inmate Jones, Christopher ████ was contracted by ████████ AIS# ██████ ████████ AIS# ██████, and ████████ (AIS Unknown) to kill 5 Hispanic males due to $438, 000 in drug money being stolen. ████████████ (AIS unknown) handed $15, 000 over to Jones as payment for the murders. Jones recruited ████████ ████ and ████████████ (AIS unknown) to assist with the murders.

---

| AIS: ██████ | NAME: ██████████████ | STATUS: Valid |

**INSTITUTION:** KILBY CORR FAC

**REASON:** both inmates are on the same Capital Murder case together ████████ requested they be made enemies

**ENTRY:** alicia.white

**ENTRY TIME:** 2/14/2012 10:57:13 AM

**COMMENTS:** both inmates are on the same Capital Murder case together ████████ requested they be made enemies both inmates are on the same Capital Murder case together ████████ requested they be made enemi

---

## NAME AND ADDRESS OF CONTACTS - (CLAS010)

AIS : ██████████

| Mother : | ██████████ | (MOTHER),   - Emergency Contact | Phone # : ██████████ |

---

ALABAMA DEPARTMENT OF CORRECTIONS
## CLASSIFICATION SUMMARY

**CLAS001**

---

### INMATE CLASSIFICATION RISK ASSESSMENT - (CLAS011)

**Name**    JONES, CHRISTOPHER SCOTT                    **Number :**    ▮▮▮▮▮

**Classification Specialist :**    docal\philip.cox          **Date :**  11/04/2015

| | |
|---|---|
| History of Institutional Violence (Jail or prison, code most serious last 5 years) | 0 |
| None | Score |
| Severity of current offense | 6 |
| Highest | Score |
| Prior Assaultive Offense History (score the most severe in the inmate's history) | 0 |
| None, Low, or Low/Moderate | Score |
| Escape History (rate last 5 years of incarceration) | 0 |
| No escapes or attempts (or no prior incarceration) | Score |
| Current Age | -1 |
| 40-49 years | Score |
| Number of Disciplinary Reports | -3 |
| None in the last 18 months | Score |
| Most Severe Disciplinary Report Received (Last 18 months) | 0 |
| None | Score |
| Program / Work Assignment (current incarceration) | -2 |
| Completion of certified treatment or education program/degree | Score |

| | |
|---|---|
| **TOTAL** | 0 |
| | **Total Score** |

---

ALABAMA DEPARTMENT OF CORRECTIONS
## CLASSIFICATION SUMMARY

**CLAS001**

---

### INMATE CLASSIFICATION SECURITY LEVEL - (CLAS012)

AIS : █████

| | |
|---|---|
| I.   Security Level indicated by score. | 1 |
| II.  Recommended Security Level. | 5 |

**Security Restrictions:**   R-Multiple homicides – Not DUI

**Reason:**   <u>Time Left to Serve</u>

### Comments:

| | |
|---|---|
| Institution Recommendation | P.R. Inmate Christopher Jones, █████ is serving a 25-year sentence for Murder X2. Subject and co-defendants bound and tortured several victims by electrocution in retaliation for large amounts of money stolen from a Mexican drug cartel. All victims died of asphyxiation. Priors include RSP I and UBEMV X3. Good adjustment in the DOC, with current 2 1/2 year clear disc. record and TC graduation. Subject is in TC aftercare and works as a barber. Recommend no changes at this time -- remain medium St. Clair. |
| Psych Associate Review | Psych Assoc. unavailable. |
| Warden Review | Concur with the Specialist's recommendation. |

| Title | Custody | Sec Lvl | Date |
|---|---|---|---|
| **Specialist Final Review And Submission**<br>doca\philip.cox | MEDIUM | 5 | 11/17/2015 |
| **Complete** | MEDIUM | 5 | 11/17/2015 |

### APPROVED INSTITUTIONS

| | |
|---|---|
| KILBY RCC | HOLMAN PRISON |
| WILLIAM E. DONALDSON CORR. FAC. | KILBY INFIRMARY |
| ST.CLAIR CORRECTIONAL FAC. | |

ALABAMA DEPARTMENT OF CORRECTIONS
## CLASSIFICATION SUMMARY

**CLAS001**

AIS # : ▓▓▓▓▓▓          NAME: JONES, CHRISTOPHER SCOTT          RACE: B    SEX: M

EARNING STATUS : PROHIBITED FROM EARNING GOODTIME

CLASSIFYING INSTITUTION IS -    ST.CLAIR CORRECTIONAL FAC.

