FILED
2025 Jan-24 PM 01:16
U.S. DISTRICT COURT
N.D. OF ALABAMA

**ALABAMA DEPARTMENT OF CORRECTIONS**
**CLASSIFICATION SUMMARY**

CLAS001

AIS # : ▨▨▨▨▨▨    NAME: JONES, CHRISTOPHER SCOTT    RACE: B    SEX: M

DATE OF BIRTH: ▨▨▨▨▨    BIRTH COUNTRY: UNITED STATES    STATE OF BIRTH: AL

INSTITUTION : ST.CLAIR CORRECTIONAL FAC.    CITIZENSHIP: true

PAROLE CONSIDERATION DATE: 08/01/2023

RELIGION : CHRISTIAN    STG:    HAIR: BLK    EYES: BRO

CURRENT CUSTODY : MED9    DNA TEST : 11/01/2011    HEIGHT: 5FT 9IN    WEIGHT: 172

PRIMARY OCCUPATION: BARBER / BEAUTICIAN / COSMETOLOGIST    SECONDARY OCCUPATION: LABORER - GENERAL

HIGHEST GRADE LEVEL COMPLETED : 12TH GRADE, GED OR HED    MIN RELEASE DATE : 08/23/2033

DRIVER'S LICENSE #: - none    LONG RELEASE DATE : 08/23/2033

STATUS: NEW COMIT FROM CRT W/O REV OF PROB

DUTY STATUS: EXCELLENT (GOOD HEALTH)    Youth Offender: A

EMERGENGENCY CONTACT :    ▨▨▨▨▨ (MOTHER)    (Mother) PHONE:

▨▨▨▨▨▨▨▨▨▨

---

## SPECIAL NEEDS- (CLAS002)

Psychologist :

Physician :

Physical Limitations :

Physical Comments :

Medication Types :

Medication Comments :

Communication Needs :

Communication Comments :

Treatment Needs :

Treatment Comments :    Subject graduated TC
Currently in trade school at GSCC, studying Heating and Air
Earned GED 1991

Mental Health Code :    MH 0

Health Code :    1

Programs :

Inmate Stated he/she received special education services :    No

ALABAMA DEPARTMENT OF CORRECTIONS
## CLASSIFICATION SUMMARY

**CLAS001**

AIS: ▮▮▮▮▮▮  **CURRENT CONVICTIONS - (CLAS003)**

| Suf | COUNTY | CASE # | DATE | CRIME | TERM | CS/CC |
|-----|--------|--------|------|-------|------|-------|
| R | SHLB | 001112 | 10/28/2011 | MURDER | 025Y00M00D | CS |

**CRIME DETAILS - (CLAS017)**

| | |
|---|---|
| Verification : | Verified |
| Victim Injury : | Death |
| Plea Bargained? : | Yes |
| Original Charge : | Capital Murder |
| High Profile? : | Yes |
| YOA Indicator : | No |
| Notes : | 5 hispanics  bound and tortured by electrocution  in retaliation for 1.2 million dollars stolen from mexican drug cartel headed by "El Primo".  All victims died of asphyxiation. multiple codefendants. |
| Is Capital Offense : | No |
| Provoked/Extenuating Circumstances : | No |
| Murder Victim : | Gang related |

| Suf | COUNTY | CASE # | DATE | CRIME | TERM | CS/CC |
|-----|--------|--------|------|-------|------|-------|
| R | SHLB | 001113 | 10/28/2011 | MURDER | 025Y00M00D | CC |

**CRIME DETAILS - (CLAS017)**

| | |
|---|---|
| Verification : | Verified |
| Victim Injury : | Death |
| Plea Bargained? : | Yes |
| Original Charge : | Capital Murder |
| High Profile? : | Yes |
| YOA Indicator : | No |
| Notes : | 5 hispanics  bound and tortured by electrocution retaliation for 1.2 million dollars stolen from mexican drug cartel headed by "El Primo".  All victims died of asphyxiation. multiple codefendants. |
| Is Capital Offense : | No |
| Provoked/Extenuating Circumstances : | No |
| Murder Victim : | Gang related |

## DETAINERS - (CLAS004)

**AIS:** ▮▮▮▮▮▮

NO ACTIVE DETAINERS FOUND ON FILE

ALABAMA DEPARTMENT OF CORRECTIONS
## CLASSIFICATION SUMMARY

**CLAS001**

AIS: ████████                    PRIOR CONVICTIONS - (CLAS005)

| SUF | DATE | CRIME | TERM | CS/CC | HABITUAL |
|-----|------|-------|------|-------|----------|
|  | 12/02/1988 | RECV STOLEN PROPERTY I | 002Y00M00D | Consecutive | NO |
|  | 05/12/1989 | UNLAW BREAKING AND ENTERING VEHICLE | 005Y00M00D | Concurrent | NO |
|  | 05/12/1989 | UNLAW BREAKING AND ENTERING VEHICLE | 005Y00M00D | Concurrent | NO |
|  | 05/12/1989 | UNLAW BREAKING AND ENTERING VEHICLE | 005Y00M00D | Concurrent | NO |

AIS: ████████                    **ESCAPES - (CLAS006)**

NO ESCAPE RECORDS FOUND ON FILE

AIS: ████████                    **PAROLE & PROBATION - (CLAS007)**

NO P&P RECORDS FOUND ON FILE

ALABAMA DEPARTMENT OF CORRECTIONS          **CLAS001**
## CLASSIFICATION SUMMARY

### DISCIPLINARIES - (CLAS008)

AIS: ███████    SUFFIX : R

| | | INSTITUTION : | ST.CLAIR CORRECTIONAL FAC. |
|---|---|---|---|
| DATE : | 08/01/2016 | REASON : | MAJOR - UNAUTHORIZED POSSESSION OF A WEAPON OR DEVICE THAT COULD BE USED AS A |
| RESULT : | NONE | COMMENTS: | SCCF-16-01149-4 |

| | | INSTITUTION : | ST.CLAIR CORRECTIONAL FAC. |
|---|---|---|---|
| DATE : | 01/24/2013 | REASON : | MAJOR - UNAUTHORIZED POSSESSION OF A PHONE(S) / ACCESSORY(S) |
| RESULT : | NONE | COMMENTS: | SCCF-13-00111-5 |

| | | INSTITUTION : | ST.CLAIR CORRECTIONAL FAC. |
|---|---|---|---|
| DATE : | 08/24/2012 | REASON : | MAJOR - POSSESSION OF CONTRABAND |
| RESULT : | NONE | COMMENTS: | 45 DAYS DISC. SEG. |

| | | INSTITUTION : | ST.CLAIR CORRECTIONAL FAC. |
|---|---|---|---|
| DATE : | 08/24/2012 | REASON : | MAJOR - POSSESSION OF CONTRABAND |
| RESULT : | NONE | COMMENTS: | 45 DAYSDISC. SEG. |

