FILED
2025 Mar-24 PM 01:16
U.S. DISTRICT COURT
N.D. OF ALABAMA

ALABAMA DEPARTMENT OF CORRECTIONS
## CLASSIFICATION SUMMARY

## DISCIPLINARIES - (CLAS008)

### AIS: ▋▋▋    SUFFIX : R

| | | INSTITUTION : | BULLOCK CORRECTIONAL FACILITY |
|---|---|---|---|
| DATE : | 09/15/2021 | REASON : | MAJOR - POSSESSION OF CONTRABAND |
| RESULT : | NONE | COMMENTS : | BCF-21-03460-1 |
| | | INSTITUTION : | ELMORE CORRECTIONAL FACILITY |
| DATE : | 02/05/2021 | REASON : | BEHAVIOR CITATION - TRADING, BARTERING, AND SELLING |
| RESULT : | NONE | COMMENTS : | ELMCF-21-00185-2 |
| | | INSTITUTION : | ST.CLAIR CORRECTIONAL FAC. |
| DATE : | 08/01/2016 | REASON : | MAJOR - UNAUTHORIZED POSSESSION OF A WEAPON OR DEVICE THAT COULD BE USED AS A |
| RESULT : | NONE | COMMENTS : | SCCF-16-01149-4 |
| | | INSTITUTION : | ST.CLAIR CORRECTIONAL FAC. |
| DATE : | 01/24/2013 | REASON : | MAJOR - UNAUTHORIZED POSSESSION OF A PHONE(S) / ACCESSORY(S) |
| RESULT : | NONE | COMMENTS : | SCCF-13-00111-5 |
| | | INSTITUTION : | ST.CLAIR CORRECTIONAL FAC. |
| DATE : | 08/24/2012 | REASON : | MAJOR - POSSESSION OF CONTRABAND |
| RESULT : | NONE | COMMENTS : | 45 DAYS DISC. SEG. |
| | | INSTITUTION : | ST.CLAIR CORRECTIONAL FAC. |
| DATE : | 08/24/2012 | REASON : | MAJOR - POSSESSION OF CONTRABAND |
| RESULT : | NONE | COMMENTS : | 45 DAYS DISC. SEG. |

### AIS: ▋▋▋    SUFFIX :

| | | INSTITUTION : | ST.CLAIR CORRECTIONAL FAC. |
|---|---|---|---|
| DATE : | 03/11/1991 | REASON : | MINOR - AID & ABETTING ANOTHER TO VIO. DOC RULES |
| RESULT : | LOSS OF GOOD TIME | COMMENTS : | |
| | | INSTITUTION : | ST.CLAIR CORRECTIONAL FAC. |
| DATE : | 09/28/1990 | REASON : | MAJOR - INSUBORDINATION |
| RESULT : | NONE | COMMENTS : | 45 DAYS DIS SEG |
| | | INSTITUTION : | LIMESTONE CORRECTIONAL CENTER |
| DATE : | 02/16/1990 | REASON : | MAJOR - ASSAULT ON PERSONS ASSC. WITH DOC |
| RESULT : | LOSS G.T. & CUST. CHG | COMMENTS : | 45 DAYS DISC SEG. |
| | | INSTITUTION : | LIMESTONE CORRECTIONAL CENTER |
| DATE : | 08/31/1989 | REASON : | MAJOR - FIGHTING WITHOUT A WEAPON |
| RESULT : | NONE | COMMENTS : | 14 DAYS DISC SEG. |
| | | INSTITUTION : | LIMESTONE CORRECTIONAL CENTER |
| DATE : | 04/12/1989 | REASON : | MAJOR - FAIL TO OBEY A DIRECT ORDER OF DOC OFF. |
| RESULT : | LOSS OF GOOD TIME | COMMENTS : | |

### General Disciplinaries Comments

None.

ALABAMA DEPARTMENT OF CORRECTIONS
## CLASSIFICATION SUMMARY

### ENEMIES - (CLAS009)

███████ - KNOWN ENEMIES

| AIS: ███████ | NAME: ███████ | STATUS: Valid |
|---|---|---|

**INSTITUTION:** HAMILTON A&I

**REASON:** Debt accrual

**ENTRY:** suanita.johnson
**ENTRY TIME:** 3/22/2021 3:52:36 PM

**COMMENTS:** Per Incident Report ELMCF-21-00277
On February 17, 2021, at approximately 11am, Correctional Lieutenant Walter Posey received a telephone call from an unknown female alleging that inmate ███████ (B2-1A) (No affiliation) was being extorted for money by inmate Christopher Jones, ███████ (C1-142A) (No affiliation). Lieutenant Posey had inmates ███████ and Jones escorted into the Shift Commanders Office, where he questioned them. Inmate ███████ stated he did not have a problem with inmate Jones but did owe inmate ███████ C1-69A) (No affiliation). Lieutenant Posey had inmate Giles escorted to the Shift Commanders Office. Inmate ███ stated that inmate ███████ did owe him $50.00 dollars and inmate ███████ was going pay him in two weeks. Inmate ███████ refused to sign a Living Agreement.

| AIS: ███████ | NAME: ███████ | STATUS: Valid |
|---|---|---|

**INSTITUTION:** STATON CORR.

**REASON:** Co-Defendant

**ENTRY:** lashanda.hails
**ENTRY TIME:** 3/19/2012 3:00:19 PM

**COMMENTS:** Co-Defendant  Inmate Jones, Christopher ███████ was contracted by ███████ AIS# ███████ ███████ AIS# ███████ and ███████ (AIS Unknown) to kill 5 Hispanic males due to $438, 000 in drug money being stolen. ███████ (AIS unknown) handed $15, 000 over to Jones as payment for the murders. Jones recruited ███████ and ███████ (AIS unknown) to assist with the murders.

| AIS: ███████ | NAME: ███████ | STATUS: Valid |
|---|---|---|

**INSTITUTION:** LIMESTONE CORR

**REASON:** both inmates are on the same Capital Murder case together ███████ requested they be made enemies

**ENTRY:** alicia.white
**ENTRY TIME:** 2/14/2012 10:57:13 AM

**COMMENTS:** both inmates are on the same Capital Murder case together ███████ requested they be made enemies both inmates are on the same Capital Murder case together ███████ requested they be made enemi

### NAME AND ADDRESS OF CONTACTS - (CLAS010)

AIS : ███████

| Mother : ███████ (MOTHER),  - Emergency Contact ███████ |
|---|
| ███ ███████ |

