## INMATE REQUEST SLIP

2025 Mar-24 PM 01:16
U.S. DISTRICT COURT
N.D. OF ALABAMA

Name CHRISTOPHER JONES          Quarters D2- 7A Date 4-12-23

AIS # ▉▉▉▉▉

( ) Telephone Call          ( ) Custody change          ( ) Personal Problem

( ) Special Visit          ( ) Time Sheet          (✓ Other SEE BELOW etc.

Briefly Outline Your Request – Then Drop In Mail Box

MR. BAKER, GREETINGS :

I'VE NOT SEEN ANYONE IN CLASS, - IN A YEAR MAYBE 2 YEARS . I HAD A "STROKE" NEARLY A YEAR AGO - NOW HAVE MOBILITY AND SPEECH ISSUES...

I'M REQUESTING TO COME SPEAK WITH YOU AND/OR I'M REQUESTING AN APPOINTMENT TO BE SEEN AT "OPEN HOUSE"...

THANK YOU SIR

Do Not Write Below This Line – **For Reply Only**

Reviewing 4-13-23. Will Meet with Inmate-

If we did not get to meet    JB

Approved  4-13-7033  Denied  Present  Pay Phone  Authorized    Collect Call

Yellow card to Security    M. Ba

Request Directed to: (Check One)

( ) Warden          ( ) Deputy Warden          ( ) Captain

(✓ Classification Supervisor    ( ) Legal Officer  Notary Public  ( ) Record Office

BULLOCK IMAGED

APR 13 2023

BY _____

N176

ADOC002924

## Baker, John (DOC)

| | |
|---|---|
| **From:** | Baker, John (DOC) |
| **Sent:** | Monday, May 1, 2023 3:59 PM |
| **To:** | Peck, Richard (DOC) |
| **Cc:** | Baker, John (DOC) |
| **Subject:** | BCF-23-00545-1 Christopher Jones ███ |

Good afternoon Mr. Peck,

If possible, please let me know via reply e-mail when this disciplinary is complete.

Thank you,
JB

Current

| Step | AIS | Inmate Name | Disc # | Type | IC | RuleViolated | Create Date | Inr |
|---|---|---|---|---|---|---|---|---|
| | Update ███ | | JONES, CHRISTOPHER SCOTT | BCF-23-00545-1 | DISC | | Unauthorized possession of a phone(s) / accessory(s) | |
| 1 | | | | | | | | |

Kind Regards,

*John Baker*

**John Baker**
Classification Specialist Supervisor
Bullock Correctional Facility

**Phone:** ███
Site code: 870
Web: www.doc.alabama.gov
**Email:** ███
104 Bullock Drive, Union Springs, AL 36089

BULLCOK IMAGED
MAY 0 1 2023
BY _____
ADOC002925

## Baker, John (DOC)

| | |
|---|---|
| **From:** | Baker, John (DOC) |
| **Sent:** | Monday, May 1, 2023 4:03 PM |
| **To:** | Collins, Mary (DOC) |
| **Cc:** | ADOC-SPECIALISTS + SUPERVISOR |
| **Subject:** | RE: Christopher Jones ███████ (Initiating reclass for non-punitive reasons/Timeframe requirements) (Just FYI) |

Please Disregard –

I've rejected a review wherein I'd recommended Min-in for this inmate due to unresolved disciplinary action, but I won't need to reclass because Medium / SL4 is appropriate.

JB

Kind Regards,

*John Baker*

**John Baker**
Classification Specialist Supervisor
Bullock Correctional Facility
**Phone** ████
**Site code:** 870
**Web:** www.doc.alabama.gov
**Email:** ███████████
104 Bullock Drive, Union Springs, AL 36089

**From:** Baker, John (DOC)
**Sent:** Monday, May 1, 2023 3:37 PM
**To:** Collins, Mary (DOC) <████████████████
**Cc:** ADOC-SPECIALISTS + SUPERVISOR <ADOC-SPECIALISTSSUPERVISOR@AlabamaGov.onmicrosoft.com>
**Subject:** Christopher Jones ███████ (Initiating reclass for non-punitive reasons/Timeframe requirements) (Just FYI)

MEDIUM



**JONES, CHRISTOPHER SCOTT**
BULLOCK CORRECTIONAL FACILITY
D1-7A
4
B/M
==Initiating Relcass due to being outside timeframe for minimum custody – Plan to hold 5-2-2023==

Kind Regards,

BULLCOK IMAGED
MAY 0 1 2023
BY ___ ADOC002926

1

*John Baker*

**John Baker**
Classification Specialist Supervisor
Bullock Correctional Facility

**Phone:** ███████
**Site code:** 870
**Web:** www.doc.alabama.gov
**Emai** ███████
104 Bullock Drive, Union Springs, AL 36089

**BULLCOK IMAGED**

MAY 0 1 2023

BY _____

ADOC002927

2

Chrestopher Jones #

**Golson, Carolyn (DOC)**

| | |
|---|---|
| **From:** | Golson, Carolyn (DOC) |
| **Sent:** | Monday, March 19, 2012 12:27 PM |
| **To:** | Hails, LaShanda (DOC) |
| **Subject:** | FW: ▓▓▓▓▓▓▓ |

See below

*Carolyn A. Golson*
*Correctional Classification Director*
*301 S. Ripley Street*
*Montgomery, AL. 36104*

*Ph#(334)353-9744*
*Fx#(334)353-9701*
*carolyn.golson@doc.alabama.gov*

---

**From:** Golson, Carolyn (DOC)
**Sent:** Friday, March 16, 2012 4:18 PM
**To:** Atchison, Stephanie (DOC)
**Subject:** FW: ▓▓▓▓▓▓

*Carolyn A. Golson*
*Correctional Classification Director*
*301 S. Ripley Street*
*Montgomery, AL. 36104*

*Ph#(334)353-9744*
*Fx#(334)353-9701*
*carolyn.golson@doc.alabama.gov*

---

**From:** Alan Miller [mailto: ▓▓▓▓▓▓▓▓▓▓▓ ]
**Sent:** Friday, March 16, 2012 9:49 AM
**To:** Golson, Carolyn (DOC)
**Subject:** RE: ▓▓▓▓▓▓

Carolyn,

There was no testimony.  Everyone plead guilty prior to trial.  The plan was to use codefendant testimony in each of the trials if that had been necessary.  I do feel it would be in everyone's best interest to keep them separated.

