# Alabama Department of Corrections
## Inmate Movement History / All Suffixes

FILED
IMAS023
2025 Jan-30 PM 05:58
U.S. DISTRICT COURT
N.D. OF ALABAMA



| | | | | | |
|---|---|---|---|---|---|
| **Inmate Name:** | MULLINS, STEVEN ERIC | | **AIS / Suf:** | | 00175255X |
| **SL / Custody:** | 0 / NONE | | **Race / Sex:** | | W / M |
| **DOB:** | | | **SSN:** | | \*\*\*-\*\*- |
| **Institution:** | UNASSIGNED | | **Current Bed:** | | |

| Begin Dt | Type | Institution / Status / Bed | Until | Comments | User Name |
|---|---|---|---|---|---|
| 03/01/2019 | Released | UNASSIGNED | | | Konikwa Burden |
| **03/02/2019** | **CRO** | **CENTRAL RECORDS MONITOR** | **03/01/2019** | | **John Mason** |
| 03/02/2019 | Moved to Bin | Bin: Holding @ 03:01 | 03/02/2019 | SL: 5 Cust: MED Comments: deceased at UAB hospital | John Mason |
| 02/27/2019 | Status changed to | OUT-GATE | 03/02/2019 | Outgated To FREE WORLD HOSPITAL  (Was admitted to U.A.B Hospital in Room TBICU #8) | Kenneth Robertson |
| 02/25/2019 | Moved to Bed | Bed: L28-2A @ 17:25 | 03/02/2019 | SL: 5 Cust: MED Comments: Per Lt. Price | Carla Graham |
| 02/25/2019 | Moved to Bed | Bed: P36-1A @ 08:53 | 02/25/2019 | SL: 5 Cust: MED | William Ragsdale |
| 02/12/2019 | Moved to Bed | Bed: Q32-2A @ 11:18 | 02/25/2019 | SL: 5 Cust: MED Comments: PER ICB | Gary Malone |
| 10/09/2018 | Status changed to | PREVENTATIVE | 02/12/2019 | | Gary Malone |
| 07/24/2018 | Status changed to | DISCIPLINARY | 10/09/2018 | | Latonya Scott |
| 07/24/2018 | Moved to Bed | Bed: C42-1A @ 07:33 | 02/12/2019 | SL: 5 Cust: MED Comments: in house move | Jefferys Smith |
| 07/18/2018 | Status changed to | DISCIPLINARY | 07/24/2018 | | Jefferys Smith |
| 07/18/2018 | Moved to Bed | Bed: B19-1A @ 07:28 | 07/24/2018 | SL: 5 Cust: MED Comments: Per Sgt. Hodge | Derrick Dent |
| 07/17/2018 | Moved to Bed | Bed: P1-1A @ 11:43 | 07/18/2018 | SL: 5 Cust: MED Comments: per Warden Brooks | Jefferys Smith |
| 07/06/2018 | Moved to Bed | Bed: K31-2A @ 16:47 | 07/17/2018 | SL: 5 Cust: MED Comments: Moved into the faith based honor block an assigned to bed K31-2A. | Kevin White |
| 04/13/2018 | Moved to Bed | Bed: P6-1A @ 09:20 | 07/06/2018 | SL: 5 Cust: MED Comments: per Capt White | Jeffery Smith |
| 04/03/2018 | Moved to Bed | Bed: P46-1A @ 12:40 | 04/13/2018 | SL: 5 Cust: MED | Jeffery Smith |
| 03/30/2018 | Moved to Bed | Bed: O24-2A @ 05:20 | 04/03/2018 | SL: 5 Cust: MED Comments: Per Sgt Robertson | Jackie Hitchcock |
| 03/23/2018 | Status changed to | INVESTIGATIVE | 03/30/2018 | | Jackie Hitchcock |
| 03/23/2018 | Moved to Bed | Bed: E24-1A @ 00:10 | 03/30/2018 | SL: 5 Cust: MED Comments: Per Warden Estes | John Mason |
| 03/23/2018 | Moved to Bin | Bin: Holding @ 00:05 | 03/23/2018 | SL: 5 Cust: MED Comments: transferred from Holman | John Mason |

