**CONFIDENTIAL**

Alabama Department of Corrections

## INCIDENT REPORT

| 1. Institution/Division: ST.CLAIR CORRECTIONAL FAC. | 2. Date: 10/22/2018 | 3. Time: 7:30:00 AM | 4. Inc. No: SCCF-18-01396 Class Code: C |
|---|---|---|---|
| 5. Type of Incident - PRIMARY: Intentionally Creating a Security/Safety/Health Hazard (Employee/Inmate) | | 6. ASCA Incident Type - PRIMARY: | |
| 7. Type of Incident - Secondary: N/A | | 8: ASCA Incident Type - Secondary: | |
| 9. Who Received Report: GIVENS, GWENDOLYN  D | | 10. Time Incident Reported: 10/22/2018 7:35:00 AM | |
| 11. Location of Incident: Breezewy/ Shift Office | | | |
| 12. Victim(s):  Name  N/A | | | AIS |
| 13. Suspect(s):  Name  NERO, CARLTON  DAVIS, CEDRIC | | | AIS |
| 14. Witness(es):  Name  N/A | | | AIS |
| PHYSICAL EVIDENCE: | | | |
| 15. Type of Evidence / Description: N/A | | 16. Chain of Evidence / Location & Date: N/A | |

**17. Narrative Summary:**

On October 22, 2018 at approximately 7:30 a.m., Inmate Carlton Nero ▮▮▮▮ (Q35-1A) stated to Lieutenant Russell Jones at the Breezeway that he (inmate Nero) was not able to live in Q dorm. At approximately 7:35 am, Lieutenant Jones notified Gwendolyn Givens Warden II that inmate Nero could not live in population. Officer Joel Christian and Dominque Vales checked inmate Nero's assigned cell for his property. Inmate Nero did not have any property in his cell. Inmate Nero stated, "My life was in danger and I'm not affiliated with any gangs". Inmate Nero stated to Warden Givens and Lieutenant Jones that he (Inmate Nero) was unable to live in population that his stuff was stolen, he claims he was jumped by several inmates whom he identified in a statement. See attached statement. Inmate ▮▮▮▮▮▮▮▮▮▮ (Q35-2A) and Cedric Davis ▮▮▮▮▮ (Q11-1A). Inmate Nero is in debt for drugs and is in-need of a bath. Inmate Nero has very poor hygiene practice. At Approximately 9:00 am, Officer Christian escorted inmate Nero was escorted to the infirmary for a Restrictive Housing Unit body chart. Nurse Shelia Wood completed the medical examination. See attached body chart. Inmate Nero had no property to inventory and placed in the property. Inmate Nero was reassigned to cell B 12-1A pending disciplinary action for Intentionally creating a security, safety and or health hazard. 10/22/2018 1:00 PM by russell.jones

Signature: _____