

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| LORI GUY, as representative of the ESTATE OF STEVEN MULLINS | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CASE NO.: 4:21-cv-00264-ACA ) |
| JEFFERSON DUNN, et al., | ) ) |
| Defendants. | ) |

## MOTION TO SUBSTITUTE COUNSEL OF RECORD

Assistant Attorneys General Steven Shawn Sibley and Robert D. Tambling respectfully ask this Court's permission to be substituted as counsel for Non-Party Alabama Department of Corrections and, as grounds, state as follows:

The Non-Party Alabama Department of Corrections' current attorney of record, Assistant Attorney General Daniel J. Wisniewski, is no longer with this office.

Respectfully submitted,

/s/ *Robert D. Tambling*
Robert D. Tambling (ASB-6026-N67R)
*Assistant Attorney General*

/s/ *Steven Shawn Sibley*
Steven Shawn Sibley (ASB-2802Y49S)
*Assistant Attorney General*

*Counsel for Non-Party Alabama*
*Department of Corrections*

OFFICE OF ATTORNEY GENERAL
501 Washington Avenue
Montgomery, Alabama 36130-0152
Telephone: (334) 242-7300
Fax: (334) 353-8400
Robert.Tambling@AlabamaAG.gov
Shawn.Sibley@AlabamaAG.gov

## **CERTIFICATE OF SERVICE**

    I hereby certify that I have, on June 5, 2025, electronically filed the foregoing document with the Clerk of Court using the CM/ECF electronic filing system, which will send a copy of the filed document to all registered counsel of record.

/s/ *Steven Shawn Sibley*
Steven Shawn Sibley (ASB-2802Y49S)
*Assistant Attorney General*