# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| **LORI GUY WILLS**, as administrator of the **ESTATE OF STEVEN MULLINS**, ) ) ) ) Plaintiff, ) ) v. ) ) **JEFFERSON DUNN**, *et al.*, ) ) Defendants. ) | **Case No. 4:21-CV-00264-ACA** |

## NOTICE OF APPEARANCE

Please take notice that Kenneth Scott Steely, hereby enters an appearance as counsel for Defendants Jefferson Dunn ("Dunn"), Grantt Culliver ("Culliver"), Christy Vincent ("Vincent"), Edward Ellington (Ellington"), and Karla Jones ("Jones" and together with Dunn, Culliver, Vincent, and Ellington, the "ADOC Officials"), in the above-styled action.

Respectfully submitted this 12th day of June, 2025.

/s/ Kenneth S. Steely

*One of the Attorneys for the ADOC Officials*

William R. Lunsford
William J. Cranford
Daniel J. Chism
Kenneth S. Steely
**BUTLER SNOW, LLP**

200 West Side Square STE 100
Huntsville, AL 35801
Telephone: (256) 936-5650
Facsimile: (256) 936-5651
bill.lunsford@butlersnow.com
will.cranford@butlersnow.com
daniel.chism@butlersnow.com
kenneth.steely@butlersnow.com

*Attorneys for Jefferson Dunn,
Grantt Culliver, Christy Vincent,
Edward Ellington, and Karla Jones*

.

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon all parties in this matter, including without limitation the following, by the Court's CM/ECF system or by U.S. Mail on this 12th day of June 2025:

Ruth Z. Brown
Megan Pierce
Quinn Rallins
**LOEVY & LOEVY**
311 N. Aberdeen, 3rd Floor
Chicago, IL 60607
Telephone: (312) 243-5900
Facsimile: (312) 243-5902
ruth@loevy.com
megan@loevy.com

Anil A. Mujumdar
**DAGNEY JOHNSON LAW GROUP**
2170 Highland Avenue, Suite 250
Birmingham, AL 35205
Telephone: (205) 590-6986
Facsimile: (205) 809-7899
anil@dagneylaw.com

*Attorneys for Plaintiff*

Robert D. Tambling
Shawn S. Sibley
**OFFICE OF ATTORNEY GENERAL** 501 Washington Avenue Montgomery, Alabama 36130-0152
Telephone: (334) 242-7300
Facsimile: (334) 353-8400
robert.tambling@alabamaAG.gov
shawn.sibley@alabamaAG.gov

*Counsel for Non-Party Alabama Department of Corrections*

James N. Walter, Jr.
C. Richard Hill, Jr.
William Allen Sheehan
W. Jackson Britton
Caitlin E. Cobb
**CAPELL & HOWARD P.C.**
150 South Perry Street (36104)
P.O. Box 2069
Montgomery, AL 36102-2069
Telephone: (334) 241-8043
Facsimile: (334) 241-8243
jimmy.walter@chlaw.com
jimmy.walter@chlaw.com
rick.hill@chlaw.com
allen.sheehan@chlaw.com
caitlin.cobb@chlaw.com

*Attorneys for Gwendolyn Givens, Anthony Brooks, Gary Malone, Kevin White, Carla Graham, Angelia Gordy, William Ragsdale, Antoine Price, Neketris Estelle, Tanya Ary, Cynthia Caver, LaTonya Scott, and Perry Wilson*

/s/ Kenneth S. Steely
Of Counsel