# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### MIDDLE DIVISION

| | |
|---|---|
| **LAKEISHA EZELL** as Representative of the Estate of Terrence Andrews, )<br>)<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**JEFFERSON DUNN**, *et al.*, )<br>)<br>Defendants. )<br>) | Case No.<br>4:20-cv-2058-ACA |
| **LORI GUY WILLS,** as Administrator of the Estate of Steven Mullins, )<br>)<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**JEFFERSON DUNN**, *et al.*, )<br>)<br>Defendants. )<br>) | Case No.<br>4:21-cv-0264-ACA |

## NOTICE OF APPEARANCE

Gregory H. Hawley hereby files this Limited Notice of Appearance to represent William R. Lunsford, Matthew B. Reeves, Daniel J. Chism, William J.

1

Cranford, III, and Kenneth Steely, in Response to the Order to Show Cause. It is respectfully requested that he be listed as a lead/notice attorney for these individuals and that all pleadings, discovery and court filings be served upon the undersigned in connection with the Order to Show Cause.

        Respectfully submitted,

        */s/ Gregory H. Hawley*
        GREGORY H. HAWLEY (ASB-8552-L69G)
        JEROME C. CHAPMAN IV (ASB-2364-O42H)
        *Attorneys for the Respondents*

**OF COUNSEL:**
HAND ARENDALL HARRISON SALE LLC
1801 5th Avenue North, Suite 400
Birmingham, AL 35203
Telephone:  (205) 324-4400
Facsimile:  (205) 322-1163
E-mail:  ghawley@handfirm.com
        jchapman@handfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 18, 2025 I have electronically filed the foregoing as an attachment to the Response to Order to Show Cause with the Clerk of Court using the CM/ECF System which will serve all attorneys of record, and/or served the following by U.S. mail, postage prepaid and properly addressed, and/or by electronic mail:

>Ruth Z. Brown (*pro hac vice*)
>Megan Pierce (*pro hac vice*)
>Quinn Rallins (*pro hac vice*)
>**LOEVY & LOEVY**
>311 N. Aberdeen, 3rd Floor
>Chicago, IL 60607
>Telephone: (312) 243-5900
>Facsimile: (312) 243-5902
>ruth@loevy.com
>megan@loevy.com
>rallins@loevy.com
>
>
>Anil A. Mujumdar
>**DAGNEY JOHNSON LAW GROUP**
>2170 Highland Avenue, Suite 250
>Birmingham, AL 35205
>Telephone: (205) 590-6986
>Facsimile: (205) 809-7899
>anil@dagneylaw.com
>
>*Attorneys for Plaintiff*
>
>James N. Walter, Jr.
>C. Richard Hill, Jr.
>W. Allen Sheehan
>Caitlin E. Cobb
>W. Jackson Britton
>**CAPELL & HOWARD P.C.**
>150 South Perry Street (36104)
>P.O. Box 2069

Montgomery, AL 36102-2069
Telephone: (334)241-8043
Facsimile: (334)-241-8243
jimmy.walter@chlaw.com
rick.hill@chlaw.com
allen.sheehan@chlaw.com
caitlin.cobb@chlaw.com
jackson.britton@chlaw.com

*Attorneys for Larry Baker*

><code></code>

*/s/ Jerome C. Chapman IV*
Of Counsel

4