# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | | |
|---|---|---|
| **LAKEISHA EZELL as Representative of the Estate of Terrence Andrews,** | ) ) ) ) | |
| Plaintiff, | ) ) | Case No. |
| v. | ) ) | 4:20-cv-2058-ACA |
| **JEFFERSON DUNN,** *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

| | | |
|---|---|---|
| **LORI GUY WILLS, as Administrator of the Estate of Steven Mullins,** | ) ) ) ) | |
| Plaintiff, | ) ) | Case No. |
| v. | ) ) | 4:21-cv-0264-ACA |
| **JEFFERSON DUNN,** *et al.*, | ) ) ) | |
| Defendants. | ) ) ) | |

## NOTICE OF APPEARANCE

Jerome C. Chapman IV hereby files this Limited Notice of Appearance to represent William R. Lunsford, Matthew B. Reeves, Daniel J. Chism, William J.

1

Cranford, III, and Kenneth Steely, in Response to the Order to Show Cause. It is respectfully requested that he be listed as a lead/notice attorney for these individuals and that all pleadings, discovery and court filings be served upon the undersigned in connection with the Order to Show Cause.

        Respectfully submitted,

        */s/ Jerome C. Chapman IV*
        GREGORY H. HAWLEY (ASB-8552-L69G)
        JEROME C. CHAPMAN IV (ASB-2364-O42H)
        *Attorneys for the Respondents*

**OF COUNSEL:**
HAND ARENDALL HARRISON SALE LLC
1801 5th Avenue North, Suite 400
Birmingham, AL 35203
Telephone:  (205) 324-4400
Facsimile:  (205) 322-1163
E-mail:     ghawley@handfirm.com
            jchapman@handfirm.com

## CERTIFICATE OF SERVICE

      I hereby certify that on June 18, 2025 I have electronically filed the foregoing as an attachment to the Response to Order to Show Cause with the Clerk of Court using the CM/ECF System which will serve all attorneys of record, and/or served the following by U.S. mail, postage prepaid and properly addressed, and/or by electronic mail:

      Ruth Z. Brown (*pro hac vice*)
      Megan Pierce (*pro hac vice*)
      Quinn Rallins (*pro hac vice*)
      **LOEVY & LOEVY**
      311 N. Aberdeen, 3rd Floor
      Chicago, IL 60607
      Telephone: (312) 243-5900
      Facsimile: (312) 243-5902
      ruth@loevy.com
      megan@loevy.com
      rallins@loevy.com

      Anil A. Mujumdar
      **DAGNEY JOHNSON LAW GROUP**
      2170 Highland Avenue, Suite 250
      Birmingham, AL 35205
      Telephone: (205) 590-6986
      Facsimile: (205) 809-7899
      anil@dagneylaw.com

      *Attorneys for Plaintiff*

      James N. Walter, Jr.
      C. Richard Hill, Jr.
      W. Allen Sheehan
      Caitlin E. Cobb
      W. Jackson Britton
      **CAPELL & HOWARD P.C.**
      150 South Perry Street (36104)
      P.O. Box 2069

Montgomery, AL 36102-2069
Telephone: (334)241-8043
Facsimile: (334)-241-8243
jimmy.walter@chlaw.com
rick.hill@chlaw.com
allen.sheehan@chlaw.com
caitlin.cobb@chlaw.com
jackson.britton@chlaw.com

*Attorneys for Larry Baker*

                                      */s/ Jerome C. Chapman IV*
                                      Of Counsel