# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | | |
|---|---|---|
| **LAKEISHA EZELL as Representative of the Estate of Terrence Andrews,** | ) ) ) ) | |
| Plaintiff, | ) ) | Case No. |
| v. | ) ) ) | 4:20-cv-2058-ACA |
| **JEFFERSON DUNN,** *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

| | | |
|---|---|---|
| **LORI GUY WILLS, as Administrator of the Estate of Steven Mullins,** | ) ) ) ) | |
| Plaintiff, | ) ) | Case No. |
| v. | ) ) ) | 4:21-cv-0264-ACA |
| **JEFFERSON DUNN,** *et al.*, | ) ) ) | |
| Defendants. | ) ) ) | |

## CERTIFICATION OF COUNSEL REGARDING SUBMISSION OF DOCUMENTS FOR IN CAMERA INSPECTION

**COME NOW**, William R. Lunsford, Matthew B. Reeves, Daniel J. Chism, William J. Cranford, III, and Kenneth Steely, (collectively the "Respondents") by

1

and through their undersigned counsel, Gregory H. Hawley and Jerome C. Chapman IV, and state as follows:

1.   Counsel certifies that they have complied with the Court's directives issued at the June 18, 2025, hearing (the "Hearing") regarding the production of metadata for *in-camera* inspection (Hearing transcript 68:18-22) and a Supplemental Response (Hearing transcript 76:22) by July 2, 2025, (Hearing transcript 101:19-24) to the Court's Orders to Show Cause (Doc. 403 in Ezell; Doc. 387 in Guy) by submitting the following for *in-camera* inspection:

   a.   Metadata Documents Bates labelled ButlerSnow-0000001 through ButlerSnow-0006279, with supporting cover letter, Declaration of Kevin Myers, and Declaration of H. Barber Boone; and,

   b.   Supplemental Response, with supporting exhibits A-J.

                              Respectfully submitted,

                              */s/ Gregory H. Hawley*
                              GREGORY H. HAWLEY (ASB-8552-L69G)
                              JEROME C. CHAPMAN IV (ASB-2364-O42H)
                              *Attorneys for the Respondents*


**OF COUNSEL:**
HAND ARENDALL HARRISON SALE LLC
1801 5th Avenue North, Suite 400
Birmingham, AL 35203
Telephone:   (205) 324-4400
Facsimile:   (205) 322-1163
E-mail:      ghawley@handfirm.com
             jchapman@handfirm.com

# CERTIFICATE OF SERVICE

I hereby certify that on July 2, 2025 I have electronically filed the foregoing with the Clerk of Court using the CM/ECF System which will serve all attorneys of record, and/or served the following by U.S. mail, postage prepaid and properly addressed, and/or by electronic mail:

>Ruth Z. Brown (*pro hac vice*)
>Megan Pierce (*pro hac vice*)
>Quinn Rallins (*pro hac vice*)
>**LOEVY & LOEVY**
>311 N. Aberdeen, 3rd Floor
>Chicago, IL 60607
>Telephone: (312) 243-5900
>Facsimile: (312) 243-5902
>ruth@loevy.com
>megan@loevy.com
>rallins@loevy.com
>
>
>Anil A. Mujumdar
>**DAGNEY JOHNSON LAW GROUP**
>2170 Highland Avenue, Suite 250
>Birmingham, AL 35205
>Telephone: (205) 590-6986
>Facsimile: (205) 809-7899
>anil@dagneylaw.com
>
>*Attorneys for Plaintiff*
>
>James N. Walter, Jr.
>C. Richard Hill, Jr.
>W. Allen Sheehan
>Caitlin E. Cobb
>W. Jackson Britton
>**CAPELL & HOWARD P.C.**
>150 South Perry Street (36104)
>P.O. Box 2069

Montgomery, AL 36102-2069
Telephone: (334)241-8043
Facsimile: (334)-241-8243
jimmy.walter@chlaw.com
rick.hill@chlaw.com
allen.sheehan@chlaw.com
caitlin.cobb@chlaw.com
jackson.britton@chlaw.com

*Attorneys for Larry Baker*

                                    */s/ Jerome C. Chapman IV*
                                    Of Counsel