# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | | |
|---|---|---|
| **LAKEISHA EZELL** as Representative of the Estate of Terrence Andrews, | ) ) ) ) | |
| Plaintiff, | ) ) | Case No. 4:20-cv-2058-ACA |
| v. | ) ) | |
| **JEFFERSON DUNN**, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

| | | |
|---|---|---|
| **LORI GUY WILLS**, as Administrator of the Estate of Steven Mullins, | ) ) ) ) | |
| Plaintiff, | ) ) | Case No. 4:21-cv-0264-ACA |
| v. | ) ) | |
| **JEFFERSON DUNN**, *et al.*, | ) ) ) | |
| Defendants. | ) ) ) | |

## CERTIFICATION OF COUNSEL REGARDING SUBMISSION OF DOCUMENTS FOR IN CAMERA INSPECTION

**COME NOW**, William R. Lunsford, Matthew B. Reeves, Daniel J. Chism, William J. Cranford, III, and Kenneth Steely, (collectively the "Respondents") by

1

and through their undersigned counsel, Gregory H. Hawley and Jerome C. Chapman IV, and state as follows:

1.      Counsel certifies that they have complied with the Court's directives issued in the July 14, 2025, email regarding omitted antecedent drafts of the Narrative Statements of Facts portions of the brief drafts, by submitting the following for *in-camera* inspection:

      a.      Metadata Documents Bates labelled ButlerSnow-0006694 through ButlerSnow-0006881, with supporting cover email, and Memorandum from Jerome C. Chapman IV to Gregory H. Hawley.

      Respectfully submitted,

      */s/ Gregory H. Hawley*
      GREGORY H. HAWLEY (ASB-8552-L69G)
      JEROME C. CHAPMAN IV (ASB-2364-O42H)
      *Attorneys for the Respondents*

**OF COUNSEL:**
HAND ARENDALL HARRISON SALE LLC
1801 5th Avenue North, Suite 400
Birmingham, AL 35203
Telephone:  (205) 324-4400
Facsimile:  (205) 322-1163
E-mail:     ghawley@handfirm.com
            jchapman@handfirm.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 18, 2025 I have electronically filed the foregoing with the Clerk of Court using the CM/ECF System which will serve all attorneys of record, and/or served the following by U.S. mail, postage prepaid and properly addressed, and/or by electronic mail:

    Ruth Z. Brown (*pro hac vice*)
    Megan Pierce (*pro hac vice*)
    Quinn Rallins (*pro hac vice*)
    **LOEVY & LOEVY**
    311 N. Aberdeen, 3rd Floor
    Chicago, IL 60607
    Telephone: (312) 243-5900
    Facsimile: (312) 243-5902
    ruth@loevy.com
    megan@loevy.com
    rallins@loevy.com

    Anil A. Mujumdar
    **DAGNEY JOHNSON LAW GROUP**
    2170 Highland Avenue, Suite 250
    Birmingham, AL 35205
    Telephone: (205) 590-6986
    Facsimile: (205) 809-7899
    anil@dagneylaw.com

    *Attorneys for Plaintiff*

    James N. Walter, Jr.
    C. Richard Hill, Jr.
    W. Allen Sheehan
    Caitlin E. Cobb
    W. Jackson Britton
    **CAPELL & HOWARD P.C.**
    150 South Perry Street (36104)
    P.O. Box 2069
    Montgomery, AL 36102-2069
    Telephone: (334)241-8043

Facsimile: (334)-241-8243
jimmy.walter@chlaw.com
rick.hill@chlaw.com
allen.sheehan@chlaw.com
caitlin.cobb@chlaw.com
jackson.britton@chlaw.com

*Attorneys for Larry Baker*

                                         */s/ Jerome C. Chapman IV*
                                         Of Counsel