# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| **LORI GUY WILLS,** as administrator of the estate of Steven Mullins, | ] ] ] ] |
| Plaintiff, | ] ] Case No.: 4:21-cv-264-ACA |
| v. | ] ] ] |
| **JEFFERSON DUNN, et al.,** | ] ] |
| Defendants. | ] |

## PARTIAL JUDGMENT AND ORDER

For the reasons set out in the accompanying memorandum opinion, the court **GRANTS** Defendant Gwendolyn Givens, William Ragsdale, and Antoine Price's motion for summary judgment as to the retaliation claims against them and **ENTERS SUMMARY JUDGMENT** in their favor on Count Six. (Doc. 159).

**DONE** and **ORDERED** this July 18, 2025.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE