# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### MIDDLE DIVISION

| | | |
|---|---|---|
| **LAKEISHA EZELL** as Representative of the Estate of Terrence Andrews, | ) ) ) ) | |
| Plaintiff, | ) ) | Case No. |
| v. | ) ) | 4:20-cv-2058-ACA |
| **JEFFERSON DUNN**, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

| | | |
|---|---|---|
| **LORI GUY WILLS,** as Administrator of the Estate of Steven Mullins, | ) ) ) ) | |
| Plaintiff, | ) ) | Case No. |
| v. | ) ) | 4:21-cv-0264-ACA |
| **JEFFERSON DUNN**, *et al.*, | ) ) ) | |
| Defendants. | ) ) ) | |

### CERTIFICATION OF COUNSEL REGARDING SUBMISSION OF DOCUMENTS FOR IN CAMERA INSPECTION

1

**COME NOW**, William R. Lunsford, Matthew B. Reeves, Daniel J. Chism, William J. Cranford, III, and Kenneth Steely, (collectively the "Respondents") by and through their undersigned counsel, Jerome C. Chapman IV, and state as follows:

1.   Counsel certifies that they submitted, on July 28, 2025, the following for *in-camera* inspection:

   a.   Metadata Documents Bates labelled ButlerSnow-0006882 through ButlerSnow-0007968, with supporting cover email.

                                        Respectfully submitted,

                                        */s/ Jerome C. Chapman IV*
                                        JEROME C. CHAPMAN IV (ASB-2364-O42H)
                                        *One of the Attorneys for the Respondents*

**OF COUNSEL:**
Gregory H. Hawley
Jerome C. Chapman IV
HAND ARENDALL HARRISON SALE LLC
1801 5th Avenue North, Suite 400
Birmingham, AL 35203
Telephone:   (205) 324-4400
Facsimile:   (205) 322-1163
E-mail:      ghawley@handfirm.com
             jchapman@handfirm.com

# **CERTIFICATE OF SERVICE**

I hereby certify that on July 29, 2025 I have electronically filed the foregoing with the Clerk of Court using the CM/ECF System which will serve all attorneys of record, and/or served the following by U.S. mail, postage prepaid and properly addressed, and/or by electronic mail:

>Ruth Z. Brown (*pro hac vice*)
>Megan Pierce (*pro hac vice*)
>Quinn Rallins (*pro hac vice*)
>**LOEVY & LOEVY**
>311 N. Aberdeen, 3rd Floor
>Chicago, IL 60607
>Telephone: (312) 243-5900
>Facsimile: (312) 243-5902
>ruth@loevy.com
>megan@loevy.com
>rallins@loevy.com
>
>Anil A. Mujumdar
>**DAGNEY JOHNSON LAW GROUP**
>2170 Highland Avenue, Suite 250
>Birmingham, AL 35205
>Telephone: (205) 590-6986
>Facsimile: (205) 809-7899
>anil@dagneylaw.com
>
>*Attorneys for Plaintiff*
>
>James N. Walter, Jr.
>C. Richard Hill, Jr.
>W. Allen Sheehan
>Caitlin E. Cobb
>W. Jackson Britton
>**CAPELL & HOWARD P.C.**
>150 South Perry Street (36104)
>P.O. Box 2069
>Montgomery, AL 36102-2069
>Telephone: (334)241-8043

Facsimile: (334)-241-8243
jimmy.walter@chlaw.com
rick.hill@chlaw.com
allen.sheehan@chlaw.com
caitlin.cobb@chlaw.com
jackson.britton@chlaw.com

*Attorneys for Larry Baker*

/s/ *Jerome C. Chapman IV*
Of Counsel