# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA MIDDLE DIVISION

| | |
|---|---|
| **LORI GUY, as representative of the ESTATE OF STEVEN MULLINS,** )<br>)<br>)<br>)<br>**Plaintiff,** )<br>)<br>**v.** )<br>)<br>**JEFFERSON DUNN, et al.,** )<br>)<br>**Defendants.** ) | **CIVIL ACTION NO.:**<br>**4:21-cv-00264-ACA** |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Lori Guy, as the Representative of the Estate of Steven Mullins, ("Plaintiff") and Defendant Gwendolyn Givens, Anthony Brooks, Gary Malone, William Ragsdale, Antoine Price, Carla Graham, and Angelia Gordy (the "Facility Defendants") file this Joint Stipulation of Dismissal and respectfully request that the Court dismiss the claims as to the Facility Defendants Baker in the above-styled action with prejudice. Costs related to this litigation will be assumed according to the terms of the Parties' Settlement Agreement. Counsel for the Facility Defendants has the express permission of counsel for the Plaintiff to affix their electronic signatures.

Respectfully submitted this 15th day of October 2025.

/s/ *Caitlin E. Cobb*
Caitlin E. Cobb
W. Allen Sheehan
**CAPELL & HOWARD, P.C.**
150 South Perry Street
Montgomery, AL 36104
Tel: (334) 241-8000
Caitlin.cobb@chlaw.com
Allen.sheehan@chlaw.com
*Attorneys for the Facility Defendants*


/s/ *Anil A. Mujumdar*
ANIL A. MUJUMDAR

**OF COUNSEL:**
**DAGNEY JOHNSON LAW GROUP**
P.O. Box 636
Birmingham, Alabama 35201
Email: anil@dagneylaw.com

/s/ *Megan Colleen Pierce*
MEGAN C. PIERCE
RUTH Z. BROWN
LOCKE BOWMNA
QUINN RALLINS

**OF COUNSEL:**
**LOEVY & LOEVY**
311 North Aberdeen Street, 3rd Floor
Chicago, IL 60607
megan@loevy.com
ruth@loevy.com
quinn@loevy.com

*Counsel for the Plaintiff*

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 15th day of October 2025, I electronically submitted the foregoing to all counsel of record as indicated below:

William R. Lunsford
Matthew B. Reeves
William J. Cranford, III
Daniel J. Chism
BUTLER SNOW, LLP
200 West Side Square
Huntsville, AL  35801
bill.lunsford@butlersnow.com
matt.reeves@butlersnow.com
Will.cranford@butlersnow.com
Dan.chism@butlersnow.com

                                             /s/ *Caitlin E. Cobb*
                                             OF COUNSEL