RECOMMMENDED CUSTODY IS - _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _    APRROVED CUSTODY IS -_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

RECOMMMENDED INST IS -_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _    APRROVED PLACEMENT IS -_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

PRESENT WORK    ASSIGNMENT                              NEW WORK ASSIGNMENT

PRIMARY -    _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _        _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

SECONDARY - _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _        _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

PROGRAM PARTICIPATION - _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

WAIVER OF CRITERIA REQUESTED FOR - _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

JUSTIFICATION AND COMMENTS -

P.R. Inmate Christopher Jones, ▓▓▓▓▓ is serving a 25-year sentence for Murder X2. Subject and co-defendants bound and tortured several victims by electrocution in retaliation for large amounts of money stolen from a Mexican drug cartel. All victims died of asphyxiation. Priors include RSP I and UBEMV X3. Good adjustment in the DOC, with current 2 1/2 year clear disc. record and TC graduation. Subject is in TC aftercare and works as a barber. Recommend no changes at this time – remain medium St. Clair.

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

| CLASSIFICATION SPECIALIST | DATE | CLASSIFICATION CO-ORDINATOR | DATE |
|---|---|---|---|
| PSYCHOLOGIST | DATE | CENTRAL REVIEW BOARD | DATE |
| WARDEN OR REPRESENTIVE | DATE | CENTRAL REVIEW BOARD | DATE |
| INMATE | DATE | CENTRAL REVIEW BOARD | DATE |

ALABAMA DEPARTMENT OF CORRECTIONS
## CLASSIFICATION SUMMARY

**CLAS001**

AIS # : ▮▮▮▮▮▮▮        NAME: JONES, CHRISTOPHER SCOTT        RACE: B    SEX: M

DATE OF BIRTH: ▮▮▮▮▮▮        BIRTH COUNTRY: UNITED STATES        STATE OF BIRTH: AL

INSTITUTION :  ST.CLAIR CORRECTIONAL FAC.        CITIZENSHIP:  true

PAROLE CONSIDERATION DATE: 08/01/2023

RELIGION : NONE        STG:N/A   HAIR: BLK   EYES: BRO

CURRENT CUSTODY : MED9        DNA TEST:  11/01/2011    HEIGHT: 5FT  9IN        WEIGHT: 172

PRIMARY OCCUPATION: BARBER / BEAUTICIAN /        SECONDARY OCCUPATION: LABORER - GENERAL
COSMETOLOGIST

HIGHEST GRADE LEVEL COMPLETED : 10TH GRADE        MIN RELEASE DATE : 08/23/2033

DRIVER'S LICENSE #: - none        LONG RELEASE DATE : 08/23/2033

STATUS: NEW COMIT FROM CRT W/O REV OF PROB

DUTY STATUS: EXCELLENT (GOOD HEALTH)        Youth Offender: A

EMERGENGENCY CONTACT : ▮▮▮▮▮▮ (MOTHER)   (Mother)  PHONE:
▮▮▮▮▮▮        BIRMINGHAM, AL  352340000

---

## SPECIAL NEEDS- (CLAS002)

Psychologist :

Physician :

Physical Limitations :

Physical Comments :

Medication Types :

Medication Comments :

Communication Needs :

Communication Comments :

Treatment Needs :

Treatment Comments :        Subject graduated TC

Mental Health Code :        MH 0

Health Code :        1

Programs :        Therapeutic Community (18 mo)

Inmate Stated he/she received special education services :        No

---

ALABAMA DEPARTMENT OF CORRECTIONS
## CLASSIFICATION SUMMARY
**CLAS001**

AIS: ███████          **CURRENT CONVICTIONS - (CLAS003)**

| Suf | COUNTY | CASE # | DATE | CRIME | TERM | CS/CC |
|-----|--------|--------|------|-------|------|-------|
| R | SHLB | 001112 | 10/28/2011 | MURDER | 025Y00M00D | CS |

### CRIME DETAILS - (CLAS017)

| | |
|---|---|
| Verification : | Verified |
| Victim Injury : | Death |
| Plea Bargained? : | Yes |
| Original Charge : | Capital Murder |
| High Profile? : | Yes |
| YOA Indicator : | No |
| Notes : | 5 hispanics  bound and tortured by electrocution  in retaliation for 1.2 million dollars stolen from mexican drug cartel headed by "El Primo".  All victims died of asphyxiation. multiple codefendants. |
| Is Capital Offense : | No |
| Provoked/Extenuating Circumstances : | No |
| Murder Victim : | Gang related |

| Suf | COUNTY | CASE # | DATE | CRIME | TERM | CS/CC |
|-----|--------|--------|------|-------|------|-------|
| R | SHLB | 001113 | 10/28/2011 | MURDER | 025Y00M00D | CC |