AIS: ███████    SUFFIX :

| | | INSTITUTION : | ST.CLAIR CORRECTIONAL FAC. |
|---|---|---|---|
| DATE : | 03/11/1991 | REASON : | MINOR - AID & ABETTING ANOTHER TO VIO. DOC RULES |
| RESULT : | LOSS OF GOOD TIME | COMMENTS: | |

| | | INSTITUTION : | ST.CLAIR CORRECTIONAL FAC. |
|---|---|---|---|
| DATE : | 09/28/1990 | REASON : | MAJOR - INSUBORDINATION |
| RESULT : | NONE | COMMENTS: | 45 DAYS DIS SEG |

| | | INSTITUTION : | LIMESTONE CORRECTIONAL CENTER |
|---|---|---|---|
| DATE : | 02/16/1990 | REASON : | MAJOR - ASSAULT ON PERSONS ASSC. WITH DOC |
| RESULT : | LOSS G.T. & CUST. CHG | COMMENTS: | 45 DAYS DISC SEG. |

| | | INSTITUTION : | LIMESTONE CORRECTIONAL CENTER |
|---|---|---|---|
| DATE : | 08/31/1989 | REASON : | MAJOR - FIGHTING WITHOUT A WEAPON |
| RESULT : | NONE | COMMENTS: | 14 DAYS DISC SEG. |

| | | INSTITUTION : | LIMESTONE CORRECTIONAL CENTER |
|---|---|---|---|
| DATE : | 04/12/1989 | REASON : | MAJOR - FAIL TO OBEY A DIRECT ORDER OF DOC OFF. |
| RESULT : | LOSS OF GOOD TIME | COMMENTS: | |

ALABAMA DEPARTMENT OF CORRECTIONS

**CLASSIFICATION SUMMARY**

**CLAS001**

---

## ENEMIES - (CLAS009)

### ██████ - KNOWN ENEMIES

| | |
|---|---|
| **AIS:** ██████ **NAME:** ██████████ | **STATUS:** Valid |
| **INSTITUTION:** STATON CORR. | |
| **REASON:** Co-Defendant | **ENTRY:** lashanda.hails |
| | **ENTRY TIME:** 3/19/2012 3:00:19 PM |

**COMMENTS:** Co-Defendant   Inmate Jones, Christopher ██████ was contracted by ██████ AIS# ██████ ██████ AIS# ██████ and ██████ (AIS Unknown) to kill 5 Hispanic males due to $438, 000 in drug money being stolen. ██████ (AIS unknown) handed $15, 000 over to Jones as payment for the murders. Jones recruited ██████ ██████ and ██████████ (AIS unknown) to assist with the murders.

---

| | |
|---|---|
| **AIS:** ██████ **NAME:** ██████████ ██████ | **STATUS:** Valid |
| **INSTITUTION:** KILBY CORR FAC | |
| **REASON:** both inmates are on the same Capital Murder case together ██████ requested they be made enemies | **ENTRY:** alicia.white |
| | **ENTRY TIME:** 2/14/2012 10:57:13 AM |

**COMMENTS:** both inmates are on the same Capital Murder case together ██████ requested they be made enemies both inmates are on the same Capital Murder case together ██████ requested they be made enemi

---

## NAME AND ADDRESS OF CONTACTS - (CLAS010)

### AIS : ██████

| | |
|---|---|
| **Mother :** ██████ **(MOTHER),** - Emergency Contact | **Phone # :** |

ALABAMA DEPARTMENT OF CORRECTIONS **CLAS001**
## CLASSIFICATION SUMMARY

### INMATE CLASSIFICATION RISK ASSESSMENT - (CLAS011)

Name    JONES, CHRISTOPHER SCOTT                    Number : ▮▮▮▮▮▮

**Classification Specialist :**    docal\philip.cox                    Date :  08/17/2018

| | |
|---|---|
| **History of Institutional Violence (Jail or prison, code most serious last 5 years)** | 0 |
| None | Score |
| **Severity of current offense** | 6 |
| Highest | Score |
| **Prior Assaultive Offense History (score the most severe in the inmate's history)** | 0 |
| None, Low, or Low/Moderate | Score |
| **Escape History (rate last 5 years of incarceration)** | 0 |
| No escapes or attempts (or no prior incarceration) | Score |
| **Current Age** | -2 |
| 50 years or older | Score |
| **Number of Disciplinary Reports** | -3 |
| None in the last 18 months | Score |
| **Most Severe Disciplinary Report Received (Last 18 months)** | 0 |
| None | Score |
| **Program / Work Assignment (current incarceration)** | -2 |
| Completion of certified treatment or education program/degree | Score |
| **Program / Work Assignment (current incarceration)** | -1 |
| Satisfactory work assignment or steady participation in a Treatment/education program | Score |
| **TOTAL** | -2 |
| | Total Score |

ALABAMA DEPARTMENT OF CORRECTIONS

## CLASSIFICATION SUMMARY

**CLAS001**

---

### INMATE CLASSIFICATION SECURITY LEVEL - (CLAS012)

AIS : ▮▮▮▮▮▮

| | | |
|---|---|---|
| I. | Security Level indicated by score. | 1 |
| II. | Recommended Security Level. | 4 |

**Security Restrictions:**  R-Multiple homicides – Not DUI

**Reason:**  Other security considerations* (specify)

**Comments:**  Restricted offender

### Comments:

| | |
|---|---|
| Institution Recommendation | P.R. Inmate Christopher Jones, ▮▮▮▮▮▮ is serving a 25-year sentence for Murder X2. Subject and co-defendants convicted of binding and torturing several Victims by electrocution in retaliation for large amounts stolen from a Mexican drug cartel. All Victims died of asphyxiation. Prior felony convictions for property offenses. No disc. or citations since 8/2016 poss. of weapon. Subject graduated TC and is currently in trade school at GSCC. studying Heating and Air. Recommend security-level reduction to SL4 but remain at St. Clair until he completes trade school. Recommendation based on positive adjustment in DOC, program completion and demonstrated maturity. |
| Psych Associate Review | Concur with Specialist recommendations. |
| Warden Review | Positive program completion and participation. Remain St. Clair to complete Education program  kwj |

| Title | Custody | Sec Lvl | Date |
|---|---|---|---|
| **Specialist Final Review And Submission** | MEDIUM | 4 | 09/10/2018 |
| docca\philip.cox | | | |
| **Central Review Board 1** | MEDIUM | 4 | 09/20/2018 |
| docca\angela.lawson | | | |
| *Comments* :  Approve Medium SLIV at St Clair to continue TS (expected to complete in 1/2019). | | | |
| **Complete** | MEDIUM | 4 | 09/20/2018 |

### APPROVED INSTITUTIONS

KILBY RCC                                   KILBY INFIRMARY

ST.CLAIR CORRECTIONAL FAC.