ALABAMA DEPARTMENT OF CORRECTIONS
## CLASSIFICATION SUMMARY

---

### INMATE CLASSIFICATION RISK ASSESSMENT - (CLAS011)

**Name**    JONES, CHRISTOPHER SCOTT                     **Number :** ▉▉▉▉▉▉

**Classification Specialist :**    docal\jasmine.dowdell            **Date :**  06/14/2022

| | |
|---|---|
| History of Institutional Violence (Jail or prison, code most serious last 5 years) | 0 |
| None | Score |
| Severity of current offense | 6 |
| Highest | Score |
| Prior Assaultive Offense History (score the most severe in the inmate's history) | 0 |
| None, Low, or Low/Moderate | Score |
| *Override Reason : Recv Stolen Property I and Unlaw Breaking and Entering Vechile (x3).* | |
| Escape History (rate last 5 years of incarceration) | 0 |
| No escapes or attempts (or no prior incarceration) | Score |
| Current Age | -2 |
| 50 years or older | Score |
| Number of Disciplinary Reports | 1 |
| One in last 12 months | Score |
| Most Severe Disciplinary Report Received (Last 18 months) | 1 |
| Low/Moderate | Score |
| Program / Work Assignment (current incarceration) | -1 |
| Satisfactory work assignment or steady participation in a Treatment/education program | Score |

| | |
|---|---|
| **TOTAL** | 5 |
| | **Total Score** |

---

ALABAMA DEPARTMENT OF CORRECTIONS
**CLASSIFICATION SUMMARY**

---

### INMATE CLASSIFICATION SECURITY LEVEL - (CLAS012)

AIS : ▇▇▇▇▇▇

| | | |
|---|---|---|
| I. | Security Level indicated by score. | 4 |
| II. | Recommended Security Level. | 4 |

**Security Restrictions:** R-Multiple homicides - Not DUI

**Comments:** The inmate being reviewed is (Christopher Jones), AIS # ▇▇▇▇▇▇ He is serving a total term of (25 years) and after being convicted of the following:

Murder (x2): Bound and tortured by electrocution in retaliation for 1.2 million dollars stolen from Mexican drug cartel headed by "El Primo". All victims died of asphyxiation. Multiple codefendants.

Prior convictions: Recv Stolen Property I and Unlaw Breaking and Entering Vechile (x3).

Detainers: No pending/unresolved felonies per Alacourt.

Conduct Record: No disciplinaries since 09/15/2021 Major- Possession of Contraband.

Programs: Completed Programs:None Earned GED 1991. Subject graduated TC.

Minimum Release Date: 08/23/2033

Parole Review Date: 08/2023

Mandatory Release Date: 08/23/2033

MH: A HC: 1 SMI: N

Enemy Locations: 1 – Hamilton; 1 – Staton; 1 – Limestone

Last reviewed: 09/2020: remain Medium SLIV. Inmate barred from lower custody due to multiple homicides.

Recommended Custody: Medium (No Change). Recommended Security Level: 4 (No Change) A lateral transfer is eligible if requested.

ALABAMA DEPARTMENT OF CORRECTIONS
**CLASSIFICATION SUMMARY**

### Comments:

| | |
|---|---|
| Institution Recommendation | The inmate being reviewed is (Christopher Jones), AIS # ▉▉▉▉  He is serving a total term of (25 years) and after being convicted of the following: |
| | Murder (x2). Bound and tortured by electrocution in retaliation for 1.2 million dollars stolen from Mexican drug cartel headed by "El Primo". All victims died of asphyxiation. Multiple codefendants. |
| | Prior convictions: Recv Stolen Property I and Unlaw Breaking and Entering Vechile (x3). |
| | Detainers: No pending/unresolved felonies per Alacourt. |
| | Conduct Record: No disciplinaries since 09/15/2021 Major- Possession of Contraband. |
| | Programs: Completed Programs:None Earned GED 1991, Subject graduated TC. |
| | Minimum Release Date: 08/23/2033 |
| | Parole Review Date: 08/2023 |
| | Mandatory Release Date: 08/23/2033 |
| | MH: A HC: 1 SMI: N |
| | Enemy Locations: 1 – Hamilton; 1 – Staton; 1 – Limestone |
| | Last reviewed: 09/2020; remain Medium SLIV. Inmate barred from lower custodydue to multiple homicides. |
| | Recommended Custody: Medium (No Change). Recommended Security Level: 4 (No Change) A lateral transfer is eligible if requested. |
| Psych Associate Review | Concur with Classification Specialist. |
| | Mary Collins, Psych Assoc. II |
| Warden Review | Concur with Specialist recommendation. |

| Title | Custody | Sec Lvl | Date |
|---|---|---|---|
| **Specialist Final Review And Submission** | MEDIUM | 4 | 07/27/2022 |
| docaNjasmine.dowdell | | | |
| **Complete** | MEDIUM | 4 | 07/27/2022 |

### APPROVED INSTITUTIONS

| | |
|---|---|
| FOUNTAIN CORRECTIONAL CENTER | BIBB COUNTY CORRECTIONAL FAC. |
| KILBY CORRECTIONAL FACILITY | EASTERLING CORRECTIONAL CENTER |
| KILBY INFIRMARY | BULLOCK CORRECTIONAL FACILITY |
| KILBY RCC | ALA THERAPEUTIC ED FACILITY - MALE |
| VENTRESS CORRECTIONAL CENTER | |
| ELMORE CORRECTIONAL FACILITY | |

00151939        R                                                                                              CLAS114

## ALABAMA DEPARTMENT OF CORRECTIONS
## CLASSIFICATION SUMMARY

AIS # : ▓▓▓▓▓▓▓        NAME: JONES, CHRISTOPHER SCOTT        RACE: B    SEX: M

EARNING STATUS : PROHIBITED FROM EARNING GOODTIME

CLASSIFYING INSTITUTION IS -        BULLOCK CORRECTIONAL FACILITY

RECOMMENDED CUSTODY IS - _ _ _ _ _ _ _ _ _ _ _ _ _ _    APPROVED CUSTODY IS - _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

RECOMMENDED INST IS - _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _    APPROVED PLACEMENT IS - _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

PRESENT WORK        ASSIGNMENT                                    NEW WORK ASSIGNMENT

PRIMARY  -  _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _         _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

SECONDARY  - _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _        _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

PROGRAM PARTICIPATION  - _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

WAIVER OF CRITERIA REQUESTED FOR - _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

JUSTIFICATION AND COMMENTS -

The inmate being reviewed is (Christopher Jones), AIS # ▓▓▓▓▓▓▓  He is serving a total term of (25 years) and after being convicted of the following:

Murder (x2): Bound and tortured by electrocution in retaliation for 1.2 million dollars stolen from Mexican drug cartel headed by "El Primo". All victims died of asphyxiation. Multiple codefendants.

Prior convictions: Recv Stolen Property I and Unlaw Breaking and Entering Vechile (x3).

Detainers: No pending/unresolved felonies per Alacourt.

Conduct Record: No disciplinaries since 09/15/2021 Major- Possession of Contraband.