Respectfully,

Alan Miller
Assistant District Attorney
Eighteenth Judicial Circuit
P.O. Box 706
Shelby County Courthouse

1

ADOC002928

Columbiana, Alabama 35051
Phone: (205) 669-3750

---

**From:** Golson, Carolyn (DOC) [mailto: ███████████████████]
**Sent:** Friday, March 16, 2012 9:23 AM
**To:** 'Alan Miller'
**Subject:** RE: ███████████

Thank you so much for the information. Since our conversation I have looked in the files of the ███████ and Jones. It appears that Jones was hired by ████████████ to kill the Hispanic people who supposedly stole drugs and money from some other Hispanic man. ████████████ received Life sentences for the Murders (for hire). Did Jones or ███████, who only received 25 and 15 years respectively testify against him? If yes, I need to make them enemies so as to separate them.

Again, thanks for your assistance,

*Carolyn A. Golson*
*Correctional Classification Director*
*301 S. Ripley Street*
*Montgomery, AL. 36104*

*Ph#(* ███████████
*Fx#(334)353-9701*

███████████████

---

**From:** Alan Miller [mailto: ███████████████]
**Sent:** Thursday, March 15, 2012 4:05 PM
**To:** Golson, Carolyn (DOC)
**Subject:** FW: ███████████

Ms Golson,

Per our phone conversation earlier today –

████████████, Christopher Jones, and ████████████ were all involved in a mass murder that was committed in an apartment complex here in Shelby County. The facts of the case indicate that the murders were committed in retaliation for a robbery of drugs and money between rival Mexican drug cartels. In my opinion, there is a high risk that there could be attempts at retribution or revenge against Mr. ███████, Mr. ███████, and Mr. Jones.

████████████ has yet to be formally sentenced, but we expect that sentencing to take place soon. Identifying information is provided below. Please feel free to contact me if you have any additional questions.

Christopher Scott Jones, DOB: ███████  —— St. Clair
███████████     DOB: ███████  —— Not sentenced
███████████     DOB: ███████  —— RCC

Respectfully,

Alan Miller

2

ADOC002929

Assistant District Attorney
Eighteenth Judicial Circuit
P.O. Box 706
Shelby County Courthouse
Columbiana, Alabama 35051
Phone: (205) 669-3750

ADOC002930

## Brown, Sheri (DOC)

| | |
|---|---|
| **From:** | Brown, Sheri (DOC) |
| **Sent:** | Monday, October 31, 2011 10:13 AM |
| **To:** | Miller, Linda (DOC) |
| **Cc:** | Terry, Alcornelia (DOC); Perdue, Tanisha (DOC); Brown, Sheri (DOC) |
| **Subject:** | JONES, CHRISTOPHER SCOTT AIS# ▓▓▓▓ ***MEDICAL*** |

Please be advised that I have entered the Shelby County recidivist transcript for the above listed subject.

*Sheri D. Brown*
*ASA II*
*Central Records*
*334-353-9756*

1

ADOC002931

### Barker, Renee (DOC)

**From:**    Turner, Dennis (DOC)
**Sent:**    Thursday, October 14, 2010 4:15 PM
**To:**    Barker, Renee (DOC)
**Subject:** Disciplines out of order; bring from test



No data in prod.

Entered Terminals
Date 10/15/10 By KB CUIDD

ADOC002932

10/15/2010

## Ary, Tanya (DOC)

| | |
|---|---|
| **From:** | Baggett, Angie (DOC) |
| **Sent:** | Wednesday, November 13, 2013 11:15 AM |
| **To:** | Perdue, Tanisha (DOC) |
| **Cc:** | Ary, Tanya (DOC) |
| **Subject:** | FW: Add "█" |
| **Attachments:** | Jones, Christopher █████ pdf |

Please add the █

Thanks,

*Angie Baggett*
*Assistant Classification Director*
*Central Classification Division*
*(334) 353-9750 phone*
*(334) 353-9701 fax*

---

**From:** Ary, Tanya (DOC)
**Sent:** Wednesday, November 13, 2013 10:04 AM
**To:** Baggett, Angie (DOC)
**Subject:** Add "█"

This inmate should have an "█ suffix per CRRC 03/06/2013, however he still has an "█" suffix.

Thanks,

Tanya Ary
Classification Specialist
St. Clair Correctional
205-467-6111   ext. 253

ADOC002933

**Perdue, Tanisha (DOC)**

| | |
|---|---|
| **From:** | Baggett, Angie (DOC) |
| **Sent:** | Wednesday, November 13, 2013 11:15 AM |
| **To:** | Perdue, Tanisha (DOC) |
| **Cc:** | Ary, Tanya (DOC) |
| **Subject:** | FW: Add "█" |
| **Attachments:** | Jones, Christopher █████ pdf |

Please add the █.

Thanks,

*Angie Baggett*
*Assistant Classification Director*
*Central Classification Division*
*(334) 353-9750 phone*
*(334) 353-9701 fax*

---

**From:** Ary, Tanya (DOC)
**Sent:** Wednesday, November 13, 2013 10:04 AM
**To:** Baggett, Angie (DOC)
**Subject:** Add "█"

This inmate should have an "█ suffix per CRRC 03/06/2013, however he still has an █"
suffix.

Thanks,

Tanya Ary
Classification Specialist
St. Clair Correctional
205-467-6111   ext. 253

ENTERED TERMINALS
11/13/13   tcp
(DATE)        (BY)

1

ACR359

Transcript #: 00117979

ALABAMA JUDICIAL DATA CENTER
SHELBY COUNTY
TRANSCRIPT OF RECORD
CONVICTION REPORT

259(18)

5800-CC-2008-001112.00
DAN REEVES

| CIRCUIT COURT OF SHELBY COUNTY | | COURT ORI : 0590000 |
|---|---|---|

STATE OF ALABAMA  VS.
JONES CHRISTOPHER SCOTT          ALIAS : CJ
                                 ALIAS :