Run Date: 1/5/2024 11:47:34 AM

# Alabama Department of Corrections
## Inmate Movement History / All Suffixes

| Begin Dt | Type | Institution / Status / Bed | Until | Comments | User Name |
|---|---|---|---|---|---|
| 03/23/2018 | Transferred to | ST.CLAIR CORRECTIONAL FAC. | 03/02/2019 | | Sharon Myles |
| 02/05/2018 | Moved to Bed | Bed: A1-31A @ 09:15 | 03/23/2018 | SL: 5 Cust: MED Comments: ICS MOVE | Philip Brown |
| 03/29/2017 | Moved to Bed | Bed: D1-31A @ 14:53 | 02/05/2018 | SL: 5 Cust: MED Comments: refused to go to Unit E | Philip Brown |
| 03/29/2017 | Moved to Bed | Bed: E1-82A @ 12:13 | 03/29/2017 | SL: 5 Cust: MED Comments: MOVE TO UNIT E | Philip Brown |
| 10/25/2016 | Moved to Bed | Bed: D1-31A @ 14:29 | 03/29/2017 | SL: 5 Cust: MED Comments: in house | Philip Brown |
| 10/13/2016 | Moved to Bed | Bed: D1-5A @ 12:59 | 10/25/2016 | SL: 5 Cust: MED Comments: Release from Segregation | Jonathan Sanders |
| 08/25/2016 | Status changed to | PREVENTATIVE | 10/13/2016 | | Jonathan Sanders |
| 08/25/2016 | Moved to Bed | Bed: K1-57A @ 15:36 | 10/13/2016 | SL: 5 Cust: MED Comments: placed in seg | Philip Brown |
| 08/09/2016 | Status changed to | HOSPITAL (WITHIN PRISON) (CONVERSION) | 08/25/2016 | | Philip Brown |
| 08/09/2016 | Moved to Bed | Bed: P1-3A @ 07:50 | 08/25/2016 | SL: 5 Cust: MED Comments: seg movement | Philip Brown |
| 08/04/2016 | Status changed to | HOSPITAL (WITHIN PRISON) (CONVERSION) | 08/09/2016 | | Philip Brown |
| 08/04/2016 | Moved to Bed | Bed: P1-2A @ 15:29 | 08/09/2016 | SL: 5 Cust: MED Comments: SEG HOLDING | Philip Brown |
| 08/03/2016 | Status changed to | HOSPITAL (WITHIN PRISON) (CONVERSION) | 08/04/2016 | | Philip Brown |
| 08/03/2016 | Moved to Bed | Bed: R1-4A @ 21:22 | 08/04/2016 | SL: 5 Cust: MED Comments: PLACED ON WARD | Philip Brown |
| 08/03/2016 | Moved to Bin | Bin: Holding @ 21:14 | 08/03/2016 | SL: 5 Cust: MED Comments: RETURN FROM ATMORE COMM. HOSPITAL. | Philip Brown |
| 08/03/2016 | Status changed to | OUT-GATE | 08/03/2016 | Outgated To FREE WORLD HOSPITAL (OUTGATE TO ATMORE COMM. HOSPITAL E.R. ) | Philip Brown |
| 05/18/2016 | Moved to Bed | Bed: A1-67A @ 12:09 | 08/03/2016 | SL: 5 Cust: MED Comments: IN HOUSE MOVEMENT | Philip Brown |
| 05/14/2016 | Moved to Bed | Bed: A1-4A @ 07:25 | 05/18/2016 | SL: 5 Cust: MED | Regina Bolar |
| 05/11/2016 | Status changed to | PREVENTATIVE | 05/14/2016 | | Regina Bolar |
| 05/11/2016 | Moved to Bed | Bed: M1-38A @ 15:02 | 05/14/2016 | SL: 5 Cust: MED Comments: placed in seg | Philip Brown |
| 05/10/2016 | Status changed to | PREVENTATIVE | 05/11/2016 | | Philip Brown |
| 05/10/2016 | Moved to Bed | Bed: M1-36A @ 14:39 | 05/11/2016 | SL: 5 Cust: MED Comments: placed in M-38...but not currently listed in IMAS. | Philip Brown |
| 05/05/2016 | Status changed to | HOSPITAL (WITHIN PRISON) (CONVERSION) | 05/10/2016 | | Philip Brown |