### CRIME DETAILS - (CLAS017)

| | |
|---|---|
| Verification : | Verified |
| Victim Injury : | Death |
| Plea Bargained? : | Yes |
| Original Charge : | Capital Murder |
| High Profile? : | Yes |
| YOA Indicator : | No |
| Notes : | 5 hispanics  bound and tortured by electrocution retaliation for 1.2 million dollars stolen from mexican drug cartel headed by "El Primo".  All victims died of asphyxiation. multiple codefendants. |
| Is Capital Offense : | No |
| Provoked/Extenuating Circumstances : | No |
| Murder Victim : | Gang related |

## DETAINERS - (CLAS004)

**AIS:** ███████

NO ACTIVE DETAINERS FOUND ON FILE

ALABAMA DEPARTMENT OF CORRECTIONS
## CLASSIFICATION SUMMARY

**CLAS001**

AIS: ▮▮▮▮▮▮        **PRIOR CONVICTIONS - (CLAS005)**

| SUF | DATE | CRIME | TERM | CS/CC | HABITUAL |
|-----|------|-------|------|-------|----------|
| | 12/02/1988 | RECV STOLEN PROPERTY I | 002Y00M00D | Consecutive | NO |
| | 05/12/1989 | UNLAW BREAKING AND ENTERING VEHICLE | 005Y00M00D | Concurrent | NO |
| | 05/12/1989 | UNLAW BREAKING AND ENTERING VEHICLE | 005Y00M00D | Concurrent | NO |
| | 05/12/1989 | UNLAW BREAKING AND ENTERING VEHICLE | 005Y00M00D | Concurrent | NO |

AIS: ▮▮▮▮▮▮        **ESCAPES - (CLAS006)**

NO ESCAPE RECORDS FOUND ON FILE

AIS: ▮▮▮▮        **PAROLE & PROBATION - (CLAS007)**

NO P&P RECORDS FOUND ON FILE

ALABAMA DEPARTMENT OF CORRECTIONS
## CLASSIFICATION SUMMARY

**CLAS001**

## DISCIPLINARIES - (CLAS008)

AIS: ████    SUFFIX : R

| | | INSTITUTION : | ST.CLAIR CORRECTIONAL FAC. |
|---|---|---|---|
| DATE : | 08/01/2016 | REASON : | MAJOR - UNAUTHORIZED POSSESSION OF A WEAPON OR DEVICE THAT COULD BE USED AS A |
| RESULT : | NONE | COMMENTS: | SCCF-16-01149-4 |
| | | INSTITUTION : | ST.CLAIR CORRECTIONAL FAC. |
| DATE : | 01/24/2013 | REASON : | MAJOR - UNAUTHORIZED POSSESSION OF A PHONE(S) / ACCESSORY(S) |
| RESULT : | NONE | COMMENTS: | SCCF-13-00111-5 |
| | | INSTITUTION : | ST.CLAIR CORRECTIONAL FAC. |
| DATE : | 08/24/2012 | REASON : | MAJOR - POSSESSION OF CONTRABAND |
| RESULT : | NONE | COMMENTS: | 45 DAYS DISC. SEG. |
| | | INSTITUTION : | ST.CLAIR CORRECTIONAL FAC. |
| DATE : | 08/24/2012 | REASON : | MAJOR - POSSESSION OF CONTRABAND |
| RESULT : | NONE | COMMENTS: | 45 DAYSDISC. SEG. |

AIS: ████    SUFFIX :

| | | INSTITUTION : | ST.CLAIR CORRECTIONAL FAC. |
|---|---|---|---|
| DATE : | 03/11/1991 | REASON : | MINOR - AID & ABETTING ANOTHER TO VIO. DOC RULES |
| RESULT : | LOSS OF GOOD TIME | COMMENTS: | |
| | | INSTITUTION : | ST.CLAIR CORRECTIONAL FAC. |
| DATE : | 09/28/1990 | REASON : | MAJOR - INSUBORDINATION |
| RESULT : | NONE | COMMENTS: | 45 DAYS DIS SEG |
| | | INSTITUTION : | LIMESTONE CORRECTIONAL CENTER |
| DATE : | 02/16/1990 | REASON : | MAJOR - ASSAULT ON PERSONS ASSC. WITH DOC |
| RESULT : | LOSS G.T. & CUST. CHG | COMMENTS: | 45 DAYS DISC SEG. |
| | | INSTITUTION : | LIMESTONE CORRECTIONAL CENTER |
| DATE : | 08/31/1989 | REASON : | MAJOR - FIGHTING WITHOUT A WEAPON |
| RESULT : | NONE | COMMENTS: | 14 DAYS DISC SEG. |
| | | INSTITUTION : | LIMESTONE CORRECTIONAL CENTER |
| DATE : | 04/12/1989 | REASON : | MAJOR - FAIL TO OBEY A DIRECT ORDER OF DOC OFF. |
| RESULT : | LOSS OF GOOD TIME | COMMENTS: | |