ALABAMA DEPARTMENT OF CORRECTIONS
## CLASSIFICATION SUMMARY

**CLAS001**

AIS # : [redacted]                NAME: JONES, CHRISTOPHER SCOTT              RACE: B    SEX: M

EARNING STATUS : PROHIBITED FROM EARNING GOODTIME

CLASSIFYING INSTITUTION IS -      ST.CLAIR CORRECTIONAL FAC.

RECOMMMENDED CUSTODY IS - _ _ _ _ _ _ _ _ _ _ _ _ _ _ _    APRROVED CUSTODY IS - _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

RECOMMMENDED INST  IS - _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _    APRROVED PLACEMENT  IS - _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

PRESENT WORK     ASSIGNMENT                                    NEW WORK ASSIGNMENT

PRIMARY -    _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _       _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

SECONDARY - _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _       _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

PROGRAM PARTICIPATION - _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

WAIVER OF CRITERIA REQUESTED FOR - _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

JUSTIFICATION AND COMMENTS -

P.R. Inmate Christopher Jones, [redacted] is serving a 25-year sentence for Murder X2. Subject and co-defendants convicted of binding and torturing several Victims by electrocution in retaliation for large amounts stolen from a Mexican drug cartel. All Victims died of asphyxiation. Prior felony convictions for property offenses. No disc. or citations since 8/2016 poss. of weapon. Subject graduated TC and is currently in trade school at GSCC, studying Heating and Air. Recommend security-level reduction to SL4 but remain at St. Clair until he completes trade school. Recommendation based on positive adjustment in DOC, program completion and demonstrated maturity.

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

| | | | |
|---|---|---|---|
| CLASSIFICATION SPECIALIST | DATE | CLASSIFICATION CO-ORDINATOR | DATE |
| PSYCHOLOGIST | DATE | CENTRAL REVIEW BOARD | DATE |
| WARDEN OR REPRESENTIVE | DATE | CENTRAL REVIEW BOARD | DATE |
| INMATE | DATE | CENTRAL REVIEW BOARD | DATE |

## ALABAMA DEPARTMENT OF CORRECTIONS
## CLASSIFICATION SUMMARY

**CLAS001**

AIS # : ▓▓▓▓▓▓▓    NAME: JONES, CHRISTOPHER SCOTT    RACE: B    SEX: M

DATE OF BIRTH: ▓▓▓▓▓▓    BIRTH COUNTRY: UNITED STATES    STATE OF BIRTH: AL

INSTITUTION : ST.CLAIR CORRECTIONAL FAC.    CITIZENSHIP: true

PAROLE CONSIDERATION DATE: 08/01/2023

RELIGION : CHRISTIAN    STG:    HAIR: BLK    EYES: BRO

CURRENT CUSTODY : MED9    DNA TEST : 11/01/2011    HEIGHT: 5FT 9IN    WEIGHT: 172

PRIMARY OCCUPATION: BARBER / BEAUTICIAN / COSMETOLOGIST    SECONDARY OCCUPATION: LABORER - GENERAL

HIGHEST GRADE LEVEL COMPLETED : 12TH GRADE, GED OR HED    MIN RELEASE DATE : 08/23/2033

DRIVER'S LICENSE #: - none    LONG RELEASE DATE : 08/23/2033

STATUS: NEW COMIT FROM CRT W/O REV OF PROB

DUTY STATUS: EXCELLENT (GOOD HEALTH)    Youth Offender: A

EMERGENGENCY CONTACT :    ▓▓▓▓▓▓ (MOTHER)    (Mother) PHONE: ▓▓▓▓▓▓▓▓▓

---

## SPECIAL NEEDS- (CLAS002)

Psychologist :

Physician :

Physical Limitations :

Physical Comments :

Medication Types :

Medication Comments :

Communication Needs :

Communication Comments :

Treatment Needs :

Treatment Comments :    Subject graduated TC
Studied Heating and Air at TC, but doesn't appear to have completed it.
Earned GED 1991

Mental Health Code :    MH A

Health Code :    1

Programs :    Therapeutic Community (18 mo)

Inmate Stated he/she received special education services :    No

ALABAMA DEPARTMENT OF CORRECTIONS
## CLASSIFICATION SUMMARY

**CLAS001**

| AIS: ▓▓▓▓ | | | CURRENT CONVICTIONS - (CLAS003) | | | |

| Suf | COUNTY | CASE # | DATE | CRIME | TERM | CS/CC |
|---|---|---|---|---|---|---|
| R | SHLB | 001112 | 10/28/2011 | MURDER | 025Y00M00D | CS |

### CRIME DETAILS - (CLAS017)

| | |
|---|---|
| Verification : | Verified |
| Victim Injury : | Death |
| Plea Bargained? : | Yes |
| Original Charge : | Capital Murder |
| High Profile? : | Yes |
| YOA Indicator : | No |
| Notes : | 5 hispanics  bound and tortured by electrocution  in retaliation for 1.2 million dollars stolen from mexican drug cartel headed by "El Primo".  All victims died of asphyxiation. multiple codefendants. |
| Is Capital Offense : | No |
| Provoked/Extenuating Circumstances : | No |
| Murder Victim : | Gang related |

| Suf | COUNTY | CASE # | DATE | CRIME | TERM | CS/CC |
|---|---|---|---|---|---|---|
| R | SHLB | 001113 | 10/28/2011 | MURDER | 025Y00M00D | CC |

### CRIME DETAILS - (CLAS017)

| | |
|---|---|
| Verification : | Verified |
| Victim Injury : | Death |
| Plea Bargained? : | Yes |
| Original Charge : | Capital Murder |
| High Profile? : | Yes |
| YOA Indicator : | No |
| Notes : | 5 hispanics  bound and tortured by electrocution retaliation for 1.2 million dollars stolen from mexican drug cartel headed by "El Primo".  All victims died of asphyxiation. multiple codefendants. |
| Is Capital Offense : | No |
| Provoked/Extenuating Circumstances : | No |
| Murder Victim : | Gang related |

## DETAINERS - (CLAS004)

**AIS:** ▓▓▓▓

NO ACTIVE DETAINERS FOUND ON FILE

ALABAMA DEPARTMENT OF CORRECTIONS
## CLASSIFICATION SUMMARY

**CLAS001**

AIS: █████████              ## PRIOR CONVICTIONS - (CLAS005)

| SUF | DATE | CRIME | TERM | CS/CC | HABITUAL |
|-----|------|-------|------|-------|----------|
| | 12/02/1988 | RECV STOLEN PROPERTY I | 002Y00M00D | Consecutive | NO |
| | 05/12/1989 | UNLAW BREAKING AND ENTERING VEHICLE | 005Y00M00D | Concurrent | NO |
| | 05/12/1989 | UNLAW BREAKING AND ENTERING VEHICLE | 005Y00M00D | Concurrent | NO |
| | 05/12/1989 | UNLAW BREAKING AND ENTERING VEHICLE | 005Y00M00D | Concurrent | NO |