Programs: Completed Programs:None Earned GED 1991, Subject graduated TC:

Minimum Release Date: 08/23/2033

Parole Review Date: 08/2023

Mandatory Release Date: 08/23/2033

MH; AHC: 1 SMI: N

Enemy Locations: 1 – Hamilton; 1 – Staton; 1 – Limestone

Last reviewed: 09/2020; remain Medium SLIV, Inmate barred from lower custodydue to multiple homicides.

Recommended Custody: Medium (No Change). Recommended Security Level: 4 (No Change) A lateral transfer is eligible if requested.

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _          _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
CLASSIFICATION SPECIALIST        DATE              CLASSIFICATION COORDINATOR        DATE

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _          _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
PSYCHOLOGIST                DATE                   CENTRAL REVIEW BOARD            DATE

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _          _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
WARDEN OR REPRESENTATIVE        DATE              CENTRAL REVIEW BOARD            DATE

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _          _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
INMATE                    DATE                   CENTRAL REVIEW BOARD            DATE

## ALABAMA DEPARTMENT OF CORRECTIONS
## CLASSIFICATION SUMMARY

AIS # : ▊▊▊▊▊▊▊          NAME: JONES, CHRISTOPHER SCOTT          RACE: B   SEX: M

DATE OF BIRTH: ▊▊▊▊▊          BIRTH COUNTRY: UNITED STATES          STATE OF BIRTH: AL

INSTITUTION :  BULLOCK CORRECTIONAL FACILITY          CITIZENSHIP:  true

PAROLE CONSIDERATION DATE: 08/01/2023

RELIGION : CHRISTIAN          STG:   HAIR: BLK   EYES: BRO

CURRENT CUSTODY : MED9          DNA TEST :  11/01/2011     HEIGHT: 5FT  9IN          WEIGHT:  172

PRIMARY OCCUPATION: BARBER / BEAUTICIAN / COSMETOLOGIST          SECONDARY OCCUPATION: LABORER - GENERAL

HIGHEST GRADE LEVEL COMPLETED :  12TH GRADE, GED OR HED          MIN RELEASE DATE :  08/23/2033

DRIVER'S LICENSE #:  - none          LONG RELEASE DATE :  08/23/2033

STATUS: NEW COMIT FROM CRT W/O REV OF PROB

DUTY STATUS: EXCELLENT (GOOD HEALTH)          Youth Offender: A

EMERGENCY CONTACT :          ▊▊▊▊▊▊     (Mother)  PHONE: ▊▊▊▊▊▊▊
▊▊▊▊▊▊▊▊▊▊

---

### SPECIAL NEEDS- (CLAS002)

| | |
|---|---|
| **Psychologist :** | S. Thomas |
| **Physician :** | |
| **Physical Limitations :** | |
| **Physical Comments :** | |
| **Medication Types :** | |
| **Medication Comments :** | |
| **Communication Needs :** | |
| **Communication Comments :** | |
| **Treatment Needs :** | |
| **Treatment Comments :** | Subject graduated TC<br>Studied Heating and Air at TC, but doesn't appear to have completed it.<br>Earned GED 1991 |
| **Mental Health Code :** | MH A |
| **Health Code :** | 1 |
| **Programs :** | Therapeutic Community (18 mo) |

**Inmate Stated he/she received special education services :**          No

ALABAMA DEPARTMENT OF CORRECTIONS
## CLASSIFICATION SUMMARY

| AIS: ▉▉▉ | | | CURRENT CONVICTIONS - (CLAS003) | | | |
|---|---|---|---|---|---|---|
| Suf | COUNTY | CASE # | DATE | CRIME | TERM | CS/CC |
| R | SHLB | 001112 | 10/28/2011 | MURDER | 025Y00M00D | CS |

### CRIME DETAILS - (CLAS017)

| | |
|---|---|
| Verification : | Verified |
| Victim Injury : | Death |
| Plea Bargained? : | Yes |
| Original Charge : | Capital Murder |
| High Profile? : | Yes |
| YOA Indicator : | No |
| Notes : | 5 hispanics  bound and tortured by electrocution  in retaliation for 1.2 million dollars stolen from mexican drug cartel headed by "El Primo".  All victims died of asphyxiation. multiple codefendants. |
| Is Capital Offense : | No |
| Provoked/Extenuating Circumstances : | No |
| Murder Victim : | Gang related |

| R | SHLB | 001113 | 10/28/2011 | MURDER | 025Y00M00D | CC |
|---|---|---|---|---|---|---|

### CRIME DETAILS - (CLAS017)

| | |
|---|---|
| Verification : | Verified |
| Victim Injury : | Death |
| Plea Bargained? : | Yes |
| Original Charge : | Capital Murder |
| High Profile? : | Yes |
| YOA Indicator : | No |
| Notes : | 5 hispanics  bound and tortured by electrocution retaliation for 1.2 million dollars stolen from mexican drug cartel headed by "El Primo".  All victims died of asphyxiation. multiple codefendants. |
| Is Capital Offense : | No |
| Provoked/Extenuating Circumstances : | No |
| Murder Victim : | Gang related |

## DETAINERS - (CLAS004)

### AIS: ▉▉▉

NO ACTIVE DETAINERS FOUND ON FILE

**General Detainer Warrants Comments**

none.

ALABAMA DEPARTMENT OF CORRECTIONS
## CLASSIFICATION SUMMARY

| AIS: ▓▓▓▓ | | PRIOR CONVICTIONS - (CLAS005) | | | |
|---|---|---|---|---|---|

| SUF | DATE | CRIME | TERM | CS/CC | HABITUAL |
|---|---|---|---|---|---|
| | 12/02/1988 | RECV STOLEN PROPERTY I | 002Y00M00D | Consecutive | NO |
| | 05/12/1989 | UNLAW BREAKING AND ENTERING VEHICLE | 005Y00M00D | Concurrent | NO |
| | 05/12/1989 | UNLAW BREAKING AND ENTERING VEHICLE | 005Y00M00D | Concurrent | NO |
| | 05/12/1989 | UNLAW BREAKING AND ENTERING VEHICLE | 005Y00M00D | Concurrent | NO |

### General Prior Convictions Comments

Recv Stolen Property I and Unlaw Breaking and Entering Vechile (x3).

| AIS: ▓▓▓▓ | ESCAPES - (CLAS006) |
|---|---|

NO ESCAPE RECORDS FOUND ON FILE

### General Escape Comments

none.