DC NO: GJ 2008 080163.00
GJ:
SSN:
SID: 00000000000
AIS:

| DOB: | SEX: M | HT: 0 FT - 00 IN | WT: 000 | HAIR: OTH | EYE: OTH |
|---|---|---|---|---|---|
| RACE: ( ) W (X) B ( ) O | COMPLEXION: | AGE: 43 | FEATURES: | | |

| DATE OFFENSE | 8/17/2008 | ARREST DATE | 8/25/2008 | ARREST ORI | 0590000 |
|---|---|---|---|---|---|

| CHARGES @ CONV | UDCS Option | CITES | CT | CL | COURT ACTION | CA DATE |
|---|---|---|---|---|---|---|
| MURDER  002-A | | 13A-006-002 | 001 | A | Guilty Plea | 10/28/2011 |

| JUDGE : DAN REEVES  0051 | PROSECUTOR : OWENS E ROBERT |
|---|---|

| PROBATION APPLIED | GRANTED DATE | REARRESTED DATE | REVOKED DATE | TVIO |
|---|---|---|---|---|
| ( )Y (X )N _____ | ( )Y (X )N _____ | ( )Y (X )N _____ | ( )Y (X )N _____ | _____ |

| 15-18-8, CODE OF ALA 1975 ( )Y (X ) N | | IMPOSED | SUSPENDED | TOTAL | JAIL CREDIT |
|---|---|---|---|---|---|
| | CONFINEMENT | 25 0000 000 | 00 0000 000 | 25 0000 000 | 03 00 064 |
| | PROBATION | 00 00 000 | 00 00 000 | 00 00 000 | 00 00 000 |
| | ENHANCEMENT | 00 00 000 | | | |

1159

DATE SENTENCED : 10/28/2011          SENTENCE BEGINS : 10/28/2011

| PROVISIONS | COST/RESTITUTION | ORDERED | DUE |
|---|---|---|---|
| Concurrent | COST | $291.00 | $291.00 — C |
| Penitentiary | CF71 | $25.00 | $25.00 |
| | CF72 | $25.00 | $25.00 |
| | LOAF | $20.00 | $20.00 |
| | ST90 | $20.00 | $20.00  R90 |
| | TOTAL : | $381.00 | $381.00 |

| APPEAL DATE | SUSPENDED | AFFIRMED | REARREST |
|---|---|---|---|
| ( )Y (X )N _____ | ( )Y (X )N _____ | ( )Y (X )N _____ | ( )Y (X )N _____ |

AOC REMARKS :

to run cc w/all cases pled this date, all pending cases and all other cases in which the
deft may have a sentence. Victims DOB are: 3-1-78, 4-10-85, 1-3-85. 8-1-84, 12-17-76

THIS IS TO CERTIFY THAT THE ABOVE INFORMATION
WAS EXTRACTED FROM OFFICIAL COURT RECORDS
AND IS TRUE AND CORRECT.

Concurrent Case Number #:
  58CC200800111300  √

DOC REMARKS :
36-        -at

ENTERED TERMINALS
10/31/11          SB
DATE              BY

/S/ MARY H. HARRIS

MARY H. HARRIS
10/31/2011

OPERATOR : JIS
PREPARED : 10/28/2011 1:02:07 PM

ADOC002935

ACR359                                                                    Transcript #: 00117980

ALABAMA JUDICIAL DATA CENTER
SHELBY COUNTY
TRANSCRIPT OF RECORD
CONVICTION REPORT

259(8)

5800-CC-2008-001113.00
DAN REEVES

CIRCUIT COURT OF SHELBY COUNTY                              COURT ORI : 0590000

| STATE OF ALABAMA VS. | | DC NO: GJ 2008 080164.00 |
| JONES CHRISTOPHER SCOTT | ALIAS : CJ | GJ: |
| | ALIAS : | SSN: |
| | | SID: 000000000 |
| | | AIS: |

| DOB: | SEX: M | HT: 0 FT - 00 IN | WT: 000 | HAIR: OTH | EYE: OTH |
| RACE: ( ) W (X) B ( ) O | COMPLEXION: | AGE: 43 | FEATURES: | | |

| DATE OFFENSE | 8/17/2008 | ARREST DATE | 8/25/2008 | ARREST ORI | 0590000 |

| CHARGES @ CONV | UDCS Option | CITES | CT | CL | COURT ACTION | CA DATE |
| MURDER | | 13A-006-002 | 001 | A | Guilty Plea | 10/28/2011 |

JUDGE : DAN REEVES          0051          PROSECUTOR : OWENS E ROBERT

| PROBATION APPLIED | GRANTED DATE | REARRESTED DATE | REVOKED DATE | TVIO |
| ( )Y ( X )N _____ | ( )Y ( X )N _____ | ( )Y ( X )N _____ | ( )Y ( X )N _____ | _____ |

| 15-18-8, CODE OF ALA 1975 | | IMPOSED | SUSPENDED | TOTAL | JAIL CREDIT |
| ( ) Y ( X ) N | | | | | |
| | CONFINEMENT | 25 0000 000 | 00 0000 000 | 25 0000 000 | 03 00 064 |
| | PROBATION | 00 00 000 | 00 00 000 | 00 00 000 | 00 00 000 |
| | ENHANCEMENT | 00 00 000 | | | |

DATE SENTENCED : 10/28/2011                    SENTENCE BEGINS : 10/28/2011

| PROVISIONS | COST/RESTITUTION | ORDERED | DUE |
| Concurrent | COST | $291.00 | $291.00 |
| Penitentiary | CF71 | $25.00 | $25.00 |
| | CF72 | $25.00 | $25.00 |
| | LOAF | $20.00 | $20.00 |
| | ST90 | $20.00 | $20.00 |
| | TOTAL : | $381.00 | $381.00 |

| APPEAL DATE | SUSPENDED | AFFIRMED | REARREST |
| ( )Y ( X )N _____ | ( )Y ( X )N _____ | ( )Y ( X )N _____ | ( )Y ( X )N _____ |

AOC REMARKS :

to run cc w/all cases pled this date, all pending cases and all other cases in which the    THIS IS TO CERTIFY THAT THE ABOVE INFORMATION
deft may have a sentence. Victims DOB are: 3-1-78, 4-10-85, 1-3-85. 8-1-84, 12-17-76    WAS EXTRACTED FROM OFFICIAL COURT RECORDS
AND IS TRUE AND CORRECT.