## Alabama Department of Corrections
## Inmate Movement History / All Suffixes

| Begin Dt | Type | Institution / Status / Bed | Until | Comments | User Name |
|---|---|---|---|---|---|
| 05/05/2016 | Moved to Bed | Bed: P1-3A @ 17:41 | 05/10/2016 | SL: 5 Cust: MED Comments: PLACED IN SEG | Philip Brown |
| 04/12/2016 | Moved to Bed | Bed: D1-48A @ 17:18 | 05/05/2016 | SL: 5 Cust: MED Comments: MOVED OUT OF HONOR DORM. | Philip Brown |
| 05/13/2013 | Moved to Bed | Bed: E1-171A @ 13:01 | 04/12/2016 | SL: 5 Cust: MED Comments: chaplin | Donald Odom |
| 11/02/2012 | Moved to Bed | Bed: B1-48A @ 09:10 | 05/13/2013 | SL: 5 Cust: MED Comments: in house | Donald Odom |
| 10/02/2012 | Moved to Bed | Bed: B1-111A @ 04:19 | 11/02/2012 | SL: 5 Cust: MED Comments: released to population | Michael Everette |
| 09/27/2012 | Status changed to | PREVENTATIVE | 10/02/2012 | | Michael Everette |
| 09/27/2012 | Moved to Bed | Bed: L1-21A @ 23:24 | 10/02/2012 | SL: 5 Cust: MED Comments: moved to admin seg | Michael Everette |
| 09/21/2012 | Status changed to | PREVENTATIVE | 09/27/2012 | | Michael Everette |
| 09/21/2012 | Moved to Bed | Bed: M1-36A @ 08:49 | 09/27/2012 | SL: 5 Cust: MED Comments: In house movement 9/21/12 | Sharon Folks |
| 09/21/2012 | Moved to Bin | Bin: Holding @ 08:49 | 09/21/2012 | SL: 5 Cust: MED Comments: Bed-full movement catch. The inmate was moved to a bed that contained an inmate. This inmate will be added to the holding bin. | Sharon Folks |
| 09/04/2012 | Status changed to | PREVENTATIVE | 09/21/2012 | | Sharon Folks |
| 09/04/2012 | Moved to Bed | Bed: K1-3A @ 18:53 | 09/21/2012 | SL: 5 Cust: MED Comments: PER CAPT | Leon Hampton |
| 08/29/2012 | Status changed to | PREVENTATIVE | 09/04/2012 | | Leon Hampton |
| 08/29/2012 | Moved to Bed | Bed: M1-39A @ 08:54 | 09/04/2012 | SL: 5 Cust: MED Comments: pop to seg | Donald Odom |
| 08/29/2012 | Moved to Bin | Bin: Holding @ 08:19 | 08/29/2012 | SL: 5 Cust: MED | Donald Odom |
| 08/28/2012 | Moved to Bed | Bed: B1-84A @ 13:16 | 08/29/2012 | SL: 5 Cust: MED Comments: In house movement 8/28/12 | Sharon Folks |
| 08/28/2012 | Moved to Bin | Bin: Holding @ 13:08 | 08/28/2012 | SL: 5 Cust: MED Comments: hold | Sharon Folks |
| 01/13/2010 | Moved to Bed | Bed: E1-58A @ 08:47 | 08/28/2012 | SL: 5 Cust: MED | William Howard |
| 01/13/2010 | Moved to Bin | Bin: Holding @ 08:46 | 01/13/2010 | SL: 5 Cust: MED | William Howard |
| 08/11/2009 | Moved to Bed | Bed: A1-3A @ 13:38 | 01/13/2010 | SL: 5 Cust: MED Comments: in house move | William Howard |
| 04/15/2009 | Moved to Bed | Bed: E1-154A @ 12:19 | 08/11/2009 | SL: 5 Cust: MED | William Howard |
| 12/23/2008 | Moved to Bed | Bed: D1-106A @ 13:48 | 04/15/2009 | SL: 5 Cust: MED Comments: in house movement | Penton Ashworth |
| 11/21/2008 | Moved to Bed | Bed: D1-105A @ 11:42 | 12/23/2008 | SL: 5 Cust: MED | William Howard |
| 11/21/2008 | Moved to Bin | Bin: Holding @ 11:32 | 11/21/2008 | SL: 5 Cust: MED | William Howard |