ALABAMA DEPARTMENT OF CORRECTIONS

**CLASSIFICATION SUMMARY**

CLAS001

---

## ENEMIES - (CLAS009)

█████ - KNOWN ENEMIES

---

| AIS: ██████ | NAME: ██████████ | STATUS: Valid |
|---|---|---|

**INSTITUTION:** STATON CORR.

**REASON:** Co-Defendant

**ENTRY:** lashanda.hails

**ENTRY TIME:** 3/19/2012 3:00:19 PM

---

**COMMENTS:** Co-Defendant   Inmate Jones, Christopher ████ was contracted by █████████ AIS# ██████ ████████ AIS# ██████ and █████ (AIS Unknown) to kill 5 Hispanic males due to $438, 000 in drug money being stolen. ██████ (AIS unknown) handed $15, 000 over to Jones as payment for the murders. Jones recruited ██████████ █████ and ████████████ (AIS unknown) to assist with the murders.

---

| AIS: ██████ | NAME: █████████ ████████ | STATUS: Valid |
|---|---|---|

**INSTITUTION:** KILBY CORR FAC

**REASON:** both inmates are on the same Capital Murder case together ████████ requested they be made enemies

**ENTRY:** alicia.white

**ENTRY TIME:** 2/14/2012 10:57:13 AM

---

**COMMENTS:** both inmates are on the same Capital Murder case together ████████ requested they be made enemies both inmates are on the same Capital Murder case together ████████ requested they be made enemi

---

## NAME AND ADDRESS OF CONTACTS - (CLAS010)

AIS : ██████

| Mother : | ████████ (MOTHER),  - Emergency Contact | Phone # : |
|---|---|---|
| | ████████████ | |
| | BIRMINGHAM, AL  352340000 | |

---

ALABAMA DEPARTMENT OF CORRECTIONS

**CLAS001**

## CLASSIFICATION SUMMARY

### INMATE CLASSIFICATION RISK ASSESSMENT - (CLAS011)

**Name**   JONES, CHRISTOPHER SCOTT                     **Number :** ▮

**Classification Specialist :**   docal\philip.cox              **Date :**  10/28/2016

| | |
|---|---|
| **History of Institutional Violence (Jail or prison, code most serious last 5 years)** | 0 |
| None | Score |
| **Severity of current offense** | 6 |
| Highest | Score |
| **Prior Assaultive Offense History (score the most severe in the inmate's history)** | 0 |
| None, Low, or Low/Moderate | Score |
| **Escape History (rate last 5 years of incarceration)** | 0 |
| No escapes or attempts (or no prior incarceration) | Score |
| **Current Age** | -1 |
| 40-49 years | Score |
| **Number of Disciplinary Reports** | 1 |
| One in last 12 months | Score |
| *Override Reason : 8/1/16 poss. of weapon* | |
| **Most Severe Disciplinary Report Received (Last 18 months)** | 7 |
| Highest | Score |
| **Program / Work Assignment (current incarceration)** | -2 |
| Completion of certified treatment or education program/degree | Score |
| **Program / Work Assignment (current incarceration)** | -1 |
| Satisfactory work assignment or steady participation in a Treatment/education program | Score |
| **TOTAL** | 10 |
| | Total Score |

ALABAMA DEPARTMENT OF CORRECTIONS
## CLASSIFICATION SUMMARY

**CLAS001**

---

### INMATE CLASSIFICATION SECURITY LEVEL - (CLAS012)

AIS : ██████

| | | |
|---|---|---|
| I. | Security Level indicated by score. | 5 |
| II. | Recommended Security Level. | 5 |