AIS: █████████              ## ESCAPES - (CLAS006)

NO ESCAPE RECORDS FOUND ON FILE

AIS: ███████              ## PAROLE & PROBATION - (CLAS007)

NO P&P RECORDS FOUND ON FILE

ALABAMA DEPARTMENT OF CORRECTIONS **CLAS001**
## CLASSIFICATION SUMMARY

### DISCIPLINARIES - (CLAS008)

AIS: ███████  SUFFIX : R

| | | INSTITUTION : | ST.CLAIR CORRECTIONAL FAC. |
|---|---|---|---|
| DATE : | 08/01/2016 | REASON : | MAJOR - UNAUTHORIZED POSSESSION OF A WEAPON OR DEVICE THAT COULD BE USED AS A |
| RESULT : | NONE | COMMENTS: | SCCF-16-01149-4 |
| | | INSTITUTION : | ST.CLAIR CORRECTIONAL FAC. |
| DATE : | 01/24/2013 | REASON : | MAJOR - UNAUTHORIZED POSSESSION OF A PHONE(S) / ACCESSORY(S) |
| RESULT : | NONE | COMMENTS: | SCCF-13-00111-5 |
| | | INSTITUTION : | ST.CLAIR CORRECTIONAL FAC. |
| DATE : | 08/24/2012 | REASON : | MAJOR - POSSESSION OF CONTRABAND |
| RESULT : | NONE | COMMENTS: | 45 DAYS DISC. SEG. |
| | | INSTITUTION : | ST.CLAIR CORRECTIONAL FAC. |
| DATE : | 08/24/2012 | REASON : | MAJOR - POSSESSION OF CONTRABAND |
| RESULT : | NONE | COMMENTS: | 45 DAYSDISC. SEG. |

AIS: ███████  SUFFIX :

| | | INSTITUTION : | ST.CLAIR CORRECTIONAL FAC. |
|---|---|---|---|
| DATE : | 03/11/1991 | REASON : | MINOR - AID & ABETTING ANOTHER TO VIO. DOC RULES |
| RESULT : | LOSS OF GOOD TIME | COMMENTS: | |
| | | INSTITUTION : | ST.CLAIR CORRECTIONAL FAC. |
| DATE : | 09/28/1990 | REASON : | MAJOR - INSUBORDINATION |
| RESULT : | NONE | COMMENTS: | 45 DAYS DIS SEG |
| | | INSTITUTION : | LIMESTONE CORRECTIONAL CENTER |
| DATE : | 02/16/1990 | REASON : | MAJOR - ASSAULT ON PERSONS ASSC. WITH DOC |
| RESULT : | LOSS G.T. & CUST. CHG | COMMENTS: | 45 DAYS DISC SEG. |
| | | INSTITUTION : | LIMESTONE CORRECTIONAL CENTER |
| DATE : | 08/31/1989 | REASON : | MAJOR - FIGHTING WITHOUT A WEAPON |
| RESULT : | NONE | COMMENTS: | 14 DAYS DISC SEG. |
| | | INSTITUTION : | LIMESTONE CORRECTIONAL CENTER |
| DATE : | 04/12/1989 | REASON : | MAJOR - FAIL TO OBEY A DIRECT ORDER OF DOC OFF. |
| RESULT : | LOSS OF GOOD TIME | COMMENTS: | |

ALABAMA DEPARTMENT OF CORRECTIONS
## CLASSIFICATION SUMMARY
**CLAS001**

---

### ENEMIES - (CLAS009)

████ - KNOWN ENEMIES

| | | |
|---|---|---|
| **AIS:** ████ | **NAME:** ████████ | **STATUS:** Valid |

**INSTITUTION:** STATON CORR.

**REASON:** Co-Defendant   **ENTRY:** lashanda.hails

**ENTRY TIME:** 3/19/2012 3:00:19 PM

---

**COMMENTS:** Co-Defendant   Inmate Jones, Christopher ████ was contracted by ████████ AIS# ████ Alejandros ████ AIS# ████, and ████████ (AIS Unknown) to kill 5 Hispanic males due to $438, 000 in drug money being stolen. ████████ (AIS unknown) handed $15, 000 over to Jones as payment for the murders. Jones recruited ████████ ████ and ████████ (AIS unknown) to assist with the murders.

---

| | | |
|---|---|---|
| **AIS:** ████ | **NAME:** ████████ | **STATUS:** Valid |

**INSTITUTION:** KILBY CORR FAC

**REASON:** both inmates are on the same Capital Murder case together   **ENTRY:** alicia.white
████ requested they be made enemies

**ENTRY TIME:** 2/14/2012 10:57:13 AM

---

**COMMENTS:** both inmates are on the same Capital Murder case together ████ requested they be made enemies both inmates are on the same Capital Murder case together ████ requested they be made enemi

---

## NAME AND ADDRESS OF CONTACTS - (CLAS010)

AIS : ████

| | |
|---|---|
| **Mother :** ████ (MOTHER),  - Emergency Contact   Phone # : ████ | |

ALABAMA DEPARTMENT OF CORRECTIONS **CLAS001**
## CLASSIFICATION SUMMARY

### INMATE CLASSIFICATION RISK ASSESSMENT - (CLAS011)

**Name**    JONES, CHRISTOPHER SCOTT                        **Number :** ▮▮▮▮▮

**Classification Specialist :**    docal\philip.cox         **Date :**  08/06/2019

| | |
|---|---|
| History of Institutional Violence (Jail or prison, code most serious last 5 years) | 0 |
| None | Score |
| Severity of current offense | 6 |
| Highest | Score |
| Prior Assaultive Offense History (score the most severe in the inmate's history) | 0 |
| None, Low, or Low/Moderate | Score |
| Escape History (rate last 5 years of incarceration) | 0 |
| No escapes or attempts (or no prior incarceration) | Score |
| Current Age | -2 |
| 50 years or older | Score |
| Number of Disciplinary Reports | -3 |
| None in the last 18 months | Score |
| Most Severe Disciplinary Report Received (Last 18 months) | 0 |
| None | Score |
| Program / Work Assignment (current incarceration) | -2 |
| Completion of certified treatment or education program/degree | Score |
| Program / Work Assignment (current incarceration) | -1 |
| Satisfactory work assignment or steady participation in a Treatment/education program | Score |
| **TOTAL** | -2 |
| | Total Score |