| AIS: ▓▓▓▓ | PAROLE & PROBATION - (CLAS007) |
|---|---|

NO P&P RECORDS FOUND ON FILE

### General Parole & Probation Comments

PD: 08/2023

ADOC002908

ALABAMA DEPARTMENT OF CORRECTIONS
## CLASSIFICATION SUMMARY

### DISCIPLINARIES - (CLAS008)

AIS: ███████ SUFFIX : R

| | | INSTITUTION : | BULLOCK CORRECTIONAL FACILITY |
|---|---|---|---|
| DATE : | 09/15/2021 | REASON : | MAJOR - POSSESSION OF CONTRABAND |
| RESULT : | NONE | COMMENTS: | BCF-21-03460-1 |
| | | INSTITUTION : | ELMORE CORRECTIONAL FACILITY |
| DATE : | 02/05/2021 | REASON : | BEHAVIOR CITATION - TRADING, BARTERING, AND SELLING |
| RESULT : | NONE | COMMENTS: | ELMCF-21-00185-2 |
| | | INSTITUTION : | ST.CLAIR CORRECTIONAL FAC. |
| DATE : | 08/01/2016 | REASON : | MAJOR - UNAUTHORIZED POSSESSION OF A WEAPON OR DEVICE THAT COULD BE USED AS A |
| RESULT : | NONE | COMMENTS: | SCCF-16-01149-4 |
| | | INSTITUTION : | ST.CLAIR CORRECTIONAL FAC. |
| DATE : | 01/24/2013 | REASON : | MAJOR - UNAUTHORIZED POSSESSION OF A PHONE(S) / ACCESSORY(S) |
| RESULT : | NONE | COMMENTS: | SCCF-13-00111-5 |
| | | INSTITUTION : | ST.CLAIR CORRECTIONAL FAC. |
| DATE : | 08/24/2012 | REASON : | MAJOR - POSSESSION OF CONTRABAND |
| RESULT : | NONE | COMMENTS: | 45 DAYS DISC. SEG. |
| | | INSTITUTION : | ST.CLAIR CORRECTIONAL FAC. |
| DATE : | 08/24/2012 | REASON : | MAJOR - POSSESSION OF CONTRABAND |
| RESULT : | NONE | COMMENTS: | 45 DAYSDISC. SEG. |

AIS: ███████ SUFFIX :

| | | INSTITUTION : | ST.CLAIR CORRECTIONAL FAC. |
|---|---|---|---|
| DATE : | 03/11/1991 | REASON : | MINOR - AID & ABETTING ANOTHER TO VIO. DOC RULES |
| RESULT : | LOSS OF GOOD TIME | COMMENTS: | |
| | | INSTITUTION : | ST.CLAIR CORRECTIONAL FAC. |
| DATE : | 09/28/1990 | REASON : | MAJOR - INSUBORDINATION |
| RESULT : | NONE | COMMENTS: | 45 DAYS DIS SEG |
| | | INSTITUTION : | LIMESTONE CORRECTIONAL CENTER |
| DATE : | 02/16/1990 | REASON : | MAJOR - ASSAULT ON PERSONS ASSC. WITH DOC |
| RESULT : | LOSS G.T. & CUST. CHG | COMMENTS: | 45 DAYS DISC SEG. |
| | | INSTITUTION : | LIMESTONE CORRECTIONAL CENTER |
| DATE : | 08/31/1989 | REASON : | MAJOR - FIGHTING WITHOUT A WEAPON |
| RESULT : | NONE | COMMENTS: | 14 DAYS DISC SEG. |
| | | INSTITUTION : | LIMESTONE CORRECTIONAL CENTER |
| DATE : | 04/12/1989 | REASON : | MAJOR - FAIL TO OBEY A DIRECT ORDER OF DOC OFF. |
| RESULT : | LOSS OF GOOD TIME | COMMENTS: | |

### General Disciplinaries Comments

None.

ALABAMA DEPARTMENT OF CORRECTIONS
## CLASSIFICATION SUMMARY

### ENEMIES - (CLAS009)

█████ - KNOWN ENEMIES

| AIS: ██████ | NAME: ████████ | STATUS: Valid |
|---|---|---|

INSTITUTION: HAMILTON W/R

REASON: Debt accrual

ENTRY: suanita.johnson
ENTRY TIME: 3/22/2021 3:52:36 PM

COMMENTS: Per Incident Report ELMCF-21-00277
On February 17, 2021, at approximately 11am, Correctional Lieutenant Walter Posey received a telephone call from an unknown female alleging that inmate ████████ (B2-1A) (No affiliation) was being extorted for money by inmate Christopher Jones, ████ (C1-142A) (No affiliation). Lieutenant Posey had inmates ████ and Jones escorted into the Shift Commanders Office, where he questioned them. Inmate ████ stated he did not have a problem with inmate Jones but did owe inmate ████████, (C1-69A) (No affiliation). Lieutenant Posey had inmate ████ escorted to the Shift Commanders Office. Inmate ████ stated that inmate ████ did owe him $50.00 dollars and inmate ████ was going pay him in two weeks. Inmate ████ refused to sign a Living Agreement.

| AIS: ██████ | NAME: ████████ | STATUS: Valid |
|---|---|---|

INSTITUTION: UNASSIGNED

REASON: Co-Defendant

ENTRY: lashanda.hails
ENTRY TIME: 3/19/2012 3:00:19 PM

COMMENTS: Co-Defendant   Inmate Jones, Christopher ████ was contracted by ████████ AIS# ████████ ████████ AIS# ████ and ████████ (AIS Unknown) to kill 5 Hispanic males due to $438, 000 in drug money being stolen. ████████ (AIS unknown) handed $15, 000 over to Jones as payment for the murders. Jones recruited ████████ and ████████ (AIS unknown) to assist with the murders.

| AIS: ██████ | NAME: ████████ | STATUS: Valid |
|---|---|---|

INSTITUTION: LIMESTONE CORR

REASON: both inmates are on the same Capital Murder case together ████ requested they be made enemies

ENTRY: alicia.white
ENTRY TIME: 2/14/2012 10:57:13 AM

COMMENTS: both inmates are on the same Capital Murder case together ████ requested they be made enemies both inmates are on the same Capital Murder case together ████ requested they be made enemi

### NAME AND ADDRESS OF CONTACTS - (CLAS010)

AIS : ██████

| Mother : ████████ - Emergency Contact | Phone # : ██████ |
|---|---|
| ████████ ████████ | |
| Other : ████████ | Phone # : ██████ |
| ████████ | |

ALABAMA DEPARTMENT OF CORRECTIONS
**CLASSIFICATION SUMMARY**

---

## INMATE CLASSIFICATION RISK ASSESSMENT - (CLAS011)

**Name**    JONES, CHRISTOPHER SCOTT                          **Number :** ▮▮▮▮▮▮

**Classification Specialist :**    docal\jasmine.dowdell                **Date :** 06/14/2022

| | |
|---|---|
| History of Institutional Violence (Jail or prison, code most serious last 5 years) | 0 |
| None | Score |
| Severity of current offense | 6 |
| Highest | Score |
| Prior Assaultive Offense History (score the most severe in the inmate's history) | 0 |
| None, Low, or Low/Moderate | Score |
| *Override Reason : Recv Stolen Property I and Unlaw Breaking and Entering Vechile (x3).* | |
| Escape History (rate last 5 years of incarceration) | 0 |
| No escapes or attempts (or no prior incarceration) | Score |
| Current Age | -2 |
| 50 years or older | Score |
| Number of Disciplinary Reports | 1 |
| One in last 12 months | Score |
| Most Severe Disciplinary Report Received (Last 18 months) | 1 |
| Low/Moderate | Score |
| Program / Work Assignment (current incarceration) | -1 |
| Satisfactory work assignment or steady participation in a Treatment/education program | Score |
| **TOTAL** | 5 |
| | **Total Score** |