Concurrent Case Number #:
58CC200800111200

ENTERED TERMINALS

DOC REMARKS :
36-____ at

DATE          BY

/S/ MARY H. HARRIS

MARY H. HARRIS
10/31/2011

OPERATOR : JIS
PREPARED : 10/28/2011 1:03:24 PM

ADOC002936

# CRRC
# Review Worksheet

Date: 02/12/2013
Inmate Name: Jones, Christopher          AIS: ███          Location: St.
Clair/Tanya Ary

## **ADD RESTRICTION**

Request review for restricting inmate under #8, #2 and #6 of the restricted
categories:

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**For CRRC use only:**
Date:

**CRRC1:** ☐ Add Restriction     ☐ Do not add Restriction
Comments:

Initials:

**CRRC2:** ☐ Add Restriction     ☐ Do not add Restriction
Comments:

Initials:

**CRRC3:** ☐ Add Restriction     ☐ Do not add Restriction
Comments:

Initials:

**Final Decision:**     ☐ Add Restriction

                        ☐ Do not add Restriction

ADOC002937

# CRRC
# Review Worksheet

Date: 02/12/2013
Inmate Name: Jones, Christopher          AIS: ███          Location: St.
Clair/Tanya Ary

## ADD RESTRICTION

Request review for restricting inmate under #8, #2 and #6 of the restricted
categories:

**********************************************************************

### For CRRC use only:
Date:

**CRRC1:**  ☐ Add Restriction          ☐ Do not add Restriction
Comments:


Initials:

**CRRC2:** ☒ Add Restriction          ☐ Do not add Restriction
Comments: #2


Initials: *Iman 2nd ul*          3-6-2013

**CRRC3:** ☒ Add Restriction          ☐ Do not add Restriction
Comments: #2 Multiple homicide


Initials: *[signature]*


**Final Decision:**          ☐ Add Restriction

☐ Do not add Restriction

ADOC002938

**Alabama Department of Corrections**       **CLAS091**

## Classifications Inmate Summary

**AIS:** ▆▆▆▆▆

**Inmate:** **JONES, CHRISTOPHER SCOTT**

**RS:** **BM**



| | | |
|---|---|---|
| **Inst:** 67 - ST.CLAIR CORRECTIONAL FAC. | | **Jail Days:** 1159 |
| **Dob:** ▆▆▆▆ | **SSN:** ▆▆▆▆ | **Previous AIS:** P0056654 |
| **MH:** 0 | **HC:** 1 | |

**Alias:**

"CJ",           JONES, C SCOTT          JONES, CHRIS
JONES, CHRISTOPHER S

**Current Inmate Status(s)**

**Inmate Does Not Have A Status**

**Adm Dt:** 10/28/2011            **Dead Time:** 0Y 0M 0D
**Adm Typ:** NEW COMIT FROM CRT W/O REV OF PROB    **Stat:** NEW COMIT FROM CRT W/O REV OF PROB
   **Current Cust:** MED-9       **Current Cust Dt:** 11/28/2012      **Parole Review Date:** Aug 2023
   **Security Level: (5) Five**

   **Serving Under ACT446 Law:** CLASS IV         **Current Class Date:** 10/28/2011
      **Inmate is Earning:** PROHIBITED FROM EARNING GOODTIME

| County | Sent Dt | Case No | Crime | | JL-CR | Term |
|---|---|---|---|---|---|---|
| SHELBY | 10/28/2011 | N08001112 | MURDER | | 1159 | 025Y 00M 00D CS |
| | **Habitual Offender:** N | | | | | |
| **Attorney Fees:** $0.00 | **Court Cost:** $291.00 | | **Fines:** $0.00 | | **Restitution:** $90.00 | |
| SHELBY | 10/28/2011 | N08001113 | MURDER | | 1159 | 025Y 00M 00D CC |
| | **Habitual Offender:** N | | | | | |
| **Attorney Fees:** $0.00 | **Court Cost:** $291.00 | | **Fines:** $0.00 | | **Restitution:** $90.00 | |

| Total Term | Min Rel Dt | | Good Time Rev | Long Date |
|---|---|---|---|---|
| 025Y 00M 00D | 08/23/2033 | | 000Y 00M 00D | 08/23/2033 |
| **Inmate Literal:** CCW/ALL CASES | | | | |

**Detainer Warrants Summary**

Inmate Currently has NO Detainer Warrant Records

**Escape-Parole Summary**

Inmate has NO Escapes from ADOC since OBSCIS Recording Began in 1978

| | | | | |
|---|---|---|---|---|
| Paroled Frm 67 on 06/17/1991 | RVK: 00/00/0000 | DELQ: 11/04/1991 | RECAP: 10/05/1991 | RTN: 10/05/1991 |
| Reinstated 63 on 04/10/1992 | RVK: 00/00/0000 | DELQ: 00/00/0000 | RECAP: 00/00/0000 | RTN: 00/00/0000 |

Inmate Currently Has NO Probation 754 Records

**Run Date: 3/5/2013 2:21:32 PM**                                  **Page 1 of 2**

ADOC002939

**Alabama Department of Corrections**                                    **CLAS091**

## Classifications Inmate Summary

AIS: ███████

Inmate: **JONES, CHRISTOPHER SCOTT**

RS: **BM**

---

**Disciplinary/Citation Summary**

| | |
|---|---|
| **Seq: 3** | MAJOR Discipline on 01/24/2013 At Inst: 67 |
| | Cust from 29 to 29          Retain Days: 0          Time Lost: 0Y 0M 0D |
| | Rule: F8 - UNAUTHORIZED POSSESSION OF A PHONE(S) / ACCESSORY(S) |
| **Seq: 2** | MAJOR Discipline on 08/24/2012 At Inst: 67 |
| | Cust from 29 to 29          Retain Days: 0          Time Lost: 0Y 0M 0D |
| | Rule: 64 - POSSESSION OF CONTRABAND |
| **Seq: 1** | MAJOR Discipline on 08/24/2012 At Inst: 67 |
| | Cust from 29 to 29          Retain Days: 0          Time Lost: 0Y 0M 0D |
| | Rule: 64 - POSSESSION OF CONTRABAND |

| PRESENT OFFENSE(S) |
|---|

**County
Court and
Case
Number:**  Shelby, CC 2008 001112.00

**Offense(s)**

MURDER CAPITAL-FOR HIRE

| Sentence(s) | Date | Begin Date | Conf Imp | Conf Susp | Prob. | Rest. |
|---|---|---|---|---|---|---|
| MURDER : G | 10/28/2011 | 10/28/2011 | Y25 M00 D000 | | | $ 0.00 |