# Alabama Department of Corrections
## Inmate Movement History / All Suffixes

| Begin Dt | Type | Institution / Status / Bed | Until | Comments | User Name |
|---|---|---|---|---|---|
| 06/26/2008 | Moved to Bed | Bed: C1-97A @ 12:27 | 11/21/2008 | SL: 5 Cust: MED Comments: in house move | Naomi Lyons |
| 06/26/2008 | Moved to Bed | Bed: E1-182B @ 08:56 | 06/26/2008 | SL: 5 Cust: MED Comments: Cell Change | William Howard |
| 06/26/2008 | Moved to Bed | Bed: E1-182A @ 08:54 | 06/26/2008 | SL: 5 Cust: MED Comments: Cell Change | William Howard |
| 06/26/2008 | Moved to Bin | Bin: Holding @ 08:51 | 06/26/2008 | SL: 5 Cust: MED | William Howard |
| 01/07/2006 | Status changed to | SC/AS/SC | 02/04/2006 | | Sc Migration |
| 12/03/2005 | Status changed to | POPULATION (CONVERSION) | 01/07/2006 | | Sc Migration |
| 11/21/2005 | Status changed to | SC/AS/SC | 12/03/2005 | | Sc Migration |
| 11/21/2005 | Transfered to | **HOLMAN PRISON** | 03/23/2018 | | **Migration** |
| 11/21/2005 | Transfered to | **TEMPORARY SINGLE CELL** | 11/21/2005 | | **Migration** |
| 08/19/2005 | Status changed to | SC/AS/SC | 11/21/2005 | | Sc Migration |
| 08/19/2005 | Transfered to | **HOLMAN PRISON** | 11/21/2005 | | **Migration** |
| 05/05/2005 | Status changed to | SC/AS/SC | 08/19/2005 | | Sc Migration |
| 04/06/2005 | Status changed to | SC/AS/CL | 05/05/2005 | | Sc Migration |
| 09/23/2004 | Status changed to | SC/AS/MX | 04/06/2005 | | Sc Migration |
| 09/23/2004 | Transfered to | **WILLIAM E. DONALDSON CORR. FAC** | 08/19/2005 | | **Migration** |
| 09/23/2004 | Transfered to | **TEMPORARY SINGLE CELL** | 09/23/2004 | | **Migration** |
| 07/26/2004 | Status changed to | SC/AS/MX | 09/23/2004 | | Sc Migration |
| 01/20/2004 | Status changed to | SC/AS/IF | 07/26/2004 | | Sc Migration |
| 05/29/2003 | Status changed to | POPULATION (CONVERSION) | 01/20/2004 | | Sc Migration |
| 05/24/2003 | Status changed to | SC/AS/SC | 05/29/2003 | | Sc Migration |
| 11/13/2000 | Status changed to | POPULATION (CONVERSION) | 05/24/2003 | | Sc Migration |
| 10/10/2000 | Status changed to | CRIME BILL | 11/13/2000 | | Sc Migration |
| 08/22/2000 | Status changed to | POPULATION (CONVERSION) | 10/10/2000 | | Sc Migration |
| 07/25/2000 | Status changed to | SC/AS/SC | 08/22/2000 | | Sc Migration |
| 07/25/2000 | Transfered to | **WILLIAM E. DONALDSON CORR. FAC** | 09/23/2004 | | **Migration** |
| 03/14/2000 | Status changed to | SC/AS/SC | 07/25/2000 | | Sc Migration |
| 03/13/2000 | Status changed to | HOSPITAL (WITHIN PRISON) (CONVERSION) | 03/14/2000 | TO ST. CLAIR INF. | Sc Migration |