**Security Restrictions:**   R-Multiple homicides - Not DUI

### Comments:

| | |
|---|---|
| Institution Recommendation | P.R. Inmate Christopher Jones, ██████, is serving a 25-year sentence for Murder X2. Subject and co-defendants bound and tortured several victims by electrocution in retaliation for large amounts of drug money stolen from a Mexican drug cartel. All victims died of asphyxiation. Priors include RSP I and UBEMV X3. In last 12 months, 1 disc. for poss. of weapon. Subject's first disc. in a few years. Currently works as barber. Recommend no changes at this time -- remain medium St. Clair. |
| Psych Associate Review | I concur with Classification recommendation. |
| Warden Review | Concur with the Specialist's recommendation. |

| Title | Custody | Sec Lvl | Date |
|---|---|---|---|
| **Specialist Final Review And Submission**<br>docal\philip.cox | MEDIUM | 5 | 10/31/2016 |
| **Complete** | MEDIUM | 5 | 10/31/2016 |

### APPROVED INSTITUTIONS

| | |
|---|---|
| KILBY RCC | HOLMAN PRISON |
| WILLIAM E. DONALDSON CORR. FAC. | KILBY INFIRMARY |
| ST.CLAIR CORRECTIONAL FAC. | |
| SEARCY MENTAL INSTITUTION | |

---

ALABAMA DEPARTMENT OF CORRECTIONS
## CLASSIFICATION SUMMARY

**CLAS001**

AIS # : ▮▮▮▮▮▮        NAME: JONES, CHRISTOPHER SCOTT        RACE: B    SEX: M

EARNING STATUS : PROHIBITED FROM EARNING GOODTIME

CLASSIFYING INSTITUTION IS -     ST.CLAIR CORRECTIONAL FAC.

RECOMMMENDED CUSTODY IS - _ _ _ _ _ _ _ _ _ _ _ _ _ _    APRROVED CUSTODY IS - _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

RECOMMMENDED INST  IS - _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _    APRROVED PLACEMENT  IS - _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

PRESENT WORK      ASSIGNMENT                                    NEW WORK ASSIGNMENT

PRIMARY -    _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _        _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

SECONDARY - _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _        _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

PROGRAM PARTICIPATION - _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

WAIVER OF CRITERIA REQUESTED FOR - _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

JUSTIFICATION AND COMMENTS -

P.R. Inmate Christopher Jones, ▮▮▮▮▮ is serving a 25-year sentence for Murder X2. Subject and co-defendants bound and tortured several victims by electrocution in retaliation for large amounts of drug money stolen from a Mexican drug cartel. All victims died of asphyxiation. Priors include RSP I and UBEMV X3. In last 12 months, 1 disc. for poss. of weapon, Subject's first disc. in a few years. Currently works as barber. Recommend no changes at this time -- remain medium St. Clair.

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

| CLASSIFICATION SPECIALIST | DATE | CLASSIFICATION CO-ORDINATOR | DATE |
|---|---|---|---|
| PSYCHOLOGIST | DATE | CENTRAL REVIEW BOARD | DATE |
| WARDEN OR REPRESENTIVE | DATE | CENTRAL REVIEW BOARD | DATE |
| INMATE | DATE | CENTRAL REVIEW BOARD | DATE |

ALABAMA DEPARTMENT OF CORRECTIONS

**CLASSIFICATION SUMMARY**

**CLAS001**

| | | |
|---|---|---|
| AIS # : ▓▓▓▓▓ | NAME: JONES, CHRISTOPHER SCOTT | RACE: B    SEX: M |
| DATE OF BIRTH: ▓▓▓▓ | BIRTH COUNTRY: UNITED STATES | STATE OF BIRTH: AL |

INSTITUTION :  ST.CLAIR CORRECTIONAL FAC.                                   CITIZENSHIP:  true

PAROLE CONSIDERATION DATE: 08/01/2023

RELIGION : NONE            STG:   HAIR: BLK   EYES: BRO

CURRENT CUSTODY : MED9        DNA TEST :  11/01/2011      HEIGHT: 5FT  9IN                WEIGHT:  172

PRIMARY OCCUPATION: BARBER / BEAUTICIAN /                   SECONDARY OCCUPATION: LABORER - GENERAL
COSMETOLOGIST

HIGHEST GRADE LEVEL COMPLETED :  10TH GRADE         MIN RELEASE DATE :  08/23/2033

DRIVER'S LICENSE #:  - none                           LONG RELEASE DATE :  08/23/2033

STATUS: NEW COMIT FROM CRT W/O REV OF PROB

DUTY STATUS: EXCELLENT (GOOD HEALTH)                        Youth Offender: A

EMERGENGENCY CONTACT :              ▓▓▓▓ (MOTHER)   (Mother) PHONE:

---

## SPECIAL NEEDS- (CLAS002)

**Psychologist :**

**Physician :**

**Physical Limitations :**

**Physical Comments :**

**Medication Types :**

**Medication Comments :**

**Communication Needs :**

**Communication Comments :**

**Treatment Needs :**

**Treatment Comments :**        Subject graduated TC
                                Currently in trade school at GSCC, studying Heating and Air

**Mental Health Code :**        MH 0

**Health Code :**               1

**Programs :**      Therapeutic Community (18 mo)

**Inmate Stated he/she received special education services :**        No

ALABAMA DEPARTMENT OF CORRECTIONS
## CLASSIFICATION SUMMARY

**CLAS001**

AIS: ▇▇▇▇▇▇    **CURRENT CONVICTIONS - (CLAS003)**

| Suf | COUNTY | CASE # | DATE | CRIME | TERM | CS/CC |
|-----|--------|--------|------|-------|------|-------|
| R | SHLB | 001112 | 10/28/2011 | MURDER | 025Y00M00D | CS |

### CRIME DETAILS - (CLAS017)

| | |
|---|---|
| Verification : | Verified |
| Victim Injury : | Death |
| Plea Bargained? : | Yes |
| Original Charge : | Capital Murder |
| High Profile? : | Yes |
| YOA Indicator : | No |
| Notes : | 5 hispanics  bound and tortured by electrocution  in retaliation for 1.2 million dollars stolen from mexican drug cartel headed by "El Primo".  All victims died of asphyxiation. multiple codefendants. |
| Is Capital Offense : | No |
| Provoked/Extenuating Circumstances : | No |
| Murder Victim : | Gang related |

| Suf | COUNTY | CASE # | DATE | CRIME | TERM | CS/CC |
|-----|--------|--------|------|-------|------|-------|
| R | SHLB | 001113 | 10/28/2011 | MURDER | 025Y00M00D | CC |

### CRIME DETAILS - (CLAS017)

| | |
|---|---|
| Verification : | Verified |
| Victim Injury : | Death |
| Plea Bargained? : | Yes |
| Original Charge : | Capital Murder |
| High Profile? : | Yes |
| YOA Indicator : | No |
| Notes : | 5 hispanics  bound and tortured by electrocution retaliation for 1.2 million dollars stolen from mexican drug cartel headed by "El Primo".  All victims died of asphyxiation. multiple codefendants. |
| Is Capital Offense : | No |
| Provoked/Extenuating Circumstances : | No |
| Murder Victim : | Gang related |

### DETAINERS - (CLAS004)

**AIS:** ▇▇▇▇▇▇

NO ACTIVE DETAINERS FOUND ON FILE

ALABAMA DEPARTMENT OF CORRECTIONS

## CLASSIFICATION SUMMARY

**CLAS001**

AIS: ▮▮▮▮▮▮    **PRIOR CONVICTIONS - (CLAS005)**

| SUF | DATE | CRIME | TERM | CS/CC | HABITUAL |
|-----|------|-------|------|-------|----------|
| | 12/02/1988 | RECV STOLEN PROPERTY I | 002Y00M00D | Consecutive | NO |
| | 05/12/1989 | UNLAW BREAKING AND ENTERING VEHICLE | 005Y00M00D | Concurrent | NO |
| | 05/12/1989 | UNLAW BREAKING AND ENTERING VEHICLE | 005Y00M00D | Concurrent | NO |
| | 05/12/1989 | UNLAW BREAKING AND ENTERING VEHICLE | 005Y00M00D | Concurrent | NO |