ALABAMA DEPARTMENT OF CORRECTIONS **CLAS001**
## CLASSIFICATION SUMMARY

---

### INMATE CLASSIFICATION SECURITY LEVEL - (CLAS012)

AIS : ▆▆▆▆▆

| | | |
|---|---|---|
| I. | Security Level indicated by score. | 1 |
| II. | Recommended Security Level. | 4 |

**Security Restrictions:**    R-Multiple homicides - Not DUI

**Reason:** Other security considerations* (specify)

**Comments:** Restricted offender.

### Comments:

| | |
|---|---|
| Institution Recommendation | P.R. Inmate Christopher Jones, ▆▆▆▆ is serving a 25-year sentence for Murder X2. Subject and co-defendants convicted of binding and torturing several Victims by electrocution in retaliation for large amounts of money stolen from a Mexican drug cartel. All Victims died of asphyxiation. Prior felony convictions for property offenses. No disc. or citations since 8/2016. Subject graduated TC and spent some time in trade school at GSCC, but doesn't appear to have completed program. Subject was approved for SL4 9/2018 by CRB. Recommend Subject move on to SL4 institution. |
| Psych Associate Review | Concur with Specialist recommendations. |
| Warden Review | |

I agree with the Classification Specialist's recommendation

| Title | Custody | Sec Lvl | Date |
|---|---|---|---|
| **Specialist Final Review And Submission** doca\philip.cox | MEDIUM | 4 | 08/08/2019 |
| **Complete** | MEDIUM | 4 | 08/08/2019 |

ALABAMA DEPARTMENT OF CORRECTIONS    **CLAS001**
## CLASSIFICATION SUMMARY

### APPROVED INSTITUTIONS

| | |
|---|---|
| KILBY CORRECTIONAL FACILITY | FOUNTAIN CORRECTIONAL CENTER |
| KILBY INFIRMARY | HOLMAN PRISON |
| KILBY RCC | BIBB COUNTY CORRECTIONAL FAC. |
| LIMESTONE CORRECTIONAL CENTER | EASTERLING CORRECTIONAL CENTER |
| WILLIAM E. DONALDSON CORR. FAC | BULLOCK CORRECTIONAL FACILITY |
| VENTRESS CORRECTIONAL CENTER | HAMILTON A & I |
| ST.CLAIR CORRECTIONAL FAC. | ELMORE CORRECTIONAL FACILITY |
| STATON CORRECTIONAL CENTER | GREIL HOSPITAL |
| TAYLOR HARDIN MEDICAL FACILITY | BRYCE MENTAL INSTITUTION |
| SEARCY MENTAL INSTITUTION | |

ADOC002886

ALABAMA DEPARTMENT OF CORRECTIONS

**CLASSIFICATION SUMMARY**

CLAS001

AIS # : ▮▮▮▮▮▮          NAME: JONES, CHRISTOPHER SCOTT          RACE: B    SEX: M

EARNING STATUS : PROHIBITED FROM EARNING GOODTIME

CLASSIFYING INSTITUTION IS -    ST.CLAIR CORRECTIONAL FAC.

RECOMMMENDED CUSTODY IS - _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _    APRROVED CUSTODY IS - _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

RECOMMMENDED INST  IS - _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _    APRROVED PLACEMENT  IS - _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

PRESENT WORK     ASSIGNMENT                                    NEW WORK ASSIGNMENT

PRIMARY -   _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _      _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

SECONDARY - _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _      _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

PROGRAM PARTICIPATION - _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

WAIVER OF CRITERIA REQUESTED FOR - _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

JUSTIFICATION AND COMMENTS -

P.R. Inmate Christopher Jones, ▮▮▮▮▮ is serving a 25-year sentence for Murder X2. Subject and co-defendants convicted of binding and torturing several Victims by electrocution in retaliation for large amounts of money stolen from a Mexican drug cartel. All Victims died of asphyxiation. Prior felony convictions for property offenses. No disc. or citations since 8/2016. Subject graduated TC and spent some time in trade school at GSCC, but doesn't appear to have completed program. Subject was approved for SL4 9/2018 by CRB. Recommend Subject move on to SL4 institution.

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

| | | | |
|---|---|---|---|
| CLASSIFICATION SPECIALIST | DATE | CLASSIFICATION CO-ORDINATOR | DATE |
| PSYCHOLOGIST | DATE | CENTRAL REVIEW BOARD | DATE |
| WARDEN OR REPRESENTIVE | DATE | CENTRAL REVIEW BOARD | DATE |
| INMATE | DATE | CENTRAL REVIEW BOARD | DATE |

R                                                                                   **CLAS001**

## ALABAMA DEPARTMENT OF CORRECTIONS
## CLASSIFICATION SUMMARY

AIS # :                         NAME: JONES, CHRISTOPHER SCOTT                RACE: B    SEX: M

DATE OF BIRTH:                        BIRTH COUNTRY: UNITED STATES        STATE OF BIRTH: AL

INSTITUTION : ELMORE CORRECTIONAL FACILITY                              CITIZENSHIP: true

PAROLE CONSIDERATION DATE: 08/01/2023

RELIGION : CHRISTIAN            STG:    HAIR: BLK    EYES: BRO

CURRENT CUSTODY : MED9        DNA TEST : 11/01/2011    HEIGHT: 5FT 9IN              WEIGHT: 172

PRIMARY OCCUPATION: BARBER / BEAUTICIAN /                SECONDARY OCCUPATION: LABORER - GENERAL
COSMETOLOGIST

HIGHEST GRADE LEVEL COMPLETED : 12TH GRADE, GED OR HED        MIN RELEASE DATE : 08/23/2033

              DRIVER'S LICENSE #:  - none                LONG RELEASE DATE : 08/23/2033

STATUS: NEW COMIT FROM CRT W/O REV OF PROB

DUTY STATUS: EXCELLENT (GOOD HEALTH)                              Youth Offender: A

EMERGENCY CONTACT :                        (MOTHER)  (Mother)  PHONE:

---

## SPECIAL NEEDS- (CLAS002)

| | |
|---|---|
| **Psychologist :** | S. Thomas |
| **Physician :** | |
| **Physical Limitations :** | |
| **Physical Comments :** | |
| **Medication Types :** | |
| **Medication Comments :** | |
| **Communication Needs :** | |
| **Communication Comments :** | |
| **Treatment Needs :** | |
| **Treatment Comments :** | Subject graduated TC |
| | Studied Heating and Air at TC, but doesn't appear to have completed it. |
| | Earned GED 1991 |
| **Mental Health Code :** | MH A |
| **Health Code :** | 1 |
| **Programs :** | Therapeutic Community (18 mo) |

**Inmate Stated he/she received special education services :**        No

ALABAMA DEPARTMENT OF CORRECTIONS
## CLASSIFICATION SUMMARY

AIS: 001█████      **CURRENT CONVICTIONS - (CLAS003)**

| Suf | COUNTY | CASE # | DATE | CRIME | TERM | CS/CC |
|---|---|---|---|---|---|---|
| R | SHLB | 001112 | 10/28/2011 | MURDER | 025Y00M00D | CS |