ALABAMA DEPARTMENT OF CORRECTIONS
**CLASSIFICATION SUMMARY**

---

### INMATE CLASSIFICATION SECURITY LEVEL - (CLAS012)

AIS : █████████

| | | |
|---|---|---|
| I. | Security Level indicated by score. | 4 |
| II. | Recommended Security Level. | 4 |

**Security Restrictions:**    R-Multiple homicides - Not DUI

**Comments:** The inmate being reviewed is (Christopher Jones), AIS # █████████ He is serving a total term of (25 years) and after being convicted of the following:

Murder (x2): Bound and tortured by electrocution in retaliation for 1.2 million dollars stolen from Mexican drug cartel headed by "El Primo". All victims died of asphyxiation. Multiple codefendants.

Prior convictions: Recv Stolen Property I and Unlaw Breaking and Entering Vechile (x3).

Detainers: No pending/unresolved felonies per Alacourt.

Conduct Record: No disciplinaries since 09/15/2021 Major- Possession of Contraband.

Programs: Completed Programs:None Earned GED 1991. Subject graduated TC.

Minimum Release Date: 08/23/2033

Parole Review Date: 08/2023

Mandatory Release Date: 08/23/2033

MH: A HC: 1 SMI: N

Enemy Locations: 1 – Hamilton; 1 – Staton; 1 – Limestone

Last reviewed: 09/2020: remain Medium SLIV. Inmate barred from lower custody due to multiple homicides.

Recommended Custody: Medium (No Change). Recommended Security Level: 4 (No Change) A lateral transfer is eligible if requested.

ALABAMA DEPARTMENT OF CORRECTIONS
## CLASSIFICATION SUMMARY

### Comments:

| | |
|---|---|
| Institution Recommendation | The inmate being reviewed is (Christopher Jones), AIS # ███████  He is serving a total term of (25 years) and after being convicted of the following: |

Murder (x2): Bound and tortured by electrocution in retaliation for 1.2 million dollars stolen from Mexican drug cartel headed by "El Primo". All victims died of asphyxiation. Multiple codefendants.

Prior convictions: Recv Stolen Property I and Unlaw Breaking and Entering Vechile (x3).

Detainers: No pending/unresolved felonies per Alacourt.

Conduct Record: No disciplinaries since 09/15/2021 Major- Possession of Contraband.

Programs: Completed Programs:None Earned GED 1991, Subject graduated TC.

Minimum Release Date: 08/23/2033

Parole Review Date: 08/2023

Mandatory Release Date: 08/23/2033

MH: A HC: 1 SMI: N

Enemy Locations: 1 – Hamilton; 1 – Staton; 1 – Limestone

Last reviewed: 09/2020; remain Medium SLIV. Inmate barred from lower custodydue to multiple homicides.

Recommended Custody: Medium (No Change). Recommended Security Level: 4 (No Change) A lateral transfer is eligible if requested.

| | |
|---|---|
| Psych Associate Review | Concur with Classification Specialist. Mary Collins, Psych Assoc. II |
| Warden Review | Concur with Specialist recommendation. |

| Title | Custody | Sec Lvl | Date |
|---|---|---|---|
| **Specialist Final Review And Submission** docaNjasmine.dowdell | MEDIUM | 4 | 07/27/2022 |
| **Complete** | MEDIUM | 4 | 07/27/2022 |

### APPROVED INSTITUTIONS

| | |
|---|---|
| FOUNTAIN CORRECTIONAL CENTER | BIBB COUNTY CORRECTIONAL FAC. |
| KILBY CORRECTIONAL FACILITY | EASTERLING CORRECTIONAL CENTER |
| KILBY INFIRMARY | BULLOCK CORRECTIONAL FACILITY |
| KILBY RCC | ALA THERAPEUTIC ED FACILITY - MALE |
| VENTRESS CORRECTIONAL CENTER | |
| ELMORE CORRECTIONAL FACILITY | |

## ALABAMA DEPARTMENT OF CORRECTIONS
## CLASSIFICATION SUMMARY

AIS # : ▓▓▓▓▓▓▓    NAME: JONES, CHRISTOPHER SCOTT    RACE: B    SEX: M

EARNING STATUS : PROHIBITED FROM EARNING GOODTIME

CLASSIFYING INSTITUTION IS -    BULLOCK CORRECTIONAL FACILITY

RECOMMENDED CUSTODY IS - _ _ _ _ _ _ _ _ _ _ _ _ _ _    APPROVED CUSTODY IS - _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

RECOMMENDED INST IS - _ _ _ _ _ _ _ _ _ _ _ _ _ _ _    APPROVED PLACEMENT IS - _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

PRESENT WORK    ASSIGNMENT                              NEW WORK ASSIGNMENT

PRIMARY -    _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _        _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

SECONDARY -  _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _      _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

PROGRAM PARTICIPATION -  _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

WAIVER OF CRITERIA REQUESTED FOR - _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

JUSTIFICATION AND COMMENTS -

The inmate being reviewed is (Christopher Jones), AIS # ▓▓▓▓▓▓▓  He is serving a total term of (25 years) and after being convicted of the following:

Murder (x2): Bound and tortured by electrocution in retaliation for 1.2 million dollars stolen from Mexican drug cartel headed by "El Primo". All victims died of asphyxiation. Multiple codefendants.

Prior convictions: Recv Stolen Property I and Unlaw Breaking and Entering Vechile (x3).

Detainers: No pending/unresolved felonies per Alacourt.

Conduct Record: No disciplinaries since 09/15/2021 Major- Possession of Contraband.

Programs: Completed Programs:None Earned GED 1991, Subject graduated TC:

Minimum Release Date: 08/23/2033

Parole Review Date: 08/2023

Mandatory Release Date: 08/23/2033

MH: AHC: 1 SMI: N

Enemy Locations: 1 – Hamilton; 1 – Staton; 1 – Limestone

Last reviewed: 09/2020; remain Medium SLIV. Inmate barred from lower custody.

Recommended Custody: Medium (No Change). Recommended Security Level: 4 (No Change) A lateral transfer is eligible if requested.