**Date of
Sentence:**

**Details of
Offense:**  (1) On August 20, 2008, at approximately 6:00 pm Investigator Kevin Turner was notified by Sergeant Thornton of the Shelby County Sheriff's Department of a death scene involving five individuals at 3004 Buckhorn Cove in Birmingham, Alabama 35242. The bodies of five Hispanic males were discovered on Wednesday after Shelby County Deputies conducted a welfare check at the apartment located in the Cahaba Lakes apartment complex. After an extensive investigation it was discovered that on Sunday August 17, 2008, Christopher "CJ" Jones, Derrick Renone Green, and an unknown black male, overpowered at gunpoint Jaime Echezaria, Ezequiel "El Chino" Robolar-Terevan, Armando Mendoza-Ibarra, Gustavo Vega-Gonzalez, and Angel Horacio Vega-Gonzalez. The victims were all bound, tortured and killed. A forensic examination of the victims determined the cause of death for all five of the victims was asphyxiation. Adhesive from the duct tape used to bind the victims was found on the victims' arms and faces. The duct tape had been removed from the crime scene and later destroyed by Christopher Jones and the other two suspects. Interviews indicated that the victims were tortured by electrical shocks prior to death and each victim's throat was cut postmortem. During the investigation it was determined that the event that set these murders in motion was the theft of a truck and the $438,000 in narcotics proceeds that was being transported from Birmingham, Alabama to McAllen, Texas for Ereno "El Primo" Lozano, a member of the Reinoso Mexican Drug Cartel. Marco Chavez and Ernesto "Neto" were transporting the cash when they were allegedly carjacked by two white males and four white females, allegedly posing as police officers. The truck minus the currency was later recovered in Atlanta, Georgia in an area frequented by members of the Gulf Cartel. Ereno Lozano contacted Juan "El Perro" ████████ of Birmingham who was to ship the money to Lozano. Lozano told ████████████ that he was responsible for the money that was stolen. Lozano blamed Octavia Ruiz, a member of the Mexican Gulf Cartel and Vicente, his close associate for the theft. Lozano developed a list of persons that were to be questioned, tortured and killed for the theft. The first targets on the list were Jaime Echezaria and Ezequil "El Chino" Robolar-Terevan, relatives and narcotics associates of Vicente. Approximately one week before the murders, Juan "El Perro" ████████████████ and Jaime Duenas contracted with Christopher "CJ" Jones of Birmingham to kill Echezaria "El Chino" Robolar-Terevan, Vicente, Octavia Ruiz, Luis "Pato" Montano-Catreras, and the six individuals who carried out the theft of the $438,000. A down payment was negotiated for the murders of Jaime Echezaria and Ezequil "El Chino" Robolar-Terevan. After the murders had been committed, Juan Casteneda met with Christopher Jones along with others and summoned Marco Chavez to bring $15,000 to a barber shop. Marco Chavez handed over the $15,000 to Christopher Jones as payment for the murders. After several interviews and an extensive investigation police arrested: ████████████████, ████████████████ and Christopher Scott Jones and charged them all with several counts of Capital Murder.

**On
Probation At
Arrest:**  No

**On Parole At
Arrest:**  No

**Serious
Physical
Injury
Barring
Parole:**  No

**Subject's
Statement:**  (1) None

ADOC002941

**ALABAMA BOARD OF CORRECTIONS**
**DIVISION OF PROFESSIONAL SERVICES**
**INMATE INTERVIEW RECORD**

| NAME: | Jones, | Christopher | | | B | M | |
|---|---|---|---|---|---|---|---|
| | Last | First | Middle | Serial No. | Race | Sex | DOB: M/D/Y |

**USE OF FORM**: Each interview summary should contain the following material as appropriate: topics discussed; recommendations made by counselor; decisions made by inmate; progress noted or other observations of counselor. All inmates must be advised during the initial interview of the nature and extent of confidentiality in the counseling relationship. Each entry must be dated and signed by the counselor.

**NOTE**: NO PART OF THIS RECORD IS TO BE DUPLICATED OR EXTRACTED, EITHER IN FACT OR IN SUBSTANCE, WITHOUT THE WRITTEN AUTHORIZATION OF THE INMATE NAMED ABOVE.

| Date of Entry | SUMMARY OF INTERVIEW | Signature of Counselor |
|---|---|---|
| 1/31/12 | Rec'd at St. Clair from Kilby. Face to Face - S/ has new Murder charge. 25 years sentence. | TCA |
| 5/05/2012 | SAR- No change - T2C | TCA |
| 11/13/13 | APR- No change - - T2C | TCA |
| 05/23/14 | SAR. | TCA |
| 11/18/14 | APR- No change | TCA |
| 5/20/15 | SAR. | 6 |
| 11/12/15 | P.R. | 6 |
| 5/17/16 | S.A.R. | 6 |
| 11/3/16 | P.R. No chg | 6 |
| 1/18/17 | ∑ mini Aug inter | 6 |
| 1-25-17 | Denap | 6 |
| 2-8-17 | reasin | 6 |
| 2/27/17 | ∑ wkend for Aegation by Santa. | 6 |
| 9/6/18 | APR. her SL4. | 6 |
| 9/20/18 | ∑ apprd n SL4 by CRB. | 6 |
| 10/12/18 | ICB assigned to heating/AIR | DAG |
| 2/27/19 | ∑ mini RTU- | 6 |
| 3/18/19 | Released to Pop | RB |
| 6/12/19 | Transferred to Elmore | RB |

B of C 400                    Page _____

ADOC002942

Page _____

| Date of Entry | SUMMARY OF INTERVIEW | Signature of Counselor |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

ADOC002943

Attachment 5

## ALABAMA DEPARTMENT OF CORRECTIONS
## INMATE INTERVIEW RECORD

*USE OF FORM*: Each interview summary should contain the following material as appropriate: topics discussed; recommendations made by counselor; decisions made by inmate; progress noted or other observations of counselor. All inmates must be advised during the initial interview of the nature and extent of confidentiality in the counseling relationship. Each entry must be dated and signed by the counselor.