## Alabama Department of Corrections
### Inmate Movement History / All Suffixes

IMAS023

| Begin Dt | Type | Institution / Status / Bed | Until | Comments | User Name |
|---|---|---|---|---|---|
| 03/07/2000 | Status changed to | POPULATION (CONVERSION) | 03/13/2000 | | Sc Migration |
| 03/07/2000 | Transfered to | ST.CLAIR CORRECTIONAL FAC. | 07/25/2000 | | Migration |
| 10/19/1999 | Status changed to | SC/AS/LP | 03/07/2000 | | Sc Migration |
| 10/19/1999 | Transfered to | KILBY RCC | 03/07/2000 | | Migration |
| 10/18/1999 | Status changed to | SC/AS/LP | 10/19/1999 | | Sc Migration |
| 10/18/1999 | Transfered to | KILBY INFIRMARY | 10/19/1999 | | Migration |
| 09/03/1999 | Status changed to | SC/AS/LP | 10/18/1999 | | Sc Migration |
| 09/03/1999 | Status changed to | POPULATION (CONVERSION) | 09/03/1999 | | Sc Migration |
| 09/03/1999 | Transfered to | KILBY RCC | 10/18/1999 | | Migration |
| 08/06/1999 | Status changed to | POPULATION (CONVERSION) | 09/03/1999 | | Sc Migration |
| 08/06/1999 | Transfered to | COOSA COUNTY JAIL | 09/03/1999 | | Migration |
| 09/28/1996 | Released | UNASSIGNED | 08/06/1999 | | Migration |
| 09/28/1996 | CRO | CENTRAL RECORDS MONITOR | 09/28/1996 | | Migration |
| 05/03/1996 | Status changed to | POPULATION (CONVERSION) | 09/28/1996 | | Sc Migration |
| 05/03/1996 | Transfered to | MONTGOMERY WORK RELEASE | 09/28/1996 | | Migration |
| 02/26/1996 | Status changed to | SIR TEAM 00 (CONVERSION) | 05/03/1996 | | Sc Migration |
| 02/26/1996 | Transfered to | ELMORE SIR | 05/03/1996 | | Migration |
| 02/11/1996 | Status changed to | POPULATION (CONVERSION) | 02/26/1996 | | Sc Migration |
| 12/18/1995 | Status changed to | DRUG PROGRAM | 02/11/1996 | | Sc Migration |
| 05/11/1995 | Status changed to | POPULATION (CONVERSION) | 12/18/1995 | | Sc Migration |
| 05/11/1995 | Transfered to | FRANK LEE YOUTH CENTER | 02/26/1996 | | Migration |
| 04/28/1995 | Status changed to | POPULATION (CONVERSION) | 05/11/1995 | | Sc Migration |
| 04/28/1995 | Transfered to | KILBY RCC | 05/11/1995 | | Migration |
| 09/23/1994 | Status changed to | PENDING COURT (CONVERSION) | 04/28/1995 | | Sc Migration |
| 09/23/1994 | Status changed to | POPULATION (CONVERSION) | 09/23/1994 | | Sc Migration |
| 12/17/1993 | Transfered to | TALLADEGA COUNTY JAIL | 04/28/1995 | | Migration |
| 12/17/1993 | Released | UNASSIGNED | 12/17/1993 | | Migration |

**Alabama Department of Corrections**
**Inmate Movement History / All Suffixes**

| Begin Dt | Type | Institution / Status / Bed | Until | Comments | User Name |
|---|---|---|---|---|---|
| 12/17/1993 | Status changed to | SELECTED FOR BOOT CAMP | 12/17/1993 | | Sc Migration |
| 12/17/1993 | Transfered to | TALLADEGA COUNTY JAIL | 12/17/1993 | | Migration |