AIS: ▮▮▮▮▮▮    **ESCAPES - (CLAS006)**

NO ESCAPE RECORDS FOUND ON FILE

AIS: ▮▮▮▮    **PAROLE & PROBATION - (CLAS007)**

NO P&P RECORDS FOUND ON FILE

ALABAMA DEPARTMENT OF CORRECTIONS

**CLAS001**

## CLASSIFICATION SUMMARY

### DISCIPLINARIES - (CLAS008)

AIS: ▮▮▮▮   SUFFIX : R

| | | INSTITUTION : | ST.CLAIR CORRECTIONAL FAC. |
|---|---|---|---|
| DATE : | 08/01/2016 | REASON : | MAJOR - UNAUTHORIZED POSSESSION OF A WEAPON OR DEVICE THAT COULD BE USED AS A |
| RESULT : | NONE | COMMENTS: | SCCF-16-01149-4 |
| | | INSTITUTION : | ST.CLAIR CORRECTIONAL FAC. |
| DATE : | 01/24/2013 | REASON : | MAJOR - UNAUTHORIZED POSSESSION OF A PHONE(S) / ACCESSORY(S) |
| RESULT : | NONE | COMMENTS: | SCCF-13-00111-5 |
| | | INSTITUTION : | ST.CLAIR CORRECTIONAL FAC. |
| DATE : | 08/24/2012 | REASON : | MAJOR - POSSESSION OF CONTRABAND |
| RESULT : | NONE | COMMENTS: | 45 DAYS DISC. SEG. |
| | | INSTITUTION : | ST.CLAIR CORRECTIONAL FAC. |
| DATE : | 08/24/2012 | REASON : | MAJOR - POSSESSION OF CONTRABAND |
| RESULT : | NONE | COMMENTS: | 45 DAYSDISC. SEG. |

AIS: ▮▮▮▮   SUFFIX :

| | | INSTITUTION : | ST.CLAIR CORRECTIONAL FAC. |
|---|---|---|---|
| DATE : | 03/11/1991 | REASON : | MINOR - AID & ABETTING ANOTHER TO VIO. DOC RULES |
| RESULT : | LOSS OF GOOD TIME | COMMENTS: | |
| | | INSTITUTION : | ST.CLAIR CORRECTIONAL FAC. |
| DATE : | 09/28/1990 | REASON : | MAJOR - INSUBORDINATION |
| RESULT : | NONE | COMMENTS: | 45 DAYS DIS SEG |
| | | INSTITUTION : | LIMESTONE CORRECTIONAL CENTER |
| DATE : | 02/16/1990 | REASON : | MAJOR - ASSAULT ON PERSONS ASSC. WITH DOC |
| RESULT : | LOSS G.T. & CUST. CHG | COMMENTS: | 45 DAYS DISC SEG. |
| | | INSTITUTION : | LIMESTONE CORRECTIONAL CENTER |
| DATE : | 08/31/1989 | REASON : | MAJOR - FIGHTING WITHOUT A WEAPON |
| RESULT : | NONE | COMMENTS: | 14 DAYS DISC SEG. |
| | | INSTITUTION : | LIMESTONE CORRECTIONAL CENTER |
| DATE : | 04/12/1989 | REASON : | MAJOR - FAIL TO OBEY A DIRECT ORDER OF DOC OFF. |
| RESULT : | LOSS OF GOOD TIME | COMMENTS: | |

ALABAMA DEPARTMENT OF CORRECTIONS
**CLASSIFICATION SUMMARY**

**CLAS001**

---

## ENEMIES - (CLAS009)

███████ - KNOWN ENEMIES

| | | |
|---|---|---|
| **AIS:** ███████ | **NAME:** ████████████ | **STATUS:** Valid |

**INSTITUTION:** STATON CORR.

**REASON:** Co-Defendant

**ENTRY:** lashanda.hails

**ENTRY TIME:** 3/19/2012 3:00:19 PM

---

**COMMENTS:** Co-Defendant   Inmate Jones, Christopher ██████ was contracted by ██████████ AIS# ██████ Alejandros ████████ AIS# 281706, and ████████████ (AIS Unknown) to kill 5 Hispanic males due to $438, 000 in drug money being stolen. ██████████ (AIS unknown) handed $15, 000 over to Jones as payment for the murders. Jones recruited ██████████ ███████ and ████████████ (AIS unknown) to assist with the murders.

---

| | | |
|---|---|---|
| **AIS:** ███████ | **NAME:** ████████████ | **STATUS:** Valid |

**INSTITUTION:** KILBY CORR FAC

**REASON:** both inmates are on the same Capital Murder case together ████████ requested they be made enemies

**ENTRY:** alicia.white

**ENTRY TIME:** 2/14/2012 10:57:13 AM

---

**COMMENTS:** both inmates are on the same Capital Murder case together ████████ requested they be made enemies both inmates are on the same Capital Murder case together ████████ requested they be made enemi

---

## NAME AND ADDRESS OF CONTACTS - (CLAS010)

AIS : ████████

| | |
|---|---|
| **Mother :** ██████████ **(MOTHER),** - **Emergency Contact** | **Phone # :** |
| ████████████ | ████████████ |