**CRIME DETAILS - (CLAS017)**

| | |
|---|---|
| Verification : | Verified |
| Victim Injury : | Death |
| Plea Bargained? : | Yes |
| Original Charge : | Capital Murder |
| High Profile? : | Yes |
| YOA Indicator : | No |
| Notes : | 5 hispanics  bound and tortured by electrocution  in retaliation for 1.2 million dollars stolen from mexican drug cartel headed by "El Primo".  All victims died of asphyxiation. multiple codefendants. |
| Is Capital Offense : | No |
| Provoked/Extenuating Circumstances : | No |
| Murder Victim : | Gang related |

| Suf | COUNTY | CASE # | DATE | CRIME | TERM | CS/CC |
|---|---|---|---|---|---|---|
| R | SHLB | 001113 | 10/28/2011 | MURDER | 025Y00M00D | CC |

**CRIME DETAILS - (CLAS017)**

| | |
|---|---|
| Verification : | Verified |
| Victim Injury : | Death |
| Plea Bargained? : | Yes |
| Original Charge : | Capital Murder |
| High Profile? : | Yes |
| YOA Indicator : | No |
| Notes : | 5 hispanics  bound and tortured by electrocution retaliation for 1.2 million dollars stolen from mexican drug cartel headed by "El Primo".  All victims died of asphyxiation. multiple codefendants. |
| Is Capital Offense : | No |
| Provoked/Extenuating Circumstances : | No |
| Murder Victim : | Gang related |

## DETAINERS - (CLAS004)

AIS: █████

NO ACTIVE DETAINERS FOUND ON FILE

**General Detainer Warrants Comments**

none.

ALABAMA DEPARTMENT OF CORRECTIONS
## CLASSIFICATION SUMMARY

| AIS: ▮▮▮▮▮ | PRIOR CONVICTIONS - (CLAS005) | | | | |
|---|---|---|---|---|---|
| **SUF** | **DATE** | **CRIME** | **TERM** | **CS/CC** | **HABITUAL** |
| | 12/02/1988 | RECV STOLEN PROPERTY I | 002Y00M00D | Consecutive | NO |
| | 05/12/1989 | UNLAW BREAKING AND ENTERING VEHICLE | 005Y00M00D | Concurrent | NO |
| | 05/12/1989 | UNLAW BREAKING AND ENTERING VEHICLE | 005Y00M00D | Concurrent | NO |
| | 05/12/1989 | UNLAW BREAKING AND ENTERING VEHICLE | 005Y00M00D | Concurrent | NO |

---

AIS: ▮▮▮▮▮        **ESCAPES - (CLAS006)**

NO ESCAPE RECORDS FOUND ON FILE

**General Escape Comments**

none.

---

AIS: ▮▮▮▮        **PAROLE & PROBATION - (CLAS007)**

NO P&P RECORDS FOUND ON FILE

ALABAMA DEPARTMENT OF CORRECTIONS
## CLASSIFICATION SUMMARY

### DISCIPLINARIES - (CLAS008)

AIS: ████████   SUFFIX : R

| | | INSTITUTION : | ST.CLAIR CORRECTIONAL FAC. |
|---|---|---|---|
| DATE : | 08/01/2016 | REASON : | MAJOR - UNAUTHORIZED POSSESSION OF A WEAPON OR DEVICE THAT COULD BE USED AS A |
| RESULT : | NONE | COMMENTS: | SCCF-16-01149-4 |
| | | INSTITUTION : | ST.CLAIR CORRECTIONAL FAC. |
| DATE : | 01/24/2013 | REASON : | MAJOR - UNAUTHORIZED POSSESSION OF A PHONE(S) / ACCESSORY(S) |
| RESULT : | NONE | COMMENTS: | SCCF-13-00111-5 |
| | | INSTITUTION : | ST.CLAIR CORRECTIONAL FAC. |
| DATE : | 08/24/2012 | REASON : | MAJOR - POSSESSION OF CONTRABAND |
| RESULT : | NONE | COMMENTS: | 45 DAYS DISC. SEG. |
| | | INSTITUTION : | ST.CLAIR CORRECTIONAL FAC. |
| DATE : | 08/24/2012 | REASON : | MAJOR - POSSESSION OF CONTRABAND |
| RESULT : | NONE | COMMENTS: | 45 DAYSDISC. SEG. |

AIS: ████████   SUFFIX :

| | | INSTITUTION : | ST.CLAIR CORRECTIONAL FAC. |
|---|---|---|---|
| DATE : | 03/11/1991 | REASON : | MINOR - AID & ABETTING ANOTHER TO VIO. DOC RULES |
| RESULT : | LOSS OF GOOD TIME | COMMENTS: | |
| | | INSTITUTION : | ST.CLAIR CORRECTIONAL FAC. |
| DATE : | 09/28/1990 | REASON : | MAJOR - INSUBORDINATION |
| RESULT : | NONE | COMMENTS: | 45 DAYS DIS SEG |
| | | INSTITUTION : | LIMESTONE CORRECTIONAL CENTER |
| DATE : | 02/16/1990 | REASON : | MAJOR - ASSAULT ON PERSONS ASSC. WITH DOC |
| RESULT : | LOSS G.T. & CUST. CHG | COMMENTS: | 45 DAYS DISC SEG. |
| | | INSTITUTION : | LIMESTONE CORRECTIONAL CENTER |
| DATE : | 08/31/1989 | REASON : | MAJOR - FIGHTING WITHOUT A WEAPON |
| RESULT : | NONE | COMMENTS: | 14 DAYS DISC SEG. |
| | | INSTITUTION : | LIMESTONE CORRECTIONAL CENTER |
| DATE : | 04/12/1989 | REASON : | MAJOR - FAIL TO OBEY A DIRECT ORDER OF DOC OFF. |
| RESULT : | LOSS OF GOOD TIME | COMMENTS: | |

ALABAMA DEPARTMENT OF CORRECTIONS
## CLASSIFICATION SUMMARY

### ENEMIES - (CLAS009)

██████ - KNOWN ENEMIES

| | | |
|---|---|---|
| AIS:██████ | NAME:████████████ | STATUS:Valid |

**INSTITUTION:** STATON CORR.

**REASON:** Co-Defendant

**ENTRY:** lashanda.hails

**ENTRY TIME:** 3/19/2012 3:00:19 PM

**COMMENTS:** Co-Defendant  Inmate Jones, Christopher ████ was contracted by ████████ AIS# ████ ████████ AIS# ████ and ████ (AIS Unknown) to kill 5 Hispanic males due to $438, 000 in drug money being stolen. ████ (AIS unknown) handed $15, 000 over to Jones as payment for the murders. Jones recruited ████████ ████ and ████████ (AIS unknown) to assist with the murders.