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _            _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
CLASSIFICATION SPECIALIST          DATE             CLASSIFICATION COORDINATOR          DATE

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _            _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
PSYCHOLOGIST                        DATE             CENTRAL REVIEW BOARD                DATE

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _            _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
WARDEN OR REPRESENTATIVE            DATE             CENTRAL REVIEW BOARD                DATE

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _            _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
INMATE                              DATE             CENTRAL REVIEW BOARD                DATE

ALABAMA DEPARTMENT OF CORRECTIONS
## CLASSIFICATION SUMMARY

AIS # : ▮▮▮▮▮▮   NAME: JONES, CHRISTOPHER SCOTT   RACE: B   SEX: M

DATE OF BIRTH: ▮▮▮▮▮   BIRTH COUNTRY: UNITED STATES   STATE OF BIRTH: AL

INSTITUTION :  BULLOCK CORRECTIONAL FACILITY   CITIZENSHIP:  true

PAROLE CONSIDERATION DATE: 08/01/2023

RELIGION : CHRISTIAN   STG:   HAIR: BLK   EYES: BRO

CURRENT CUSTODY : MII9   DNA TEST :  11/01/2011   HEIGHT: 5FT 9IN   WEIGHT:  172

PRIMARY OCCUPATION: BARBER / BEAUTICIAN / COSMETOLOGIST   SECONDARY OCCUPATION: LABORER - GENERAL

HIGHEST GRADE LEVEL COMPLETED : 12TH GRADE, GED OR HED   MIN RELEASE DATE : 08/23/2033

DRIVER'S LICENSE #:  - none   LONG RELEASE DATE : 08/23/2033

STATUS: NEW COMIT FROM CRT W/O REV OF PROB

DUTY STATUS: EXCELLENT (GOOD HEALTH)   Youth Offender: A

EMERGENCY CONTACT :   ▮▮▮▮▮   (Mother)  PHONE: ▮▮▮▮▮

▮▮▮▮▮

---

## SPECIAL NEEDS- (CLAS002)

| | |
|---|---|
| **Psychologist :** | M. Collins |
| **Physician :** | Dr. Siddiq |
| **Physical Limitations :** | |
| **Physical Comments :** | |
| **Medication Types :** | |
| **Medication Comments :** | |
| **Communication Needs :** | |
| **Communication Comments :** | |
| **Treatment Needs :** | |
| **Treatment Comments :** | Subject graduated TC |
| | Studied Heating and Air at TC, but doesn't appear to have completed it. Earned GED 1991 |
| **Mental Health Code :** | MH A |
| **Health Code :** | 1 |
| **Programs :** | Therapeutic Community (18 mo) |
| **Inmate Stated he/she received special education services :** | No |

ALABAMA DEPARTMENT OF CORRECTIONS
## CLASSIFICATION SUMMARY

| AIS: ██████ | | | | CURRENT CONVICTIONS - (CLAS003) | | |
|---|---|---|---|---|---|---|
| Suf | COUNTY | CASE # | DATE | CRIME | TERM | CS/CC |
| R | SHLB | 001112 | 10/28/2011 | MURDER | 025Y00M00D | CS |

### CRIME DETAILS - (CLAS017)

| | |
|---|---|
| Verification : | Verified |
| Victim Injury : | Death |
| Plea Bargained? : | Yes |
| Original Charge : | Capital Murder |
| High Profile? : | Yes |
| YOA Indicator : | No |
| Notes : | 5 hispanics  bound and tortured by electrocution  in retaliation for 1.2 million dollars stolen from mexican drug cartel headed by "El Primo".  All victims died of asphyxiation. multiple codefendants. |
| Is Capital Offense : | No |
| Provoked/Extenuating Circumstances : | No |
| Murder Victim : | Gang related |

| Suf | COUNTY | CASE # | DATE | CRIME | TERM | CS/CC |
|---|---|---|---|---|---|---|
| R | SHLB | 001113 | 10/28/2011 | MURDER | 025Y00M00D | CC |

### CRIME DETAILS - (CLAS017)

| | |
|---|---|
| Verification : | Verified |
| Victim Injury : | Death |
| Plea Bargained? : | Yes |
| Original Charge : | Capital Murder |
| High Profile? : | Yes |
| YOA Indicator : | No |
| Notes : | 5 hispanics  bound and tortured by electrocution retaliation for 1.2 million dollars stolen from mexican drug cartel headed by "El Primo".  All victims died of asphyxiation. multiple codefendants. |
| Is Capital Offense : | No |
| Provoked/Extenuating Circumstances : | No |
| Murder Victim : | Gang related |

### DETAINERS - (CLAS004)

AIS: ██████

NO ACTIVE DETAINERS FOUND ON FILE

ALABAMA DEPARTMENT OF CORRECTIONS
**CLASSIFICATION SUMMARY**

AIS: ▮▮▮▮▮▮     **PRIOR CONVICTIONS - (CLAS005)**

| SUF | DATE | CRIME | TERM | CS/CC | HABITUAL |
|-----|------|-------|------|-------|----------|
| | 12/02/1988 | RECV STOLEN PROPERTY I | 002Y00M00D | Consecutive | NO |
| | 05/12/1989 | UNLAW BREAKING AND ENTERING VEHICLE | 005Y00M00D | Concurrent | NO |
| | 05/12/1989 | UNLAW BREAKING AND ENTERING VEHICLE | 005Y00M00D | Concurrent | NO |
| | 05/12/1989 | UNLAW BREAKING AND ENTERING VEHICLE | 005Y00M00D | Concurrent | NO |

**General Prior Convictions Comments**

Recv Stolen Property I and Unlaw Breaking and Entering Vechile (x3).