*NOTE*: NO PART OF THIS RECORD IS TO BE DUPLICATED OR EXTRACTED, EITHER IN FACT OR IN SUBSTANCE, WITHOUT THE WRITTEN AUTHORIZATION OF THE INMATE NAMED ABOVE.

| Jones | Christopher | | | B | M | |
|---|---|---|---|---|---|---|
| NAME: Last | First | Middle | Serial No. | Race | Sex | DOB: M/D/YY |

| DATE OF ENTRY | SUMMARY OF INTERVIEW | SIGNATURE OF COUNSELOR |
|---|---|---|
| 6/25/2021 | Received from Elmore CF to Bullock CF as a new intake.  TAS transported | D. Smart |
| 7/30/21 | PREA , NW Man , Emergency Contact | R. Mochall |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

ADOC002944

**ALABAMA BOARD OF CORRECTIONS**
**DIVISION OF PROFESSIONAL SERVICES**
**INMATE INTERVIEW RECORD**

NAME: JONES (Last)  CHRISTOPHER (First) SCOTT (Middle)   Serial No.   Race B  Sex M  DOB: M/D/Y

**USE OF FORM:** Each interview summary should contain the following material as appropriate: topics discussed; recommendations made by counselor; decisions made by inmate; progress noted or other observations of counselor. All inmates must be advised during the initial interview of the nature and extent of confidentiality in the counseling relationship. Each entry must be dated and signed by the counselor.

**NOTE:** NO PART OF THIS RECORD IS TO BE DUPLICATED OR EXTRACTED, EITHER IN FACT OR IN SUBSTANCE, WITHOUT THE WRITTEN AUTHORIZATION OF THE INMATE NAMED ABOVE.

| Date of Entry | SUMMARY OF INTERVIEW | Signature of Counselor |
|---|---|---|
| 8/12/12 | Inmate Jones file has been reviewed. PREA was also completed. | |
| 6/17/21 | Inmate Jones transferred to Bullock via W2W swap. | D. Jordan |

B of C 400     Page_____     ADOC002945

Page _____

| Date of Entry | SUMMARY OF INTERVIEW | Signature of Counselor |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

ADOC002946

ALABAMA BOARD OF CORRECTIONS
DIVISION OF PROFESSIONAL SERVICES
INMATE INTERVIEW RECORD

| | | | | | | |
|---|---|---|---|---|---|---|
| Jones | Christopher | | | B | M | |
| **NAME:** Last | First | Middle | Serial No. | Race | Sex | DOB: M/D/Y |

**USE OF FORM:** Each interview summary should contain the following material as appropriate: topics discussed; recommendations made by counselor; decisions made by inmate; progress noted or other observations of counselor. All inmates must be advised during the initial interview of the nature and extent of confidentiality in the counseling relationship. Each entry must be dated and signed by the counselor.

**NOTE:** NO PART OF THIS RECORD IS TO BE DUPLICATED OR EXTRACTED, EITHER IN FACT OR IN SUBSTANCE, WITHOUT THE WRITTEN AUTHORIZATION OF THE INMATE NAMED ABOVE.

| Date of Entry | SUMMARY OF INTERVIEW | Signature of Counselor |
|---|---|---|
| 11/7/11 | Psych Intake | DW |
| 11/1/14 | Intake | |
| 1/30/12 | Per TAB, to St. Clair | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**B of C 400**                    Page _____

ADOC002947



**State of Alabama**
**Alabama Department of Corrections**
St. Clair Correctional Facility
1000 St. Clair Road
Springville, Alabama 35146



**KAY IVEY**
GOVERNOR

**JEFFERSON S. DUNN**
COMMISSIONER

02/26/2019
Date

To:  Karla Jones III
     Institutional Warden

From:  Price Antione Lt.
       Security Supervisor

Re:  Admission of Inmate to Segregation for
     Investigation/Protective Custody/Psychological Reason(s)

On this date at     6:30pm     inmate   Christopher Jones     R/S
                                                              B/M

AIS # ███████ , was placed in the Segregation Unit for the reason(s) indicated:

(   )   Administrative Segregation pending disciplinary action for a departmental or
        institutional rule violation.

(   )   Administrative Segregation pending an Enemy Validation Committee's decision for
        placement in Protective Custody.

( X )   Investigation status pending     Assault on inmate Stephen Mullins with a weapon

_____

_____

_____

( x )  For Psychological reason(s).

The recommending official, or arresting officer, must initiate due process for reason(s) indicated
above no later than DATE: _____ TIME: _____ AM since the
Inmate's status must be reviewed within 72 hours, excluding weekends and holidays from the
date and time he/she is admitted to segregation.

If this inmate has not been served a disciplinary, a decision from the Enemy Validation
Committee or completion of a psychological evaluation within the 72 hour period, his/her status
must be reviewed by the Warden/designee. The inmate will be informed as to why this
segregation status is extended.

*INMATE REFUSED TO SIGN*

(Inmate's Signature)
Distribution: Classification, Captain's Office, ICS, Institutional Inmate File, Segregation Unit File

ADOC Form 433-A – August 18, 2009

ADOC002948



# State of Alabama
# Department of Corrections



St. Clair Correctional Facility
1000 St. Clair Road,
**ROBERT BENTLEY**                    Springville, Alabama 35146                    Jefferson S. Dunn
**GOVERNOR**                              (205) 467-6111                              **COMMISSIONER**
1/18/2017
(Date)

To:    Dewayne Estes, Warden III
       (Institutional Warden)

From: Ronald England, Correctional Sergeant
      (Security Supervisor)

Re:    Admission of Inmate to Administrative Segregation for
       Investigation/Protective Custody/Psychological Reason(s)

       On this date at 4:45 p.m., Inmate Christopher Jones  B/M    AIS#           was placed in the
Segregation Unit for the reason(s) indicated:

(  )   Administrative Segregation pending disciplinary action for a departmental or institutional
       Rule violation.

(  )   Administrative Segregation pending an Enemy Validation Committee's decision for
       placement in Protective Custody.

(  )   You requested voluntary placement in segregation and stated that you feared for your life in
       population due to a ( ) **sexual assault incident and/or** ( ) **sexual harassment incident**. In
       accordance with PREA Standard §115.43 (e), every 30 days, the facility shall afford such inmates a
       review to determine whether there is a continuing need for separation from the general population.

( X )  Investigation status pending       Assault on an inmate.

_____

( ' )  For Psychological reason(s).

The recommending official, or arresting officer, must initiate due process for reason(s) indicated above no
later than DATE:  1/23/2016.    TIME: 6:00 p.m.    since the inmate's status must be reviewed within 72
hours, excluding weekends and holidays from the date and time he/she is admitted to segregation.