---

ALABAMA DEPARTMENT OF CORRECTIONS
## CLASSIFICATION SUMMARY

**CLAS001**

### INMATE CLASSIFICATION RISK ASSESSMENT - (CLAS011)

**Name**    JONES, CHRISTOPHER SCOTT                    **Number :**

**Classification Specialist :**    docal\philip.cox          **Date :**  09/13/2017

| | |
|---|---|
| **History of Institutional Violence (Jail or prison, code most serious last 5 years)** | 0 |
| None | Score |
| **Severity of current offense** | 6 |
| Highest | Score |
| **Prior Assaultive Offense History (score the most severe in the inmate's history)** | 0 |
| None, Low, or Low/Moderate | Score |
| **Escape History (rate last 5 years of incarceration)** | 0 |
| No escapes or attempts (or no prior incarceration) | Score |
| **Current Age** | -1 |
| 40-49 years | Score |
| **Number of Disciplinary Reports** | -2 |
| None in the last 12 months | Score |
| **Most Severe Disciplinary Report Received (Last 18 months)** | 7 |
| Highest | Score |
| **Program / Work Assignment (current incarceration)** | -2 |
| Completion of certified treatment or education program/degree | Score |
| **Program / Work Assignment (current incarceration)** | -1 |
| Satisfactory work assignment or steady participation in a Treatment/education program | Score |
| **TOTAL** | 7 |
| | Total Score |

ALABAMA DEPARTMENT OF CORRECTIONS **CLAS001**
## CLASSIFICATION SUMMARY

---

### INMATE CLASSIFICATION SECURITY LEVEL - (CLAS012)

AIS : ███████

---

I.   **Security Level indicated by score.**          4

II.  **Recommended Security Level.**          5

**Security Restrictions:**   R-Multiple homicides – Not DUI

**Reason:** Time Left to Serve

### Comments:

Institution Recommendation   P.R. Inmate Christopher Jones, ███████ is serving a 25-year sentence for Murder X2. Subject and co-defendants convicted of binding and torturing several victims by electrocution in retaliation for large amounts of drug money stolen from a Mexican drug cartel. All victims died of asphyxiation. Priors include RSP I and UBEV X3. No disc. or citations since 8/16 poss. of weapon. Subject graduated TC and is currently in trade school at GSCC, studying Heating and Air. Recommend no changes at this time -- continue schooling and remain medium St. Clair.

Psych Associate Review   Concur with Specialist recommendations.

Warden Review   Concur with the Specialist's recommendation.

| Title | Custody | Sec Lvl | Date |
|---|---|---|---|
| **Specialist Final Review And Submission** docaNphiIip.cox | MEDIUM | 5 | 10/02/2017 |
| **Complete** | MEDIUM | 5 | 10/02/2017 |

### APPROVED INSTITUTIONS

KILBY RCC                                    HOLMAN PRISON

WILLIAM E. DONALDSON CORR. FAC.              KILBY INFIRMARY

ST.CLAIR CORRECTIONAL FAC.

ALABAMA DEPARTMENT OF CORRECTIONS
## CLASSIFICATION SUMMARY

**CLAS001**

AIS # : ▮▮▮▮▮    NAME: JONES, CHRISTOPHER SCOTT    RACE: B    SEX: M

EARNING STATUS : PROHIBITED FROM EARNING GOODTIME

CLASSIFYING INSTITUTION IS -    ST.CLAIR CORRECTIONAL FAC.

RECOMMMENDED CUSTODY IS - _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _    APRROVED CUSTODY IS -_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

RECOMMMENDED INST IS -_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _    APRROVED PLACEMENT IS -_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

PRESENT WORK    ASSIGNMENT    NEW WORK ASSIGNMENT

PRIMARY -    _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _    _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

SECONDARY - _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _    _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

PROGRAM PARTICIPATION - _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

WAIVER OF CRITERIA REQUESTED FOR - _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

JUSTIFICATION AND COMMENTS -

P.R. Inmate Christopher Jones, ▮▮▮▮▮ is serving a 25-year sentence for Murder X2. Subject and co-defendants convicted of binding and torturing several victims by electrocution in retaliation for large amounts of drug money stolen from a Mexican drug cartel. All victims died of asphyxiation. Priors include RSP I and UBEV X3. No disc. or citations since 8/16 poss. of weapon. Subject graduated TC and is currently in trade school at GSCC, studying Heating and Air. Recommend no changes at this time – continue schooling and remain medium St. Clair.

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

CLASSIFICATION SPECIALIST    DATE    CLASSIFICATION CO-ORDINATOR    DATE

PSYCHOLOGIST    DATE    CENTRAL REVIEW BOARD    DATE

WARDEN OR REPRESENTIVE    DATE    CENTRAL REVIEW BOARD    DATE

INMATE    DATE    CENTRAL REVIEW BOARD    DATE