| | | |
|---|---|---|
| AIS:██████ | NAME:████████████ | STATUS:Valid |

**INSTITUTION:** KILBY CORR FAC

**REASON:** both inmates are on the same Capital Murder case together ████████ requested they be made enemies

**ENTRY:** alicia.white

**ENTRY TIME:** 2/14/2012 10:57:13 AM

**COMMENTS:** both inmates are on the same Capital Murder case together ████████ requested they be made enemies both inmates are on the same Capital Murder case together ████ requested they be made enemi

### NAME AND ADDRESS OF CONTACTS - (CLAS010)

AIS : ██████

| | | |
|---|---|---|
| Mother : | ████ (MOTHER),  - Emergency Contact | Phone # : |
| | ████████ | |

ALABAMA DEPARTMENT OF CORRECTIONS
## CLASSIFICATION SUMMARY

### INMATE CLASSIFICATION RISK ASSESSMENT - (CLAS011)

**Name**    JONES, CHRISTOPHER SCOTT                          **Number :** ▮▮▮▮▮▮▮

**Classification Specialist :**    docal\damian.landrum        **Date :** 08/12/2020

| | |
|---|:---:|
| History of Institutional Violence (Jail or prison, code most serious last 5 years) | 0 |
| None | Score |
| Severity of current offense | 6 |
| Highest | Score |
| Prior Assaultive Offense History (score the most severe in the inmate's history) | 0 |
| None, Low, or Low/Moderate | Score |
| Escape History (rate last 5 years of incarceration) | 0 |
| No escapes or attempts (or no prior incarceration) | Score |
| Current Age | -2 |
| 50 years or older | Score |
| Number of Disciplinary Reports | -3 |
| None in the last 18 months | Score |
| Most Severe Disciplinary Report Received (Last 18 months) | 0 |
| None | Score |
| Program / Work Assignment (current incarceration) | 0 |
| None | Score |
| **TOTAL** | 1 |
| | Total Score |

ALABAMA DEPARTMENT OF CORRECTIONS
**CLASSIFICATION SUMMARY**

---

### INMATE CLASSIFICATION SECURITY LEVEL - (CLAS012)

AIS : ███████

| | | |
|---|---|---|
| I. | Security Level indicated by score. | 1 |
| II. | Recommended Security Level. | 4 |

**Security Restrictions:** R-Multiple homicides - Not DUI

**Comments:**

Institution Recommendation

Annual: Inmate Jones is serving a 25-year sentence for Murder (x2). Jones participated in the killing of 5 Hispanic males believed to be members of the Gulf Cartel on behalf of the Reinoso Cartel.Jones was paid $15,000 to kill the 5 males due to a robbery and theft of a SUV carrying $438,000 in profits for the Reinoso Mexican drug cartel.
Last Disciplinary action received on 8/1/2016 for Unauthorized possession of a weapon or device that could be used as a weapon. (Per SCCF-16-01149: One inmate made weapon (knife) was confiscated from inmate Christopher Jones.)

Program completions include: Getting Motivated to change 2/18/15, 6-months Therapeutic Community Aftercare Program 3/9/2015, Ideas for better communication 5/9/2015, 6-months Narcotics Anonymous 6/1/2015, 1-year Therapeutic Community Aftercare Program 9/9/2015, 6-months Therapeutic Community Aftercare Program 3/9/2016, Reality Therapy Workshop 10/15/2019, SAP 11/27/19, Anger Management/Stress Management.

Prior convictions: Unlawful breaking and entering vehicle (4x).

No detainers, escapes or sexual offenses to report.

Last classification action: No change due to time left to serve.

Specialist recommends inmate remain Medium SLIV. Inmate barred from lower custody due to multiple homicides.

MRD: 8/23/2033 PCD: Aug 2023 Enemies: (1) Staton  (1) Kilby.

Psych Associate Review          I agree with the Classification Specialist's recommendation

Warden Review          agree with recommendation

| Title | Custody | Sec Lvl | Date |
|---|---|---|---|
| **Specialist Final Review And Submission** | MEDIUM | 4 | 09/18/2020 |
| doca\damian.landrum | | | |
| Complete | MEDIUM | 4 | 09/18/2020 |

---

ALABAMA DEPARTMENT OF CORRECTIONS
## CLASSIFICATION SUMMARY

### APPROVED INSTITUTIONS

| | |
|---|---|
| KILBY CORRECTIONAL FACILITY | FOUNTAIN CORRECTIONAL CENTER |
| LIMESTONE CORRECTIONAL CENTER | BIBB COUNTY CORRECTIONAL FAC. |
| VENTRESS CORRECTIONAL CENTER | EASTERLING CORRECTIONAL CENTER |
| HAMILTON A & I | BULLOCK CORRECTIONAL FACILITY |
| ST.CLAIR CORRECTIONAL FAC. | ELMORE CORRECTIONAL FACILITY |
| STATON CORRECTIONAL CENTER | |

00151939        R                                                                                                CLAS114

## ALABAMA DEPARTMENT OF CORRECTIONS
## CLASSIFICATION SUMMARY

AIS # : ███████                    NAME: JONES, CHRISTOPHER SCOTT                RACE: B    SEX: M

EARNING STATUS : PROHIBITED FROM EARNING GOODTIME

CLASSIFYING INSTITUTION IS -        ELMORE CORRECTIONAL FACILITY

RECOMMENDED CUSTODY IS - _ _ _ _ _ _ _ _ _ _ _ _ _ _    APPROVED CUSTODY IS - _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

RECOMMENDED INST IS - _ _ _ _ _ _ _ _ _ _ _ _ _ _ _    APPROVED PLACEMENT IS - _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

PRESENT WORK        ASSIGNMENT                                        NEW WORK ASSIGNMENT

PRIMARY -  _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _          _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

SECONDARY - _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _          _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

PROGRAM PARTICIPATION - _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

WAIVER OF CRITERIA REQUESTED FOR - _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

JUSTIFICATION AND COMMENTS -

Annual: Inmate Jones is serving a 25-year sentence for Murder (x2). Jones participated in the killing of 5 Hispanic males believed to be members of the Gulf Cartel on behalf of the Reinoso Cartel.Jones was paid $15,000 to kill the 5 males due to a robbery and theft of a SUV carrying $438,000 in profits for the Reinoso Mexican drug cartel.
Last Disciplinary action received on 8/1/2016 for Unauthorized possession of a weapon or device that could be used as a weapon. (Per SCCF-16-01149: One inmate made weapon (knife) was confiscated from inmate Christopher Jones.)