AIS: ▮▮▮▮▮▮     **ESCAPES - (CLAS006)**

NO ESCAPE RECORDS FOUND ON FILE

AIS: ▮▮▮▮▮     **PAROLE & PROBATION - (CLAS007)**

NO P&P RECORDS FOUND ON FILE

**General Parole & Probation Comments**

PD: 08/2023

ALABAMA DEPARTMENT OF CORRECTIONS
## CLASSIFICATION SUMMARY

### DISCIPLINARIES - (CLAS008)

AIS: ▓▓▓▓▓     SUFFIX : R

| | | INSTITUTION : | BULLOCK CORRECTIONAL FACILITY |
|---|---|---|---|
| DATE : | 09/15/2021 | REASON : | MAJOR - POSSESSION OF CONTRABAND |
| RESULT : | NONE | COMMENTS: | BCF-21-03460-1 |
| | | INSTITUTION : | ELMORE CORRECTIONAL FACILITY |
| DATE : | 02/05/2021 | REASON : | BEHAVIOR CITATION - TRADING, BARTERING, AND SELLING |
| RESULT : | NONE | COMMENTS: | ELMCF-21-00185-2 |
| | | INSTITUTION : | ST.CLAIR CORRECTIONAL FAC. |
| DATE : | 08/01/2016 | REASON : | MAJOR - UNAUTHORIZED POSSESSION OF A WEAPON OR DEVICE THAT COULD BE USED AS A |
| RESULT : | NONE | COMMENTS: | SCCF-16-01149-4 |
| | | INSTITUTION : | ST.CLAIR CORRECTIONAL FAC. |
| DATE : | 01/24/2013 | REASON : | MAJOR - UNAUTHORIZED POSSESSION OF A PHONE(S) / ACCESSORY(S) |
| RESULT : | NONE | COMMENTS: | SCCF-13-00111-5 |
| | | INSTITUTION : | ST.CLAIR CORRECTIONAL FAC. |
| DATE : | 08/24/2012 | REASON : | MAJOR - POSSESSION OF CONTRABAND |
| RESULT : | NONE | COMMENTS: | 45 DAYS DISC. SEG. |
| | | INSTITUTION : | ST.CLAIR CORRECTIONAL FAC. |
| DATE : | 08/24/2012 | REASON : | MAJOR - POSSESSION OF CONTRABAND |
| RESULT : | NONE | COMMENTS: | 45 DAYSDISC. SEG. |

AIS: ▓▓▓▓▓     SUFFIX :

| | | INSTITUTION : | ST.CLAIR CORRECTIONAL FAC. |
|---|---|---|---|
| DATE : | 03/11/1991 | REASON : | MINOR - AID & ABETTING ANOTHER TO VIO. DOC RULES |
| RESULT : | LOSS OF GOOD TIME | COMMENTS: | |
| | | INSTITUTION : | ST.CLAIR CORRECTIONAL FAC. |
| DATE : | 09/28/1990 | REASON : | MAJOR - INSUBORDINATION |
| RESULT : | NONE | COMMENTS: | 45 DAYS DIS SEG |
| | | INSTITUTION : | LIMESTONE CORRECTIONAL CENTER |
| DATE : | 02/16/1990 | REASON : | MAJOR - ASSAULT ON PERSONS ASSC. WITH DOC |
| RESULT : | LOSS G.T. & CUST. CHG | COMMENTS: | 45 DAYS DISC SEG. |
| | | INSTITUTION : | LIMESTONE CORRECTIONAL CENTER |
| DATE : | 08/31/1989 | REASON : | MAJOR - FIGHTING WITHOUT A WEAPON |
| RESULT : | NONE | COMMENTS: | 14 DAYS DISC SEG. |
| | | INSTITUTION : | LIMESTONE CORRECTIONAL CENTER |
| DATE : | 04/12/1989 | REASON : | MAJOR - FAIL TO OBEY A DIRECT ORDER OF DOC OFF. |
| RESULT : | LOSS OF GOOD TIME | COMMENTS: | |

ALABAMA DEPARTMENT OF CORRECTIONS
**CLASSIFICATION SUMMARY**

---

### ENEMIES - (CLAS009)

**████ - KNOWN ENEMIES**

| | | |
|---|---|---|
| **AIS:** ████ | **NAME:** ████████ | **STATUS:** Valid |

**INSTITUTION:** HAMILTON W/R

**REASON:** Debt accrual

**ENTRY:** suanita.johnson
**ENTRY TIME:** 3/22/2021 3:52:36 PM

**COMMENTS:** Per Incident Report ELMCF-21-00277
On February 17, 2021, at approximately 11am, Correctional Lieutenant Walter Posey received a telephone call from an unknown female alleging that inmate ████████ (B2-1A) (No affiliation) was being extorted for money by inmate Christopher Jones, ████ (C1-142A) (No affiliation). Lieutenant Posey had inmates ████ and Jones escorted into the Shift Commanders Office, where he questioned them. Inmate ████ stated he did not have a problem with inmate Jones but did owe inmate Samuel Giles, B/160014, (C1-69A) (No affiliation). Lieutenant Posey had inmate ████ escorted to the Shift Commanders Office. Inmate ████ stated that inmate ████ did owe him $50.00 dollars and inmate ████ was going pay him in two weeks. Inmate ████ refused to sign a Living Agreement.

---

| | | |
|---|---|---|
| **AIS:** ████ | **NAME:** ████████ | **STATUS:** Valid |

**INSTITUTION:** UNASSIGNED

**REASON:** Co-Defendant

**ENTRY:** lashanda.hails
**ENTRY TIME:** 3/19/2012 3:00:19 PM

**COMMENTS:** Co-Defendant  Inmate Jones, Christopher ████ was contracted by ████ AIS# Alejandros ████████ and ████ (AIS Unknown) to kill 5 Hispanic males due to $438,000 in drug money being stolen. ████████ (AIS unknown) handed $15,000 over to Jones as payment for the murders. Jones recruited ████████ and ████████ (AIS unknown) to assist with the murders.

---

| | | |
|---|---|---|
| **AIS:** ████ | **NAME:** ████████ | **STATUS:** Valid |

**INSTITUTION:** LIMESTONE CORR

**REASON:** both inmates are on the same Capital Murder case together ████ requested they be made enemies

**ENTRY:** alicia.white
**ENTRY TIME:** 2/14/2012 10:57:13 AM

**COMMENTS:** both inmates are on the same Capital Murder case together ████ requested they be made enemies both inmates are on the same Capital Murder case together ████ requested they be made enemi

---

### NAME AND ADDRESS OF CONTACTS - (CLAS010)

**AIS :** ████

| | | |
|---|---|---|
| **Mother :** ████ - **Emergency Contact** ████ ████ | | **Phone # :** ████ |
| **Other :** ████ ████ | | **Phone # :** ████ |

---

ALABAMA DEPARTMENT OF CORRECTIONS
**CLASSIFICATION SUMMARY**

## INMATE CLASSIFICATION RISK ASSESSMENT - (CLAS011)

| | | | |
|---|---|---|---|
| **Name** | JONES, CHRISTOPHER SCOTT | **Number :** | ▮▮▮▮▮ |
| **Classification Specialist :** | docal\john.baker | **Date :** | 06/12/2023 |

| | |
|---|---|
| History of Institutional Violence (Jail or prison, code most serious last 5 years) | 0 |
| None | Score |
| Severity of current offense | 6 |
| Highest | Score |
| Prior Assaultive Offense History (score the most severe in the inmate's history) | 0 |
| None, Low, or Low/Moderate | Score |
| Escape History (rate last 5 years of incarceration) | 0 |
| No escapes or attempts (or no prior incarceration) | Score |
| Current Age | -2 |
| 50 years or older | Score |
| Number of Disciplinary Reports | -3 |
| None in the last 18 months | Score |
| Most Severe Disciplinary Report Received (Last 18 months) | 0 |
| None | Score |
| Program / Work Assignment (current incarceration) | -2 |
| Completion of certified treatment or education program/degree | Score |
| **TOTAL** | -1 |
| | **Total Score** |