If this inmate has not been served a disciplinary, a decision from the Enemy Validation Committee or
completion of a psychological evaluation within the 72 hour period, his/her status must be reviewed by the
Warden/designee. The inmate will be informed as to why this segregation status is extended

_C\fru\fores_
(Inmate's Signature)

Distribution: Inmate Database, Captain's Office, Segregation Unit        ADOC Form 433-A-March 7, 2016

ADOC002949

00151939R    R

**DISC004**

Alabama Department of Corrections

**DISCIPLINARY REPORT**
403A Warden Decision

Copy

**Incident Report Number:**    BCF-23-00545

1. **Inmate:**    JONES, CHRISTOPHER SCOTT    **Custody:**    MIN-IN    **AIS:**
2. **Institution:**    BULLOCK CORRECTIONAL FACILITY    **Disc #:** BCF-23-00545-1
3. **The above inmate is being charged by:**    PARHAM, WILLIE T
    **with a violation of the following Rule(s):**
    528 - Unauthorized possession of a phone(s) / accessory(s)
    **From Administrative Regulation #403, which occured on or about:**
    Mar 29 2023  7:00AM at Housing Unit D

    **A hearing on this charge will be held after 24 hours from being served.**
4. **Circumstances of the violation(s) are as follows:**
    You, inmate Christopher Jones, ▮▮▮ did have in your possession one cellular telephone that was confiscated during a search.

| 03/29/2023 | PARHAM, WILLIE T / Officer |
|---|---|
| Date | Arresting Officer Name / Title |

5. **I hereby certify that on this 24th day of August, 2023, at (time) 10:28:00, I have personally served a copy of the foregoing upon the above named inmate and I have informed the inmate of his/her right to present oral or written statement at the hearing and to present questions for the witnesses.**

| PECK, RICHARD D | See Signed 403A (1-4) |
|---|---|
| Serving Officer Name / Title | Inmate's Signature / AIS Number |

6. **Witnesses desired?**    **NO:** See Signed 403A (1-4)    **YES:**

    Inmate's Signature    Inmate's Signature

7. **If yes, list:**    N/A

8. **Hearing Date:**    Time:    Place:
9. **Inmate must be present in Hearing Room.  If he / she is not present, explain in detail on additional page and attach.**
10. **The Arresting Official, Inmate, and all Witnesses were sworn to tell the truth.**

Hearing Officer Name / Title

11. **A finding is made that the inmate is not capable of representing himself / herself.**

Hearing Officer Name / Title

12. **Plea:**

13. **Arresting Official's testimony (at the hearing):**

14. **Inmate's testimony:**

15. **The inmate was allowed to submit question(s) to all witnesses. Copy of questions and answers are attached.**

Hearing Officer Name / Title

16. **The following witnesses were not called:**
    N/A

17. **After hearing all of the testimony, the Hearing Officer makes the following findings of fact (Be Specific):**

**Run Date: 8/24/2023 4:06:47 PM**    Page 1 of 2

ADOC002950

Alabama Department of Corrections

**DISCIPLINARY REPORT CONTINUATION BCF-23-00545-1**
403A Warden Decision

**The hearing Officer finds that:**

**18. Basis for finding of fact:**

**19. Hearing Officer's decision:** ☐ **Guilty**    ☐ **Not Guilty**    ☐ **Recommend for reinitiation**

**20. Hearing Officer's recommendation of sanction(s) to be taken against this inmate:**

☐ Counseling / Warning

☐ Extra Duty for _____ days at _____ hours per day under supervision _____ Shift

☐ Loss of Outside privileges for _____ days              **Community Based Institutions Only:**

☐ Loss of Canteen privileges for ___ days                ☐ Draw cut to ___ (min $25) for ___ days

☐ Loss of Telephone privileges for ___ days              ☐ Restriction / State Whites for _____ days

☐ Loss of Visiting privileges for _____ days             ☐ Loss of Passes for _____ days

☐ Removal from Hobby Craft                                ☐ Return to Inmate Staff for _____ days

☐ Loss of Good Time _____ Yrs _____ Mos _____ Dys

☐ Disciplinary Seg for _____ days

☐ Recommend Custody Review

☐ Recommend Job Change

☐ Financial Compensation _____

_____
Hearing Officer Name / Title

**21. Warden's Action - Date:**         08/24/2023

**Approved**        _____

**Disapproved**     _____

**Other (specify)**   Reject; Brian Thompkins  / Procedural violation-inmate not served in allotted time.

22. I hereby certify that a completed copy of the foregoing Disciplinary Report was served on the above named Inmate on the this the
2_ day of _Au sust_ , 20_23_ at (time) _9:30_ (am / pm ).

**23.** _____       _____       [redacted]
Serving Officer Name / Title            Inmate's Signature / AIS Number

Distribution:        Original to Central Records Division
           Copy to:       I & I (If Federal or State law violated)
                          Inmate Institutional File
                          Board of Pardons and Parole
                          Sentencing Judge (if applicable)

ADOC002951

ALDOC Form 225B                                                SCCF-12-01329

## ALABAMA DEPARTMENT OF CORRECTIONS
## DISCIPLINARY REPORT

1. Inmate: **Jones, Christopher**          Custody: **MED**          ▮▮▮▮▮▮▮

2. Facility: St. Clair Correctional Facility

3. The above named inmate is being charged by ( **Correctional Officer Reba Hale** )with violation of rule number **#
   64** specifically(**Possession of contraband (ie. Communication Device)**) from regulation # **403** which occurred on
   or about.( **August 17th** ),**2012** at( **8:30am**) (time) , Location: **H Dorm Bed 195-A**

4. Circumstances of the violation(s) are as follows: **You, inmate Christopher Jones** ▮▮ ▮▮▮▮ **were discovered
   to have (1) one AT&T cell phone and cell phone battery pack hidden in your (inmate Jones) right front pants
   pocket.**

   _August 17th 2012_                                _Reba Y. Hale, CO_
   Date                                              Arresting Officer/ Signature / Rank

5. I hereby certify that I have personally served a copy of the foregoing upon the above named inmate and I informed
   inmate of his/her right to present a written or oral statement at the hearing and to present written questions for the
   witnesses on this the _17_ day of _August_ , 2012 , at (time) _4:14_ (am/pm).