Program completions include: Getting Motivated to change 2/18/15, 6-months Therapeutic Community Aftercare Program 3/9/2015, Ideas for better communication 5/9/2015, 6-months Narcotics Anonymous 6/1/2015, 1-year Therapeutic Community Aftercare Program 9/9/2015, 6-months Therapeutic Community Aftercare Program 3/9/2016, Reality Therapy Workshop 10/15/2019, SAP 11/27/19, Anger Management/Stress Management.

Prior convictions: Unlawful breaking and entering vehicle (4x).

No detainers, escapes or sexual offenses to report.

Last classification action: No change due to time left to serve.

Specialist recommends inmate remain Medium SLIV. Inmate barred from lower custody due to multiple homicides.

MRD: 8/23/2033 PCD: Aug 2023 Enemies: (1) Staton, (1) Kilby.

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _        _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
CLASSIFICATION SPECIALIST        DATE                CLASSIFICATION COORDINATOR        DATE

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _        _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
PSYCHOLOGIST                DATE                CENTRAL REVIEW BOARD        DATE

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _        _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
WARDEN OR REPRESENTATIVE        DATE                CENTRAL REVIEW BOARD        DATE

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _        _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
INMATE                    DATE                CENTRAL REVIEW BOARD        DATE

00151939     R                                                                    **CLAS001**

## ALABAMA DEPARTMENT OF CORRECTIONS
## CLASSIFICATION SUMMARY

AIS # : ▮▮▮▮▮▮▮▮          NAME: JONES, CHRISTOPHER SCOTT                    RACE: B    SEX: M

DATE OF BIRTH: ▮▮▮▮▮▮          BIRTH COUNTRY: UNITED STATES          STATE OF BIRTH: AL

INSTITUTION : BULLOCK CORRECTIONAL FACILITY                              CITIZENSHIP: true

PAROLE CONSIDERATION DATE: 08/01/2023

RELIGION : CHRISTIAN          STG:     HAIR: BLK   EYES: BRO

CURRENT CUSTODY : MED9          DNA TEST : 11/01/2011     HEIGHT: 5FT 9IN                 WEIGHT: 172

PRIMARY OCCUPATION: BARBER / BEAUTICIAN /                SECONDARY OCCUPATION: LABORER - GENERAL
COSMETOLOGIST

HIGHEST GRADE LEVEL COMPLETED : 12TH GRADE, GED OR HED          MIN RELEASE DATE : 08/23/2033

          DRIVER'S LICENSE #: - none                          LONG RELEASE DATE : 08/23/2033

STATUS: NEW COMIT FROM CRT W/O REV OF PROB

DUTY STATUS: EXCELLENT (GOOD HEALTH)                              Youth Offender: A

EMERGENCY CONTACT :          ▮▮▮▮▮▮ (MOTHER)  (Mother) ▮▮▮▮▮▮▮▮▮▮
                                   ▮▮▮▮▮▮▮▮▮▮

---

## SPECIAL NEEDS- (CLAS002)

---

**Psychologist :**                    S. Thomas

**Physician :**

**Physical Limitations :**

**Physical Comments :**

**Medication Types :**

**Medication Comments :**

**Communication Needs :**

**Communication Comments :**

**Treatment Needs :**

**Treatment Comments :**          Subject graduated TC
                                   Studied Heating and Air at TC, but doesn't appear to have completed it.
                                   Earned GED 1991

**Mental Health Code :**          MH A

**Health Code :**                 1

**Programs :**          Therapeutic Community (18 mo)

**Inmate Stated he/she received special education services :**          No

ALABAMA DEPARTMENT OF CORRECTIONS
## CLASSIFICATION SUMMARY

| AIS: ▓▓▓ | CURRENT CONVICTIONS - (CLAS003) | | | | | |
|-----|---------|--------|------------|-------|------|-------|
| Suf | COUNTY | CASE # | DATE | CRIME | TERM | CS/CC |
| R | SHLB | 001112 | 10/28/2011 | MURDER | 025Y00M00D | CS |

### CRIME DETAILS - (CLAS017)

| | |
|---|---|
| Verification : | Verified |
| Victim Injury : | Death |
| Plea Bargained? : | Yes |
| Original Charge : | Capital Murder |
| High Profile? : | Yes |
| YOA Indicator : | No |
| Notes : | 5 hispanics  bound and tortured by electrocution  in retaliation for 1.2 million dollars stolen from mexican drug cartel headed by "El Primo".  All victims died of asphyxiation. multiple codefendants. |
| Is Capital Offense : | No |
| Provoked/Extenuating Circumstances : | No |
| Murder Victim : | Gang related |

| Suf | COUNTY | CASE # | DATE | CRIME | TERM | CS/CC |
|-----|---------|--------|------------|-------|------|-------|
| R | SHLB | 001113 | 10/28/2011 | MURDER | 025Y00M00D | CC |

### CRIME DETAILS - (CLAS017)

| | |
|---|---|
| Verification : | Verified |
| Victim Injury : | Death |
| Plea Bargained? : | Yes |
| Original Charge : | Capital Murder |
| High Profile? : | Yes |
| YOA Indicator : | No |
| Notes : | 5 hispanics  bound and tortured by electrocution retaliation for 1.2 million dollars stolen from mexican drug cartel headed by "El Primo".  All victims died of asphyxiation. multiple codefendants. |
| Is Capital Offense : | No |
| Provoked/Extenuating Circumstances : | No |
| Murder Victim : | Gang related |

## DETAINERS - (CLAS004)

### AIS: ▓▓▓

NO ACTIVE DETAINERS FOUND ON FILE

**General Detainer Warrants Comments**

none.

ALABAMA DEPARTMENT OF CORRECTIONS
**CLASSIFICATION SUMMARY**

AIS: ████    **PRIOR CONVICTIONS - (CLAS005)**

| SUF | DATE | CRIME | TERM | CS/CC | HABITUAL |
|-----|------|-------|------|-------|----------|
| | 12/02/1988 | RECV STOLEN PROPERTY I | 002Y00M00D | Consecutive | NO |
| | 05/12/1989 | UNLAW BREAKING AND ENTERING VEHICLE | 005Y00M00D | Concurrent | NO |
| | 05/12/1989 | UNLAW BREAKING AND ENTERING VEHICLE | 005Y00M00D | Concurrent | NO |
| | 05/12/1989 | UNLAW BREAKING AND ENTERING VEHICLE | 005Y00M00D | Concurrent | NO |

**General Prior Convictions Comments**

Recv Stolen Property I and Unlaw Breaking and Entering Vechile (x3).

---

AIS: ████    **ESCAPES - (CLAS006)**

NO ESCAPE RECORDS FOUND ON FILE

**General Escape Comments**

none.

---

AIS: ████    **PAROLE & PROBATION - (CLAS007)**

NO P&P RECORDS FOUND ON FILE

**General Parole & Probation Comments**

PD: 08/2023