ALABAMA DEPARTMENT OF CORRECTIONS
**CLASSIFICATION SUMMARY**

---

INMATE CLASSIFICATION SECURITY LEVEL - (CLAS012)

AIS : ███████

---

| I. | Security Level indicated by score. | 1 |
|---|---|---|
| II. | Recommended Security Level. | 4 |

**Security Restrictions:** R-Multiple homicides - Not DUI

**Comments:**

| | |
|---|---|
| Institution Recommendation | Annual Review. The inmate being reviewed is (Christopher Jones), AIS # ███████ AR. He is serving a total term of (25 years) and after being convicted of the following: Murder (x2). Bound and tortured by electrocution in retaliation for 1.2 million dollars stolen from Mexican drug cartel headed by "El Primo". All victims died of asphyxiation. Multiple codefendants.Prior convictions: Recv Stolen Property I and Unlaw Breaking and Entering Vechile (x3). |
| | No detainer warrants on file with ADOC. No unresolved felonies, sex crimes, or escapes noted in Alacourt/Alacop. |
| | Last Disciplinary: 9/15/2021 Rule 934 - Possession of Contraband - picked up two packages containing contraband off the yard and threw the packages in the trash beside the gym. BCF-21-03460. The inmate has since sustained an excellent record of institutional conduct. |
| | Minimum Release Date: 8/23/20233. Parole Review Date: 8/2023. Mandatory Release to Supervision Date: 8/23/2032. |
| | Enemy: 1-Hamilton, 1-Limestone, 1-Unassigned. |
| | Job: Works as dorm cleaner. Note: Restricted inmates will not be assigned to work "off-property" job, unless under direct supervision of a Correctional Officer. |
| | This inmate has an "R" suffix due to criteria number 1: Convictions for multiple homicides (past or present). This excludes traffic related homicides. |
| | This inmate prefers to remain at Bullock at this time therefore no other placement option is recommended. |
| | The least restrictive custody that can be considered for an inmate with "R" suffix is minimum-in at a security level 4 facility. |
| | Timeframe requirements met for reduction of custody based on proximity to parole consideration. |
| | Recommended Custody: Min-In Recommended Security Level: Four |
| Psych Associate Review | Concur with Classification Specialist. Mary Collins, Psych Assoc. II |
| Warden Review | Agree with Classification. Brian Thompkins, Warden |

| Title | Custody | Sec Lvl | Date |
|---|---|---|---|
| **Specialist Final Review And Submission** | MIN-IN | 4 | 06/13/2023 |
| doca\john.baker | | | |
| **Central Review Board 1** | MIN-IN | 4 | 06/20/2023 |
| doca\freeman.riley | | | |
| *Comments :* Min-in/SL4 approved due to consensus of Institutional Committee. 3/29/2023 incident report noted for possession of a cell phone(no disciplinary received). | | | |
| **Complete** | MIN-IN | 4 | 06/20/2023 |

---

ALABAMA DEPARTMENT OF CORRECTIONS
## CLASSIFICATION SUMMARY

### APPROVED INSTITUTIONS

| | |
|---|---|
| KILBY INFIRMARY | KILBY CORRECTIONAL FACILITY |
| KILBY RCC | BIBB COUNTY CORRECTIONAL FAC. |
| LIMESTONE CORRECTIONAL CENTER | EASTERLING CORRECTIONAL CENTER |
| VENTRESS CORRECTIONAL CENTER | BULLOCK CORRECTIONAL FACILITY |
| STATON CORRECTIONAL CENTER | ELMORE CORRECTIONAL FACILITY |
| PRE THERAPEUTIC COMMUNITY PROGRAM | |

00151959    R                                                                    CLAS114

## ALABAMA DEPARTMENT OF CORRECTIONS
## CLASSIFICATION SUMMARY

AIS # ▉▉▉▉▉           NAME: JONES, CHRISTOPHER SCOTT          RACE: B   SEX: M

EARNING STATUS:  PROHIBITED FROM EARNING GOODTIME

CLASSIFYING INSTITUTION IS -      BULLOCK CORRECTIONAL FACILITY

RECOMMENDED CUSTODY IS - _ _ _ _ _ _ _ _ _ _ _ _ _ _    APPROVED CUSTODY IS - _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

RECOMMENDED INST IS - _ _ _ _ _ _ _ _ _ _ _ _ _ _ _    APPROVED PLACEMENT IS - _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

PRESENT WORK    ASSIGNMENT                                      NEW WORK ASSIGNMENT

PRIMARY -   _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _             _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

SECONDARY - _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _            _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

PROGRAM PARTICIPATION - _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

WAIVER OF CRITERIA REQUESTED FOR - _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

JUSTIFICATION AND COMMENTS -

Annual Review. The inmate being reviewed is (Christopher Jones), AIS # ▉▉▉▉▉  He is serving a total term of (25 years) and
after being convicted of the following: Murder (x2): Bound and tortured by electrocution in retaliation for 1.2 million dollars stolen from
Mexican drug cartel headed by "El Primo". All victims died of asphyxiation. Multiple codefendants Prior convictions: Recv Stolen
Property I and Unlaw Breaking and Entering Vechile (x3).
No detainer warrants on file with ADOC. No unresolved felonies, sex crimes, or escapes noted in Alacourt/Alacop
Last Disciplinary: 9/15/2021 Rule 934 - Possession of Contraband - picked up two packages containing contraband off the yard and
threw the packages in the trash beside the gym. BCF-21-03460. The inmate has since sustained an excellent record of institutional
conduct.
Minimum Release Date: 8/23/20233. Parole Review Date: 8/2023. Mandatory Release to Supervision Date: 8/23/2032.
Enemy: 1-Hamilton. 1-Limestone, 1-Unassigned.
Job: Works as dorm cleaner; Note: Restricted inmates will not be assigned to work "off-property" job, unless under direct supervision
of a Correctional Officer.
This inmate has an "R" suffix due to criteria number 1. Convictions for multiple homicides (past or present). This excludes traffic
related homicides.
This inmate prefers to remain at Bullock at this time therefore no other placement option is recommended
The least restrictive custody that can be considered for an inmate with "R" suffix is minimum-in at a security level 4 facility.
Timeframe requirements met for reduction of custody based on proximity to parole consideration.
Recommended Custody: Min-In Recommended Security Level: Four

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

CLASSIFICATION SPECIALIST      DATE          CLASSIFICATION COORDINATOR     DATE

PSYCHOLOGIST                   DATE          CENTRAL REVIEW BOARD           DATE

WARDEN OR REPRESENTATIVE       DATE          CENTRAL REVIEW BOARD           DATE

INMATE                         DATE          CENTRAL REVIEW BOARD           DATE

Run Date: 6/21/2023 1:00:32 AM                                    ADOC002923   Page 9 of 9