   _Jeffery Smith_ CO                         X _Chris Jones_   _151939_
   Serving Officer / Signature / Rank              Inmate's Signature / AIS Number

6. Witnesses desired?  NO x_Chris Jones_   YES _____
                          Inmate's Signature              Inmate's Signature

7. If yes, list: _____
   _____

8. Hearing Date _8-22-12_    Time _10:10 am_    Place _Shift Office_

9. Inmate must be present in Hearing Room. If he/she is not present explain in detail on additional page and attach.

10. A finding is made that inmate (is / is not) capable of representing himself.
    _____ CS
    Signature / Hearing Officer

11. Plea: _____ Not Guilty x_C. Jones_ ▮▮▮▮ Guilty

12. The Arresting Officer, Inmate, and all witnesses were sworn to tell the truth.
    _____
    Signature / Hearing Officer

    **REVIEWED DATE** _____
    **POSTED DATE** _08/24/12_

13. Arresting Officer's testimony (at the hearing):  __On August 17, 2012 I did discover the contraband in the__
__Inmates pant pocket during a routine pat search.__

14. Inmate's Testimony:  *N/A*

Witness:  __N/A__                                    Substance of Testimony:  __N/A__

Witness:  __N/A__                                    Substance of Testimony:  __N/A__

Witness:  __N/A__                                    Substance of Testimony:  __N/A__

15. The inmate was allowed to submit written question to all witnesses. Copy of questions and answers are attached.

Signature / Hearing Officer

16. The following witnesses were not called  -  Reason not called

    1.  __N/A__                              __N/A__
    2.  __N/A__                              __N/A__
    3.  __N/A__                              __N/A__

17.  After hearing all testimony, the Hearing Officer makes the following findings of fact: (Be Specific)

The Hearing Officer finds that:    **Inmate Jones did commit this violation.**

18.  Basis for Finding of Fact:    **I believed the testimony of the arresting officer and the inmates inability to**

**Prove his innocence.**

19.  Hearing Officer's Decision:    **XXX**    Guilty    _____    Not Guilty

20.  Recommendation of Hearing Officer:    **45 Days disciplinary segregation, 90 days loss of store and phone**

**Six months loss of Visitation privileges.**

_____
Signature / Hearing Officer

Sergeant John Shoebridge
Typed Name and Title

21.  Warden's Action – Date   8/24/2012

Approved   Joseph N. Headley   CWII
Disapproved
Other (specify) _____

22.  Reason if more then 30 calendar days delay in action. _____

23.  I hereby certify that a completed copy of the foregoing Disciplinary Report was served on the above
Named inmate on this the _____ day of __August__ 201_ at (time) __8:17__ (am /pm)

Signature / Serving Officer / Title    Inmate's Signature and AIS Number

LDCC Form 225B

SCCF-12-01306

**ALABAMA DEPARTMENT OF CORRECTIONS**
**DISCIPLINARY REPORT**

1. Inmate: **Jones, Christopher**    Custody: **MED**

2. Facility: St. Clair Correctional Facility

3. The above named inmate is being charged by ( **Correctional Officer Reba Hale** )with violation of rule number # **64** specifically( **Possession of contraband**) from regulation # **403** which occurred on or about,( **August 14th** ).**2012** at( **6:30am**) (time) , Location: H1-17A stand-up locker box

4. Circumstances of the violation(s) are as follows: **You, inmate Christopher Jones         did have one battery pack with a cell phone charger plug attachment hidden in your assigned stand-up locker box. This is a violation of rule #64-Possession of contraband from administrative regulation #403.**

    **August 14th 2012**                    *Reba Y. Hale, CO*
    Date                        Arresting Officer / Signature / Rank

5. I hereby certify that I have personally served a copy of the foregoing upon the above named inmate and I informed inmate of his/her right to present a written or oral statement at the hearing and to present written questions for the witnesses on this the  18  day of  August , 20 , at (time)  9:00  (am/pm).

    Serving Officer / Signature / Rank        Inmate's Signature / AIS Number

6. Witnesses desired?    NO  *None*        YES
                    Inmate's Signature            Inmate's Signature

7. If yes, list:

8. Hearing Date  8-22-12    Time  10:00 am    Place  Shift office

9. Inmate must be present in Hearing Room.  If he/she is not present explain in detail on additional page and attach.

10. A finding is made that inmate (is / is not) capable of representing himself.
    Signature / Hearing Officer

11. Plea:            Not Guilty  *Jones*        Guilty

12. The Arresting Officer, Inmate, and all witnesses were sworn to tell the truth.
    Signature / Hearing Officer

REVIEWED DATE
POSTED DATE  08/28/2012

Annex C to AR 403  (Page 1 of 5)
ADOC002955

13.    Arresting Officer's testimony  (at the hearing):    <u>On August 14, 2012 I did discover the contraband in the</u>
<u>Inmates floor locker.</u>

14.    Inmate's Testimony:    *N/A*

Witness:   N/A                                    Substance of Testimony:   N/A

Witness:   N/A                                    Substance of Testimony:   N/A

Witness:   N/A                                    Substance of Testimony:   N/A

15.    The inmate was allowed to submit written question to all witnesses.  Copy of questions and answers are attached.
                                                    CS
                    Signature / Hearing Officer

16.    The following witnesses were not called  -  Reason not called

     1.  N/A                                     N/A
     2.  N/A                                     N/A
     3.  N/A                                     N/A

17. After hearing all testimony, the Hearing Officer makes the following findings of fact: (Be Specific)

The Hearing Officer finds that:    **Inmate Jones did commit this violation.**

_____

_____

_____

_____

18. Basis for Finding of Fact:    **I believed the testimony of the arresting officer and the inmates inability to**

**Prove his innocence.**

_____

_____

19. Hearing Officer's Decision:    **XXX**    Guilty    _____    Not Guilty

20. Recommendation of Hearing Officer:    **45 Days disciplinary segregation, 90 days loss of store, phone,**

**Visitation privileges.**

_____

Signature / Hearing Officer

**Sergeant John Shoebridge**
Typed Name and Title

21. Warden's Action – Date    8/24/2012

Approved    Joseph    K. Headley CWII
Disapproved _____
Other (specify) _____

_____

22. Reason if more then 30 calendar days delay in action. _____

_____

23. I hereby certify that a completed copy of the foregoing Disciplinary Report was served on the above
Named inmate on this the _29th_ day of _August_ 20_12_ at (time) _12:05_ (am) pm).

Danny Ellitt    co    X _____
Signature / Serving Officer / Title        Inmate's Signature and AIS Number

Annex C to AR 403 (Page 3 of 5)
ADOC002957